# EXHIBIT 1

US008129343B2

(12) **United States Patent**
Lau et al.

(10) Patent No.: **US 8,129,343 B2**
(45) **Date of Patent:** **Mar. 6, 2012**

(54) **ACYLATED GLP-1 COMPOUNDS**

(75) Inventors: **Jesper Lau**, Farum (DK); **Paw Bloch**, Taastrup (DK); **Thomas Kruse Hansen**, Herlev (DK)

(73) Assignee: **Novo Nordisk A/S**, Bagsvaerd (DK)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 682 days.

(21) Appl. No.: **11/908,834**

(22) PCT Filed: **Mar. 20, 2006**

(86) PCT No.: **PCT/EP2006/060855**
§ 371 (c)(1),
(2), (4) Date: **Sep. 17, 2008**

(87) PCT Pub. No.: **WO2006/097537**
PCT Pub. Date: **Sep. 21, 2006**

(65) **Prior Publication Data**
US 2009/0156478 A1    Jun. 18, 2009

**Related U.S. Application Data**

(60) Provisional application No. 60/664,497, filed on Mar. 23, 2005.

(30) **Foreign Application Priority Data**

Mar. 18, 2005   (EP) ..................................... 05102171

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 38/26* | (2006.01) |
| *A61P 3/10* | (2006.01) |
| *A61P 7/12* | (2006.01) |
| *C07K 14/605* | (2006.01) |

(52) **U.S. Cl.** ...................................................... **514/11.7**
(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,545,618 | A | 8/1996 | Buckley et al. |
| 6,268,343 | B1 * | 7/2001 | Knudsen et al. ............... 514/4.8 |
| 6,528,486 | B1 * | 3/2003 | Larsen et al. .................. 514/6.8 |
| 2007/0203058 | A1 * | 8/2007 | Lau et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 05102171 | 3/2005 |
| EP | 1704165 | 9/2006 |
| RU | 2006107600 | 10/2007 |
| WO | WO 91/11457 | 8/1991 |
| WO | WO 96/29342 | 9/1996 |
| WO | WO 9629342 | 9/1996 |
| WO | WO 98/08871 | 3/1998 |
| WO | WO9808871 | 3/1998 |
| WO | WO 99/43708 | 9/1999 |
| WO | WO9943708 | 9/1999 |
| WO | WO0034331 | 6/2000 |
| WO | WO 00/69911 | 11/2000 |
| WO | WO0069911 | 11/2000 |

| | | |
|---|---|---|
| WO | WO 00/34331 | 6/2002 |
| WO | WO 02/46227 | 6/2002 |
| WO | WO0246227 | 6/2002 |
| WO | WO 02/098446 | 12/2002 |
| WO | WO 03/040309 | 5/2003 |
| WO | WO 2004/065621 | 8/2004 |
| WO | WO 2004/099246 | 11/2004 |
| WO | WO 2005/014049 | 2/2005 |
| WO | WO2005014049 | 2/2005 |
| WO | WO 2005/027978 | 3/2005 |
| WO | WO2005027978 | 3/2005 |
| WO | WO 2006/097537 | 9/2006 |

OTHER PUBLICATIONS

Simonovsky et al. Poly(ether urethane)s incorporating long alkyl side-chains with terminal carboxy groups as fatty acid mimics: synthesis, structural characterization and protein adsorption. Journal of Biomaterials Science, Polymer Edition, 2005, vol. 16, No. 12, pp. 1463-1483.*

Green, Brian D., Biological Chemistry (2004), vol. 385, No. 2, pp. 169-177.

Knudsen, L.B. et al., Journal of Medicinal Chemistry, vol. 43, pp. 1664-1669 (2000).

Knudsen, L.B. et al., Journal of Medicinal Chemistry, vol. 47, pp. 4128-4134 (2004).

Deacon, C.F. et al., Diabetologia, vol. 41, pp. 271-278 (1998).

Greenwald RB, "Peg Drugs: An Overview," Journal of Controlled Release, 2001, vol. 74, p. 159-171.

Ji et al., "Stearyl Poly(Ethylene Oxide) Grafted Surfaces for Preferential Adsorption of Albmnin," Biomaterials, 2001, vol. 22, p. 3015-3023.

Kurtzhals, P, et al., "Albumin Binding of Insulins Acylated With Fatty Acids: Characterization of the Ligand-Protein Interaction and Correlation Between Binding Affinity and Timing of the Insulin Effect in Vivo," Biochem J, 1995, vol. 312, p. 725-731.

Simonovsky et al., "Poly(Etherurethane)s Incorporating Long Alkyl Side-Chains With Terminal Carboxyl Groups as Fatty Acid Mimics: Synthesis, Structural Characterization and Protein Adsorption," J Biomat Sci Polymer EDN, 2005, vol. 16, p. 1463-1483.

Soltero et al., "The Oral Delivery of Protein and Peptide Drugs," Innovations in Pharmaceutical Technology, 2001, vol. 1, No. 9, p. 106-110.

Still JG, "Development of Oral Insulin: Progress and Curent Status," Diabetes/Metab Res Rev, 2002, vol. 18, Suppl 1, p. S29-S37.

Veronese FM, "Peptide and Protein Pegylation: A Review of Problems and Solutions," Biomaterials, 2001, vol. 22, p. 405-417.

Watanabe et al., "Structure-Activity Relationships of Glucagon-Like Peptide-1 (7-36) Amide: Insulinotropic Activities in Perfused Rat Pancreases, and Receptor Binding and Cyclic Amp Production in RINm5F Cells," Journal of Endocrinology, 1994, vol. 140, p. 45-52.

* cited by examiner

*Primary Examiner* — Marcela M Cordero Garcia

(74) *Attorney, Agent, or Firm* — Richard W. Bork

(57) **ABSTRACT**

Protracted GLP-1 compounds and therapeutic uses thereof.

**6 Claims, No Drawings**

US 8,129,343 B2

**1**

# ACYLATED GLP-1 COMPOUNDS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a 35 U.S.C. §371 national stage application of International Patent Application PCT/EP2006/060855 (published as WO 2006/097537), filed Mar. 20, 2006, which claimed priority of European Patent Application 05102171.5, filed Mar. 18, 2005; this application further claims priority under 35 U.S.C. §119 of U.S. Provisional Application 60/664,497, filed Mar. 23, 2005.

## FIELD OF THE INVENTION

This invention relates to the field of therapeutic peptides, i.e. to new protracted GLP-1 compounds.

## BACKGROUND OF THE INVENTION

A range of different approaches have been used for modifying the structure of glucagon-like peptide 1 (GLP-1) compounds in order to provide a longer duration of action in vivo.

WO 96/29342 discloses peptide hormone derivatives wherein the parent peptide hormone has been modified by introducing a lipophilic substituent in the C-terminal amino acid residue or in the N-terminal amino acid residue.

WO 98/08871 discloses GLP-1 derivatives wherein at least one amino acid residue of the parent peptide has a lipophilic substituent attached.

WO 99/43708 discloses GLP-1(7-35) and GLP-1(7-36) derivatives which have a lipophilic substituent attached to the C-terminal amino acid residue.

WO 00/34331 discloses acylated GLP-1 analogs.

WO 00/69911 discloses activated insulinotropic peptides to be injected into patients where they are supposed to react with blood components to form conjugates and thereby alledgedly providing longer duration of action in vivo.

WO 02/46227 discloses GLP-1 and exendin-4 analogs fused to human serum albumin in order to extend in vivo half-life.

Many diabetes patients particularly in the type 2 diabetes segment are subject to so-called "needle-phobia", i.e. a substantial fear of injecting themselves. In the type 2 diabetes segment most patients are treated with oral hypoglycaemic agents, and since GLP-1 compounds are expected to be the first injectable product these patients will be administered, the fear of injections may become a serious obstacle for the widespread use of the clinically very promising GLP-1 compounds. Thus, there is a need to develop new GLP-1 compounds which can be administered less than once daily, e.g. once every second or third day preferably once weekly, while retaining an acceptable clinical profile.

## SUMMARY OF THE INVENTION

The invention provides a GLP-1 analog having a modification of at least one non-proteogenic amino acid residue in positions 7 and/or 8 relative to the sequence GLP-1(7-37) (SEQ ID No 1), which is acylated with a moiety to the lysine residue in position 26, and where said moiety comprises at least two acidic groups, wherein one acidic group is attached terminally.

The present invention also provides pharmaceutical compositions comprising a compound according to the present invention and the use of compounds according to the present invention for preparing medicaments for treating disease.

**2**

The invention provides a method for increasing the time of action in a patient of a GLP-1 analog, characterised in acylating said GLP-1 analog with a moiety B—U' as disclosed in any of the preceding claims, on the lysine residue in position 26 of said GLP-1 analog.

## DESCRIPTION OF THE INVENTION

In the present specification, the following terms have the indicated meaning:

The term "polypeptide" and "peptide" as used herein means a compound composed of at least five constituent amino acids connected by peptide bonds. The constituent amino acids may be from the group of the amino acids encoded by the genetic code and they may be natural amino acids which are not encoded by the genetic code, as well as synthetic amino acids. Natural amino acids which are not encoded by the genetic code are e.g., γ-carboxyglutamate, ornithine, phosphoserine, D-alanine and D-glutamine. Synthetic amino acids comprise amino acids manufactured by chemical synthesis, i.e. D-isomers of the amino acids encoded by the genetic code such as D-alanine and D-leucine, Aib (α-aminoisobutyric acid), Abu (α-aminobutyric acid), Tle (tert-butylglycine), β-alanine, 3-aminomethyl benzoic acid, anthranilic acid.

The 22 proteogenic amino acids are:

Alanine, Arginine, Asparagine, Aspartic acid, Cysteine, Cystine, Glutamine, Glutamic acid, Glycine, Histidine, Hydroxyproline, Isoleucine, Leucine, Lysine, Methionine, Phenylalanine, Proline, Serine, Threonine, Tryptophan, Tyrosine, Valine.

Thus a non-proteogenic amino acid is a moiety which can be incorporated into a peptide via peptide bonds but is not a proteogenic amino acid. Examples are γ-carboxyglutamate, ornithine, phosphoserine, the D-amino acids such as D-alanine and D-glutamine, Synthetic non-proteogenic amino acids comprise amino acids manufactured by chemical synthesis, i.e. D-isomers of the amino acids encoded by the genetic code such as D-alanine and D-leucine, Aib (α-aminoisobutyric acid), Abu (α-aminobutyric acid), Tle (tert-butylglycine), 3-aminomethyl benzoic acid, anthranilic acid, des-amino-Histidine, the beta analogs of amino acids such as β-alanine etc. D-histidine, desamino-histidine, 2-amino-histidine, β-hydroxy-histidine, homohistidine, N$^α$-acetyl-histidine, α-fluoromethyl-histidine, α-methyl-histidine, 3-pyridylalanine, 2-pyridylalanine or 4-pyridylalanine, (1-aminocyclopropyl) carboxylic acid, (1-aminocyclobutyl) carboxylic acid, (1-aminocyclopentyl) carboxylic acid, (1-aminocyclohexyl) carboxylic acid, (1-aminocycloheptyl) carboxylic acid, or (1-aminocyclooctyl) carboxylic acid;

The term "analogue" as used herein referring to a polypeptide means a modified peptide wherein one or more amino acid residues of the peptide have been substituted by other amino acid residues and/or wherein one or more amino acid residues have been deleted from the peptide and/or wherein one or more amino acid residues have been deleted from the peptide and or wherein one or more amino acid residues have been added to the peptide. Such addition or deletion of amino acid residues can take place at the N-terminal of the peptide and/or at the C-terminal of the peptide. A simple system is often used to describe analogues: For example [Arg$^{34}$]GLP-1(7-37)Lys designates a GLP-1(7-37) analogue wherein the naturally occurring lysine at position 34 has been substituted with arginine and wherein a lysine has been added to the terminal amino acid residue, i.e. to the Gly$^{37}$. All amino acids for which the optical isomer is not stated is to be understood to mean the L-isomer. In embodiments of the invention a

US 8,129,343 B2

3

maximum of 17 amino acids have been modified. In embodiments of the invention a maximum of 15 amino acids have been modified. In embodiments of the invention a maximum of 10 amino acids have been modified. In embodiments of the invention a maximum of 8 amino acids have been modified. In embodiments of the invention a maximum of 7 amino acids have been modified. In embodiments of the invention a maximum of 6 amino acids have been modified. In embodiments of the invention a maximum of 5 amino acids have been modified. In embodiments of the invention a maximum of 4 amino acids have been modified. In embodiments of the invention a maximum of 3 amino acids have been modified. In embodiments of the invention a maximum of 2 amino acids have been modified. In embodiments of the invention the maximum 1 amino acid has been modified.

The term "derivative" as used herein in relation to a peptide means a chemically modified peptide or an analogue thereof, wherein at least one substituent is not present in the unmodified peptide or an analogue thereof, i.e. a peptide which has been covalently modified. Typical modifications are amides, carbohydrates, alkyl groups, acyl groups, esters and the like. An example of a derivative of GLP-1-(7-37) is $N^{\epsilon 26}$-((4S)-4-(hexadecanoylamino)-carboxy-butanoyl)[Arg$^{34}$,    Lys$^{26}$] GLP-1-(7-37).

The term "GLP-1 peptide" as used herein means GLP-1(7-37) (SEQ ID No 1), a GLP-1(7-37) analogue, a GLP-1(7-37) derivative or a derivative of a GLP-1(7-37) analogue. In one embodiment the GLP-1 peptide is an insulinotropic agent.

The term "insulinotropic agent" as used herein means a compound which is an agonist of the human GLP-1 receptor, i.e. a compound which stimulates the formation of cAMP in a suitable medium containing the human GLP-1 receptor (one such medium disclosed below). The potency of an insulinotropic agent is determined by calculating the $EC_{50}$ value from the dose-response curve as described below.

Baby hamster kidney (BHK) cells expressing the cloned human GLP-1 receptor (BHK-467-12A) were grown in DMEM media with the addition of 100 IU/mL penicillin, 100 µg/mL streptomycin, 5% fetal calf serum and 0.5 mg/mL Geneticin G-418 (Life Technologies). The cells were washed twice in phosphate buffered saline and harvested with Versene. Plasma membranes were prepared from the cells by homogenisation with an Ultraturrax in buffer 1 (20 mM HEPES-Na, 10 mM EDTA, pH 7.4). The homogenate was centrifuged at 48,000×g for 15 min at 4° C. The pellet was suspended by homogenization in buffer 2 (20 mM HEPES-Na, 0.1 mM EDTA, pH 7.4), then centrifuged at 48,000×g for 15 min at 4° C. The washing procedure was repeated one more time. The final pellet was suspended in buffer 2 and used immediately for assays or stored at −80° C.

The functional receptor assay was carried out by measuring cyclic AMP (cAMP) as a response to stimulation by the insulinotropic agent. cAMP formed was quantified by the AlphaScreen™ cAMP Kit (Perkin Elmer Life Sciences). Incubations were carried out in half-area 96-well microtiter plates in a total volume of 50 µL buffer 3 (50 mM Tris-HCl, 5 mM HEPES, 10 mM MgCl$_2$, pH 7.4) and with the following addidtions: 1 mM ATP, 1 µM GTP, 0.5 mM 3-isobutyl-1-methylxanthine (IBMX), 0.01% Tween-20, 0.1% BSA, 6 µg membrane preparation, 15 µg/mL acceptor beads, 20 µg/mL donor beads preincubated with 6 nM biotinyl-cAMP. Compounds to be tested for agonist activity were dissolved and diluted in buffer 3. GTP was freshly prepared for each experiment. The plate was incubated in the dark with slow agitation for three hours at room temperature followed by counting in the Fusion™ instrument (Perkin Elmer Life Sciences). Concentration-response curves were plotted for the individual

4

compounds and $EC_{50}$ values estimated using a four-parameter logistic model with Prism v. 4.0 (GraphPad, Carlsbad, Calif.).

The term "DPP-IV protected" as used herein referring to a polypeptide means a polypeptide which has been chemically modified in order to render said compound resistant to the plasma peptidase dipeptidyl aminopeptidase-4 (DPP-IV). The DPP-IV enzyme in plasma is known to be involved in the degradation of several peptide hormones, e.g. GLP-1, GLP-2, Exendin-4 etc. Thus, a considerable effort is being made to develop analogues and derivatives of the polypeptides susceptible to DPP-IV mediated hydrolysis in order to reduce the rate of degradation by DPP-IV. In one embodiment a DPP-IV protected peptide is more resistant to DPP-IV than GLP-1(7-37) or Exendin-4(1-39).

Resistance of a peptide to degradation by dipeptidyl aminopeptidase IV is determined by the following degradation assay:

Aliquots of the peptide (5 nmol) are incubated at 37° C. with 1 µL of purified dipeptidyl aminopeptidase IV corresponding to an enzymatic activity of 5 mU for 10-180 minutes in 100 µL of 0.1 M triethylamine-HCl buffer, pH 7.4. Enzymatic reactions are terminated by the addition of 5 µL of 10% trifluoroacetic acid, and the peptide degradation products are separated and quantified using HPLC analysis. One method for performing this analysis is: The mixtures are applied onto a Vydac C18 widepore (30 nm pores, 5 µm particles) 250×4.6 mm column and eluted at a flow rate of 1 ml/min with linear stepwise gradients of acetonitrile in 0.1% trifluoroacetic acid (0% acetonitrile for 3 min, 0-24% acetonitrile for 17 min, 24-48% acetonitrile for 1 min) according to Siegel et al., Regul. Pept. 1999; 79:93-102 and Mentlein et al. Eur. J. Biochem. 1993; 214:829-35. Peptides and their degradation products may be monitored by their absorbance at 220 nm (peptide bonds) or 280 nm (aromatic amino acids), and are quantified by integration of their peak areas related to those of standards. The rate of hydrolysis of a peptide by dipeptidyl aminopeptidase IV is estimated at incubation times which result in less than 10% of the peptide being hydrolysed.

The term "C$_{1-6}$-alkyl" as used herein means a saturated, branched, straight or cyclic hydrocarbon group having from 1 to 6 carbon atoms. Representative examples include, but are not limited to, methyl, ethyl, n-propyl, isopropyl, butyl, isobutyl, sec-butyl, tert-butyl, n-pentyl, isopentyl, neopentyl, tert-pentyl, n-hexyl, isohexyl, cyclohexane and the like.

The term "pharmaceutically acceptable" as used herein means suited for normal pharmaceutical applications, i.e. giving rise to no adverse events in patients etc.

The term "excipient" as used herein means the chemical compounds which are normally added to pharmaceutical compositions, e.g. buffers, tonicity agents, preservatives and the like.

The term "effective amount" as used herein means a dosage which is sufficient to be effective for the treatment of the patient compared with no treatment.

The term "pharmaceutical composition" as used herein means a product comprising an active compound or a salt thereof together with pharmaceutical excipients such as buffer, preservative, and optionally a tonicity modifier and/or a stabilizer. Thus a pharmaceutical composition is also known in the art as a pharmaceutical formulation.

The term "treatment of a disease" as used herein means the management and care of a patient having developed the disease, condition or disorder. The purpose of treatment is to combat the disease, condition or disorder. Treatment includes the administration of the active compounds to eliminate or

US 8,129,343 B2

5                                  6

control the disease, condition or disorder as well as to alleviate the symptoms or complications associated with the disease, condition or disorder.

In another aspect the present invention relates to an acylated GLP-1 analogue that can bind to albumin and the GLP-1 receptor simultaneously.

In another aspect the present invention relates to an acylated GLP-1 analogue that bind to the GLP-1 receptor with an affinity below 100 nM, preferable below 30 nM in the presence of 2% albumin.

In another aspect the present invention relates to an acylated GLP-1 analogue which affinity to the GLP-1 receptor is only partly decreased when comparing the affinity in the presence of very low concentration (e.g. 0.005% to 0.2%) of human albumin to the affinity in the presence of 2% human albumin. The shift in binding affinity under these conditions is less than 50 fold, preferable below 30 fold and more preferable below 10 fold.

The term "albumin binding moiety" as used herein means a residue which binds non-covalently to human serum albumin. The albumin binding residue attached to the therapeutic polypeptide typically has an affinity below 10 µM to human serum albumin and preferably below 1 µM. A range of albumin binding residues are known among linear and branched lipophillic moieties containing 4-40 carbon atoms having a distal acidic group.

The term "hydrophilic linker" as used herein means a spacer that separates a peptide and an albumin binding residue with a chemical moiety which comprises at least 5 non-hydrogen atoms where 30-50% of these are either N or O.

The term "acidic groups" as used herein means organic chemical groups which are fully or partly negatively charged at physiological pH. The pKa value of such groups is below 7, preferable below 5. This includes but is not limited to carboxylic acids, sulphonic acids, phosphoric acids or heterocyclic ring systems which are fully or partly negatively charged at physiological pH.

In the below structural formula II the moiety U is a diradical may be attached to the terminal groups B and the aminogroup of the lysine amino acid in the peptide in two different ways. In embodiments of the invention the U in formula II is attached with the group B attached at the end of the alkyl chain and the peptide at the other end.

In the formulas below the terminal bonds from the attached groups are to be regarded as attachment bonds and not ending in methylene groups unless stated.

In the formulas below



means the $H_2N$-His-Aib-N-terminal of the GLP-1 analogue.

In an embodiment the invention provides a GLP-1 analog acylated with a lipophilic albumin binding moiety containing at least two free acidic chemical groups attached via a non natural amino acid linker to the lysine residue in position 26.

In an embodiment, the term free acidic chemical groups is to be understood as having the same meaning as "acidic groups" as used herein.

In an embodiment the invention provides an acylated GLP-1 analog where said GLP-1 analog is stabilised against DPP-IV by modification of at least one amino acid residue in positions 7 and 8 relative to the sequence GLP-1(7-37) (SEQ ID No 1), and where said acylation is a diacid attached to the lysine residue in position 26 optionally via a non natural amino acid hydrophilic linker.

In an embodiment of the invention a GLP-1 analog having a modification of at least one non-proteogenic amino acid residue in positions 7 and/or 8 relative to the sequence GLP-1(7-37) (SEQ ID No 1), which is acylated with a moiety to the lysine residue in position 26, and where said moiety comprises at least two acidic groups, wherein one acidic group is attached terminally.

An embodiment provides a GLP-1 analog according to the above embodiment, wherein the moiety attached in position 26 comprises a hydrophilic linker.

An embodiment provides a GLP-1 analog according to the above embodiments, wherein the hydrophilic linker comprises at least 5 non-hydrogen atoms where 30-50% of these are either N or O.

An embodiment provides a GLP-1 analog according to any of the above embodiments, wherein the moiety attached in position 26 comprises an albumin binding moiety separated from the peptide by the hydrophilic linker.

An embodiment provides a GLP-1 analog according to the above embodiment, wherein the albumin binding moiety is a linear or branched lipophilic moiety containing 4-40 carbon atoms having a distal acidic group.

An embodiment provides a GLP-1 analog according to any of the above embodiments, wherein the acylated moiety is B—U', where U' is selected from

US 8,129,343 B2

7                                                                 8

-continued

US 8,129,343 B2

**9**

m is 0, 1, 2, 3, 4, 5, or 6,

n is 1, 2 or 3

s is 0, 1, 2, or 3,

t is 0, 1, 2, 3, or 4

p is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, or 23;

and where B is an acidic group selected from



where l is 12, 13, 14, 15, 16, 17, 18, 19 or 20;

An embodiment provides a GLP-1 analog according to any of the above embodiments, which is a compound of formula I (SEQ ID No. 2):

**10**

$N^\alpha$-formyl-histidine, $\alpha$-fluoromethyl-histidine, $\alpha$-methyl-histidine, 3-pyridylalanine, 2-pyridylalanine or 4-pyridylalanine

$Xaa_8$ is Ala, Gly, Val, Leu, Ile, Thr, Ser, Lys, Aib, (1-aminocyclopropyl) carboxylic acid, (1-aminocyclobutyl) carboxylic acid, (1-aminocyclopentyl) carboxylic acid, (1-aminocyclohexyl) carboxylic acid, (1-aminocycloheptyl) carboxylic acid, or (1-aminocyclooctyl) carboxylic acid;

$Xaa_{16}$ is Val or Leu;

$Xaa_{18}$ is Ser, Lys or Arg;

$Xaa_{19}$ is Tyr or Gln;

$Xaa_{20}$ is Leu or Met;

$Xaa_{22}$ is Gly, Glu or Aib;

$Xaa_{23}$ is Gln, Glu, Lys or Arg;

$Xaa_{25}$ is Ala or Val;

$Xaa_{27}$ is Glu or Leu;

$Xaa_{30}$ is Ala, Glu or Arg;

$Xaa_{33}$ is Val or Lys;

$Xaa_{34}$ is Lys, Glu, Asn or Arg;

$Xaa_{35}$ is Gly or Aib;

Formula I



wherein

$Xaa_7$ is L-histidine, imidazopropionyl, $\alpha$-hydroxy-histidine, D-histidine, desamino-histidine, 2-amino-histidine, $\beta$-hydroxy-histidine, homohistidine, $N^\alpha$-acetyl-histidine,

$Xaa_{36}$ is Arg, Gly or Lys, or is absent;

$Xaa_{37}$ is Gly, Ala, Glu, Pro, Lys, or is absent;

and B and U' together is the acylated moiety, where U' is selected from

US 8,129,343 B2

**11**                                                                    **12**

US 8,129,343 B2

**13**

m is 0, 1, 2, 3, 4, 5, or 6,

n is 1, 2 or 3

s is 0, 1, 2, or 3,

t is 0, 1, 2, or 3, or 4

p is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, or 23;

and where B is an acidic group selected from



and

where l is 12, 13, 14, 15, 16, 17, 18, 19 or 20;

In an embodiment the invention provides a compound which is a compound of formula II (SEQ ID No. 3):

**14**

acetyl-histidine, $\alpha$-fluoromethyl-histidine, $\alpha$-methyl-histidine, 3-pyridylalanine, 2-pyridylalanine or 4-pyridylalanine;

$Xaa_8$ is Ala, Gly, Val, Leu, Ile, Lys, Aib, (1-aminocyclopropyl) carboxylic acid, (1-aminocyclobutyl) carboxylic acid, (1-aminocyclopentyl) carboxylic acid, (1-aminocyclohexyl) carboxylic acid, (1-aminocycloheptyl) carboxylic acid, or (1-aminocyclooctyl) carboxylic acid;

$Xaa_{16}$ is Val or Leu;

$Xaa_{18}$ is Ser, Lys or Arg;

$Xaa_{19}$ is Tyr or Gln;

$Xaa_{20}$ is Leu or Met;

$Xaa_{22}$ is Gly, Glu or Aib;

$Xaa_{23}$ is Gln, Glu, Lys or Arg;

$Xaa_{25}$ is Ala or Val;

$Xaa_{27}$ is Glu or Leu;

Formula II



The formula II is identical to formula I as stated in an embodiment above, where the moiety B—U is replaced by B—U'. The difference being only the incorporation of the carboxy group in the U' relative to U, which is without the attaching carboxy group.

In formula II each of the Xaa's has the following meaning:

$Xaa_7$ is L-histidine, D-histidine, desamino-histidine, 2-amino-histidine, $\beta$-hydroxy-histidine, homohistidine, $N^\alpha$-

$Xaa_{30}$ is Ala, Glu or Arg;

$Xaa_{33}$ is Val or Lys;

$Xaa_{34}$ is Lys, Glu, Asn or Arg;

$Xaa_{35}$ is Gly or Aib;

$Xaa_{36}$ is Arg, Gly or Lys, or is absent;

$Xaa_{37}$ is Gly, Ala, Glu, Pro, Lys, or is absent;

$Xaa_{38}$ is Lys, Ser, amide or is absent;

and where U is a spacer selected from

US 8,129,343 B2

**15**                         **16**

where n is 12, 13, 14, 15, 16, 17 or 18

l is 12, 13, 14, 15, 16, 17 or 18,

m is 0, 1, 2, 3, 4, 5, or 6,

s is 0, 1, 2, or 3,

p is 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, or 23;

and where B is an acidic group selected from

In the embodiments below when referring to U' in formula I it is to be understood as also referring to formula II and U, with the only difference being the carboxy group.

An embodiment provides a GLP-1 analog according to the embodiments above, wherein U' is selected from

US 8,129,343 B2

17 18

-continued

m is 2, 3, 4 or 5,

n is 1 or 2

s is 0, 1, or 2,

t is 0, 1, 2, or 3

p is 1, 2, 3, 4, 7, 11 or 23

An embodiment provides a GLP-1 analog according to the embodiments above, wherein B—U'— is

US 8,129,343 B2

**19**                                    **20**

-continued

US 8,129,343 B2

**21**

where l is 14, 15, 16, 17, 18, 19 or 20;

p is 1, 2, 3, 4, 7, 8, 9, 10, 11 or 12.

s is 0, 1 or 2

t is 0 or 1;

**22**

An embodiment according to the above wherein
where l is 14, 15, 16, 17 or 18
p is 1, 2, 3, 4 or 11;
s is 0, 1 or 2;
t is 0 or 1;
An embodiment provides a GLP-1 analog according to the
embodiment above, wherein B—U' is

US 8,129,343 B2

**23**

where l is 14, 15, 16, 17, 18, 19 or 20;
p is 1, 2, 3, or 4.
s is 0, 1 or 2
n is 0, 1 or 2
An embodiment according to any of the above embodiments is wherein B is



and l is 14, 16, 18 or 20;
An embodiment provides a GLP-1 analog according to any of the embodiments above, wherein B is



**24**

-continued



where l is 14, 15, or 16.
An embodiment provides a GLP-1 analog according to any of the embodiments above, wherein s is 1.
An embodiment provides a GLP-1 analog according to any of the embodiments above, wherein n is 1.
An embodiment provides a GLP-1 analog according any of the embodiments above, wherein l is 14, 15 or 16; In embodiments l is 17, 18, 19 or 20. In embodiments l is 15, 16 or 17. In embodiments l is 18, 19 or 20. In embodiments l is 14. In embodiments l is 16. In embodiments l is 18. In embodiments l is 20.
An embodiment provides a GLP-1 analog according to any of the embodiments above, wherein p is 1.
An embodiment provides a GLP-1 analog according to any of the embodiments above, wherein p is 2.
An embodiment provides a GLP-1 analog according to any of the embodiments above, wherein p is 3.
An embodiment provides a GLP-1 analog according to any of the embodiments above, wherein p is 4.
An embodiment provides a GLP-1 analog according to any of the embodiments above, wherein B—U' is

US 8,129,343 B2

**25**                                                                    **26**

-continued



An embodiment provides a GLP-1 analog according to any of the embodiments above, wherein B—U' is



An embodiment provides a GLP-1 analog according to any of the embodiments above, wherein B—U' is



An embodiment provides a GLP-1 analog according to formula I above, wherein

$Xaa_7$ is His or desamino-histidine;
$Xaa_8$ is Ala, Gly, Val, Leu, Ile, Lys or Aib;
$Xaa_{16}$ is Val;
$Xaa_{18}$ is Ser;
$Xaa_{19}$ is Tyr;
$Xaa_{20}$ is Leu;
$Xaa_{22}$ is Gly, Glu or Aib;
$Xaa_{23}$ is Gln or Glu;
$Xaa_{25}$ is Ala;
$Xaa_{27}$ is Glu;
$Xaa_{30}$ is Ala or Glu;
$Xaa_{33}$ is Val;
$Xaa_{34}$ is Lys or Arg;

$Xaa_{35}$ is Gly or Aib;
$Xaa_{36}$ is Arg or Lys;
$Xaa_{37}$ is Gly, amide or is absent;

An embodiment provides a GLP-1 analog according to formula I above, wherein

$Xaa_7$ is His
$Xaa_8$ is Gly, or Aib;
$Xaa_{16}$ is Val;
$Xaa_{18}$ is Ser;
$Xaa_{19}$ is Tyr;
$Xaa_{20}$ is Leu;
$Xaa_{22}$ is Glu or Aib;
$Xaa_{23}$ is Gln;
$Xaa_{25}$ is Ala;
$Xaa_{27}$ is Glu;

US 8,129,343 B2

**27**

Xaa$_{30}$ is Ala;
Xaa$_{33}$ is Val;
Xaa$_{34}$ is Lys or Arg;
Xaa$_{35}$ is Gly or Aib;
Xaa$_{36}$ is Arg
Xaa$_{37}$ is Gly

An embodiment provides a GLP-1 analog according to any one of the above embodiments, wherein said GLP-1 analog comprises a modification of the N-terminal L-histidine in position 7 of the GLP-1(7-37) sequence.

An embodiment provides a GLP-1 analog according to the embodiment above, wherein said GLP-1 analog comprises imidazopropionyl$^7$, α-hydroxy-histidine$^7$ or N-methyl-histidine$^7$, D-histidine$^7$, desamino-histidine$^7$, 2-amino-histidine$^7$, β-hydroxy-histidine$^7$, homohistidine$^7$, N$^α$-acetyl-histidine$^7$, α-fluoromethyl-histidine$^7$, α-methyl-histidine$^7$, 3-pyridylalanine$^7$, 2-pyridylalanine$^7$ or 4-pyridylalanine$^7$.

An embodiment provides a GLP-1 analog according to any one of the embodiments above, wherein said GLP-1 analog comprises a substitution of the L-alanine in position 8 of the GLP-1(7-37) sequence for another amino acid residue.

An embodiment provides a GLP-1 analog according to the embodiment above, wherein said GLP-1 analog comprises Aib$^8$, Gly$^8$, Val$^8$, Ile$^8$, Leu$^8$, Ser$^8$, Thr$^8$, (1-aminocyclopropyl) carboxylic acid, (1-aminocyclobutyl) carboxylic acid, (1-aminocyclopentyl) carboxylic acid, (1-aminocyclohexyl) carboxylic acid, (1-aminocycloheptyl) carboxylic acid, or (1-aminocyclooctyl) carboxylic acid.

An embodiment provides a GLP-1 analog according to any of the embodiment above, wherein said GLP-1 analog comprises Aib$^8$;

In one embodiment of the invention said GLP-1 analog is Aib$^8$,Arg$^{34}$-GLP-1(7-37) or Aib$^{8,22}$,Arg$^{34}$-GLP-1(7-37).

**28**

An embodiment provides a GLP-1 analog according to any of the above embodiments, wherein said GLP-1 analog comprises no more than fifteen amino acid residues which have been exchanged, added or deleted as compared to GLP-1(7-37) (SEQ ID No. 1),

An embodiment provides a GLP-1 analog according to the embodiment above, wherein no more than ten amino acid residues which have been exchanged, added or deleted as compared to GLP-1(7-37) (SEQ ID No. 1).

An embodiment provides a GLP-1 analog according to the embodiment above, wherein said GLP-1 analog comprises no more than six amino acid residues which have been exchanged, added or deleted as compared to GLP-1(7-37) (SEQ ID No. 1).

An embodiment provides a GLP-1 analog according to any of the above embodiments, wherein said GLP-1 analog comprises no more than 3 amino acid residues which are not encoded by the genetic code.

An embodiment provides a GLP-1 analog according to any of the above embodiments, wherein said GLP-1 analog comprises only one lysine residue.

An embodiment provides a GLP-1 analog according to any of the above embodiments, which is

Aib$^8$,Arg$^{34}$-GLP-1(7-37)
Aib$^{8,22}$,Arg$^{34}$-GLP-1(7-37).
Arg$^{34}$-GLP-1(7-37).
[3-(4-Imidazolyl)Propionyl7,Arg34]GLP-1-(7-37)peptide
Gly$^8$,Arg$^{34}$-GLP-1(7-37)
Aib$^8$,Arg$^{34}$, Pro$^{37}$-GLP-1(7-37)
Aib$^{8,22,27,30,35}$,Arg$^{34}$,Pro$^{37}$-GLP-1(7-37)amide,
all of which are substituted by B—U' in position 26.

An embodiment provides a GLP-1 analog according to any one of the preceding embodiments, which is selected from



N-ε$^{26}$-(17-carboxyheptadecanoyl)-[Aib8,Arg34]GLP-1-(7-37)-peptide



N-ε$^{26}$-(19-carboxynonadecanoyl)-[Aib8,Arg34]GLP-1-(7-37)-peptide

US 8,129,343 B2

**29**     **30**

-continued



NH₂-HAEGTFTSDVSSYLEGQAA-N ... EFIAWLVRGRG-COOH

N-ε²⁶-(4-{[N-(carboxyethyl)-N-(15-carboxypentadecanoyl)amino]methyl}benzoyl)[Arg34]GLP-1-(7-37)



NH₂—H—N ... EGTFTSDVSSYLEGQAA-N ... EFIAWLVRGRG-COOH,

N-ε²⁶-[2-(2-(2-(2-[2-(2-[4-(17-Carboxyheptadecanoylamino)-4(S)-carboxybutyrylamino]
ethoxy)ethoxy]acetylamino)ethoxy]ethoxy)acetyl][Aib8,Arg34]GLP-1-(7-37)peptide



NH₂—H—N ... EGTFTSDVSSYLEGQAA-N ... EFIAWLVRGRG-COOH,

US 8,129,343 B2

**31**

**32**

-continued

NH$_2$-HGEGTFTSDVSSYLEGQAA-N

EFIAWLVRGRG-COOH,

NH$_2$—HN

EGTFTSDVSSYLEGQAA-N

EFIAWLVRGRG-COOH,

H$_3$C   CH$_3$

NH$_2$-HGEGTFTSDVSSYLEGQAA-N

EFIAWLVRGRG-COOH,

NH$_2$-HGEGTFTSDVSSYLEGQAA-N

EFIAWLVRGRG-COOH,

US 8,129,343 B2

33       34

-continued



NH₂—H—H—[...]—EGTFTSDVSSYLEGQAA-N—[...]—EFIAWLVRGRG-COOH,

H₃C  CH₃



NH₂-HGEGTFTSDVSSYLEGQAA-N—[...]—EFIAWLVRGRG-COOH,



NH₂-HGEGTFTSDVSSYLEGQAA-N—[...]—EFIAWLVRGRG-COOH,

US 8,129,343 B2

35                                         36

-continued

NH₂-HAEGTFTSDVSSYLEGQAA-N ... EFIAWLVRGRG-COOH,

US 8,129,343 B2

37    38

-continued

NH2-HGEGTFTSDVSSYLEGQAA-N...EFIAWLVRGRG-COOH,

NH2-H-EGTFTSDVSSYLEGQAA-N...EFIAWLVRGRG-COOH,

NH2-HGEGTFTSDVSSYLEGQAA-N...EFIAWLVRGRG-COOH,

US 8,129,343 B2

39          40

-continued



35

An embodiment provides a method for increasing the time of action in a patient of a GLP-1 analog, characterised in acylating said GLP-1 analog with a moiety B—U as disclosed in any of the preceding embodiments, on the lysine residue in position 26 of said GLP-1 analog.

An embodiment provides a method for increasing the time of action in a patient of a GLP-1 analog to more than about 40 hours, characterised in modifying at least one of the amino acid residues in positions 7 and 8 of a GLP-1(7-37) peptide or an analog thereof, and acylating said GLP-1 analog with a moiety B—U'—as disclosed in any of the preceding embodiments on the lysine residue in position 26 of said GLP-1 analog.

An embodiment provides a pharmaceutical composition comprising a compound according to any one the embodiments above, and a pharmaceutically acceptable excipient.

An embodiment provides a pharmaceutical composition according to the embodiment above, which is suited for parenteral administration.

An embodiment provides the use of a compound according to any one of the embodiments above for the preparation of a medicament.

An embodiment provides the use of a compound according to any one of the embodiments above for the preparation of a medicament for the treatment or prevention of hyperglycemia, type 2 diabetes, impaired glucose tolerance, type 1 diabetes, obesity, hypertension, syndrome X, dyslipidemia, cognitive disorders, atherosclerosis, myocardial infarction, coronary heart disease and other cardiovascular disorders, stroke, inflammatory bowel syndrome, dyspepsia and gastric ulcers.

An embodiment provides the use of a compound according to any one of the embodiments above for the preparation of a medicament for delaying or preventing disease progression in type 2 diabetes.

An embodiment provides the use of a compound according to any one of the embodiments above for the preparation of a medicament for decreasing food intake, decreasing β-cell apoptosis, increasing β-cell function and β-cell mass, and/or for restoring glucose sensitivity to β-cells.

In an embodiment the invention provides a compound according to the embodiments above, wherein said GLP-1 analog is Aib$^8$,Arg$^{34}$-GLP-1(7-37) or Aib$^{8,22}$,Arg$^{34}$-GLP-1 (7-37) attached to a linker B—U';

In an embodiment of Formula II, B—U represents

US 8,129,343 B2

| **41** | **42** |

-continued



where l is 14, 15 or 16;

n is 15, 16, 17 or 18;

p is 3, 7, 11 or 24.

In embodiments the invention provides a compound according to any one of the embodiments above, wherein said diacid comprises a dicarboxylic acid.

In embodiments the invention provides a compound according to any one of the embodiments above, wherein the acylation group comprises a straight-chain or branched alkane α,ω-dicarboxylic acid.

In embodiments the invention provides compound according to the embodiment above,

wherein the acylation group comprises the structure HOOC—(CH$_2$)$_n$CO—, wherein n is 12 to 20.

In embodiments the invention provides a compound according to the embodiment above, wherein the acylation group comprises a structure selected from HOOC—(CH$_2$)$_{14}$CO—, HOOC—(CH$_2$)$_{15}$CO—, HOOC—(CH$_2$)$_{16}$CO—, HOOC—(CH$_2$)$_{17}$CO—, and HOOC—(CH$_2$)$_{18}$CO—.

In embodiments the invention provides a compound according to the embodiment above, wherein the acylation group comprises the structure HOOC—(CH$_2$)$_{16}$CO—.

Another object of the present invention is to provide a pharmaceutical formulation comprising a compound according to the present invention which is present in a concentration from 0.1 mg/ml to 25 mg/ml, and wherein said formulation has a pH from 3.0 to 9.0. The formulation may further comprise a buffer system, preservative(s), tonicity agent(s), chelating agent(s), stabilizers and surfactants. In one embodiment of the invention the pharmaceutical formulation is an

aqueous formulation, i.e. formulation comprising water. Such formulation is typically a solution or a suspension. In a further embodiment of the invention the pharmaceutical formulation is an aqueous solution. The term "aqueous formulation" is defined as a formulation comprising at least 50% w/w water. Likewise, the term "aqueous solution" is defined as a solution comprising at least 50% w/w water, and the term "aqueous suspension" is defined as a suspension comprising at least 50% w/w water.

In another embodiment the pharmaceutical formulation is a freeze-dried formulation, whereto the physician or the patient adds solvents and/or diluents prior to use.

In another embodiment the pharmaceutical formulation is a dried formulation (e.g. freeze-dried or spray-dried) ready for use without any prior dissolution.

In a further aspect the invention relates to a pharmaceutical formulation comprising an aqueous solution of a compound according to the present invention, and a buffer, wherein said compound is present in a concentration from 0.1 mg/ml or above, and wherein said formulation has a pH from about 3.0 to about 9.0.

In another embodiment of the invention the pH of the formulation is from about 7.0 to about 9.5. In another embodiment of the invention the pH of the formulation is from about 3.0 to about 7.0. In another embodiment of the invention the pH of the formulation is from about 5.0 to about 7.5. In another embodiment of the invention the pH of the formulation is from about 7.5 to about 9.0. In another embodiment of the invention the pH of the formulation is from about 7.5 to about 8.5. In another embodiment of the invention the pH of

US 8,129,343 B2

43

the formulation is from about 6.0 to about 7.5. In another embodiment of the invention the pH of the formulation is from about 6.0 to about 7.0. In another embodiment the pharmaceutical formulation is from 8.0 to 8.5.

In a further embodiment of the invention the buffer is selected from the group consisting of sodium acetate, sodium carbonate, citrate, glycylglycine, histidine, glycine, lysine, arginine, sodium dihydrogen phosphate, disodium hydrogen phosphate, sodium phosphate, and tris(hydroxymethyl)-aminomethan, bicine, tricine, malic acid, succinate, maleic acid, fumaric acid, tartaric acid, aspartic acid or mixtures thereof. Each one of these specific buffers constitutes an alternative embodiment of the invention.

In a further embodiment of the invention the formulation further comprises a pharmaceutically acceptable preservative. In a further embodiment of the invention the preservative is selected from the group consisting of phenol, o-cresol, m-cresol, p-cresol, methyl p-hydroxybenzoate, propyl p-hydroxybenzoate, 2-phenoxyethanol, butyl p-hydroxybenzoate, 2-phenylethanol, benzyl alcohol, chlorobutanol, and thiomerosal, bronopol, benzoic acid, imidurea, chlorohexidine, sodium dehydroacetate, chlorocresol, ethyl p-hydroxybenzoate, benzethonium chloride, chlorphenesine (3p-chlorphenoxypropane-1,2-diol) or mixtures thereof. In an embodiment the preservative is phenol or m-cresol. In a further embodiment of the invention the preservative is present in a concentration from 0.1 mg/ml to 20 mg/ml. In a further embodiment of the invention the preservative is present in a concentration from 0.1 mg/ml to 5 mg/ml. In a further embodiment of the invention the preservative is present in a concentration from 5 mg/ml to 10 mg/ml. In a further embodiment of the invention the preservative is present in a concentration from 10 mg/ml to 20 mg/ml. Each one of these specific preservatives constitutes an alternative embodiment of the invention. The use of a preservative in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19th edition, 1995.

In a further embodiment of the invention the formulation further comprises an isotonic agent. In a further embodiment of the invention the isotonic agent is selected from the group consisting of a salt (e.g. sodium chloride), a sugar or sugar alcohol, an amino acid (e.g. L-glycine, L-histidine, arginine, lysine, isoleucine, aspartic acid, tryptophan, threonine), an alditol (e.g. glycerol (glycerine), 1,2-propanediol (propyleneglycol), 1,3-propanediol, 1,3-butanediol) polyethyleneglycol (e.g. PEG400), or mixtures thereof. In an embodiment the isotoncity agent is propyleneglycol. Any sugar such as mono-, di-, or polysaccharides, or water-soluble glucans, including for example fructose, glucose, mannose, sorbose, xylose, maltose, lactose, sucrose, trehalose, dextran, pullulan, dextrin, cyclodextrin, soluble starch, hydroxyethyl starch and carboxymethylcellulose-Na may be used. In one embodiment the sugar additive is sucrose. Sugar alcohol is defined as a C4-C8 hydrocarbon having at least one —OH group and includes, for example, mannitol, sorbitol, inositol, galactitol, dulcitol, xylitol, and arabitol. In one embodiment the sugar alcohol additive is mannitol. The sugars or sugar alcohols mentioned above may be used individually or in combination. There is no fixed limit to the amount used, as long as the sugar or sugar alcohol is soluble in the liquid preparation and does not adversely effect the stabilizing effects achieved using the methods of the invention. In one embodiment, the sugar or sugar alcohol concentration is between about 1 mg/ml and about 150 mg/ml. In a further embodiment of the invention the isotonic agent is present in a concentration from 1 mg/ml to 50 mg/ml. In a further embodiment of the invention the

44

isotonic agent is present in a concentration from 1 mg/ml to 7 mg/ml. In an embodiment of the invention the isotonic agent is present in a concentration from 5 mg/ml to 7 mg/ml. In a further embodiment of the invention the isotonic agent is present in a concentration from 8 mg/ml to 24 mg/ml. In a further embodiment of the invention the isotonic agent is present in a concentration from 25 mg/ml to 50 mg/ml. Each one of these specific isotonic agents constitutes an alternative embodiment of the invention. The use of an isotonic agent in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19th edition, 1995.

In a further embodiment of the invention the formulation further comprises a chelating agent. In a further embodiment of the invention the chelating agent is selected from salts of ethylenediaminetetraacetic acid (EDTA), citric acid, and aspartic acid, and mixtures thereof. In a further embodiment of the invention the chelating agent is present in a concentration from 0.1 mg/ml to 5 mg/ml. In a further embodiment of the invention the chelating agent is present in a concentration from 0.1 mg/ml to 2 mg/ml. In a further embodiment of the invention the chelating agent is present in a concentration from 2 mg/ml to 5 mg/ml. Each one of these specific chelating agents constitutes an alternative embodiment of the invention. The use of a chelating agent in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19th edition, 1995.

In a further embodiment of the invention the formulation further comprises a stabilizer. The use of a stabilizer in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy,* 19th edition, 1995.

More particularly, compositions of the invention are stabilized liquid pharmaceutical compositions whose therapeutically active components include a polypeptide that possibly exhibits aggregate formation during storage in liquid pharmaceutical formulations. By "aggregate formation" is intended a physical interaction between the polypeptide molecules that results in formation of oligomers, which may remain soluble, or large visible aggregates that precipitate from the solution. By "during storage" is intended a liquid pharmaceutical composition or formulation once prepared, is not immediately administered to a subject. Rather, following preparation, it is packaged for storage, either in a liquid form, in a frozen state, or in a dried form for later reconstitution into a liquid form or other form suitable for administration to a subject. By "dried form" is intended the liquid pharmaceutical composition or formulation is dried either by freeze drying (i.e., lyophilization; see, for example, Williams and Polli (1984) J. Parenteral Sci. Technol. 38:48-59), spray drying (see Masters (1991) in Spray-Drying Handbook (5th ed; Longman Scientific and Technical, Essex, U.K.), pp. 491-676; Broadhead et al. (1992) Drug Devel. Ind. Pharm. 18:1169-1206; and Mumenthaler et al. (1994) Pharm. Res. 11:12-20), or air drying (Carpenter and Crowe (1988) Cryobiology 25:459-470; and Roser (1991) Biopharm. 4:47-53). Aggregate formation by a polypeptide during storage of a liquid pharmaceutical composition can adversely affect biological activity of that polypeptide, resulting in loss of therapeutic efficacy of the pharmaceutical composition. Furthermore, aggregate formation may cause other problems such as blockage of tubing, membranes, or pumps when the polypeptide-containing pharmaceutical composition is administered using an infusion system.

The pharmaceutical compositions of the invention may further comprise an amount of an amino acid base sufficient

US 8,129,343 B2

45

46

to decrease aggregate formation by the polypeptide during storage of the composition. By "amino acid base" is intended an amino acid or a combination of amino acids, where any given amino acid is present either in its free base form or in its salt form. Where a combination of amino acids is used, all of the amino acids may be present in their free base forms, all may be present in their salt forms, or some may be present in their free base forms while others are present in their salt forms. In one embodiment, amino acids to use in preparing the compositions of the invention are those carrying a charged side chain, such as arginine, lysine, aspartic acid, and glutamic acid. Any stereoisomer (i.e., L, D, or a mixture thereof) of a particular amino acid (e.g. methionine, histidine, imidazole, arginine, lysine, isoleucine, aspartic acid, tryptophan, threonine and mixtures thereof) or combinations of these stereoisomers, may be present in the pharmaceutical compositions of the invention so long as the particular amino acid is present either in its free base form or its salt form. In one embodiment the L-stereoisomer is used. Compositions of the invention may also be formulated with analogues of these amino acids. By "amino acid analogue" is intended a derivative of the naturally occurring amino acid that brings about the desired effect of decreasing aggregate formation by the polypeptide during storage of the liquid pharmaceutical compositions of the invention. Suitable arginine analogues include, for example, aminoguanidine, ornithine and N-monoethyl L-arginine, suitable methionine analogues include ethionine and buthionine and suitable cysteine analogues include S-methyl-L cysteine. As with the other amino acids, the amino acid analogues are incorporated into the compositions in either their free base form or their salt form. In a further embodiment of the invention the amino acids or amino acid analogues are used in a concentration, which is sufficient to prevent or delay aggregation of the protein.

In a further embodiment of the invention methionine (or other sulphuric amino acids or amino acid analogues) may be added to inhibit oxidation of methionine residues to methionine sulfoxide when the polypeptide acting as the therapeutic agent is a polypeptide comprising at least one methionine residue susceptible to such oxidation. By "inhibit" is intended minimal accumulation of methionine oxidized species over time. Inhibiting methionine oxidation results in greater retention of the polypeptide in its proper molecular form. Any stereoisomer of methionine (L or D) or combinations thereof can be used. The amount to be added should be an amount sufficient to inhibit oxidation of the methionine residues such that the amount of methionine sulfoxide is acceptable to regulatory agencies. Typically, this means that the composition contains no more than about 10% to about 30% methionine sulfoxide. Generally, this can be achieved by adding methionine such that the ratio of methionine added to methionine residues ranges from about 1:1 to about 1000:1, such as 10:1 to about 100:1.

In a further embodiment of the invention the formulation further comprises a stabilizer selected from the group of high molecular weight polymers or low molecular compounds. In a further embodiment of the invention the stabilizer is selected from polyethylene glycol (e.g. PEG 3350), polyvinyl alcohol (PVA), polyvinylpyrrolidone, carboxy-/hydroxycellulose or derivates thereof (e.g. HPC, HPC-SL, HPC-L and HPMC), cyclodextrins, sulphur-containing substances as monothioglycerol, thioglycolic acid and 2-methylthioethanol, and different salts (e.g. sodium chloride). Each one of these specific stabilizers constitutes an alternative embodiment of the invention.

The pharmaceutical compositions may also comprise additional stabilizing agents, which further enhance stability of a

therapeutically active polypeptide therein. Stabilizing agents of particular interest to the present invention include, but are not limited to, methionine and EDTA, which protect the polypeptide against methionine oxidation, and a nonionic surfactant, which protects the polypeptide against aggregation associated with freeze-thawing or mechanical shearing.

In a further embodiment of the invention the formulation further comprises a surfactant. In another embodiment of the invention the pharmaceutical composition comprises two different surfactants. The term "Surfactant" as used herein refers to any molecules or ions that are comprised of a water-soluble (hydrophilic) part, the head, and a fat-soluble (lipophilic) segment. Surfactants accumulate preferably at interfaces, which the hydrophilic part is orientated towards the water (hydrophilic phase) and the lipophilic part towards the oil- or hydrophobic phase (i.e. glass, air, oil etc.). The concentration at which surfactants begin to form micelles is known as the critical micelle concentration or CMC. Furthermore, surfactants lower the surface tension of a liquid. Surfactants are also known as amphiphatic compounds. The term "Detergent" is a synonym used for surfactants in general.

Anionic surfactants may be selected from the group of: Chenodeoxycholic acid, Chenodeoxycholic acid sodium salt, Cholic acid, Dehydrocholic acid, Deoxycholic acid, Deoxycholic acid methyl ester, Digitonin, Digitoxigenin, N,N-Dimethyldodecylamine N-oxide, Docusate sodium, Glycochenodeoxycholic acid sodium, Glycocholic acid hydrate, Glycodeoxycholic acid monohydrate, Glycodeoxycholic acid sodium salt, Glycodeoxycholic acid sodium salt, Glycolithocholic acid 3-sulfate disodium salt, Glycolithocholic acid ethyl ester, N-Lauroylsarcosine sodium salt, N-Lauroylsarcosine sodium salt, N-Lauroylsarcosine, N-Lauroylsarcosine, Lithium dodecyl sulfate, Lugol, 1-Octanesulfonic acid sodium salt, 1-Octanesulfonic acid sodium salt, Sodium 1-butanesulfonate, Sodium 1-decanesulfonate, Sodium 1-dodecanesulfonate, Sodium 1-heptanesulfonate, Sodium 1-heptanesulfonate, Sodium 1-nonanesulfonate, Sodium 1-propanesulfonate monohydrate, Sodium 2-bromoethanesulfonate, Sodium cholate hydrate, ox or sheep bile, Sodium cholate hydrate, Sodium choleate, Sodium deoxycholate, Sodium dodecyl sulfate, Sodium dodecyl sulfate, Sodium hexanesulfonate, Sodium octyl sulfate, Sodium pentanesulfonate, Sodium taurocholate, Taurochenodeoxycholic acid sodium salt, Taurodeoxycholic acid sodium salt monohydrate, Taurolithocholic acid 3-sulfate disodium salt, Tauroursodeoxycholic acid sodium salt, Trizma® dodecyl sulfate, DSS (docusate sodium, CAS registry no [577-11-7]), docusate calcium, CAS registry no [128-49-4]), docusate potassium, CAS registry no [7491-09-0]), SDS (sodium dodecyl sulfate or sodium lauryl sulfate), Dodecylphosphocholine (FOS-Choline-12), Decylphosphocholine (FOS-Choline-10), Nonylphosphocholine (FOS-Choline-9), dipalmitoyl phosphatidic acid, sodium caprylate, and/or Ursodeoxycholic acid.

Cationic surfactants may be selected from the group of: Alkyltrimethylammonium bromide

Benzalkonium chloride, Benzalkonium chloride, Benzyldimethylhexadecylammonium chloride, Benzyldimethyltetradecylammonium chloride, Benzyltrimethylammonium tetrachloroiodate, Dimethyldioctadecylammonium bromide, Dodecylethyldimethylammonium bromide, Dodecyltrimethylammonium bromide, Dodecyltrimethylammonium bromide, Ethylhexadecyldimethylammonium bromide, Hexadecyltrimethylammonium bromide, Hexadecyltrimethylammonium bromide, Polyoxyethylene(10)-N-tallow-1, 3-diaminopropane, Thonzonium bromide, and/or Trimethyl (tetradecyl)ammonium bromide.

47

Nonionic surfactants may be selected from the group of: BigCHAP, Bis(polyethylene glycol bis[imidazoyl carbonyl]), block copolymers as polyethyleneoxide/polypropyleneoxide block copolymers such as poloxamers, poloxamer 188 and poloxamer 407, Brij® 35, Brij® 56, Brij® 72, Brij® 76, Brij® 92V, Brij® 97, Brij® 58P, Cremophor® EL, Decaethylene glycol monododecyl ether, N-Decanoyl-N-methylglucamine, n-Dodecanoyl-N-methylglucamide, alkyl-polyglucosides, ethoxylated castor oil, Heptaethylene glycol monodecyl ether, Heptaethylene glycol monododecyl ether, Heptaethylene glycol monotetradecyl ether, Hexaethylene glycol monododecyl ether, Hexaethylene glycol monohexadecyl ether, Hexaethylene glycol monooctadecyl ether, Hexaethylene glycol monotetradecyl ether, Igepal CA-630, Igepal CA-630, Methyl-6-O-(N-heptylcarbamoyl)-beta-D-glucopyranoside, Nonaethylene glycol monododecyl ether, N-Nonanoyl-N-methylglucamine, N-Nonanoyl-N-methylglucamine, Octaethylene glycol monodecyl ether, Octaethylene glycol monododecyl ether, Octaethylene glycol monohexadecyl ether, Octaethylene glycol monooctadecyl ether, Octaethylene glycol monotetradecyl ether, Octyl-β-D-glucopyranoside, Pentaethylene glycol monodecyl ether, Pentaethylene glycol monododecyl ether, Pentaethylene glycol monohexadecyl ether, Pentaethylene glycol monohexyl ether, Pentaethylene glycol monooctadecyl ether, Pentaethylene glycol monooctyl ether, Polyethylene glycol diglycidyl ether, Polyethylene glycol ether W-1, Polyoxyethylene 10 tridecyl ether, Polyoxyethylene 100 stearate, Polyoxyethylene 20 isohexadecyl ether, Polyoxyethylene 20 oleyl ether, Polyoxyethylene 40 stearate, Polyoxyethylene 50 stearate, Polyoxyethylene 8 stearate, Polyoxyethylene bis(imidazolyl carbonyl), Polyoxyethylene 25 propylene glycol stearate, Saponin from Quillaja bark, Span® 20, Span® 40, Span®60, Span® 65, Span® 80, Span® 85, Tergitol, Type 15-S-12, Tergitol, Type 15-S-30, Tergitol, Type 15-S-5, Tergitol, Type 15-S-7, Tergitol, Type 15-S-9, Tergitol, Type NP-10, Tergitol, Type NP-4, Tergitol, Type NP-40, Tergitol, Type NP-7, Tergitol, Type NP-9, Tetradecyl-β-D-maltoside, Tetraethylene glycol monodecyl ether, Tetraethylene glycol monododecyl ether, Tetraethylene glycol monotetradecyl ether, Triethylene glycol monodecyl ether, Triethylene glycol monododecyl ether, Triethylene glycol monohexadecyl ether, Triethylene glycol monooctyl ether, Triethylene glycol monotetradecyl ether, Triton CF-21, Triton CF-32, Triton DF-12, Triton DF-16, Triton GR-5M, Triton QS-15, Triton QS-44, Triton X-100, Triton X-102, Triton X-15, Triton X-151, Triton X-200, Triton X-207, Triton® X-100, Triton® X-114, Triton® X-165 solution, Triton® X-305 solution, Triton® X-405, Triton® X-45, Triton® X-705-70, TWEEN® 20, TWEEN® 40, TWEEN® 60, TWEEN® 6, TWEEN® 65, TWEEN® 80, TWEEN® 81, TWEEN® 85, Tyloxapol, sphingophospholipids (sphingomyelin), and sphingoglycolipids (ceramides, gangliosides), phospholipids, and/or n-Undecyl β-D-glucopyranoside.

Zwitterionic surfactants may be selected from the group of: CHAPS, CHAPSO, 3-(Decyldimethylammonio)propanesulfonate inner salt, 3-(Dodecyldimethylammonio)-propanesulfonate inner salt, 3-(Dodecyldimethylammonio)propanesulfonate inner salt, 3-(N,N-Dimethylmyristylammonio) propanesulfonate, 3-(N,N-Dimethyloctadecylammonio)-propanesulfonate, 3-(N,N-Dimethyloctylammonio) propanesulfonate inner salt, 3-(N,N-Dimethylpalmitylammonio)propanesulfonate, N-alkyl-N,N-dimethylammonio-1-propanesulfonates, 3-cholamido-1-propyldimethylammonio-1-propanesulfonate, Dodecylphosphocholine, myristoyl lysophosphatidylcholine, Zwittergent 3-12 (N-dodecyl-N,N-dimethyl-3-ammo-

48

nio-1-propanesulfonate), Zwittergent 3-10 (3-(Decyldimethylammonio)-propanesulfonate inner salt), Zwittergent 3-08 (3-(Octyldimethylammonio)pro-panesulfonate), glycerophospholipids (lecithins, kephalins, phosphatidyl serine), glyceroglycolipids (galactopyranoside), alkyl, alkoxyl (alkyl ester), alkoxy (alkyl ether)-derivatives of lysophosphatidyl and phosphatidylcholines, e.g. lauroyl and myristoyl derivatives of lysophosphatidylcholine, dipalmitoylphosphatidylcholine, and modifications of the polar head group, that is cholines, ethanolamines, phosphatidic acid, serines, threonines, glycerol, inositol, lysophosphatidylserine and lysophosphatidylthreonine, acylcarnitines and derivatives, $N^{beta}$-acylated derivatives of lysine, arginine or histidine, or side-chain acylated derivatives of lysine or arginine, $N^{beta}$-acylated derivatives of dipeptides comprising any combination of lysine, arginine or histidine and a neutral or acidic amino acid, $N^{beta}$-acylated derivative of a tripeptide comprising any combination of a neutral amino acid and two charged amino acids, or the surfactant may be selected from the group of imidazoline derivatives, long-chain fatty acids and salts thereof $C_6$-$C_{12}$ (eg. oleic acid and caprylic acid), N-Hexadecyl-N,N-dimethyl-3-ammonio-1-propane-sulfonate, anionic (alkyl-aryl-sulphonates) monovalent surfactants, palmitoyl lysophosphatidyl-L-serine, lysophospholipids (e.g. 1-acyl-sn-glycero-3-phosphate esters of ethanolamine, choline, serine or threonine), or mixtures thereof.

The term "alkyl-polyglucosides" as used herein in relates to an straight or branched $C_{5\text{-}20}$-alkyl, -alkenyl or -alkynyl chain which is substituted by one or more glucoside moieties such as maltoside, saccharide etc. Embodiments of these alkyl-polyglucosides include $C_{6\text{-}18}$-alkyl-polyglucosides. Specific embodiments of these alkyl-polyglucosides includes the even numbered carbon-chains such as $C_6$, $C_8$, $C_{10}$, $C_{12}$, $C_{14}$, $C_{16}$, $C_{18}$ and $C_{20}$ alkyl chain. Specific embodiments of the glucoside moieties include pyranoside, glucopyranoside, maltoside, maltotrioside and sucrose. In embodiments of the invention less than 6 glucosid moieties are attached to the alkyl group. In embodiments of the invention less than 5 glucosid moieties are attached to the alkyl group. In embodiments of the invention less than 4 glucosid moieties are attached to the alkyl group. In embodiments of the invention less than 3 glucosid moieties are attached to the alkyl group. In embodiments of the invention less than 2 glucosid moieties are attached to the alkyl group. Specific embodiments of alkyl-polyglucosides are alkyl glucosides such n-decyl β-D-glucopyranoside, decyl β-D-maltopyranoside, dodecyl β-D-glucopyranoside, n-dodecyl β-D-maltoside, n-dodecyl β-D-maltoside, n-dodecyl β-D-maltoside, tetradecyl β-D-glucopyranoside, decyl β-D-maltoside, hexadecyl β-D-maltoside, decyl β-D-maltotrioside, dodecyl β-D-maltotrioside, tetradecyl β-D-maltotrioside, hexadecyl β-D-maltotrioside, n-dodecyl-sucrose, n-decyl-sucrose, sucrose monocaprate, sucrose monolaurate, sucrose monomyristate, and sucrose monopalmitate.

The use of a surfactant in pharmaceutical compositions is well-known to the skilled person. For convenience reference is made to Remington: *The Science and Practice of Pharmacy*, 19th edition, 1995.

In a further embodiment of the invention the formulation further comprises protease inhibitors such as EDTA (ethylenediamine tetraacetic acid) and benzamidineHCl, but other commercially available protease inhibitors may also be used. The use of a protease inhibitor is particular useful in pharmaceutical compositions comprising zymogens of proteases in order to inhibit autocatalysis.

US 8,129,343 B2

49

It is possible that other ingredients may be present in the peptide pharmaceutical formulation of the present invention. Such additional ingredients may include wetting agents, emulsifiers, antioxidants, bulking agents, tonicity modifiers, chelating agents, metal ions, oleaginous vehicles, proteins (e.g., human serum albumin, gelatine or proteins) and a zwitterion (e.g., an amino acid such as betaine, taurine, arginine, glycine, lysine and histidine). Such additional ingredients, of course, should not adversely affect the overall stability of the pharmaceutical formulation of the present invention.

Pharmaceutical compositions containing a compound according to the present invention may be administered to a patient in need of such treatment at several sites, for example, at topical sites, for example, skin and mucosal sites, at sites which bypass absorption, for example, administration in an artery, in a vein, in the heart, and at sites which involve absorption, for example, administration in the skin, under the skin, in a muscle or in the abdomen.

Administration of pharmaceutical compositions according to the invention may be through several routes of administration, for example, lingual, sublingual, buccal, in the mouth, oral, in the stomach and intestine, nasal, pulmonary, for example, through the bronchioles and alveoli or a combination thereof, epidermal, dermal, transdermal, vaginal, rectal, ocular, for examples through the conjunctiva, uretal, and parenteral to patients in need of such a treatment.

Compositions of the current invention may be administered in several dosage forms, for example, as solutions, suspensions, emulsions, microemulsions, multiple emulsion, foams, salves, pastes, plasters, ointments, tablets, coated tablets, rinses, capsules, for example, hard gelatine capsules and soft gelatine capsules, suppositories, rectal capsules, drops, gels, sprays, powder, aerosols, inhalants, eye drops, ophthalmic ointments, ophthalmic rinses, vaginal pessaries, vaginal rings, vaginal ointments, injection solution, in situ transforming solutions, for example in situ gelling, in situ setting, in situ precipitating, in situ crystallization, infusion solution, and implants.

Compositions of the invention may further be compounded in, or attached to, for example through covalent, hydrophobic and electrostatic interactions, a drug carrier, drug delivery system and advanced drug delivery system in order to further enhance stability of the compound of the present invention, increase bioavailability, increase solubility, decrease adverse effects, achieve chronotherapy well known to those skilled in the art, and increase patient compliance or any combination thereof. Examples of carriers, drug delivery systems and advanced drug delivery systems include, but are not limited to, polymers, for example cellulose and derivatives, polysaccharides, for example dextran and derivatives, starch and derivatives, poly(vinyl alcohol), acrylate and methacrylate polymers, polylactic and polyglycolic acid and block copolymers thereof, polyethylene glycols, carrier proteins, for example albumin, gels, for example, thermogelling systems, for example block co-polymeric systems well known to those skilled in the art, micelles, liposomes, microspheres, nanoparticulates, liquid crystals and dispersions thereof, L2 phase and dispersions there of, well known to those skilled in the art of phase behaviour in lipid-water systems, polymeric micelles, multiple emulsions, self-emulsifying, self-microemulsifying, cyclodextrins and derivatives thereof, and dendrimers.

Compositions of the current invention are useful in the formulation of solids, semisolids, powder and solutions for pulmonary administration of compounds of the present

50

invention, using, for example a metered dose inhaler, dry powder inhaler and a nebulizer, all being devices well known to those skilled in the art.

Compositions of the current invention are specifically useful in the formulation of controlled, sustained, protracting, retarded, and slow release drug delivery systems. More specifically, but not limited to, compositions are useful in formulation of parenteral controlled release and sustained release systems (both systems leading to a many-fold reduction in number of administrations), well known to those skilled in the art. Even more preferably, are controlled release and sustained release systems administered subcutaneous. Without limiting the scope of the invention, examples of useful controlled release system and compositions are hydrogels, oleaginous gels, liquid crystals, polymeric micelles, microspheres, nanoparticles, Methods to produce controlled release systems useful for compositions of the current invention include, but are not limited to, crystallization, condensation, co-crystallization, precipitation, co-precipitation, emulsification, dispersion, high pressure homogenisation, encapsulation, spray drying, microencapsulating, coacervation, phase separation, solvent evaporation to produce microspheres, extrusion and supercritical fluid processes. General reference is made to Handbook of Pharmaceutical Controlled Release (Wise, D. L., ed. Marcel Dekker, New York, 2000) and Drug and the Pharmaceutical Sciences vol. 99: Protein Formulation and Delivery (MacNally, E. J., ed. Marcel Dekker, New York, 2000).

Parenteral administration may be performed by subcutaneous, intramuscular, intraperitoneal or intravenous injection by means of a syringe, optionally a pen-like syringe. Alternatively, parenteral administration can be performed by means of an infusion pump. A further option is a composition which may be a solution or suspension or a powder for the administration of the compound of the present invention in the form of a nasal or pulmonal liquid or powder spray. As a still further option, the pharmaceutical compositions containing the compound of the invention can also be adapted to transdermal administration, e.g. by needle-free injection or from a patch, optionally an iontophoretic patch, or transmucosal, e.g. buccal, administration.

The compounds of the present invention can be administered via the pulmonary route in a vehicle, as a solution, suspension or dry powder using any of known types of devices suitable for pulmonary drug delivery. Examples of these comprise, but are not limited to, the three general types of aerosol-generating for pulmonary drug delivery, and may include jet or ultrasonic nebulizers, metered-dose inhalers, or dry powder inhalers (Cf. Yu J, Chien Y W. Pulmonary drug delivery: Physiologic and mechanistic aspects. Crit Rev Ther Drug Carr Sys 14(4) (1997) 395-453).

Based on standardised testing methodology, the aerodynamic diameter ($d_a$) of a particle is defined as the geometric equivalent diameter of a reference standard spherical particle of unit density (1 g/cm$^3$). In the simplest case, for spherical particles, $d_a$ is related to a reference diameter (d) as a function of the square root of the density ratio as described by:

Modifications to this relationship occur for non-spherical particles (cf. Edwards D A, Ben-Jebria A, Langer R. Recent advances in pulmonary drug delivery using large, porous inhaled particles. J Appl Physiol 84(2) (1998) 379-385). The terms "MMAD" and "MMEAD" are well-described and known to the art (cf. Edwards D A, Ben-Jebria A, Langer R and represents a measure of the median value of an aerodynamic particle size distribution. Recent Advances in pulmonary drug delivery using large, porous inhaled particles. J Appl Physiol 84(2) (1998) 379-385). Mass median aerody-

US 8,129,343 B2

51

namic diameter (MMAD) and mass median effective aerodynamic diameter (MMEAD) are used inter-changeably, are statistical parameters, and empirically describe the size of aerosol particles in relation to their potential to deposit in the lungs, independent of actual shape, size, or density (cf. Edwards D A, Ben-Jebria A, Langer R. Recent advances in pulmonary drug delivery using large, porous inhaled particles. J Appl Physiol 84(2) (1998) 379-385). MMAD is normally calculated from the measurement made with impactors, an instrument that measures the particle inertial behaviour in air.

In a further embodiment, the formulation could be aerosolized by any known aerosolisation technology, such as nebulisation, to achieve a MMAD of aerosol particles less than 10 μm, more preferably between 1-5 μm, and most preferably between 1-3 μm. The preferred particle size is based on the most effective size for delivery of drug to the deep lung, where protein is optimally absorbed (cf. Edwards D A, Ben-Jebria A, Langer A, Recent advances in pulmonary drug delivery using large, porous inhaled particles. J Appl Physiol 84(2) (1998) 379-385).

Deep lung deposition of the pulmonal formulations comprising the compound of the present invention may optional be further optimized by using modifications of the inhalation techniques, for example, but not limited to: slow initiation of flow (eg. 30 L/min), breath holding and timing of actuation.

The term "stabilized formulation" refers to a formulation with increased physical stability, increased chemical stability or increased physical and chemical stability.

The term "physical stability" of the protein formulation as used herein refers to the tendency of the protein to form biologically inactive and/or insoluble aggregates of the protein as a result of exposure of the protein to thermo-mechanical stresses and/or interaction with interfaces and surfaces that are destabilizing, such as hydrophobic surfaces and interfaces. Physical stability of the aqueous protein formulations is evaluated by means of visual inspection and/or turbidity measurements after exposing the formulation filled in suitable containers (e.g. cartridges or vials) to mechanical/physical stress (e.g. agitation) at different temperatures for various time periods. Visual inspection of the formulations is performed in a sharp focused light with a dark background. The turbidity of the formulation is characterized by a visual score ranking the degree of turbidity for instance on a scale from 0 to 3 (a formulation showing no turbidity corresponds to a visual score 0, and a formulation showing visual turbidity in daylight corresponds to visual score 3). A formulation is classified physical unstable with respect to protein aggregation, when it shows visual turbidity in daylight. Alternatively, the turbidity of the formulation can be evaluated by simple turbidity measurements well-known to the skilled person. Physical stability of the aqueous protein formulations can also be evaluated by using a spectroscopic agent or probe of the conformational status of the protein. The probe is preferably a small molecule that preferentially binds to a non-native conformer of the protein. One example of a small molecular spectroscopic probe of protein structure is Thioflavin T. Thioflavin T is a fluorescent dye that has been widely used for the detection of amyloid fibrils. In the presence of fibrils, and perhaps other protein configurations as well, Thioflavin T gives rise to a new excitation maximum at about 450 nm and enhanced emission at about 482 nm when bound to a fibril protein form. Unbound Thioflavin T is essentially non-fluorescent at the wavelengths.

Other small molecules can be used as probes of the changes in protein structure from native to non-native states. For instance the "hydrophobic patch" probes that bind preferen-

52

tially to exposed hydrophobic patches of a protein. The hydrophobic patches are generally buried within the tertiary structure of a protein in its native state, but become exposed as a protein begins to unfold or denature. Examples of these small molecular, spectroscopic probes are aromatic, hydrophobic dyes, such as anthracene, acridine, phenanthroline or the like. Other spectroscopic probes are metal-amino acid complexes, such as cobalt metal complexes of hydrophobic amino acids, such as phenylalanine, leucine, isoleucine, methionine, and valine, or the like.

The term "chemical stability" of the protein formulation as used herein refers to chemical covalent changes in the protein structure leading to formation of chemical degradation products with potential less biological potency and/or potential increased immunogenic properties compared to the native protein structure. Various chemical degradation products can be formed depending on the type and nature of the native protein and the environment to which the protein is exposed. Elimination of chemical degradation can most probably not be completely avoided and increasing amounts of chemical degradation products is often seen during storage and use of the protein formulation as well-known by the person skilled in the art. Most proteins are prone to deamidation, a process in which the side chain amide group in glutaminyl or asparaginyl residues is hydrolysed to form a free carboxylic acid. Other degradations pathways involves formation of high molecular weight transformation products where two or more protein molecules are covalently bound to each other through transamidation and/or disulfide interactions leading to formation of covalently bound dimer, oligomer and polymer degradation products (*Stability of Protein Pharmaceuticals, Ahern*. T. J. & Manning M. C., Plenum Press, New York 1992). Oxidation (of for instance methionine residues) can be mentioned as another variant of chemical degradation. The chemical stability of the protein formulation can be evaluated by measuring the amount of the chemical degradation products at various time-points after exposure to different environmental conditions (the formation of degradation products can often be accelerated by for instance increasing temperature). The amount of each individual degradation product is often determined by separation of the degradation products depending on molecule size and/or charge using various chromatography techniques (e.g. SEC-HPLC and/or RP-HPLC).

Hence, as outlined above, a "stabilized formulation" refers to a formulation with increased physical stability, increased chemical stability or increased physical and chemical stability. In general, a formulation must be stable during use and storage (in compliance with recommended use and storage conditions) until the expiration date is reached.

In one embodiment of the invention the pharmaceutical formulation comprising the compound of the present invention is stable for more than 6 weeks of usage and for more than 3 years of storage.

In another embodiment of the invention the pharmaceutical formulation comprising the compound of the present invention is stable for more than 4 weeks of usage and for more than 3 years of storage.

In a further embodiment of the invention the pharmaceutical formulation comprising the compound of the present invention is stable for more than 4 weeks of usage and for more than two years of storage.

In an even further embodiment of the invention the pharmaceutical formulation comprising the compound of the present invention is stable for more than 2 weeks of usage and for more than two years of storage.

US 8,129,343 B2

53

In another aspect the present invention relates to the use of a compound according to the invention for the preparation of a medicament.

In one embodiment a compound according to the invention is used for the preparation of a medicament for the treatment or prevention of hyperglycemia, type 2 diabetes, impaired glucose tolerance, type 1 diabetes, obesity, hypertension, syndrome X, dyslipidemia, cognitive disorders, atherosclerosis, myocardial infarction, stroke, coronary heart disease and other cardiovascular disorders, inflammatory bowel syndrome, dyspepsia and gastric ulcers.

In another embodiment a compound according to the invention is used for the preparation of a medicament for delaying or preventing disease progression in type 2 diabetes.

In another embodiment a compound according to the invention is used for the preparation of a medicament for decreasing food intake, decreasing β-cell apoptosis, increasing β-cell function and β-cell mass, and/or for restoring glucose sensitivity to β-cells.

The treatment with a compound according to the present invention may also be combined with a second or more pharmacologically active substances, e.g. selected from antidiabetic agents, antiobesity agents, appetite regulating agents, antihypertensive agents, agents for the treatment and/or prevention of complications resulting from or associated with diabetes and agents for the treatment and/or prevention of complications and disorders resulting from or associated with obesity. Examples of these pharmacologically active substances are: Insulin, sulphonylureas, biguanides, meglitinides, glucosidase inhibitors, glucagon antagonists, DPP-IV (dipeptidyl peptidase-IV) inhibitors, inhibitors of hepatic enzymes involved in stimulation of gluconeogenesis and/or glycogenolysis, glucose uptake modulators, compounds modifying the lipid metabolism such as antihyperlipidemic agents as HMG CoA inhibitors (statins), Gastric Inhibitory Polypeptides (GIP analogs), compounds lowering food intake, RXR agonists and agents acting on the ATP-dependent potassium channel of the β-cells; Cholestyramine, colestipol, clofibrate, gemfibrozil, lovastatin, pravastatin, simvastatin, probucol, dextrothyroxine, neteglinide, repaglinide; β-blockers such as alprenolol, atenolol, timolol, pindolol, propranolol and metoprolol, ACE (angiotensin converting enzyme) inhibitors such as benazepril, captopril, enalapril, fosinopril, lisinopril, alatriopril, quinapril and ramipril, calcium channel blockers such as nifedipine, felodipine, nicardipine, isradipine, nimodipine, diltiazem and verapamil, and β-blockers such as doxazosin, urapidil, prazosin and terazosin; CART (cocaine amphetamine regulated transcript) agonists, NPY (neuropeptide Y) antagonists, PYY agonist, PYY2 agonist, PYY4 agonists, mixed PPY2/PYY4 agonists, MC4 (melanocortin 4) agonists, orexin antagonists, TNF (tumor necrosis factor) agonists, CRF (corticotropin releasing factor) agonists, CRF BP (corticotropin releasing factor binding protein) antagonists, urocortin agonists, β3 agonists, MSH (melanocyte-stimulating hormone) agonists, MCH (melanocyte-concentrating hormone) antagonists, CCK (cholecystokinin) agonists, serotonin re-uptake inhibitors, serotonin and noradrenaline re-uptake inhibitors, mixed serotonin and noradrenergic compounds, 5HT (serotonin) agonists, bombesin agonists, galanin antagonists, growth hormone, growth hormone releasing compounds, TRH (thyreotropin releasing hormone) agonists, UCP 2 or 3 (uncoupling protein 2 or 3) modulators, leptin agonists, DA agonists (bromocriptin, doprexin), lipase/amylase inhibitors, RXR (retinoid X receptor) modulators, TR β agonists; histamine H3 antagonists, Gastric Inhibitory Polypeptide agonists or antagonists (GIP analogs), gastrin and gastrin analogs.

54

The treatment with a compound according to this invention may also be combined with surgery—a surgery that influence the glucose levels and/or lipid homeostasis such as gastric banding or gastric bypass.

It should be understood that any suitable combination of the compounds according to the invention with one or more of the above-mentioned compounds and optionally one or more further pharmacologically active substances are considered to be within the scope of the present invention.

The present invention is further illustrated by the following examples which, however, are not to be construed as limiting the scope of protection. The features disclosed in the foregoing description and in the following examples may, both separately and in any combination thereof, be material for realising the invention in diverse forms thereof.

## EXAMPLES

Abbreviations Used:

r.t: Room temperature

DIPEA: diisopropylethylamine

$H_2O$: water

$CH_3CN$: acetonitrile

DMF: NN dimethylformamide

HBTU: 2-(1H-Benzotriazol-1-yl-)-1,1,3,3 tetramethyluronium hexafluorophosphate

Fmoc: 9H-fluoren-9-ylmethoxycarbonyl

Boc: tert butyloxycarbonyl

OtBu: tert butyl ester

tBu: tert butyl

Trt: triphenylmethyl

Pmc: 2,2,5,7,8-Pentamethyl-chroman-6-sulfonyl

Dde: 1-(4,4-Dimethyl-2,6-dioxocyclohexylidene)ethyl

ivDde:    1-(4,4-Dimethyl-2,6-dioxocyclohexylidene)-3-methylbutyl

Mtt: 4-methyltrityl

Mmt: 4-methoxytrityl

DCM: dichloromethane

TIS: triisopropylsilane

TFA: trifluoroacetic acid

$Et_2O$: diethylether

NMP: 1-Methyl-pyrrolidin-2-one

DIPEA: Diisopropylethylamine

HOAt: 1-Hydroxy-7-azabenzotriazole

HOBt: 1-Hydroxybenzotriazole

DIC: Diisopropylcarbodiimide

A: Synthesis of Resin Bound Peptide.

The protected peptidyl resin was synthesized according to the Fmoc strategy on an Applied Biosystems 433 peptide synthesizer in 0.25 mmol or 1.0 mmol scale using the manufacturer supplied FastMoc UV protocols which employ HBTU (2-(1H-Benzotriazol-1-yl-)-1,1,3,3 tetramethyluronium hexafluorophosphate) or HATU (O-(7-azabenzotriazol-1-yl)-1,1,3,3-tetramethyluronium    hexafluorophosphate) mediated couplings in NMP (N-methyl pyrrolidine), and UV monitoring of the deprotection of the Fmoc protection group. The starting resin used for the synthesis of the GLP-1 peptide amides was Rink-Amide resin and either Wang or chlorotrityl resin was used for GLP-1 peptides with a carboxy C-terminal. The protected amino acid derivatives used were standard Fmoc-amino acids (supplied from e.g. Anaspec, or Novabiochem) supplied in preweighed cartridges suitable for the ABI433A synthesizer with the exception of unnatural aminoacids such as Fmoc-Aib-OH (Fmoc-aminoisobutyric acid). The N terminal amino acid was Boc protected at the alpha amino group (e.g. Boc-His(Boc)OH was used for peptides with His at the N-terminal). The epsilon amino group of

US 8,129,343 B2

55

56

lysine in position 26 was either protected with Mtt, Mmt, Dde, ivDde, or Boc, depending on the route for attachment of the albumin binding moiety and spacer. The synthesis of the peptides may in some cases be improved by the use of dipeptides protected on the dipeptide amide bond with a group that can be cleaved under acidic conditions such but not limited to 2-Fmoc-oxy-4-methoxybenzyl or 2,4,6-trimethoxybenzyl. In cases where a serine or a threonine is present in the peptide, the use of pseudoproline dipeptides may be used (see e.g. catalogue from Novobiochem 2002/2003 or newer version, or W. R. Sampson (1999), J. Pep. Sci. 5, 403.

Procedure for Removal of ivDde or Dde-Protection.

The resin (0.25 mmol) was placed in a manual shaker/ filtration apparatus and treated with 2% hydrazine in N-methylpyrrolidone (20 ml, 2×12 min) to remove the Dde or ivDde group and wash with N-methylpyrrolidone (4×20 ml).

Procedure for Removal of Mtt or Mmt-Protection.

The resin (0.25 mmol) was placed in a manual shaker/ filtration apparatus and treated with 2% TFA and 2-3% TIS in DCM (20 ml, 5-10 min repeated 6-12 times) to remove the Mtt or Mmt group and wash with DCM (2×20 ml), 10% MeOH and 5% DIPEA in DCM (2×20 ml) and N-methylpyrrolidone (4×20 ml).

Procedure for Attachment of Sidechains to Lysine Residue.

The albumin binding residue (B—U— sidechain of formula I) can be attached to the GLP-1 peptide either by acylation to resin bound peptide or acylation in solution to the unprotected peptide using standard acylating reagent such as but not limited to DIC, HOBt/DIC, HOAt/DIC, or HBTU.

Attachment to Resin Bound Peptide:

Route I

Activated (active ester or symmetric anhydride) albumin binding residue (B—U— sidechain of formula I) such as octadecanedioic acid mono-(2,5-dioxo-pyrrolidin-1-yl) ester (Ebashi et al. EP511600, 4 molar equivalents relative to resin bound peptide) was dissolved in NMP (25 mL), added to the resin and shaken overnight at room temperature. The reaction mixture was filtered and the resin was washed extensively with NMP, dichloromethane, 2-propanol, methanol and diethyl ether.

Route II

The albumin binding residue (B—U— sidechain of formula I) was dissolved in N-methyl pyrrolidone/methylene chloride (1:1, 10 ml). The activating reagent such as hydroxybenzotriazole (HOBt) (4 molar equivalents relative to resin) and diisopropylcarbodiimide (4 molar equivalents relative to resin) was added and the solution was stirred for 15 min. The solution was added to the resin and diisopropyethylamine (4 molar equivalents relative to resin) was added. The resin was shaken 2 to 24 hours at room temperature. The resin was washed with N-methylpyrrolidone (2×20 ml), N-methyl pyrrolidone/Methylene chloride (1:1) (2×20 ml) and methylene chloride (2×20 ml).

Route III

Activated (active ester or symmetric anhydride) albumin binding residue (B—U— sidechain of formula I) such as octadecanedioic acid mono-(2,5-dioxo-pyrrolidin-1-yl) ester (Ebashi et al. EP511600, 1-1.5 molar equivalents relative to the GLP-1 peptide) was dissolved in an organic solvent such as acetonitrile, THF, DMF, DMSO or in a mixture of water/ organic solvent (1-2 ml) and added to a solution of the peptide in water (10-20 ml) together with 10 molar equivalents of DIPEA. In case of protecting groups on the albumin binding residue such as tert.-butyl, the reaction mixture was lyophilized O/N and the isolated crude peptide deprotected afterwards—in case of a tert-butyl group the peptide was dissolved in a mixture of trifluoroacetic acid, water and

triisopropylsilane (90:5:5). After for 30 min the mixture was evaporated in vacuo and the finale peptide purified by preparative HPLC.

Procedure for removal of Fmoc-protection: The resin (0.25 mmol) was placed in a filter flask in a manual shaking apparatus and treated with N-methylpyrrolidone/methylene:chloride (1:1) (2×20 ml) and with N-methylpyrrolidone (1×20 ml), a solution of 20% piperidine in N-methylpyrrolidone (3×20 ml, 10 min each). The resin was washed with N-methyl pyrrolidone (2×20 ml), N-methylpyrrolidone/Methylene chloride (1:1) (2×20 ml) and methylene chloride (2×20 ml).

Procedure for Cleaving the Peptide Off the Resin:

The peptide was cleaved from the resin by stirring for 180 min at room temperature with a mixture of trifluoroacetic acid, water and triisopropylsilane (95:2.5:2.5 to 92:4:4). The cleavage mixture was filtered and the filtrate was concentrated to an oil by a stream of nitrogen. The crude peptide was precipitated from this oil with 45 ml diethyl ether and washed 1 to 3 times with 45 ml diethyl ether.

Purification: The crude peptide was purified by semi-preparative HPLC on a 20 mm×250 mm column packed with either 5μ or 7μ C-18 silica. Depending on the peptide one or two purification systems were used.

TFA: After drying the crude peptide was dissolved in 5 ml 50% acetic acid $H_2O$ and diluted to 20 ml with $H_2O$ and injected on the column which then was eluted with a gradient of 40-60% $CH_3CN$ in 0.1% TFA 10 ml/min during 50 min at 40° C. The peptide containing fractions were collected. The purified peptide was lyophilized after dilution of the eluate with water.

Ammonium sulphate: The column was equilibrated with 40% $CH_3CN$ in 0.05M $(NH_4)_2SO_4$, which was adjusted to pH 2.5 with concentrated $H_2SO_4$. After drying the crude peptide was dissolved in 5 ml 50% acetic acid $H_2O$ and diluted to 20 ml with $H_2O$ and injected on the column which then was eluted with a gradient of 40%-60% $CH_3CN$ in 0.05M $(NH_4)_2$ $SO_4$, pH 2.5 at 10 ml/min during 50 min at 40° C. The peptide containing fractions were collected and diluted with 3 volumes of $H_2O$ and passed through a Sep-Pak® C18 cartridge (Waters part. #: 51910) which has been equilibrated with 0.1% TFA. It was then eluted with 70% $CH_3CN$ containing 0.1% TFA and the purified peptide was isolated by lyophilisation after dilution of the eluate with water.

The final product obtained was characterised by analytical RP-HPLC (retention time) and by LCMS

The RP-HPLC analysis was performed using UV detection at 214 nm and a Vydac 218TP54 4.6 mm×250 mm 5μ C-18 silica column (The Separations Group, Hesperia, USA) which was eluted at 1 ml/min at 42° C. Two different elution conditions were used:

A1: Equilibration of the column with in a buffer consisting of 0.1M $(NH_4)_2SO_4$, which was adjusted to pH 2.5 with concentrated $H_2SO_4$ and elution by a gradient of 0% to 60% $CH_3CN$ in the same buffer during 50 min.

B1: Equilibration of the column with 0.1% TFA/$H_2O$ and elution by a gradient of 0% $CH_3CN$/0.1% TFA/$H_2O$ to 60% $CH_3CN$/0.1% TFA/$H_2O$ during 50 min.

B6: Equilibration of the column with 0.1% TFA/$H_2O$ and elution by a gradient of 0% $CH_3CN$/0.1% TFA/$H_2O$ to 90% $CH_3CN$/0.1% TFA/$H_2O$ during 50 min.

Alternative the RP-HPLC analysis was performed using UV detection at 214 nm and a Symmetry 300, 3.6 mm×150 mm, 3.5% C-18 silica column (Waters) which was eluted at 1 ml/min at 42° C.

B4: Equilibration of the column with 0.05% TFA/$H_2O$ and elution by a gradient of 5% $CH_3CN$/0.05% TFA/$H_2O$ to 95% $CH_3CN$/0.05% TFA/$H_2O$ during 15 min.

US 8,129,343 B2

<div style="display:flex">
<div>

**57**

The following instrumentation was used:

LCMS was performed on a setup consisting of Sciex API 100 Single quadropole mass spectrometer, Perkin Elmer Series 200 Quard pump, Perkin Elmer Series 200 autosampler, Applied Biosystems 785A UV detector, Sedex 75 evaporative light scattering detector

The instrument control and data acquisition were done by the Sciex Sample control software running on a Windows 2000 computer.

The HPLC pump is connected to two eluent reservoirs containing:

A: 0.05% Trifluoro acetic acid in water
B: 0.05% Trifluoro acetic acid in acetonitrile

The analysis is performed at room temperature by injecting an appropriate volume of the sample (preferably 20 μl) onto the column which is eluted with a gradient of acetonitrile.

</div>
<div>

**58**

from stably expressing BHK tk-ts 13 cells. The membranes were diluted in Assay Buffer (50 mM HEPES, 5 mM EGTA, 5 mM $MgCl_2$, 0.005% Tween 20, pH=7.4) to a final concentration of 0.2 mg/ml of protein and distributed to 96-well microtiter plates precoated with 0.3% PEI. Membranes in the presence of 0.05 nM [$^{125}$I]GLP-1, unlabelled ligands in increasing concentrations and different HSA concentrations (0.005%, 0.05%, and 2%) were incubated 2 hr at 30° C. After incubation, unbound ligands were separated from bound ligands by filtration through a vacuum-manifold followed by 2×100 μl washing with ice cold assay buffer. The filters were dried overnight at RT, punched out and quantified in a γ-counter.

Example 1

</div>
</div>



N-ε$^{26}$(17-carboxyheptadecanoyl)-[Aib8,Arg34] GLP-1-(7-37)-peptide

The HPLC conditions, detector settings and mass spectrometer settings used are giving in the following table.
Column: Waters Xterra MS C-18×3 mm id 5 μm
Gradient: 5%-90% acetonitrile linear during 7.5 min at 1.5 ml/min

Detection: 210 nm (analogue output from DAD)
ELS (analogue output from ELS), 40° C.
MS ionisation mode API-ES

Alternatively LCMS was performed on a setup consisting of Hewlett Packard series 1100 G1312A Bin Pump, Hewlett Packard series 1100 Column compartment, Hewlett Packard series 1100 G1315A DAD diode array detector, Hewlett Packard series 1100 MSD and Sedere 75 Evaporative Light Scattering detector controlled by HP Chemstation software. The HPLC pump is connected to two eluent reservoirs containing:

A: 10 mM NH₄OH in water
B: 10 mM NH₄OH in 90% acetonitrile

The analysis was performed at 23° C. by injecting an appropriate volume of the sample (preferably 20 μl) onto the column which is eluted with a gradient of A and B.

The HPLC conditions, detector settings and mass spectrometer settings used are giving in the following table.
Column Waters Xterra MS C-18×3 mm id 5 m
Gradient 5%-100% acetonitrile linear during 6.5 min at 1.5 ml/min

Detection 210 nm (analogue output from DAD)
ELS (analogue output from ELS)
MS ionisation mode API-ES. Scan 100-1000 amu step 0.1 amu

Radioligand Binding to Plasma Membranes Expressing the Human GLP-1 Receptor

The binding assay was performed with purified plasma membranes containing the human GLP-1 receptor. The plasma membranes containing the receptors were purified

A resin (Fmoc-Gly-NovaSyn TGT, 0.22 mmol/g Novabiochem 0.25 mmole) was used to produce the primary sequence on an ABI433A machine according to manufacturers guidelines. All protecting groups were acid labile with the exception of the residue used in position 26 (FmocLys(ivDde)-OH, Novabiochem) allowing specific deprotection of this lysine rather than any other lysine.

Procedure

The resin (0.09 mmole) was placed in a manual shaker/filtration apparatus and treated with 4% hydrazine in N-methylpyrrolidone in (4×10 min. 4×4 ml) to remove the ivDde group. The resin was washed with N-methylpyrrolidone (3×4 ml). Octadecanedioic acid mono-(2,5-dioxo-pyrrolidone-1-yl)ester) (4 molar equivalents relative to resin) was dissolved in DMF (4 ml). The solution was added to the resin and diisopropylethylamine (8 molar equivalents relative to resin) was added. The resin was shaken 24 hours at room temperature. The resin was washed with N-methylpyrrolidone (4×4 ml) and DCM (4×4 ml). The peptide was cleaved from the resin by stirring for 180 min at room temperature with a mixture of trifluoroacetic acid, water and triisopropylsilane (92.5:5.0:2.5 4 ml). The cleavage mixture was filtered and the crude peptide was precipitated from 40 ml diethyl ether and washed 3 times with 45 ml diethyl ether. The crude peptide was purified by preparative HPLC on a 20 mm×250 mm column packed with 7μ C-18 silica. The crude peptide was dissolved in 5 ml 50% acetic acid in water and diluted to 20 ml with H₂O and injected on the column which then was eluted with a gradient of 25-65% (CH₃CN in water with 0.1% TFA) 20 ml/min during 40 min at RT. The peptide containing fractions were collected. The purified peptide was lyophilized after dilution of the eluate with water.

HPLC (method B4): RT=9.94 min (91%)
LCMS: m/z=1232 (MH₃³⁺) Calculated for (MH₃³⁺)=1232

US 8,129,343 B2

59

60

Example 2



N-ε²⁶-(19-carboxynonadecanoyl)-[Aib8,Arg34]
GLP-1-(7-37)-peptide

Prepared as in Example 1 and in accordance with "synthetic methods".

HPLC (method B4): RT=10.42 min (91%)

LCMS: m/z=1242 (MH₃³⁺), Calculated for (MH₃³⁺)= 1242

Example 3



N-ε²⁶-(4-{[N-(2-carboxyethyl)-N-(15-carboxypenta-decanoyl)amino]methyl}benzoyl[Arg34]GLP-1-(7-37)-peptide

To a solution of 4-(N-(2-(tert-butoxycarbonyl)ethyl)-N-(15-(tert-butoxycarbonyl)pentadecanoyl)aminomethyl)benzoic acid (36 mg, 60 μmol) in THF (1 ml) were added DIPEA (7 μl) and O-(1-succinimidyl)-N,N,N',N'-tetramethyluronium hexafluorophosphate (TSTU, 17 mg, 56 μl). After stirring for 1 h at room temperature, the mixture was diluted with THF (1 ml), and 1 ml of the resulting solution was added to a solution of [Arg34]GLP-1-(7-37) peptide (approx 100 mg) and DIPEA (103 μl) in water (5 ml). After 0.5 h more of the THF-solution of acylating agent (0.4 ml) was added. After stirring at room temperature for a total of 1.5 h the reaction mixture was filtered and applied to a preparative HPLC (gradient elution with 35-55% MeCN/55-35% water/10% water with 1% TFA). Fractions containing the desired product were combined and lyophilized. The product was then treated with 25 ml of a mixture of TFA and water (95/5 vol) for 15 min at room temperature, concentrated, and purified once more by HPLC. 15.4 mg of the title compound was obtained.

HPLC (method B4): RT=9.41 min (99%)

LCMS: m/z=1287 (MH₃³⁺). Calculated for (MH₃³⁺): 1287

US 8,129,343 B2

**61**                                                                      **62**

Example 4

N-ε²⁶-[2-(2-[2-(2-(2-[4-(17-Carboxyheptade-
canoylamino)-4(S)-carboxybutyrylamino]ethoxy)
ethoxy]acetylamino)ethoxy]ethoxy)acetyl][Aib8,
Arg34]GLP-1-(7-37)peptide



[Aib8,Arg34]GLP-1-(7-37)-peptide was prepared by stan-
dard Fmoc-solid phase peptide synthesis and purified by pre-
parative HPLC. [Aib8,Arg34]GLP-1-(7-37)-peptide was dis-
solved in water (15 ml) and DIPEA (50 ul) was added. 17-
((S)-1-tert-Butoxycarbonyl-3-{2-[2-({2-[2-(2,5-
dioxopyrrolidin-1-yloxycarbonylmethoxy)ethoxy]
ethylcarbamoyl}methoxy)ethoxy]
ethylcarbamoyl}propylcarbamoyl)heptadecanoic acid tert-
butyl ester (21 mg) was dissolved in acetonitrile/water 2:1
(1.5 ml) and added in small portions. The reaction was moni-
tored by HPLC. When no more [Aib8,Arg34]GLP-1-(7-37)-
peptide was found the reaction mixture was lyophilized O/N.

To the isolated compound was added 10 ml of 90% TFA/5%
TIS/5% water and the reaction mixture was standing for 2
hours, evaporated in vacuo, and co-evaporated with heptane.
The residual oil was dissolved in 15 ml of water containing
1% of NH3-aq and purified by preparative HPLC to give the
title compound.

HPLC (method B4): RT=9.60 min (100%)

LCMS: m/z=1372 (MH₃³⁺). Calculated for (MH₃³⁺): 1372

Example 5

US 8,129,343 B2

**63**

N-ε²⁶-[2-(2-[2-(2-[2-(2-[4-(19-Carboxynonade-canoylamino)-4(S)-carboxybutyrylamino]ethoxy)ethoxy]acetylamino]ethoxy]ethoxy)acetyl][Aib8, Arg34]GLP-1-(7-37)peptide

The peptide was prepared according to: A. Synthesis of resin bound peptide in 0.25 mMol scale on a Fmoc-Gly-Wang resin (0.66 mmol/g Novabiochem) was used to produce the primary sequence on an ABI433A machine according to manufacturers guidelines. All protecting groups were acid labile with the exception of the residue used in position 26 (FmocLys(Mtt)-OH, Novabiochem) which is super acid labile, allowing specific deprotection of this lysine rather than any other lysine.

**64**

Procedure for removal of Mtt-protection. The resin (0.25 mmol) was placed in a manual shaker/filtration apparatus and treated with 2% TFA, 3% TIS in DCM (20 ml, 5-10 min repeated 6-12 times) to remove the Mtt group and wash with DMF. Synthesis was continued with Procedure for attachment of sidechains to Lysine residue, following Route II, with the appropriate Procedure for removal of Fmoc-protection. Final deprotection, HPLC-purification and analysis by HPLC and LC-MS according to the procedures.

HPLC (method B6): RT=34.56 min (100%)

LCMS: m/z=1381.8 (MH$_3$³⁺). Calculated for (M+H⁺): 4142.7

Example 6

US 8,129,343 B2

**65**

N-ε²⁶-[2-(2-[2-(2-[2-(2-[4-(17-Carboxyheptadecanoy-lamino)-4(S)-carboxybutyrylamino]ethoxy)ethoxy]acety-lamino)ethoxy]ethoxy)acetyl][3-(4-Imidazolyl)Propionyl7, Arg34]GLP-1-(7-37)peptide

Prepared as in Example 5 and in accordance with "syn-thetic methods".

**66**

HPLC (method B6): RT=32.89 min (100%)

LCMS: m/z=1362.3 (MH₃³⁺). Calculated for (M+H⁺): 4085.6

Example 7



N-ε²⁶-[2-(2-[2-(2-[2-(2-[4-(17-Carboxyheptade-canoylamino)-(Carboxymethyl-amino)acetylamino] ethoxy]acetylamino)ethoxy]ethoxy)acetyl] [Aib8,Arg34]GLP-1-(7-37)peptide

Prepared as in Example 5 and in accordance with "syn-thetic methods".

HPLC (method B6): RT=32.67 min (100%)

LCMS: m/z=1367.3 (MH₃³⁺). Calculated for (M+H⁺): 4100.6

Example 8

US 8,129,343 B2

**67**

N-ε²⁶-[2-(2-[2-(2-[2-(2-[4-(17-Carboxyheptade-canoylamino)-3(S)-Sulfopropionylamino]ethoxy) ethoxy]acetylamino)ethoxy]ethoxy)acetyl][Aib8, Arg34]GLP-1-(7-37)peptide

Prepared as in Example 5 and in accordance with "synthetic methods".

HPLC (method B6): RT=32.04 min (100%)

LCMS: m/z=1379.8 (MH$_3$³⁺). Calculated for (M+H⁺): 4136.7

Example 9

**68**

Fmoc-solid phase peptide synthesis using Apex396 from Advanced Chemtech. The Lys residue at position 26 was protected as Lys(ivDde) while the functional side-chains for the other amino acids were protected with standard acid labile protecting groups. The Lys residue was deprotected with 3% hydrazine/3% piperidine in NMP for 1 hr. Then, the two units of 8-amino-3,6-dioxaoctanoic acid, γ-glutamic acid and octa-





N-ε²⁶-[2-(2-[2-(2-[2-(2-[4-(17-Carboxyheptade-canoylamino)-4(S)-carboxybutyrylamino]ethoxy) ethoxy]acetylamino)ethoxy]ethoxy)acetyl][Gly8, Arg34]GLP-1-(7-37)peptide

[Gly8,Arg34]GLP-1(7-37) peptide starting from 150 mg 2-chlorotrityl chloride resin (1.4 mmol/g) was prepared by

decanedioic acid were coupled to the resin attached peptide using DIC/HOAt. The peptide was finally deprotected and cleaved from the resin with TFA/TIS/H$_2$O/thioanisol (90/5/3/2). The peptide was isolated by LC-MS.

HPLC: Elutes at 46% acetonitrile

MALDI: 4087 (MH+)

US 8,129,343 B2

**69**

Example 10



N-ε²⁶-[2-(2-[2-(2-(2-[4-(17-Carboxyheptade-canoylamino)-4(S)-carboxybutyrylamino]ethoxy)ethoxy]acetylamino)ethoxy]ethoxy)acetyl][Aib8, Arg34]GLP-1-(7-37)-amide

[Aib8,34]GLP-1(7-37) amide starting from 200 mg Tentagel RAM S resin (0.26 mmol/g) was prepared by Fmoc-solid phase peptide synthesis using Apex396 from Advanced Chemtech. The Lys residue at position 26 was protected as Lys(ivDde) while the functional side-chains for the other amino acids were protected with standard acid labile protecting groups. The Lys residue was deprotected with 3% hydra-

**70**

zine/3% piperidine in NMP for 1 hr. Then, the two units of, 8-amino-3,6-dioxaoctanoic acid, γ-glutamic acid octade-canedioic acid were coupled to the resin attached peptide using DIC/HOAt. The peptide was finally deprotected and cleaved from the resin with TFA/TIS/H₂O/thioanisol (90/5/3/2). The peptide was isolated by LC-MS.

HPLC: Elutes at 49% acetonitrile

MALDI: 4114 (MH+)

Example 11

US 8,129,343 B2

**71**

N-ε²⁶-[2-(2-[2-(2-[2-(2-[4-(17-Carboxyheptade-canoylamino)-4-(S)-carboxybutyrylamino]ethoxy)ethoxy]acetylamino)ethoxy]ethoxy]acetyl][Aib8,Arg34,Pro37]GLP-1-(7-37)amide

The peptide was prepared on a Rink amide resin (0.70 mmol/g Novabiochem) and else as in Example 5 and in accordance with "synthetic methods".

**72**

HPLC (method B6): RT=32.13 min (100%). (method A1): RT=44.33 min (98.4%)

LCMS: m/z=1385.3 (MH₃³⁺). Calculated for (M+H⁺): 4153.8

Example 12



Aib⁸, Lys²⁶(N-ε²⁶-{2-(2-(2-(2-(2-(4-(pentade-canoylamino)-4-carboxybutyrylamino)ethoxy)ethoxy]acetyl)ethoxy)ethoxy)acetyl]}),Arg³⁴)GLP-1H(7-37)-OH

HPLC (method B6): RT=30.41 min
LCMS:    m/z=1362.9    (MH₃³⁺)    Calculated for (M⁺)=4085.61

Example 13

US 8,129,343 B2

**73**

N-ε$^{26}$-[2-(2-[2-(2-[2-(2-[4-{[N-(2-carboxyethyl)-N-
(17-carboxyheptadecanoyl)amino]methyl]benzoyl)
amino]ethoxy)ethoxy]acetylamino)ethoxy)ethoxy)
acetyl][Aib8,Arg34]GLP-1(7-37)

[Aib8,Arg34]GLP-1(7-37) peptide starting from 150 mg
2-chlorotrityl chloride resin (1.4 mmol/g) was prepared by
Fmoc-solid phase peptide synthesis using Apex396 from
Advanced Chemtech. The Lys residue at position 26 was
protected as Lys(ivDde) while the functional side-chains for
the other amino acids were protected with standard acid labile
protecting groups. The Lys residue was deprotected with 3%

**74**

hydrazine/3% piperidine in NMP for 1 hr. The two units of
8-amino-3,6-dioxaoctanoic acid and 4{[(2-tert-butoxycarbo-
nyl-ethyl)-(17-tert-butoxycarbonyl-heptadecanoyl)-amino]-
methyl}-benzoic acid were coupled to the resin attached pep-
tide using DIC/HOAt. The peptide was finally deprotected
and cleaved from the resin with TFA/TIS/H$_2$O/thioanisol (90/
5/3/2). The peptide was isolated by preparative LC-MS.

HPLC: Elutes at 52% acetonitrile

MALDI: 4191 (MH+)

Example 14



N-α$^7$-formyl,N-ε$^{26}$-[2-(2-[2-(2-[2-(2-[4-(17-Car-
boxyheptadecanoylamino)-4(S)-carboxybutyry-
lamino]ethoxy)ethoxy]acetylamino)ethoxy)ethoxy)
acetyl][Arg34]GLP-1-(7-37)-peptide

HPLC (method B6): RT=32.6 min
LCMS: m/z=1377.3 (MH$_3$$^{3+}$) Calculated for (M$^+$)=4128.0

Example 15

US 8,129,343 B2

**75**

N-ε²⁶26-[2-(2-[2-(2-[2-(2-[4-(17-Carboxyheptade-
canoylamino)-4(S)-carboxybutyrylamino]ethoxy)
ethoxy]acetylamino)ethoxy]ethoxy)acetyl][Aib8,
Glu22,Arg34]GLP-1-(7-37)peptide

[Aib8,Glu22,Arg34]GLP-1(7-37) peptide starting from
150 mg Fmoc-Gly-Wang resin (0.66 mmol/g) was prepared
by Fmoc-solid phase peptide synthesis using Apex396 from
Advanced Chemtech. The Lys residue at position 26 was
protected as Lys(Mtt) while the functional side-chains for the
other amino acids were protected with standard acid labile
protecting groups. The Lys residue was deprotected with 2%

**76**

TFA/2% TIS in DCM for 4×5 min. The two units of 8-amino-
3,6-dioxaoctanoic acid, γ-glutamic and octadecanoic acid
tert-butyl ester were coupled to the resin attached peptide
using DIC/HOAt. The peptide was finally deprotected and
cleaved from the resin with TFA/TIS/H₂O/thioanisol (90/5/
3/2). The peptide was isolated by LC-MS.

HPLC: Elutes at 50% acetonitrile

MALDI: 4187 (MH+)

Example 16



N-ε²⁶{3-[2-(2-{2-[2-(2-{2-[2-(2-[4-(15-(N—((S)-1,
3-dicarboxypropyl)carbamoyl)pentadecanoylamino)-
(S)-4-carboxybutyrylamino]ethoxy)ethoxy]
ethoxy}ethoxy)ethoxy]ethoxy}ethoxy)ethoxy]
propionyl}[Aib8,Arg34]GLP-1-(7-37)-peptide

Method and Analysis

Prepared as in Example 3 and in accordance with "syn-
thetic methods".

HPLC (method B4): RT=10.29 min (92%)

LCMS: m/z=1450 (MH₃³⁺). Calculated for (MH₃³⁺): 1450

Example 17

US 8,129,343 B2

**77**

N-ε$^{26}$-[2-(2-[2-(2-[2-(2-[4-{[N-(2-carboxyethyl)-N-(17-carboxyheptadecanoyl)amino]methyl}benzoyl)amino](4(S)-carboxybutyrylamino)ethoxy)ethoxy]acetylamino)ethoxy]ethoxy)acetyl][Aib8,Arg34]GLP-1(7-37)

[Aib8,Arg34]GLP-1(7-37) peptide starting from 150 mg Fmoc-Gly Wang resin (0.66 mmol/g) was prepared by Fmoc-solid phase peptide synthesis using Apex396 from Advanced Chemtech. The Lys residue at position 26 was protected as Lys(Mtt) while the functional side-chains for the other amino acids were protected with standard acid labile protecting groups. The Lys residue was deprotected with 2% TFA/2% TIS in DCM for 4×5 min. The two units of 8-amino-3,6-dioxaoctanoic acid, γ-glutamic acid and 4{[(2-tert-butoxy-carbonyl-ethyl)-(17-tert-butoxycarbonyl-heptadecanoyl)-amino]-methyl}-benzoic acid were coupled to the resin attached peptide using DIC/HOAt. The peptide was finally deprotected and cleaved from the resin with TFA/TIS/H$_2$O/thioanisol (90/5/3/2). The peptide was isolated by preparative HPLC.

HPLC: Elutes at 51% acetonitrile

MALDI: 4320 (MH+)

Example 18

**78**

histidine was Boc-protected and the lysine to be modified was Mtt-protected. After synthesis of the peptide backbone, the Mtt group was removed with 3% TFA in DCM and the side chain was built on the Liberty using standard peptide synthesis protocols. In the last step the fatty diacid was added as a mono-t-butyl-ester.

After cleavage with TFA/TIS/water (95:2.5:2.5), the peptide was dissolved in 50% acetonitrile by addition of DIPEA and purified on a Waters LC-MS system using a 7.8×300 mm X-Terra Prep MS C18 10 μm column running at room temperature. After 5 minutes at 30% CH$_3$CN, 0.08% TFA, 4 ml/min, the column was eluted with a linear gradient of 30 to 70% CH$_3$CN over 40 minutes. The fractions containing the desired compound were collected and the concentration of the peptide in the eluate was determined by measurement of



Nε$^{26}$-{(S)-4-carboxy-4-((S)-4-carboxy-4-((S)-4-carboxy-4-((S)-4-carboxy-4-(19-carboxynonade-canoylamino)butyrylamino)butyrylamino)butyrylamino)butyrylamino}[Aib8,Arg 34]GLP-1-(7-37)

The peptide was synthesized using Fmoc chemistry on a Liberty Microwave Peptide Synthesizer (CEM Corporation). The synthesis was performed on a Gly-Wang resin (Novabio-chem) with a loading of 0.66 mmol/g using 4 fold excess of amino acids and DIC/HOAt for coupling. The N-terminal

the UV absorption at 280 nm assuming molar extinction coefficients of 1280 and 3690 for tyrosine and tryptophan respectively. The identity and purity was confirmed by MALDI. After the concentration determination the eluate was aliquotted into vials containing the desired amount and dried by vacuum centrifugation.

HPLC: Elutes at 52% acetonitrile

MALDI: 4239 (MH+)

US 8,129,343 B2

<table>
<tr><td>79</td><td>80</td></tr>
</table>

Example 19



N-ε$^{26}$-4-(17-Carboxyheptadecanoylamino)-4(S)-
carboxybutyryl-[Aib8,Arg34]GLP-1-(7-37)-peptide

Method and Analysis
    Prepared as in Example 4 and in accordance with "synthetic methods".
    HPLC (method B4): Rt=9.64 min (97%)
    LCMS: m/z:=1276 (MH$_3$$^{3+}$), Calculated for (MH$_3$$^{3+}$) 1276

Example 20



N-ε$^{26}$-{3-[2-(2-{2-[2-(2-{2-[2-(2-[4-(17-carboxy-
heptadecanoylamino)-4(S)-carboxybutyrylamino]
ethoxy)ethoxy]ethoxy}ethoxy)ethoxy]
ethoxy}ethoxy)ethoxy]propionyl}[Aib8,Arg34]
GLP-1-(7-37)-peptide

LCMS*: m/z:=1417 (MH$_3$$^{3+}$), Calculated for (MH$_3$$^{3+}$) 1417

*HPLC (Eluted at 0.5 mL/min at 42° C. by a linear gradient from 5---->80% acetonitrile, 85---->10% water and 10% of a solution of 1.0% trifluoroacetic acid over 50 min. UV detection at 214 on a Symmetry300, 5 um, 3.9 mm×150 mm C-18 silica column.)method B4): Rt=32.09 min (95%)

Example 21

US 8,129,343 B2

**81** **82**

-continued



N-ε²⁶-{2-(2-(2-(2-[2-(2-(4-(17-carboxyheptade-    15
canoylamino)-4-carboxybutyrylamino)ethoxy)
ethoxy]acetyl)ethoxy)ethoxy)acetyl)}-
[Aib⁸,²²,²⁷,³⁰,³⁵, Arg³⁴,Pro³⁷,Lys²⁶]GLP-1(7-37)
amide

HPLC (method B6): RT=35.0 min    20
LCMS: m/z=1394.0 (MH₃³⁺) Calculated for (M⁺)=4180.0

Example 22



N-ε²⁶-[2-(2-[2-[4-(21-Carboxyuneicosanoylamino)-4    45
(S)-carboxybutyrylamino]ethoxy]ethoxy]acetyl]
[Aib8,Arg34]GLP-1-(7-37)

Prepared using the same method as in Example 19
HPLC: Elutes at 53.4% acetonitrile    50
MALDI: 4025 (MH+)
Other compounds of this invention include:

US 8,129,343 B2

83         84

-continued



15

N-ε²⁶-[2-(2-[2-(2-[2-(2-[4-(21-Carboxyuneicosanoy-
lamino)-4(S)-carboxybutyrylamino]ethoxy)ethoxy]
acetylamino)ethoxy]ethoxy)acetyl][Aib8,Arg34]
GLP-1-(7-37)peptide



N-α1-formyl-N-ε²⁶-[2-(2-[2-(2-[2-(2-[4-(19-Carbox-
ynonadecanoylamino)-4(S)-carboxybutyrylamino]
ethoxy)ethoxy]acetylamino)ethoxy]ethoxy)acetyl]
[Arg34]GLP-1-(7-37)peptide

US 8,129,343 B2

85 86

-continued

US 8,129,343 B2

87                                                                                                      88

-continued



NH₂-HGEGTFTSDVSSYLEGQAA-N—[...]—EFIAWLVRGRG-COOH

NH₂-H—N—EGTFTSDVSSYLEGQAA-N—[...]—EFIAWLVRGRG-COOH

NH₂-HGEGTFTSDVSSYLEGQAA-N—[...]—EFIAWLVRGRG-COOH

US 8,129,343 B2

89 90

-continued

NH₂-HGEGTFTSDVSSYLEGQAA-N—EFIAWLVRGRG-COOH

NH₂-HAEGTFTSDVSSYLEGQAA-N—EFIAWLVRGRG-COOH

NH₂—H—N—EGTFTSDVSSYLEGQAA-N—EFIAWLVRGRG-COOH

NH₂—H—N—EGTFTSDVSSYLEGQAA-N—EFIAWLVRGRG-COOH

H₃C  CH₃

US 8,129,343 B2

**91**                                                                      **92**

-continued



NH₂-HGEGTFTSDVSSYLEGQAA-N...EFIAWLVRGRG-COOH



NH₂-H-N...EGTFTSDVSSYLEGQAA-N...EFIAWLVRGRG-COOH



NH₂-HGEGTFTSDVSSYLEGQAA-N...EFIAWLVRGRG-COOH

US 8,129,343 B2

**93**                                                                                                **94**

-continued



35

Pharmacodynamic Study Using db/db Mice

In one aspect of this invention the GLP-1 agonists have a duration of action of at least 24 hrs after dosing of 30 nmol/kg to db/db mice

The efficacy and duration of action are measured in db/db mice.

Male db/db mice are shipped from Taconic, Denmark at the age of 8-10 weeks. From the time of arrival, the mice are housed under standard conditions but at 24° C. The mice are kept 10 per cage until experimentation with free access to standard chow (Altromin, Brogaarden APS., Denmark) and tap water at a normal day: light cycle (light on at 6 am). The mice are used for 1 experiment per week for 3 weeks. After this, the mice are euthanized.

After an acclimatisation period of 1 week, the blood glucose is measured by sampling from the tail tip capillary. In brief, 5 µl blood is sampled in heparinised glass capillary tubes and immediately suspended in 250 µl EBIO buffer solution (Eppendorf, Germany) in an 1.5 ml Eppendorf tube. The blood glucose concentration is measured by the glucose oxidase method at the EBIO Plus Auto analyser (Eppendorf, Germany).

The cut of value for blood glucose is 10 mM. When evaluating the mice, it is essential, that all 42 mice entering the experiment have blood glucose values above 10 mM, but also that the inter-mice variance is small. Therefore, if many mice are not severely diabetic, whereas some are, the start up of experiments should be postponed one week and new basal blood glucose measurements be made.

Based on the basal blood glucose values, the mice are allocated to 7 groups of n=6 with matching group mean blood glucose values.

On the day of testing the basal blood glucose morning values are assessed as described above and the basal body weight of each mouse is assessed. A time 0, the compound is dosed subcutaneously in the scruff of the neck (dosing volume app. 300 µl/50 g mouse).

The blood glucose values are followed up to 48 hours (time 1, 3, 6, 24 and 48 h) and the terminal body weight is assessed.

All data are entered into Graphpad Prism where mean blood glucose and mean delta body weights are calculated.

One aspect of this invention is to prepare GLP-1 analogues/derivatives with extended plasma half-lives that are suitable for once weekly administration. The pharmaco kinetic properties can be evaluated in mini pigs or domestic pigs as described below

Pharmacokinetic Screening of Once Weekly GLP-1 Analogues

Pharmacokinetic screening of GLP-1 analogues for identification of suitable once weekly candidates were performed on candidates that according to the project screenings plan were shown to be sufficiently potent with respect to glucose lowering potential in a diabetic mouse model (db/db mice) and subsequently had a time of duration of 48 hours or more in the db/db mouse model.

Primary Screening

The first part of the pharmacokinetic screening consisted of a single dose subcutaneous administration of 2 nmol/kg to three minipigs weighing 8-12 kg. Blood samples were drawn from each animal at predose, 0.5, 1, 2, 4, 6, 8, 12, 24, 48, 72, 96 and 120 hours post-injection. All blood samples were stabilised with a special stabilisation buffer consisting of: EDTA (di-sodium) 0.18 M, Aprotenin 15000 KIE/ml, Val-Pyr 0.30 mM, pH adjusted to 7.4 in order to prevent enzy-

US 8,129,343 B2

95

96

matic degradation of the GLP-1 analogues. Plasma was collected from each stabilised blood samples by centrifugation (4° C., 10 min., 1270 G (4000 rpm), and analysed for the content of GLP-1 analogue by ELISA assays. Three different ELISA assays were used for the plasma analysis: "The "Total assay" using the antibody combination F1/Ra2135 detecting both the N-terminally intact 7-37GLP-1 molecule and the N-terminal enzymatically degraded 9-37GLP-1 molecule with a limit of detection (LOD) of 35 pM and a dynamic analytical range of 35-30000 pM. The "Intact assay" using the antibody combination F1/Mab26.1. This assay was detecting the N-terminally intact 7-37GLP-1 molecule only. The LOD was 35 pM and a dynamic analytical range of 35-30000 pM. The "Aib-intact assay" using the antibody combination F1/GLP162-3F15. This assay was detecting the Aib stabilised N-terminal of the GLP-1 molecule enabling detection of stabilised GLP-1 analogues. The LOD was 45 pM and the dynamic analytical range 45-30000 pM.

All plasma concentration-time profiles were analysed pharmacokinetically by a non-compartmental analysis. The following pharmacokinetic parameters were calculated if data permitted: $t_{max}$, $C_{max}$, AUC, AUC/Dose, $AUC_{\%Extrapol}$, $\lambda_z$, $t_{1/2}$, CL/F, $V_z/F$ and MRT.

Secondary Screening

A second part of the pharmacokinetic screening was conducted on those compounds with an initial terminal half-life of 60-70 hours or more. This screening consisted of a single dose intravenous and subcutaneous administration of 2 nmol/kg to six minipigs for each route of administration. The blood sampling schedule was extended from 0-120 hours to 0-432 and 0-504 hours after intravenous and subcutaneous administration respectively. This was done in order to increase the precision and accuracy of the pharmacokinetic parameter estimates, especially the terminal half-life, AUC and the derived parameters clearance and volume of distribution, and to estimate the bioavailability after subcutaneous administration.

GLP-1 (AIB8-Intact) Assay

The assay was a two-site assay with simultaneous incubation of the analyte with catcher and detector antibody. A ready to use chemiluminescent substrate was used to maximize signal. The assay neither recognizes endogen GLP-1(7-37) nor the DPPIV cleaved GLP-1(9-37).

Reference Plasma for GLP-1 Assays

0-plasma was prepared from pooled EDTA plasma without Valine Pyrrolidide and Aprotinin from fasting animals. The pooled EDTA plasma was incubated at 37° C. for 4 hours to remove traces of GLP-1 and after incubation Valine Pyrrolidide and Aprotinin were added.

Buffers

Coating Buffer

PBS was used as coating buffer: 10 mM sodium phosphate and 145 mM sodium chloride adjusted to pH 7.4.

Washing Buffer

PBS with 0.05% (v/v) Tween 20

Assay Buffer

PBS with 0.05% (v/v) Tween 20.10 g/L BSA and 10 mg/L anti-TNP.

Streptavidin Buffer

Washing buffer with an additional 0.5M NaCl.

Substrate

Ready to use substrate SuperSignal ELISA Femto (Pierce, cat. no. 37075).

Standards

Standards were prepared from a 25 μM stock solution of 0113-0000-0217. The peptide was serially diluted into reference plasma to make standards with final concentrations of

30000-10000-3333-1111-370-123-41 and 0 pM. Standards were stored in Micronic tubes in 100 μL aliquots at −20° C.

Assay Procedure

Crystal 2000 Microplates (black) were coated with monoclonal antibody GLPb1-7F1, 100 μL of 5 μg/mL in PBS overnight at 4° C.

Plates were washed 5 times with washing buffer in an automated plate washer (SkanWasher, Skatron) and allowed to stand for at least 30 min. with washing buffer to block remaining sites.

20 μL of sample or standard was added to each well in duplicate immediately followed by 100 μL GLP162-3F15 biotinylated, 1 μg/mL in assay buffer. Plates were incubated for 2 hours at room temperature on a plate shaker followed by 5 wash cycles as previously described. 100 μL of streptavidin-peroxidase solution (KPL, code 14-30-00, 1:20000 in streptavidin buffer) was added to each well and incubated for 1 hour at room temperature on a plate shaker. Plates were washed as previously described and after emptying 100 μL of SuperSignal femto was added. Plates were put on a plate shaker for 1 minute and measured in Orion Luminometer (Berthold). Data were transferred to MultiCalc and standard curves calculated using the weighted 4PL method. Sample concentrations were calculated from the standard curve.

GLP-1 (Total) Assay

The assay was a two-site assay with simultaneous incubation of the analyte with catcher and detector antibody. The assay recognizes N-terminally cleaved GLP-1 up to GLP-1 (12-37).

Buffers

Coating Buffer

PBS was used as coating buffer: 10 mM sodium phosphate and 145 mM sodium chloride adjusted to pH 7.4.

Washing Buffer

PBS with 0.05% (v/v) Tween 20

Assay Buffer

PBS with 0.05% (v/v) Tween 20.10 g/L BSA and 10 mg/L anti-TNP.

Streptavidin Buffer

Washing buffer with an additional 0.5M NaCl.

Substrate

Ready-to-use substrate TMB (KemEnTec code 4380A)

Stop Buffer

4 M $H_3PO_4$

Standards

Standards were prepared from a 25 μM stock solution of 0113-0000-0217. The peptide was serially diluted into reference plasma to make standards with final concentrations of 30000-10000-3333-1111-370-123-41 and 0 pM. Standards were stored in Micronic tubes in 100 μL aliquots at −20° C.

Assay Procedure

Maxisorp microtiter plates (NUNC) were coated with monoclonal antibody GLPb1-7F1, 100 μL of 5 μg/mL in PBS overnight at 4° C.

Plates were washed 5 times with washing buffer in an automated plate washer (SkanWasher, Skatron) and allowed to stand for at least 30 min. with washing buffer to block remaining sites.

20 μL of sample or standard was added to each well immediately followed by 100 μL Ra2135-biotinylated, 1 μg/mL in assay buffer. Plates were incubated for 2 hours at room temperature on a plate shaker followed by 5 wash cycles as previously described.

100 μL of streptavidin-peroxidase solution (Amersham Biosciences code RPN4401V, 1:8000 in assay buffer) was added to each well and incubated for 1 hour at room temperature on a plate shaker. Plates were washed as previously

US 8,129,343 B2

97

described and after emptying 100 μL of TMB was added and after 5 minutes stopped with 100 μL H₃PO₄.

Plates were measured in Victor Multilabel Reader (Wallac). Data were transferred to MultiCalc and standard curves calculated using the weighted 4PL method. Sample concentrations were calculated from the standard curve.

The in-life experimental procedures, plasma analysis and pharmacokinetic analysis were identical to that described under the primary screening.

98

Pharmaceutical Formulation:

A compound of the invention may be formulated as:

| Compound of example 4 | 6.25 mg/ml |
| Propyleneglycol | 14.0 mg/ml |
| Phenol | 5.5 mg/ml |
| Phosphate Buffer | pH 8.15 |

Optionally the compound is treated with heat and/or base before formulation as described in PCT/EP2005/055946.

```
                        SEQUENCE LISTING


<160> NUMBER OF SEQ ID NOS: 43

<210> SEQ ID NO 1
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: homo sapiens

<400> SEQUENCE: 1

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Lys Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 2
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (1)..(1)
<223> OTHER INFORMATION: Xaa=L-histidine, imidazopropionyl,
      alpha-hydroxy-histidine, D-histidine, desamino-histidine,
      2-amino-histidine, beta-hydroxy-histidine, homohistidine,
      Nalpha-acetyl-histidine, Nalpha-formyl-histidine, alpha-
      fluoromethyl-histidine, alpha-methyl-histidine, 3-pyridylalanine,
      2-pyridylalanine or 4-pyridylalanine
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa=Ala, Gly, Val, Leu, Ile, Thr, Ser, Lys,
      Aib, (1-aminocyclopropyl) carboxylic acid, (1-aminocyclobutyl)
      carboxylic acid, (1-aminocyclopentyl) carboxylic acid,
      (1-aminocyclohexyl) carboxylic acid,
      (1-aminocycloheptyl)carboxylic acid or
      (1-aminocyclooctyl)carboxylic acid.
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (10)..(10)
<223> OTHER INFORMATION: Xaa = Val or Leu;
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (12)..(12)
<223> OTHER INFORMATION: Xaa = Ser, Lys or Arg
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (13)..(13)
<223> OTHER INFORMATION: Xaa = Tyr or Gln
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (14)..(14)
<223> OTHER INFORMATION: Xaa = Leu or Met
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (16)..(16)
<223> OTHER INFORMATION: Xaa = Gly, Glu or Aib
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
```

US 8,129,343 B2

| 99 | 100 |
|---|---|

-continued

```
<222> LOCATION: (17)..(17)
<223> OTHER INFORMATION: Xaa = Gln, Glu, Lys or Arg
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (19)..(19)
<223> OTHER INFORMATION: Xaa = Ala or Val
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (21)..(21)
<223> OTHER INFORMATION: Xaa = Glu or Leu
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (24)..(24)
<223> OTHER INFORMATION: Xaa = Ala, Glu or Arg
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (27)..(27)
<223> OTHER INFORMATION: Xaa = Val or Lys
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (28)..(28)
<223> OTHER INFORMATION: Xaa = Lys, Glu, Asn or Arg
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (29)..(29)
<223> OTHER INFORMATION: Xaa = Gly or Aib
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Xaa = Arg, Gly or Lys, or is absent
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (31)..(31)
<223> OTHER INFORMATION: Xaa = Gly, Ala, Glu, Pro, Lys, or is absent

<400> SEQUENCE: 2

Xaa Xaa Glu Gly Thr Phe Thr Ser Asp Xaa Ser Xaa Xaa Xaa Glu Xaa
1               5                   10                  15

Xaa Ala Xaa Lys Xaa Phe Ile Xaa Trp Leu Xaa Xaa Xaa Xaa Xaa
            20                  25                  30


<210> SEQ ID NO 3
<211> LENGTH: 32
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (1)..(1)
<223> OTHER INFORMATION: Xaa = L-histidine, D-histidine,
        desamino-histidine, 2-aminohistidine, beta-hydroxy-histidine,
        homohistidine, Nalpha-acetyl-histidine,
        alpha-fluoromethyl-histidine, alpha-methyl-histidine,
        3-pyridylalanine, 2-pyridylalanine or 4-pyridylalanine.
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Ala, Gly, Val, Leu, Ile, Lys, Aib,
        (1-aminocyclopropyl) carboxylic acid, (1-aminocyclobutyl)
        carboxylic acid, (1-aminocyclopentyl) carboxylic acid,
        (1-aminocyclohexyl) carboxylic acid, (1-aminocycloheptyl)
        carboxylic acid or (1-aminocyclooctyl)carboxylic acid.
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (10)..(10)
<223> OTHER INFORMATION: Xaa = Val or Leu;
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (12)..(12)
<223> OTHER INFORMATION: Xaa = Ser, Lys or Arg
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
```

US 8,129,343 B2

**101** **102**

-continued

```
<222> LOCATION: (13)..(13)
<223> OTHER INFORMATION: Xaa = Tyr or Gln
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (14)..(14)
<223> OTHER INFORMATION: Xaa = Leu or Met
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (16)..(16)
<223> OTHER INFORMATION: Xaa = Gly, Glu or Aib
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (17)..(17)
<223> OTHER INFORMATION: Xaa = Gln, Glu, Lys or Arg
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (19)..(19)
<223> OTHER INFORMATION: Xaa = Ala or Val
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (21)..(21)
<223> OTHER INFORMATION: Xaa = Glu or Leu
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (24)..(24)
<223> OTHER INFORMATION: Xaa = Ala, Glu or Arg
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (27)..(27)
<223> OTHER INFORMATION: Xaa = Val or Lys
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (28)..(28)
<223> OTHER INFORMATION: Xaa = Lys, Glu, Asn or Arg
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (29)..(29)
<223> OTHER INFORMATION: Xaa = Gly or Aib
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Xaa = Arg, Gly or Lys, or is absent
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (31)..(31)
<223> OTHER INFORMATION: Xaa = Gly, Ala, Glu, Pro, Lys, or is absent
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (32)..(32)
<223> OTHER INFORMATION: Xaa = Lys, Ser, amide or is absent

<400> SEQUENCE: 3

Xaa Xaa Glu Gly Thr Phe Thr Ser Asp Xaa Ser Xaa Xaa Xaa Glu Xaa
1               5                   10                  15

Xaa Ala Xaa Lys Xaa Phe Ile Xaa Trp Leu Xaa Xaa Xaa Xaa Xaa Xaa
        20                  25                  30


<210> SEQ ID NO 4
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 4
```

US 8,129,343 B2

**103** **104**

-continued

```
His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 5
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 5

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 6
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 6

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 7
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 7

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 8
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
```

US 8,129,343 B2

**105**                                                            **106**

-continued

```
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 8

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 9
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 9

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 10
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 10

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 11
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 11

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15
```

US 8,129,343 B2

**107**                                                                **108**

-continued

```
Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
         20                  25                  30


<210> SEQ ID NO 12
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 12

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
         20                  25                  30


<210> SEQ ID NO 13
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 13

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
         20                  25                  30


<210> SEQ ID NO 14
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 14

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
         20                  25                  30


<210> SEQ ID NO 15
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 15
```

US 8,129,343 B2

**109**                                                                                          **110**

-continued

```
His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Arg Gly
            20                  25                  30


<210> SEQ ID NO 16
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 16

His Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 17
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 17

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 18
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 18

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 19
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
```

US 8,129,343 B2

111                                                                              112

-continued

```
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 19

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 20
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 20

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 21
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 21

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 22
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 22

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15
```

US 8,129,343 B2

**113**                                                        **114**

-continued

```
Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
          20                  25                  30


<210> SEQ ID NO 23
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 23

His Gly Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
          20                  25                  30


<210> SEQ ID NO 24
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 24

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
          20                  25                  30


<210> SEQ ID NO 25
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (1)..(1)
<223> OTHER INFORMATION: Xaa = 3-(4-imidazolyl)propionyl
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 25

Xaa Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
          20                  25                  30


<210> SEQ ID NO 26
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
```

US 8,129,343 B2

**115**                                                                **116**

-continued

```
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 26

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 27
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 27

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 28
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 28

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 29
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic construct
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 29
```

US 8,129,343 B2

**117** **118**

-continued

```
His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Pro
            20                  25                  30


<210> SEQ ID NO 30
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 30

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 31
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (1)..(1)
<223> OTHER INFORMATION: Xaa = N-alpha-formyl-histidine
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 31

Xaa Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 32
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 32

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Glu
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30
```

US 8,129,343 B2

**119**                                                                 **120**

-continued

```
<210> SEQ ID NO 33
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 33

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 34
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 34

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 35
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 35

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 36
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
```

US 8,129,343 B2

**121**                                                                    **122**

-continued

```
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 36

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 37
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 37

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 38
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (16)..(16)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (21)..(21)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (24)..(24)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (29)..(29)
<223> OTHER INFORMATION: Xaa = Aib

<400> SEQUENCE: 38

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Xaa
1               5                   10                  15

Gln Ala Ala Lys Xaa Phe Ile Xaa Trp Leu Val Arg Xaa Arg Pro
            20                  25                  30
```

US 8,129,343 B2

**123**                                                                **124**

-continued

```
<210> SEQ ID NO 39
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 39

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 40
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Aib
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 40

His Xaa Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 41
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: VARIANT
<222> LOCATION: (1)..(1)
<223> OTHER INFORMATION: Xaa = N-alpha-formyl-histidine
<220> FEATURE:
<221> NAME/KEY: MOD_RES
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted

<400> SEQUENCE: 41

Xaa Ala Glu Gly Thr Phe Thr Ser Asp Val Ser Ser Tyr Leu Glu Gly
1               5                   10                  15

Gln Ala Ala Lys Glu Phe Ile Ala Trp Leu Val Arg Gly Arg Gly
            20                  25                  30


<210> SEQ ID NO 42
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
```

US 8,129,343 B2

**125**                                      **126**

-continued

```
<222> LOCATION: (1)..(1)
<223> OTHER INFORMATION: Xaa = HIS or  desamino-histidine
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Ala, Gly, Val, Leu, Ile,  Lys, Aib
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (10)..(10)
<223> OTHER INFORMATION: Xaa = Val
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (12)..(12)
<223> OTHER INFORMATION: Xaa = Ser
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (13)..(13)
<223> OTHER INFORMATION: Xaa = Tyr
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (14)..(14)
<223> OTHER INFORMATION: Xaa = Leu
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (16)..(16)
<223> OTHER INFORMATION: Xaa = Gly, Glu or Aib
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (17)..(17)
<223> OTHER INFORMATION: Xaa = Gln or Glu
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (19)..(19)
<223> OTHER INFORMATION: Xaa = Ala
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (21)..(21)
<223> OTHER INFORMATION: Xaa = Glu
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (24)..(24)
<223> OTHER INFORMATION: Xaa = Ala or Glu
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (27)..(27)
<223> OTHER INFORMATION: Xaa = Val
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (28)..(28)
<223> OTHER INFORMATION: Xaa = Lys or Arg
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (29)..(29)
<223> OTHER INFORMATION: Xaa = Gly or Aib
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Xaa = Arg or  Lys
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (31)..(31)
<223> OTHER INFORMATION: Xaa = Gly, amide or absent

<400> SEQUENCE: 42

Xaa Xaa Glu Gly Thr Phe Thr Ser Asp Xaa Ser Xaa Xaa Xaa Glu Xaa
1               5                   10                  15

Xaa Ala Xaa Lys Xaa Phe Ile Xaa Trp Leu Xaa Xaa Xaa Xaa Xaa
            20                  25                  30


<210> SEQ ID NO 43
<211> LENGTH: 31
<212> TYPE: PRT
<213> ORGANISM: artificial
```

US 8,129,343 B2

**127**                                                              **128**

-continued

```
<220> FEATURE:
<223> OTHER INFORMATION: synthetic
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (1)..(1)
<223> OTHER INFORMATION: Xaa = HIS
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (2)..(2)
<223> OTHER INFORMATION: Xaa = Gly or Aib
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (10)..(10)
<223> OTHER INFORMATION: Xaa = Val
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (12)..(12)
<223> OTHER INFORMATION: Xaa = Ser
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (13)..(13)
<223> OTHER INFORMATION: Xaa = Tyr
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (14)..(14)
<223> OTHER INFORMATION: Xaa = Leu
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (16)..(16)
<223> OTHER INFORMATION: Xaa = Glu or Aib
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (17)..(17)
<223> OTHER INFORMATION: Xaa = Gln
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (19)..(19)
<223> OTHER INFORMATION: Xaa = Ala
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (20)..(20)
<223> OTHER INFORMATION: Lys is substituted
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (21)..(21)
<223> OTHER INFORMATION: Xaa = Glu
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (24)..(24)
<223> OTHER INFORMATION: Xaa = Ala
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (27)..(27)
<223> OTHER INFORMATION: Xaa = Val
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (28)..(28)
<223> OTHER INFORMATION: Xaa = Lys or Arg
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (29)..(29)
<223> OTHER INFORMATION: Xaa = Gly or Aib
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (30)..(30)
<223> OTHER INFORMATION: Xaa = Arg
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (31)..(31)
<223> OTHER INFORMATION: Xaa = Gly

<400> SEQUENCE: 43

Xaa Xaa Glu Gly Thr Phe Thr Ser Asp Xaa Ser Xaa Xaa Xaa Glu Xaa
1               5                   10                  15

Xaa Ala Xaa Lys Xaa Phe Ile Xaa Trp Leu Xaa Xaa Xaa Xaa Xaa
        20                  25                  30
```

US 8,129,343 B2

129

The invention claimed is:

**1**. A compound of the structure





130

-continued



where the amino acid sequence is that of SEQ ID NO: 7.

**2**. A pharmaceutical composition comprising a compound of the structure

US 8,129,343 B2

**131**

where the amino acid sequence is that of SEQ ID NO: 7, and a pharmaceutically acceptable excipient.

**3**. A method for treating type 2 diabetes in a subject, said method comprising administering to a subject in need of such treatment an effective amount of a pharmaceutical composition comprising a compound of the structure



where the amino acid sequence is that of SEQ ID NO: 7, and a pharmaceutically acceptable excipient.

**4**. A compound having the following name N-$\epsilon^{26}$-[2-(2-[2-(2-[2-[2-[4-(17-Carboxyheptadecanoylamino)-4(S)-carboxybutyrylamino]ethoxy)ethoxy]acetylamino)ethoxy]ethoxy)acetyl][Aib8,Arg34]GLP-1-(7-37)peptide.

**5**. A pharmaceutical composition comprising a compound having the following name N-$\epsilon^{26}$-[2-(2-[2-(2-[2-(2-[2-[4-(17-Carboxyheptadecanoylamino)-4(S)-carboxybutyrylamino]ethoxy)ethoxy]acetylamino)ethoxy]ethoxy)acetyl][Aib8,Arg34]GLP-1-(7-37)peptide and a pharmaceutically acceptable excipient.

**132**

**6**. A method for treating type 2 diabetes in a subject, said method comprising administering to a subject in need of such treatment an effective amount of a pharmaceutical composition comprising a compound having the following name N-$\epsilon^{26}$-[2-(2-[2-(2-[2-[4-(17-Carboxyheptadecanoyl-amino)-4(S)-carboxybutyrylamino]ethoxy)ethoxy]acetyl-amino)ethoxy]ethoxy)acetyl][Aib8,Arg34]GLP-1-(7-37) peptide and a pharmaceutically acceptable excipient.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        :  8,129,343 B2                                                          Page 1 of 1
APPLICATION NO. :  11/908834
DATED             :  March 6, 2012
INVENTOR(S)       :  Lau et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

The first or sole Notice should read --

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1114 days.

Signed and Sealed this

First Day of September, 2015

Michelle K. Lee
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,129,343 B2                                    Page 1 of 2
APPLICATION NO.     : 11/908834
DATED               : March 6, 2012
INVENTOR(S)         : Lau et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

In column 129, claim 1, please allow the claim to read as follows:

1.      A compound of the structure



where the amino acid sequence is that of SEQ ID NO:7.

In column 130, claim 2, please allow the claim to read as follows:

2.      A pharmaceutical composition comprising a compound of the structure



where the amino acid sequence is that of SEQ ID NO:7, and a pharmaceutically acceptable excipient.

Signed and Sealed this
Twenty-ninth Day of March, 2016

Michelle K. Lee
*Director of the United States Patent and Trademark Office*

**CERTIFICATE OF CORRECTION (continued)**                    Page 2 of 2
**U.S. Pat. No. 8,129,343 B2**

In column 131, claim 3, please allow the claim to read as follows:

3.      A method for treating type 2 diabetes in a subject, said method comprising administering
to a subject in need of such treatment an effective amount of a pharmaceutical composition
comprising a compound of the structure



where the amino acid sequence is that of SEQ ID NO:7, and a pharmaceutically acceptable
excipient.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 8,129,343 B2                                  Page 1 of 1
APPLICATION NO.   : 11/908834
DATED             : March 6, 2012
INVENTOR(S)       : Jesper Lau et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

The first or sole Notice should read --

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1046 days.

Signed and Sealed this
Seventeenth Day of October, 2017

Joseph Matal

Joseph Matal
*Performing the Functions and Duties of the*
*Under Secretary of Commerce for Intellectual Property and*
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE

(12)              CERTIFICATE EXTENDING PATENT TERM
                    UNDER 35 U.S.C. § 156

(68)  PATENT NO.              :    8,129,343

(45)  ISSUED                  :    March 6, 2012

(75)  INVENTOR                :    Lau et al.

(73)  PATENT OWNER            :    NoVo Nordisk A/S

(95)  PRODUCT                 :    OZEMPIC® (semaglutide)


This is to certify that an application under 35 U.S.C. § 156 has been filed in the United States Patent and Trademark Office, requesting extension of the term of U.S. Patent No. 8,129,343 based upon the regulatory review of the product OZEMPIC® (semaglutide) by the Food and Drug Administration. According to United States Patent and Trademark Office records, the original expiration date of the patent as of the date of issuance of this certificate is January 29, 2029. Because it appears that the requirements of the law have been met, this certificate extends the term of the patent for the period of


(94)                          1,040 days


subject to the payment of maintenance fees as provided by law, with all rights pertaining thereto as provided by 35 U.S.C. § 156.




I have caused the seal of the United States Patent and Trademark Office to be affixed this 14th day of October 2021.


Drew Hirshfeld
Commissioner for Patents, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

# EXHIBIT 2

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use OZEMPIC® safely and effectively. See full prescribing information for OZEMPIC.**

**OZEMPIC (semaglutide) injection, for subcutaneous use  Initial U.S. Approval: 2017**

---

**WARNING: RISK OF THYROID C-CELL TUMORS**
*See full prescribing information for complete boxed warning.*

- **In rodents, semaglutide causes thyroid C-cell tumors. It is unknown whether OZEMPIC causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as the human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined (5.1, 13.1).**
- **OZEMPIC is contraindicated in patients with a personal or  family history of MTC or in patients with Multiple Endocrine  Neoplasia syndrome type 2 (MEN 2). Counsel patients regarding the potential risk of MTC and symptoms of thyroid tumors (4, 5.1).**

---

-----------------------RECENT MAJOR CHANGES------------------------
Indication and Usage (1)...............................................1/2025
Dosage and Administration (2.2)..........................................1/2025
Warnings and Precautions,
  Severe Gastrointestinal Adverse Reactions  (5.7)................10/2025
  Pulmonary Aspiration During General  Anesthesia or Deep
  Sedation(5.10)...............................................................1/2025

-------------------------INDICATIONS AND USAGE------------------------
OZEMPIC is a glucagon-like peptide 1 (GLP-1) receptor agonist  indicated:
- as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus. (1)
- to reduce the risk of major adverse cardiovascular events in adults with type 2 diabetes mellitus and established cardiovascular disease. (1)
- to reduce the risk of sustained eGFR decline, end-stage kidney disease and cardiovascular death in adults with type 2 diabetes mellitus and chronic kidney disease. (1)

---------------------DOSAGE AND ADMINISTRATION--------------------
- Administer once weekly at any time of day, with or without meals.  (2.1)
- Start at 0.25 mg once weekly. After 4 weeks, increase the dosage to 0.5 mg once weekly. (2.2)
- If additional glycemic control is needed, increase the dosage to 1 mg once weekly after at least 4 weeks on the 0.5 mg dose. (2.2)
- If additional glycemic control is needed, increase the dosage to 2 mg once weekly after at least 4 weeks on the 1 mg dosage. (2.2)
- To reduce the risk of sustained eGFR decline, end-stage kidney disease and cardiovascular death, increase the dosage to 1 mg once weekly after at least 4 weeks on the 0.5 mg dosage. (1, 2.2)
- If a dose is missed, administer within 5 days of missed dose. (2.1)
- Inject subcutaneously in the abdomen, thigh, or upper arm. (2.1)

-----------------------DOSAGE FORMS AND STRENGTHS-------------------
Injection: 2 mg/3 mL (0.68 mg/mL) available in:
- Single-patient-use pen that delivers 0.25 mg or 0.5 mg per injection (3)
Injection: 4 mg/3 mL (1.34 mg/mL) available in:
- Single-patient-use pen that delivers 1 mg per injection (3)
Injection: 8 mg/3 mL (2.68 mg/mL) available in:
- Single-patient-use pen that delivers 2 mg per injection (3)

------------------------------CONTRAINDICATIONS---------------------
- Personal or family history of MTC or in patients with MEN 2. (4)
- Serious hypersensitivity reaction to semaglutide or any of the excipients in OZEMPIC. (4)

------------------------WARNINGS AND PRECAUTIONS---------------------
- Acute Pancreatitis: Has been observed in patients treated with GLP-1 receptor  agonists, including semaglutide. Discontinue if pancreatitis is suspected. (5.2)
- Diabetic Retinopathy Complications: Has been reported in a clinical trial. Patients with a history of diabetic retinopathy should be monitored. (5.3)
- Never share an OZEMPIC pen between patients, even if the needle is changed. (5.4)
- Hypoglycemia: Concomitant use with an insulin secretagogue or insulin may  increase the risk of hypoglycemia, including severe hypoglycemia. Reducing  dose of insulin secretagogue or insulin may be necessary. (5.5)
- Acute Kidney Injury Due to Volume Depletion: Monitor renal function in patients reporting adverse reactions that could lead to volume depletion. (5.6)
- Severe Gastrointestinal Adverse Reactions: Use has been associated with gastrointestinal adverse reactions, sometimes severe. OZEMPIC is not recommended in patients with severe gastroparesis. (5.7)
- Hypersensitivity Reactions: Serious hypersensitivity reactions (e.g., anaphylaxis and angioedema) have been reported. Discontinue OZEMPIC if  suspected and promptly seek medical advice. (5.8)
- Acute Gallbladder Disease: If cholelithiasis or cholecystitis are suspected, gallbladder studies are indicated. (5.9)
- Pulmonary Aspiration During General Anesthesia or Deep Sedation: Has been reported in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures. Instruct patients to inform healthcare providers of any planned surgeries or procedures. (5.10)

------------------------------ADVERSE REACTIONS--------------------
The most common adverse reactions, reported in ≥5% of patients treated with OZEMPIC, are: nausea, vomiting, diarrhea, abdominal pain and constipation. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Novo Nordisk Inc., at 1-888-693-6742 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

------------------------------DRUG INTERACTIONS--------------------
Oral Medications: OZEMPIC delays gastric emptying. May impact absorption of  concomitantly administered oral medications. Use with caution. (7.2)

------------------------USE  IN  SPECIFIC  POPULATIONS----------------
Females and Males of Reproductive Potential: Discontinue OZEMPIC in women  at least 2 months before a planned pregnancy due to the long washout period for  semaglutide. (8.3)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 10/2025**

Reference ID: 5676363

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**WARNING: RISK OF THYROID C-CELL TUMORS**
**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
  2.1 Important Administration Instructions
  2.2 Recommended Dosage
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
  5.1 Risk of Thyroid C-Cell Tumors
  5.2 Acute Pancreatitis
  5.3 Diabetic Retinopathy Complications
  5.4 Never Share an OZEMPIC Pen Between Patients
  5.5 Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin
  5.6 Acute Kidney Injury Due to Volume Depletion
  5.7 Severe Gastrointestinal Adverse Reactions
  5.8 Hypersensitivity Reactions
  5.9 Acute Gallbladder Disease
  5.10 Pulmonary Aspiration During General Anesthesia or Deep Sedation
**6 ADVERSE REACTIONS**
  6.1 Clinical Trials Experience
  6.2 Postmarketing Experience
**7 DRUG INTERACTIONS**
  7.1 Concomitant Use with an Insulin Secretagogue (e.g., Sulfonylurea) or with Insulin
  7.2 Oral Medications

**8 USE IN SPECIFIC POPULATIONS**
  8.1 Pregnancy
  8.2 Lactation
  8.3 Females and Males of Reproductive Potential
  8.4 Pediatric Use
  8.5 Geriatric Use
  8.6 Renal Impairment
  8.7 Hepatic Impairment
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
  12.1 Mechanism of Action
  12.2 Pharmacodynamics
  12.3 Pharmacokinetics
  12.6 Immunogenicity
**13 NONCLINICAL TOXICOLOGY**
  13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
**14 CLINICAL STUDIES**
  14.1 Glycemic Control Trials in Adults with Type 2 Diabetes Mellitus
  14.2 Cardiovascular Outcomes Trial of OZEMPIC in Adults with Type 2 Diabetes Mellitus and Cardiovascular Disease
  14.3 Kidney outcomes trial of OZEMPIC in Adults with Type 2 Diabetes Mellitus and Chronic Kidney Disease
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescribing information are not listed.

**FULL PRESCRIBING INFORMATION**

---

**WARNING: RISK OF THYROID C-CELL TUMORS**

- **In rodents, semaglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors at clinically relevant exposures. It is unknown whether OZEMPIC causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined** *[see Warnings and Precautions (5.1), Nonclinical Toxicology (13.1)]*.
- **OZEMPIC is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2)** *[see Contraindications (4)]*. **Counsel patients regarding the potential risk for MTC with the use of OZEMPIC and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness). Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with OZEMPIC** *[see Contraindications (4), Warnings and Precautions (5.1)]*.

---

## 1 INDICATIONS AND USAGE

OZEMPIC is indicated:

- as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus.

- to reduce the risk of major adverse cardiovascular events (cardiovascular death, non-fatal myocardial infarction or non-fatal stroke) in adults with type 2 diabetes mellitus and established cardiovascular disease.

- to reduce the risk of sustained eGFR decline, end-stage kidney disease, and cardiovascular death in adults with type 2 diabetes mellitus and chronic kidney disease.

## 2 DOSAGE AND ADMINISTRATION

### 2.1 Important Administration Instructions

- Inspect OZEMPIC visually before use. It should appear clear and colorless. Do not use OZEMPIC if particulate matter and coloration is seen.

- Administer OZEMPIC once weekly, on the same day each week, at any time of the day, with or without meals.

- Inject OZEMPIC subcutaneously in the abdomen, thigh, or upper arm. Instruct patients to use a different injection site each week when injecting in the same body region.

- When using OZEMPIC with insulin, instruct patients to administer as separate injections and to never mix the products. It is acceptable to inject OZEMPIC and insulin in the same body region, but the injections should not be adjacent to each other.

- The day of weekly administration can be changed if necessary as long as the time between two doses is at least 2 days (>48 hours).

- If a dose is missed, administer OZEMPIC as soon as possible within 5 days after the missed dose. If more than 5 days have passed, skip the missed dose and administer the next dose on the regularly scheduled day. In each case, patients can then resume their regular once-weekly dosing schedule.

### 2.2 Recommended Dosage

Recommended Initiation Dosage
Initiate OZEMPIC with a dosage of 0.25 mg injected subcutaneously once weekly for 4 weeks. Follow the dosage escalation below to reduce the risk of gastrointestinal adverse reactions *[see Warnings and Precautions (5.7), Adverse Reactions (6.1)]*.

After 4 weeks on the 0.25 mg dosage, increase the dosage to 0.5 mg once weekly.

Recommended Maintenance and Maximum Dosages for Glycemic Control
The recommended maintenance dosage is 0.5 mg, 1 mg, or 2 mg, injected subcutaneously once weekly, based on glycemic control.

If additional glycemic control is needed after at least 4 weeks on the:
- 0.5 mg dosage, the dosage may be increased to 1 mg once weekly.
- 1 mg dosage, the dosage may be increased to 2 mg once weekly.

The maximum recommended dosage is 2 mg once weekly.

Recommended Maintenance Dosage in Patients with Type 2 Diabetes Mellitus and Chronic Kidney Disease
Increase the dosage to the maintenance dosage, 1 mg once weekly, after at least 4 weeks on the 0.5 mg dosage.

## 3 DOSAGE FORMS AND STRENGTHS

Injection:  clear, colorless solution available in 3 prefilled, disposable, single-patient-use pens:

| Dose per Injection | Total Strength per Total Volume | Strength per mL |
|---|---|---|
| 0.25 mg 0.5 mg | 2 mg / 3 mL | 0.68 mg/mL |
| 1 mg | 4 mg / 3 mL | 1.34 mg/mL |
| 2 mg | 8 mg / 3 mL | 2.68 mg/mL |

The 2 mg/1.5 mL (1.34 mg/mL) strength is not currently marketed by Novo Nordisk Inc.

## 4 CONTRAINDICATIONS

OZEMPIC is contraindicated in patients with:
- A personal or family history of MTC or in patients with MEN 2 *[see Warnings and Precautions (5.1)]*.
- A serious hypersensitivity reaction to semaglutide or to any of the excipients in OZEMPIC. Serious hypersensitivity reactions including anaphylaxis and angioedema have been reported with OZEMPIC *[see Warnings and Precautions (5.8)]*.

## 5 WARNINGS AND PRECAUTIONS

### 5.1 Risk of Thyroid C-Cell Tumors

In mice and rats, semaglutide caused a dose-dependent and treatment-duration-dependent increase in the incidence of thyroid C-cell tumors (adenomas and carcinomas) after lifetime exposure at clinically relevant plasma exposures *[see Nonclinical Toxicology (13.1)]*. It is unknown whether OZEMPIC causes thyroid C-cell tumors, including MTC, in humans as human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined.

Cases of MTC in patients treated with liraglutide, another GLP-1 receptor agonist, have been reported in the postmarketing period; the data in these reports are insufficient to establish or exclude a causal

relationship between MTC and GLP-1 receptor agonist use in humans.

OZEMPIC is contraindicated in patients with a personal or family history of MTC or in patients with MEN 2. Counsel patients regarding the potential risk for MTC with the use of OZEMPIC and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness).

Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with OZEMPIC. Such monitoring may increase the risk of unnecessary procedures, due to the low-test specificity for serum calcitonin and a high background incidence of thyroid disease. Significantly elevated serum calcitonin value may indicate MTC and patients with MTC usually have calcitonin values >50 ng/L. If serum calcitonin is measured and found to be elevated, the patient should be further evaluated. Patients with thyroid nodules noted on physical examination or neck imaging should also be further evaluated.

## 5.2 Acute Pancreatitis

Acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with GLP-1 receptor agonists, including semaglutide *[see Adverse Reactions (6.1)].*

After initiation of OZEMPIC, observe patients carefully for signs and symptoms of acute pancreatitis which may include persistent or severe abdominal pain (sometimes radiating to the back) and which may or may not be accompanied by nausea or vomiting. If pancreatitis is suspected, discontinue OZEMPIC and initiate appropriate management.

## 5.3 Diabetic Retinopathy Complications

In a 2-year trial involving patients with type 2 diabetes and high cardiovascular risk, more events of diabetic retinopathy complications occurred in patients treated with OZEMPIC (3.0%) compared to placebo (1.8%). The absolute risk increase for diabetic retinopathy complications was larger among patients with a history of diabetic retinopathy at baseline (OZEMPIC 8.2%, placebo 5.2%) than among patients without a known history of diabetic retinopathy (OZEMPIC 0.7%, placebo 0.4%).

Rapid improvement in glucose control has been associated with a temporary worsening of diabetic retinopathy. The effect of long-term glycemic control with semaglutide on diabetic retinopathy complications has not been studied. Patients with a history of diabetic retinopathy should be monitored for progression of diabetic retinopathy.

## 5.4 Never Share an OZEMPIC Pen Between Patients

OZEMPIC pens must never be shared between patients, even if the needle is changed. Pen-sharing poses a risk for transmission of blood-borne pathogens.

## 5.5 Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin

Patients receiving OZEMPIC in combination with an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia *[see Adverse Reactions (6.1), Drug Interactions (7)].*

The risk of hypoglycemia may be lowered by a reduction in the dose of sulfonylurea (or other concomitantly administered insulin secretagogue) or insulin. Inform patients using these concomitant medications of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia.

## 5.6 Acute Kidney Injury Due to Volume Depletion

There have been postmarketing reports of acute kidney injury, in some cases requiring hemodialysis, in patients treated with semaglutide. The majority of the reported events occurred in patients who experienced gastrointestinal reactions leading to dehydration such as nausea, vomiting, or diarrhea *[see Adverse Reactions (6.1)]*. Monitor renal function in patients reporting adverse reactions to OZEMPIC that could lead to volume depletion, especially during dosage initiation and escalation of OZEMPIC.

## 5.7 Severe Gastrointestinal Adverse Reactions

Use of OZEMPIC has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6)]*. In OZEMPIC clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients receiving OZEMPIC (0.5 mg 0.4%, 1 mg 0.8%) than placebo (0%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists.

OZEMPIC is not recommended in patients with severe gastroparesis.

## 5.8 Hypersensitivity Reactions

Serious hypersensitivity reactions (e.g., anaphylaxis, angioedema) have been reported in patients treated with OZEMPIC. If hypersensitivity reactions occur, discontinue use of OZEMPIC; treat promptly per standard of care, and monitor until signs and symptoms resolve. Do not use in patients with a previous hypersensitivity to OZEMPIC *[see Contraindications (4), Adverse Reactions (6.2)]*.

Anaphylaxis and angioedema have been reported with other GLP-1 receptor agonists. Use caution in a patient with a history of angioedema or anaphylaxis with another GLP-1 receptor agonist because it is unknown whether such patients will be predisposed to anaphylaxis with OZEMPIC.

## 5.9 Acute Gallbladder Disease

Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In placebo-controlled trials, cholelithiasis was reported in 1.5% and 0.4% of patients-treated with OZEMPIC 0.5 mg and 1 mg, respectively. Cholelithiasis was not reported in placebo-treated patients. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

## 5.10 Pulmonary Aspiration During General Anesthesia or Deep Sedation

OZEMPIC delays gastric emptying *[see Clinical Pharmacology (12.2)]*. There have been rare postmarketing reports of pulmonary aspiration in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation who had residual gastric contents despite reported adherence to preoperative fasting recommendations.

Available data are insufficient to inform recommendations to mitigate the risk of pulmonary aspiration during general anesthesia or deep sedation in patients taking OZEMPIC, including whether modifying preoperative fasting recommendations or temporarily discontinuing OZEMPIC could reduce the incidence of retained gastric contents. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking OZEMPIC.

## 6 ADVERSE REACTIONS

The following serious adverse reactions are described below or elsewhere in the prescribing information:

- Risk of Thyroid C-cell Tumors *[see Warnings and Precautions (5.1)]*
- Acute Pancreatitis *[see Warnings and Precautions (5.2)]*

- Diabetic Retinopathy Complications *[see Warnings and Precautions (5.3)]*
- Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin *[see Warnings and Precautions (5.5)]*
- Acute Kidney Injury Due to Volume Depletion *[see Warnings and Precautions (5.6)]*
- Severe Gastrointestinal Adverse Reactions *[see Warnings and Precautions (5.7)]*
- Hypersensitivity Reactions *[see Warnings and Precautions (5.8)]*
- Acute Gallbladder Disease *[see Warnings and Precautions (5.9)]*
- Pulmonary Aspiration During General Anesthesia or Deep Sedation *[see Warnings and Precautions (5.10)]*

**6.1 Clinical Trials Experience**

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

Pool of Placebo-Controlled Trials
The data in **Table 1** are derived from 2 placebo-controlled trials (1 monotherapy trial and 1 trial in combination with basal insulin) in patients with type 2 diabetes *[see Clinical Studies (14)]*. These data reflect exposure of 521 patients to OZEMPIC and a mean duration of exposure to OZEMPIC of 32.9 weeks. Across the treatment arms, the mean age of patients was 56 years, 3.4% were 75 years or older and 55% were male. In these trials 71% were White, 7% were Black or African American, and 19% were Asian; 21% identified as Hispanic or Latino ethnicity. At baseline, patients had type 2 diabetes for an average of 8.8 years and had a mean HbA$_{1c}$ of 8.2%. At baseline, 8.9% of the population reported retinopathy. Baseline estimated renal function was normal (eGFR ≥90 mL/min/1.73m$^2$) in 57.2%, mildly impaired (eGFR 60 to 90 mL/min/1.73m$^2$) in 35.9% and moderately impaired (eGFR 30 to 60 mL/min/1.73m$^2$) in 6.9% of patients.

Pool of Placebo- and Active-Controlled Trials
The occurrence of adverse reactions was also evaluated in a larger pool of patients with type 2 diabetes participating in 7 placebo- and active-controlled glycemic control trials *[see Clinical Studies (14)]* including two trials in Japanese patients evaluating the use of OZEMPIC as monotherapy and add-on therapy to oral medications or insulin. In this pool, a total of 3150 patients with type 2 diabetes were treated with OZEMPIC for a mean duration of 44.9 weeks. Across the treatment arms, the mean age of patients was 57 years, 3.2% were 75 years or older and 57% were male. In these trials, 60% were White, 6% were Black or African American, and 31% were Asian; 16% identified as Hispanic or Latino ethnicity. At baseline, patients had type 2 diabetes for an average of 8.2 years and had a mean HbA$_{1c}$ of 8.2%. At baseline, 7.8% of the population reported retinopathy. Baseline estimated renal function was normal (eGFR ≥90 mL/min/1.73m$^2$) in 63.1%, mildly impaired (eGFR 60 to 90 mL/min/1.73m$^2$) in 34.3%, and moderately impaired (eGFR 30 to 60 mL/min/1.73m$^2$) in 2.5% of the patients.

Common Adverse Reactions
**Table 1** shows common adverse reactions, excluding hypoglycemia, associated with the use of OZEMPIC in the pool of placebo-controlled trials. These adverse reactions occurred more commonly on OZEMPIC than on placebo and occurred in at least 5% of patients treated with OZEMPIC.

**Table 1. Adverse Reactions in Placebo-Controlled Trials Reported in ≥5% of OZEMPIC-Treated Patients with Type 2 Diabetes Mellitus**

| Adverse Reaction | Placebo (N=262) % | OZEMPIC 0.5 mg (N=260) % | OZEMPIC 1 mg (N=261) % |
| --- | --- | --- | --- |

| Nausea | 6.1 | 15.8 | 20.3 |
|---|---|---|---|
| Vomiting | 2.3 | 5 | 9.2 |
| Diarrhea | 1.9 | 8.5 | 8.8 |
| Abdominal pain | 4.6 | 7.3 | 5.7 |
| Constipation | 1.5 | 5 | 3.1 |

In the pool of placebo- and active-controlled trials and in the 2-year cardiovascular outcomes trial, the types and frequency of common adverse reactions, excluding hypoglycemia, were similar to those listed in **Table 1**.

In a clinical trial with 959 patients treated with OZEMPIC 1 mg or OZEMPIC 2 mg as add-on to metformin with or without sulfonylurea treatment for 40 weeks, no new safety signals were identified.

In the FLOW trial *[see Clinical Studies 14.3]* in patients with type 2 diabetes mellitus and chronic kidney disease, safety data collection was limited to serious adverse events and selected predefined categories of adverse events regardless of seriousness. There were no new serious or severe adverse reactions identified in this trial.

*Gastrointestinal Adverse Reactions*
In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients receiving OZEMPIC than placebo (placebo 15.3%, OZEMPIC 0.5 mg 32.7%, OZEMPIC 1 mg 36.4%). The majority of reports of nausea, vomiting, and/or diarrhea occurred during dose escalation. More patients receiving OZEMPIC 0.5 mg (3.1%) and OZEMPIC 1 mg (3.8%) discontinued treatment due to gastrointestinal adverse reactions than patients receiving placebo (0.4%).

In the trial with OZEMPIC 1 mg and 2 mg, gastrointestinal adverse reactions occurred more frequently among patients receiving OZEMPIC 2 mg (34%) vs OZEMPIC 1 mg (30.8%).

In addition to the reactions in **Table 1**, the following gastrointestinal adverse reactions with a frequency of <5% were associated with OZEMPIC (frequencies listed, respectively, as: placebo; 0.5 mg; 1 mg): dyspepsia (1.9%, 3.5%, 2.7%), eructation (0%, 2.7%, 1.1%), flatulence (0.8%, 0.4%, 1.5%), gastroesophageal reflux disease (0%, 1.9%, 1.5%), and gastritis (0.8%, 0.8%, 0.4%).

Other Adverse Reactions
*Hypoglycemia*
**Table 2** summarizes the incidence of events related to hypoglycemia by various definitions in the placebo- controlled trials.

**Table 2. Hypoglycemia Adverse Reactions in Placebo-Controlled Trials in Patients with Type 2 Diabetes Mellitus**

| | **Placebo** | **OZEMPIC 0.5 mg** | **OZEMPIC 1 mg** |
|---|---|---|---|
| **Monotherapy** | | | |
| **(30 weeks)** | **N=129** | **N=127** | **N=130** |
| Severe[†] | 0% | 0% | 0% |
| Documented symptomatic (≤70 mg/dL glucose threshold) | 0% | 1.6% | 3.8% |
| Severe[†] or Blood Glucose Confirmed Symptomatic (≤56 mg/dL glucose threshold) | 1.6% | 0% | 0% |

| Add-on to Basal Insulin with or without Metformin | | | |
|---|---|---|---|
| (30 weeks) | N=132 | N=132 | N=131 |
| Severe[†] | 0% | 0% | 1.5% |
| Documented symptomatic (≤70 mg/dL glucose threshold) | 15.2% | 16.7% | 29.8% |
| Severe[†] or Blood Glucose Confirmed Symptomatic | 5.3% | 8.3% | 10.7% |
| (≤56 mg/dL glucose threshold) | | | |

[†] "Severe" hypoglycemia adverse reactions are episodes requiring the assistance of another person.

Hypoglycemia was more frequent when OZEMPIC was used in combination with a sulfonylurea *[see Warnings and Precautions (5.5), Clinical Studies (14)].* Severe hypoglycemia occurred in 0.8% and 1.2% of patients when OZEMPIC 0.5 mg and 1 mg, respectively, was coadministered with a sulfonylurea.

Documented symptomatic hypoglycemia occurred in 17.3% and 24.4% of patients when OZEMPIC 0.5 mg and 1 mg, respectively, was coadministered with a sulfonylurea. Severe or blood glucose confirmed symptomatic hypoglycemia occurred in 6.5% and 10.4% of patients when OZEMPIC 0.5 mg and 1 mg, respectively, was coadministered with a sulfonylurea.

Injection Site Reactions
In placebo-controlled trials, injection site reactions (e.g., injection-site discomfort, erythema) were reported in 0.2% of OZEMPIC-treated patients.

Increases in Amylase and Lipase
In placebo-controlled trials, patients exposed to OZEMPIC had a mean increase from baseline in amylase of 13% and lipase of 22%. These changes were not observed in placebo-treated patients.

Acute Pancreatitis
In glycemic control trials, acute pancreatitis was confirmed by adjudication in 7 OZEMPIC-treated patients (0.3 cases per 100 patient years) versus 3 in comparator-treated patients (0.2 cases per 100 patient years).

Cholelithiasis
In placebo-controlled trials, cholelithiasis was reported in 1.5% and 0.4% of patients-treated with OZEMPIC 0.5 mg and 1 mg, respectively. Cholelithiasis was not reported in placebo-treated patients.

Increases in Heart Rate
In placebo-controlled trials, OZEMPIC 0.5 mg and 1 mg resulted in a mean increase in heart rate of 2 to 3 beats per minute. There was a mean decrease in heart rate of 0.3 beats per minute in placebo-treated patients.

Fatigue, Dysgeusia and Dizziness
Other adverse reactions with a frequency of >0.4% were associated with OZEMPIC include fatigue, dysgeusia and dizziness.

## 6.2 Postmarketing Experience

The following adverse reactions have been reported during post-approval use of semaglutide, the active ingredient of OZEMPIC. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug

exposure.

*Gastrointestinal:* ileus, intestinal obstruction, severe constipation including fecal impaction
*Hypersensitivity:* anaphylaxis, angioedema, rash, urticaria
*Hepatobiliary:* cholecystitis, cholecystectomy
*Neurologic:* dysesthesia, headache
*Pulmonary:* Pulmonary aspiration has occurred in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation.
*Renal:* acute kidney injury
*Skin and Subcutaneous Tissue:* alopecia

## 7 DRUG INTERACTIONS

### 7.1 Concomitant Use with an Insulin Secretagogue (e.g., Sulfonylurea) or with Insulin

OZEMPIC stimulates insulin release in the presence of elevated blood glucose concentrations. Patients receiving OZEMPIC in combination with an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia. When initiating OZEMPIC, consider reducing the dose of concomitantly administered insulin secretagogue (such as sulfonylureas) or insulin to reduce the risk of hypoglycemia *[see Warnings and Precautions (5.5), Adverse Reactions (6)]*.

### 7.2 Oral Medications

OZEMPIC causes a delay of gastric emptying, and thereby has the potential to impact the absorption of concomitantly administered oral medications. In clinical pharmacology trials, semaglutide did not affect the absorption of orally administered medications to any clinically relevant degree *[see Clinical Pharmacology (12.3)]*. Nonetheless, caution should be exercised when oral medications are concomitantly administered with OZEMPIC.

## 8 USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

Risk Summary
There are limited data with semaglutide use in pregnant women to inform a drug-associated risk for adverse developmental outcomes. There are clinical considerations regarding the risks of poorly controlled diabetes in pregnancy (see *Clinical Considerations*). Based on animal reproduction studies, there may be potential risks to the fetus from exposure to semaglutide during pregnancy. OZEMPIC should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

In pregnant rats administered semaglutide during organogenesis, embryofetal mortality, structural abnormalities and alterations to growth occurred at maternal clinical exposure based on AUC. In rabbits and cynomolgus monkeys administered semaglutide during organogenesis, early pregnancy losses or structural abnormalities were observed at clinical exposure (rabbit) and ≥2-fold the MRHD (monkey). These findings coincided with a marked maternal body weight loss in both animal species (see *Data*).

In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2 to 4% and 15 to 20%, respectively. The estimated background risk of major birth defects is 6 to 10% in women with pre-gestational diabetes with a peri-conceptional $HbA_{1c}$ >7 and has been reported to be as high as 20 to 25% in women with a peri-conceptional $HbA_{1c}$ >10. The estimated background risk of miscarriage for the indicated population is unknown.

Clinical Considerations
*Disease-Associated Maternal and/or Embryo/fetal Risk*

Hypoglycemia and hyperglycemia occur more frequently during pregnancy in patients with pre-gestational diabetes. Poorly controlled diabetes during pregnancy increases the maternal risk for diabetic ketoacidosis, pre- eclampsia, spontaneous abortions, preterm delivery, and delivery complications. Poorly controlled diabetes increases the fetal risk for major birth defects, stillbirth, and macrosomia related morbidity.

<u>Data</u>
*Animal Data*
In a combined fertility and embryofetal development study in rats, subcutaneous doses of 0.01, 0.03 and 0.09 mg/kg/day (0.06-, 0.2-, and 0.6-fold the MRHD) were administered to males for 4 weeks prior to and throughout mating and to females for 2 weeks prior to mating, and throughout organogenesis to Gestation Day 17. In parental animals, pharmacologically mediated reductions in body weight gain and food consumption were observed at all dose levels. In the offspring, reduced growth and fetuses with visceral (heart blood vessels) and skeletal (cranial bones, vertebra, ribs) abnormalities were observed at the human exposure.

In an embryofetal development study in pregnant rabbits, subcutaneous doses of 0.0010, 0.0025 or 0.0075 mg/kg/day (0.02-, 0.2-, and 1.2-fold the MRHD) were administered throughout organogenesis from Gestation Day 6 to 19. Pharmacologically mediated reductions in maternal body weight gain and food consumption were observed at all dose levels. Early pregnancy losses and increased incidences of minor visceral (kidney, liver) and skeletal (sternebra) fetal abnormalities were observed at ≥0.0025 mg/kg/day, at clinically relevant exposures.

In an embryofetal development study in pregnant cynomolgus monkeys, subcutaneous doses of 0.015, 0.075, and 0.15 mg/kg twice weekly (0.5-, 3-, and 8-fold the MRHD) were administered throughout organogenesis, from Gestation Day 16 to 50. Pharmacologically mediated, marked initial maternal body weight loss and reductions in body weight gain and food consumption coincided with the occurrence of sporadic abnormalities (vertebra, sternebra, ribs) at ≥0.075 mg/kg twice weekly (≥3X human exposure).

In a pre- and postnatal development study in pregnant cynomolgus monkeys, subcutaneous doses of 0.015, 0.075, and 0.15 mg/kg twice weekly (0.3-, 2-, and 4-fold the MRHD) were administered from Gestation Day 16 to 140. Pharmacologically mediated marked initial maternal body weight loss and reductions in body weight gain and food consumption coincided with an increase in early pregnancy losses and led to delivery of slightly smaller offspring at ≥0.075 mg/kg twice weekly (≥2X human exposure).

## 8.2 Lactation

<u>Risk Summary</u>
There are no data on the presence of semaglutide in human milk, the effects on the breastfed infant, or the effects on milk production. Semaglutide was present in the milk of lactating rats, however, due to species- specific differences in lactation physiology, the clinical relevance of these data are not clear (see *Data*). The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for OZEMPIC and any potential adverse effects on the breastfed infant from OZEMPIC or from the underlying maternal condition.

<u>Data</u>
In lactating rats, semaglutide was detected in milk at levels 3- to 12-fold lower than in maternal plasma.

## 8.3 Females and Males of Reproductive Potential

Discontinue OZEMPIC in women at least 2 months before a planned pregnancy due to the long washout period for semaglutide *[see Use in Specific Populations (8.1)]*.

### 8.4 Pediatric Use

Safety and efficacy of OZEMPIC have not been established in pediatric patients.

### 8.5 Geriatric Use

In the pool of placebo- and active-controlled glycemic control trials, 744 (23.6%) OZEMPIC-treated patients were 65 years of age and over and 102 OZEMPIC-treated patients (3.2%) patients were 75 years of age and over. In SUSTAIN 6, the cardiovascular outcome trial, 788 (48%) OZEMPIC-treated patients were 65 years of age and over and 157 OZEMPIC-treated patients (9.6%) patients were 75 years of age and over.

No overall differences in safety or efficacy were detected between these patients and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

### 8.6 Renal Impairment

No dose adjustment of OZEMPIC is recommended for patients with renal impairment. In subjects with renal impairment including kidney failure, no clinically relevant change in semaglutide pharmacokinetics (PK) was observed *[see Clinical Pharmacology (12.3)]*.

### 8.7 Hepatic Impairment

No dose adjustment of OZEMPIC is recommended for patients with hepatic impairment. In a study in subjects with different degrees of hepatic impairment, no clinically relevant change in semaglutide pharmacokinetics (PK) was observed *[see Clinical Pharmacology (12.3)]*.

## 10 OVERDOSAGE

In the event of overdose, appropriate supportive treatment should be initiated according to the patient's clinical signs and symptoms. Consider contacting the Poison Help line (1-800-222-1222) or a medical toxicologist for additional overdosage management recommendations. A prolonged period of observation and treatment for these symptoms may be necessary, taking into account the long half-life of OZEMPIC of approximately 1 week.

## 11 DESCRIPTION

OZEMPIC (semaglutide) injection, for subcutaneous use, contains semaglutide, a human GLP-1 receptor agonist (or GLP-1 analog). The peptide backbone is produced by yeast fermentation. The main protraction mechanism of semaglutide is albumin binding, facilitated by modification of position 26 lysine with a hydrophilic spacer and a C18 fatty di-acid. Furthermore, semaglutide is modified in position 8 to provide stabilization against degradation by the enzyme dipeptidyl-peptidase 4 (DPP-4). A minor modification was made in position 34 to ensure the attachment of only one fatty di-acid. The molecular formula is $C_{187}H_{291}N_{45}O_{59}$ and the molecular weight is 4113.58 g/mol.

Structural formula:

OZEMPIC is a sterile, aqueous, clear, colorless solution. Each 3 mL prefilled single-patient-use pen contains semaglutide 2 mg (0.68 mg/mL), 4 mg (1.34 mg/mL), or 8 mg (2.68 mg/mL). Each 1 mL of OZEMPIC solution also contains the following inactive ingredients: disodium phosphate dihydrate, 1.42 mg; propylene glycol, 14 mg; phenol, 5.5 mg; and water for injections. OZEMPIC has a pH of approximately 7.4. Hydrochloric acid or sodium hydroxide may be added to adjust pH. The 2 mg/1.5 mL (1.34 mg/mL) strength is not currently marketed by Novo Nordisk Inc.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Semaglutide is a GLP-1 analogue with 94% sequence homology to human GLP-1. Semaglutide acts as a GLP-1 receptor agonist that selectively binds to and activates the GLP-1 receptor, the target for native GLP-1.

GLP-1 is a physiological hormone that has multiple actions on glucose, mediated by the GLP-1 receptors.

The principal mechanism of protraction resulting in the long half-life of semaglutide is albumin binding, which results in decreased renal clearance and protection from metabolic degradation. Furthermore, semaglutide is stabilized against degradation by the DPP-4 enzyme.

Semaglutide reduces blood glucose through a mechanism where it stimulates insulin secretion and lowers glucagon secretion, both in a glucose-dependent manner. Thus, when blood glucose is high, insulin secretion is stimulated, and glucagon secretion is inhibited. The mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase.

The mechanism of kidney-related risk reduction has not been established.

### 12.2 Pharmacodynamics

Semaglutide lowers fasting and postprandial blood glucose and reduces body weight. All pharmacodynamic evaluations were performed after 12 weeks of treatment (including dose escalation) at steady state with semaglutide 1 mg.

<u>Fasting and Postprandial Glucose</u>
Semaglutide reduces fasting and postprandial glucose concentrations. In patients with type 2 diabetes, treatment with semaglutide 1 mg resulted in reductions in glucose in terms of absolute change from baseline and relative reduction compared to placebo of 29 mg/dL (22%) for fasting glucose, 74 mg/dL (36%) for 2-hour postprandial glucose, and 30 mg/dL (22%) for mean 24-hour glucose concentration (see

**Figure 1**).

**Figure 1. Mean 24-hour Plasma Glucose Profiles (standardized meals) in Patients with Type 2 Diabetes before (Baseline) and after 12 Weeks of Treatment with Semaglutide or Placebo**



Insulin Secretion

Both first-and second-phase insulin secretion are increased in patients with type 2 diabetes treated with OZEMPIC compared with placebo.

Glucagon Secretion

Semaglutide lowers the fasting and postprandial glucagon concentrations. In patients with type 2 diabetes, treatment with semaglutide resulted in the following relative reductions in glucagon compared to placebo, fasting glucagon (8%), postprandial glucagon response (14 to 15%), and mean 24-hour glucagon concentration (12%).

Glucose dependent insulin and glucagon secretion

Semaglutide lowers high blood glucose concentrations by stimulating insulin secretion and lowering glucagon secretion in a glucose-dependent manner. With semaglutide, the insulin secretion rate in patients with type 2 diabetes was similar to that of healthy subjects (see **Figure 2**).

**Figure 2. Mean Insulin Secretion Rate Versus Glucose Concentration in Patients with Type 2 Diabetes during Graded Glucose Infusion before (Baseline) and after 12 Weeks of Treatment with Semaglutide or Placebo and in Untreated Healthy Subjects**



During induced hypoglycemia, semaglutide did not alter the counter regulatory responses of increased glucagon compared to placebo and did not impair the decrease of C-peptide in patients with type 2 diabetes.

Gastric emptying
Semaglutide causes a delay of early postprandial gastric emptying, thereby reducing the rate at which glucose appears in the circulation postprandially.

Cardiac electrophysiology (QTc)
The effect of semaglutide on cardiac repolarization was tested in a thorough QTc trial. Semaglutide does not prolong QTc intervals at doses up to 1.5 mg at steady-state.

**12.3 Pharmacokinetics**

Absorption
Absolute bioavailability of semaglutide is 89%. Maximum concentration of semaglutide is reached 1 to 3 days post dose.

Similar exposure is achieved with subcutaneous administration of semaglutide in the abdomen, thigh, or upper arm.

In patients with type 2 diabetes, semaglutide exposure increases in a dose-proportional manner for once-weekly doses of 0.5 mg, 1 mg and 2 mg. Steady-state exposure is achieved following 4 to 5 weeks of once-weekly administration. In patients with type 2 diabetes, the mean population-PK estimated steady-state concentrations following once-weekly subcutaneous administration of 0.5 mg and 1 mg semaglutide were approximately 65 ng/mL and 123 ng/mL, respectively. In the trial comparing semaglutide 1 mg and 2 mg, the mean steady state concentrations were 111.1 ng/mL and 222.1 ng/mL, respectively.

Distribution
The mean apparent volume of distribution of semaglutide following subcutaneous administration in patients with type 2 diabetes is approximately 12.5L. Semaglutide is extensively bound to plasma albumin (>99%).

Elimination

The apparent clearance of semaglutide in patients with type 2 diabetes is approximately 0.05 L/h. With an elimination half-life of approximately 1 week, semaglutide will be present in the circulation for about 5 weeks after the last dose.

*Metabolism*
The primary route of elimination for semaglutide is metabolism following proteolytic cleavage of the peptide backbone and sequential beta-oxidation of the fatty acid sidechain.

*Excretion*
The primary excretion routes of semaglutide-related material are via the urine and feces. Approximately 3% of the dose is excreted in the urine as intact semaglutide.

<u>Specific Populations</u>
Based on a population pharmacokinetic analysis, age, sex, race, and ethnicity, and renal impairment do not have a clinically meaningful effect on the pharmacokinetics of semaglutide. The exposure of semaglutide decreases with an increase in body weight. However, semaglutide doses of 0.5 mg and 1 mg provide adequate systemic exposure over the body weight range of 40 to 198 kg evaluated in the clinical trials. The effects of intrinsic factors on the pharmacokinetics of semaglutide are shown in **Figure 3**.

**Figure 3. Impact of Intrinsic Factors on Semaglutide Exposure**



Semaglutide exposure ($C_{avg}$) relative to reference subject profile: non-Hispanic/non-Latino, White, female below 65 years, body weight 85 kg, with normal renal function. Population PK model also included maintenance dose and injection site as covariates. Body weight test categories (55 and 127 kg) represent the 5% and 95% percentiles in the dataset. Abbreviations: $C_{avg}$: average semaglutide concentration. CI: Confidence interval.

*Patients with Renal impairment* - Renal impairment does not impact the pharmacokinetics of semaglutide in a clinically relevant manner. This was shown in a study with a single dose of 0.5 mg semaglutide in patients with different degrees of renal impairment (mild, moderate, severe, or kidney failure) compared with subjects with normal renal function. This was also shown for subjects with both type 2 diabetes and renal impairment based on data from clinical studies (**Figure 3**).

*Patients with Hepatic impairment* - Hepatic impairment does not have any impact on the exposure of semaglutide. The pharmacokinetics of semaglutide were evaluated in patients with different degrees of hepatic impairment (mild, moderate, severe) compared with subjects with normal hepatic function in a study with a single-dose of 0.5 mg semaglutide.

*Pediatric Patients*- Semaglutide has not been studied in pediatric patients.

Drug Interaction Studies

*In vitro* studies have shown very low potential for semaglutide to inhibit or induce CYP enzymes, and to inhibit drug transporters.

The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered oral medicinal products *[see Drug Interactions (7.2)]*. The potential effect of semaglutide on the absorption of co-administered oral medications was studied in trials at semaglutide 1 mg steady-state exposure.

No clinically relevant drug-drug interaction with semaglutide (**Figure 4**) was observed based on the evaluated medications; therefore, no dose adjustment is required when co-administered with semaglutide. In a separate study, no apparent effect on the rate of gastric emptying was observed with semaglutide 2.4 mg.

**Figure 4. Impact of Semaglutide on the Exposure of Coadministered Oral Medications**



Relative exposure in terms of AUC and $C_{max}$ for each medication when given with semaglutide compared to without semaglutide. Metformin and oral contraceptive drug (ethinylestradiol/levonorgestrel) were assessed at steady state. Warfarin (S-warfarin/R- warfarin), digoxin and atorvastatin were assessed after a single dose.
Abbreviations: AUC: area under the curve. $C_{max}$: maximum concentration. CI: confidence interval.

## 12.6 Immunogenicity

The observed incidence of anti-drug antibodies is highly dependent on the sensitivity and specificity of the assay. Differences in assay methods preclude meaningful comparisons of the incidence of anti-drug antibodies (ADAs) in the studies described below with the incidence of ADAs in other studies, including those of semaglutide or of other semaglutide products.

Across the placebo- and active-controlled glycemic control trials, 32 out of 3,150 (1%) OZEMPIC-treated patients developed ADAs to the active ingredient in OZEMPIC (i.e., semaglutide). Of the 32 semaglutide-treated patients that developed semaglutide ADAs, 19 patients (0.6% of the overall population) developed antibodies cross-reacting with native GLP-1. The *in vitro* neutralizing activity of the antibodies is uncertain at this time.

## 13 NONCLINICAL TOXICOLOGY

## 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

In a 2-year carcinogenicity study in CD-1 mice, subcutaneous doses of 0.3, 1 and 3 mg/kg/day [2-, 11-, and 30- fold the maximum recommended human dose (MRHD) of 2 mg/week, based on AUC] were administered to the males, and 0.1, 0.3 and 1 mg/kg/day (1-, 2-, and 7-fold MRHD) were administered to

the females. A statistically significant increase in thyroid C-cell adenomas and a numerical increase in C-cell carcinomas were observed in males and females at clinically relevant exposures.

In a 2-year carcinogenicity study in Sprague Dawley rats, subcutaneous doses of 0.0025, 0.01, 0.025 and 0.1 mg/kg/day were administered (below quantification, 0.2-, 0.5-, and 3-fold the exposure at the MRHD). A statistically significant increase in thyroid C-cell adenomas was observed in males and females at all dose levels, and a statistically significant increase in thyroid C-cell carcinomas was observed in males at ≥0.01 mg/kg/day, at clinically relevant exposures.

Human relevance of thyroid C-cell tumors in rats is unknown and could not be determined by clinical studies or nonclinical studies *[see Boxed Warning, Warnings and Precautions (5.1)]*.

Semaglutide was not mutagenic or clastogenic in a standard battery of genotoxicity tests (bacterial mutagenicity (Ames), human lymphocyte chromosome aberration, rat bone marrow micronucleus).

In a combined fertility and embryo-fetal development study in rats, subcutaneous doses of 0.01, 0.03 and 0.09 mg/kg/day (0.06-, 0.2-, and 0.6-fold the MRHD) were administered to male and female rats. Males were dosed for 4 weeks prior to mating, and females were dosed for 2 weeks prior to mating and throughout organogenesis until Gestation Day 17. No effects were observed on male fertility. In females, an increase in estrus cycle length was observed at all dose levels, together with a small reduction in numbers of corpora lutea at ≥0.03 mg/kg/day. These effects were likely an adaptive response secondary to the pharmacological effect of semaglutide on food consumption and body weight.

# 14 CLINICAL STUDIES

## 14.1 Glycemic Control Trials in Adults with Type 2 Diabetes Mellitus

OZEMPIC has been studied as monotherapy and in combination with metformin, metformin and sulfonylureas, metformin and/or thiazolidinedione, and basal insulin in patients with type 2 diabetes mellitus. The efficacy of OZEMPIC was compared with placebo, sitagliptin, exenatide extended-release (ER), and insulin glargine.

Most trials evaluated the use of OZEMPIC 0.5 mg, and 1 mg, with the exception of the trial comparing OZEMPIC and exenatide ER where only the 1 mg dose was studied. One trial evaluated the use of OZEMPIC 2 mg once weekly.

In patients with type 2 diabetes mellitus, OZEMPIC produced clinically relevant reduction from baseline in HbA$_{1c}$ compared with placebo.

The efficacy of OZEMPIC was not impacted by age, gender, race, ethnicity, BMI at baseline, body weight (kg) at baseline, diabetes duration and level of renal function impairment.

Monotherapy Use of OZEMPIC in Adults with Type 2 Diabetes Mellitus
In a 30-week double-blind trial (NCT02054897), 388 patients with type 2 diabetes mellitus inadequately controlled with diet and exercise were randomized to OZEMPIC 0.5 mg or OZEMPIC 1 mg once weekly or placebo. Patients had a mean age of 54 years and 54% were men. The mean duration of type 2 diabetes was 4.2 years, and the mean BMI was 33 kg/m$^2$. Overall, 64% were White, 8% were Black or African American, and 21% were Asian; 30% identified as Hispanic or Latino ethnicity.

Monotherapy with OZEMPIC 0.5 mg and 1 mg once weekly for 30 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared with placebo (see **Table 3**).

**Table 3. Results at Week 30 in a Trial of OZEMPIC as Monotherapy in Adult Patients with Type 2**

**Diabetes Mellitus Inadequately Controlled with Diet and Exercise**

| | Placebo | OZEMPIC 0.5 mg | OZEMPIC 1 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 129 | 128 | 130 |
| HbA$_{1c}$ (%) | | | |
|     Baseline (mean) | 8 | 8.1 | 8.1 |
|     Change at week 30[b] | -0.1 | -1.4 | -1.6 |
|     Difference from placebo[b] [95% CI] | | -1.2 [-1.5, -0.9][c] | -1.4 [-1.7, -1.1][c] |
| Patients (%) achieving HbA$_{1c}$ <7% | 28 | 73 | 70 |
| FPG (mg/dL) | | | |
|     Baseline (mean) | 174 | 174 | 179 |
|     Change at week 30[b] | -15 | -41 | -44 |

[a] The intent-to-treat population includes all randomized and exposed patients. At week 30 the primary HbA$_{1c}$ endpoint was missing for 10%, 7% and 7% of patients and during the trial rescue medication was initiated by 20%, 5% and 4% of patients randomized to placebo, OZEMPIC 0.5 mg and OZEMPIC 1 mg, respectively. Missing data were imputed using multiple imputation based on retrieved dropouts.
[b] Intent-to-treat analysis using ANCOVA adjusted for baseline value and country.
[c] $p$<0.0001 (2-sided) for superiority, adjusted for multiplicity.

The mean baseline body weight was 89.1 kg, 89.8 kg, 96.9 kg in the placebo, OZEMPIC 0.5 mg, and OZEMPIC 1 mg arms, respectively. The mean changes from baseline to week 30 were -1.2 kg, -3.8 kg and -4.7 kg in the placebo, OZEMPIC 0.5 mg, and OZEMPIC 1 mg arms, respectively. The difference from placebo (95% CI) for OZEMPIC 0.5 mg was -2.6 kg (-3.8, -1.5), and for OZEMPIC 1 mg was -3.5 kg (-4.8, -2.2).

<u>Combination Therapy Use of OZEMPIC in Adults with Type 2 Diabetes Mellitus</u>
*Combination with metformin and/or thiazolidinediones*
In a 56-week, double-blind trial (NCT01930188), 1231 patients with type 2 diabetes mellitus were randomized to OZEMPIC 0.5 mg once weekly, OZEMPIC 1 mg once weekly, or sitagliptin 100 mg once daily, all in combination with metformin (94%) and/or thiazolidinediones (6%). Patients had a mean age of 55 years and 51% were men. The mean duration of type 2 diabetes was 6.6 years, and the mean BMI was 32 kg/m$^2$. Overall, 68% were White, 5% were Black or African American, and 25% were Asian; 17% identified as Hispanic or Latino ethnicity.

Treatment with OZEMPIC 0.5 mg and 1 mg once weekly for 56 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared to sitagliptin (see **Table 4** and **Figure 5**).

**Table 4. Results at Week 56 in a Trial of OZEMPIC Compared to Sitagliptin in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin and/or Thiazolidinediones**

| | OZEMPIC 0.5 mg | OZEMPIC 1 mg | Sitagliptin |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 409 | 409 | 407 |
| HbA$_{1c}$ (%) | | | |
|     Baseline (mean) | 8 | 8 | 8.2 |
|     Change at week 56[b] | -1.3 | -1.5 | -0.7 |

| | | | |
|---|---|---|---|
| Difference from sitagliptin[b] [95% CI] | -0.6 [-0.7, -0.4][c] | -0.8 [-0.9, -0.6][c] | |
| Patients (%) achieving HbA1c <7% | 66 | 73 | 40 |
| FPG (mg/dL) | | | |
| Baseline (mean) | 168 | 167 | 173 |
| Change at week 56[b] | -35 | -43 | -23 |

[a] The intent-to-treat population includes all randomized and exposed patients. At week 56 the primary HbA1c endpoint was missing for 7%, 5% and 6% of patients and during the trial rescue medication was initiated by 5%, 2% and 19% of patients randomized to OZEMPIC 0.5 mg, OZEMPIC 1 mg and sitagliptin, respectively. Missing data were imputed using multiple imputation based on retrieved dropouts.

[b] Intent-to-treat analysis using ANCOVA adjusted for baseline value and country.

[c] $p$<0.0001 (2-sided) for superiority, adjusted for multiplicity.

The mean baseline body weight was 89.9 kg, 89.2 kg, 89.3 kg in the OZEMPIC 0.5 mg, OZEMPIC 1 mg, and sitagliptin arms, respectively. The mean changes from baseline to week 56 were -4.2 kg, -5.5 kg, and -1.7 kg for the OZEMPIC 0.5 mg, OZEMPIC 1 mg, and sitagliptin arms, respectively. The difference from sitagliptin (95% CI) for OZEMPIC 0.5 mg was -2.5 kg (-3.2, -1.8), and for OZEMPIC 1 mg was -3.8 kg (-4.5, -3.1).

**Figure 5. Mean HbA1c (%) Over Time - Baseline to Week 56**



| Number of patients | | | | |
|---|---|---|---|---|
| OZEMPIC 0.5 mg | 409 | 383 | 382 | 409 |
| OZEMPIC 1 mg | 409 | 378 | 387 | 409 |
| Sitagliptin | 407 | 387 | 384 | 407 |

Observed mean HbA1c at scheduled visits and retrieved dropout multiple imputation (MI) based estimate at week 56 with standard error

*Combination with metformin or metformin with sulfonylurea*

In a 56-week, open-label trial (NCT01885208), 813 patients with type 2 diabetes mellitus on metformin alone (49%), metformin with sulfonylurea (45%), or other (6%) were randomized to OZEMPIC 1 mg once weekly or exenatide 2 mg once weekly. Patients had a mean age of 57 years and 55% were men. The mean duration of type 2 diabetes was 9 years, and the mean BMI was 34 kg/m². Overall, 84% were White, 7% were Black or African American, and 2% were Asian; 24% identified as Hispanic or Latino ethnicity.

Treatment with OZEMPIC 1 mg once weekly for 56 weeks resulted in a statistically significant reduction in HbA1c compared to exenatide 2 mg once weekly (see **Table 5**).

**Table 5. Results at Week 56 in a Trial of OZEMPIC Compared to Exenatide 2 mg Once Weekly in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin or Metformin with**

**Sulfonylurea**

|  | OZEMPIC 1 mg | Exenatide ER 2 mg |
|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 404 | 405 |
| HbA$_{1c}$ (%) |  |  |
| Baseline (mean) | 8.4 | 8.3 |
| Change at week 56[b] | -1.4 | -0.9 |
| Difference from exenatide[b] [95% CI] | -0.5 [-0.7, -0.3][c] |  |
| Patients (%) achieving HbA$_{1c}$ <7% | 62 | 40 |
| FPG (mg/dL) |  |  |
| Baseline (mean) | 191 | 188 |
| Change at week 56[b] | -44 | -34 |

[a] The intent-to-treat population includes all randomized and exposed patients. At week 56 the primary HbA$_{1c}$ endpoint was missing for 9% and 11% of patients and during the trial rescue medication was initiated by 5% and 10% of patients randomized to OZEMPIC 1 mg and exenatide ER 2 mg, respectively. Missing data were imputed using multiple imputation based on retrieved dropouts.
[b] Intent-to-treat analysis using ANCOVA adjusted for baseline value and country.
[c] $p<0.0001$ (2-sided) for superiority, adjusted for multiplicity.

The mean baseline body weight was 96.2 kg and 95.4 kg in the OZEMPIC 1 mg and exenatide ER arms, respectively. The mean changes from baseline to week 56 were -4.8 kg and -2 kg in the OZEMPIC 1 mg and exenatide ER arms, respectively. The difference from exenatide ER (95% CI) for OZEMPIC 1 mg was -2.9 kg (-3.6, -2.1).

*Combination with metformin or metformin with sulfonylurea*
In a 30-week, open-label trial (NCT02128932), 1089 patients with type 2 diabetes mellitus were randomized to OZEMPIC 0.5 mg once weekly, OZEMPIC 1 mg once weekly, or insulin glargine once daily on a background of metformin (48%) or metformin and sulfonylurea (51%). Patients had a mean age of 57 years and 53% were men. The mean duration of type 2 diabetes was 8.6 years, and the mean BMI was 33 kg/m$^2$. Overall, 77% were White, 9% were Black or African American, and 11% were Asian; 20% identified as Hispanic or Latino ethnicity.

Patients assigned to insulin glargine had a baseline mean HbA$_{1c}$ of 8.1% and were started on a dose of 10 U once daily. Insulin glargine dose adjustments occurred throughout the trial period based on self-measured fasting plasma glucose before breakfast, targeting 71 to <100 mg/dL. In addition, investigators could titrate insulin glargine at their discretion between study visits. Only 26% of patients had been titrated to goal by the primary endpoint at week 30, at which time the mean daily insulin dose was 29 U per day.

Treatment with OZEMPIC 0.5 mg and 1 mg once weekly for 30 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared with the insulin glargine titration implemented in this study protocol (see **Table 6**).

**Table 6. Results at Week 30 in a Trial of OZEMPIC Compared to Insulin Glargine in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin or Metformin with Sulfonylurea**

|  | OZEMPIC 0.5 mg | OZEMPIC 1 mg | Insulin Glargine |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 362 | 360 | 360 |
| HbA$_{1c}$ (%) |  |  |  |

| | | | |
|---|---|---|---|
| Baseline (mean) | 8.1 | 8.2 | 8.1 |
| Change at week 30[b] | -1.2 | -1.5 | -0.9 |
| Difference from insulin glargine[b] [95% CI] | -0.3 [-0.5, -0.1][c] | -0.6 [-0.8, -0.4][c] | |
| Patients (%) achieving HbA$_{1c}$ <7% | 55 | 66 | 40 |
| FPG (mg/dL) | | | |
| Baseline (mean) | 172 | 179 | 174 |
| Change at week 30[b] | -35 | -46 | -37 |

[a] The intent-to-treat population includes all randomized and exposed patients. At week 30 the primary HbA$_{1c}$ endpoint was missing for 8%, 6% and 6% of patients and during the trial rescue medication was initiated by 4%, 3% and 1% of patients randomized to OZEMPIC 0.5 mg, OZEMPIC 1 mg and insulin glargine, respectively. Missing data were imputed using multiple imputation based on retrieved dropouts.
[b] Intent-to-treat analysis using ANCOVA adjusted for baseline value, country and stratification factors.
[c] $p<0.0001$ (2-sided) for superiority, adjusted for multiplicity.

The mean baseline body weight was 93.7 kg, 94 kg, 92.6 kg in the OZEMPIC 0.5 mg, OZEMPIC 1 mg, and insulin glargine arms, respectively. The mean changes from baseline to week 30 were -3.2 kg, -4.7 kg and 0.9 kg in the OZEMPIC 0.5 mg, OZEMPIC 1 mg, and insulin glargine arms, respectively. The difference from insulin glargine (95% CI) for OZEMPIC 0.5 mg was -4.1 kg (-4.9, -3.3) and for OZEMPIC 1 mg was -5.6 kg (-6.4, -4.8).

*Combination with metformin or metformin with sulfonylurea*
In a 40-week, double-blind trial (NCT03989232), 961 patients with type 2 diabetes currently treated with metformin with or without sulfonylurea treatment were randomized to OZEMPIC 2 mg or OZEMPIC 1 mg once weekly. Patients had a mean age of 58 years and 58.6% were men. The mean duration of type 2 diabetes was 9.5 years and the mean BMI was 34.6 kg/m$^2$. At randomization, 53.3% of patients were treated with sulfonylurea and metformin. Overall, 88.1% were White, 4.5% were Black or African American, and 7.2% were Asian; 11.6% identified as Hispanic or Latino ethnicity. Treatment with OZEMPIC 2 mg once weekly for 40 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared with OZEMPIC 1 mg (see **Table 7**). Patients were stratified by region (Japan/outside Japan) at randomization.

**Table 7. Results at Week 40 in a Trial of OZEMPIC 2 mg Compared to OZEMPIC 1 mg in Adult Patients with Type 2 Diabetes Mellitus in Combination With Metformin or Metformin with Sulfonylurea**

| | OZEMPIC 1 mg | OZEMPIC 2 mg |
|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 481 | 480 |
| HbA$_{1c}$ (%) | | |
| Baseline (mean) | 8.8 | 8.9 |
| Change at week 40[b] | -1.9 | -2.1 |
| Difference from OZEMPIC 1 mg [95% CI] | | -0.2 [-0.31 ; -0.04][c] |
| Patients (%) achieving HbA$_{1c}$ <7%[a] | 56 | 64 |
| FPG (mg/dL) | | |
| Baseline (mean) | 196 | 193 |
| Change at week 40[b] | -55 | -59 |

[a] The intent-to-treat population includes all randomized subjects. At week 40 the primary HbA$_{1c}$ endpoint was missing for 3% and 5% of patients randomized to OZEMPIC 1 mg and OZEMPIC 2 mg, respectively. Missing data were imputed using multiple imputation based on retrieved dropouts. For calculation of proportions, imputed values are dichotomized and the denominator is the number of all randomized subjects.
[b] Intent-to-treat analysis using ANCOVA adjusted for baseline value and stratification factor.
[c] $p<0.01$ (2-sided) for superiority, adjusted for multiplicity.

The mean baseline body weight was 98.6 kg and 100.1 kg in the OZEMPIC 1 mg and OZEMPIC 2 mg arms, respectively. The mean changes from baseline to week 40 were -5.6 kg and -6.4 kg in the OZEMPIC 1 mg and OZEMPIC 2 mg arms, respectively. The difference between treatment arms in body weight change from baseline at week 40 was not statistically significant.

*Combination with basal insulin*

In a 30-week, double-blind trial (NCT02305381), 397 patients with type 2 diabetes mellitus inadequately controlled with basal insulin, with or without metformin, were randomized to OZEMPIC 0.5 mg once weekly, OZEMPIC 1 mg once weekly, or placebo. Patients with $HbA_{1c}$ ≤8.0% at screening reduced their insulin dose by 20% at start of the trial to reduce the risk of hypoglycemia. Patients had a mean age of 59 years and 56% were men. The mean duration of type 2 diabetes was 13 years, and the mean BMI was 32 $kg/m^2$. Overall, 78% were White, 5% were Black or African American, and 17% were Asian; 12% identified as Hispanic or Latino ethnicity.

Treatment with OZEMPIC resulted in a statistically significant reduction in $HbA_{1c}$ after 30 weeks of treatment compared to placebo (see **Table 8**).

**Table 8. Results at Week 30 in a Trial of OZEMPIC in Adult Patients with Type 2 Diabetes Mellitus in Combination with Basal Insulin with or without Metformin**

| | **Placebo** | **OZEMPIC 0.5 mg** | **OZEMPIC 1 mg** |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 133 | 132 | 131 |
| $HbA_{1c}$ (%) | | | |
|     Baseline (mean) | 8.4 | 8.4 | 8.3 |
|     Change at week 30[b] | -0.2 | -1.3 | -1.7 |
|     Difference from placebo[b] [95% CI] | | -1.1 [-1.4, -0.8][c] | -1.6 [-1.8, -1.3][c] |
| Patients (%) achieving $HbA_{1c}$ <7% | 13 | 56 | 73 |
| FPG (mg/dL) | | | |
|     Baseline (mean) | 154 | 161 | 153 |
|     Change at week 30[b] | -8 | -28 | -39 |

[a] The intent-to-treat population includes all randomized and exposed patients. At week 30 the primary $HbA_{1c}$ endpoint was missing for 7%, 5% and 5% of patients and during the trial rescue medication was initiated by 14%, 2% and 1% of patients randomized to placebo, OZEMPIC 0.5 mg and OZEMPIC 1 mg, respectively. Missing data were imputed using multiple imputation based on retrieved dropouts.
[b] Intent-to-treat analysis using ANCOVA adjusted for baseline value, country and stratification factors.
[c] $p$<0.0001 (2-sided) for superiority, adjusted for multiplicity.

The mean baseline body weight was 89.9 kg, 92.7 kg, and 92.5 kg in the placebo, OZEMPIC 0.5 mg, and OZEMPIC 1 mg arms, respectively. The mean changes from baseline to week 30 were -1.2 kg, -3.5 kg, and -6 kg in the placebo, OZEMPIC 0.5 mg, and OZEMPIC 1 mg arms, respectively. The difference from placebo (95% CI) for OZEMPIC 0.5 mg was -2.2 kg (-3.4, -1.1), and for OZEMPIC 1 mg was -4.7 kg (-5.8, -3.6).

**14.2 Cardiovascular Outcomes Trial of OZEMPIC in Adults with Type 2 Diabetes Mellitus and Cardiovascular Disease**

SUSTAIN 6 (NCT01720446) was a multi-center, multi-national, placebo-controlled, double-blind cardiovascular outcomes trial. In this trial, 3,297 patients with inadequately controlled type 2 diabetes and atherosclerotic cardiovascular disease were randomized to OZEMPIC (0.5 mg or 1 mg) once weekly or placebo for a minimum observation time of 2 years. The trial compared the risk of Major Adverse Cardiovascular Event (MACE) between semaglutide and placebo when these were added to and used

concomitantly with standard of care treatments for diabetes and cardiovascular disease. The primary endpoint, MACE, was the time to first occurrence of a three-part composite outcome which included cardiovascular death, non-fatal myocardial infarction and non-fatal stroke.

Patients eligible to enter the trial were; 50 years of age or older and had established, stable, cardiovascular, cerebrovascular, peripheral artery disease, chronic kidney disease or NYHA class II and III heart failure or were 60 years of age or older and had other specified risk factors for cardiovascular disease. In total, 1,940 patients (58.8%) had established cardiovascular disease without chronic kidney disease, 353 (10.7%) had chronic kidney disease only, and 442 (13.4%) had both cardiovascular disease and kidney disease; 562 patients (17%) had cardiovascular risk factors without established cardiovascular disease or chronic kidney disease. In the trial 453 patients (13.7%) had peripheral artery disease. The mean age at baseline was 65 years, and 61% were men. The mean duration of diabetes was 13.9 years, and mean BMI was 33 kg/m$^2$. Overall, 83% were White, 7% were Black or African American, and 8% were Asian; 16% identified as Hispanic or Latino ethnicity. Concomitant diseases of patients in this trial included, but were not limited to, heart failure (24%), hypertension (93%), history of ischemic stroke (12%) and history of a myocardial infarction (33%). In total, 98.0% of the patients completed the trial and the vital status was known at the end of the trial for 99.6%.

For the primary analysis, a Cox proportional hazards model was used to test for non-inferiority of OZEMPIC to placebo for time to first MACE using a risk margin of 1.3. The statistical analysis plan pre specified that the 0.5 mg and 1 mg doses would be combined. Type-1 error was controlled across multiple tests using a hierarchical testing strategy.

OZEMPIC significantly reduced the occurrence of MACE. The estimated hazard ratio for time to first MACE was 0.74 (95% CI: 0.58, 0.95). Refer to **Figure 6** and **Table 9**.

**Figure 6. Kaplan-Meier: Time to First Occurrence of a MACE in the SUSTAIN 6 Trial**



The treatment effect for the primary composite endpoint and its components in the SUSTAIN 6 trial is shown in **Table 9**.

**Table 9. Treatment Effect for MACE and its Components, Median Study Observation Time of 2.1 Years**

| | Placebo N=1649 (%) | OZEMPIC N=1648 (%) | Hazard ratio vs Placebo (95% CI)[a] |
|---|---|---|---|
| Composite of cardiovascular death, non-fatal myocardial infarction, non-fatal stroke (time to first occurrence) | 146 (8.9) | 108 (6.6) | 0.74 (0.58, 0.95) |
| Non-fatal Myocardial Infarction | 64 (3.9) | 47 (2.9) | 0.74 (0.51, 1.08) |
| Non-fatal Stroke | 44 (2.7) | 27 (1.6) | 0.61 (0.38, 0.99) |
| Cardiovascular Death | 46 (2.8) | 44 (2.7) | 0.98 (0.65, 1.48) |
| Fatal or Non-fatal Myocardial Infarction | 67 (4.1) | 54 (3.3) | 0.81 (0.57, 1.16) |
| Fatal or Non-fatal Stroke | 46 (2.8) | 30 (1.8) | 0.65 (0.41, 1.03) |

[a] Cox-proportional hazards models with treatment as factor and stratified by evidence of cardiovascular disease, insulin treatment and renal impairment.

### 14.3 Kidney Outcomes Trial of OZEMPIC in Adults with Type 2 Diabetes Mellitus and Chronic Kidney Disease

FLOW (NCT03819153) was a randomized, double-blind, placebo-controlled, event driven trial in adults with type 2 diabetes mellitus and chronic kidney disease (eGFR 25 to 75 mL/min/1.73 m$^2$ with urine albumin-to- creatinine ratio [UACR] >100 mg/g and <5000 mg/g). All patients needed to have an HbA$_{1c}$ ≤10% at screening and be receiving standard of care background therapy, including a maximum tolerated labeled dose of a renin- angiotensin-aldosterone system (RAAS) blocking agent including an angiotensin converting enzyme (ACE) inhibitor or an angiotensin II receptor blocker (ARB), unless such treatment was contraindicated or not tolerated. The trial excluded patients with congenital or hereditary kidney diseases including polycystic kidney disease, autoimmune kidney diseases including glomerulonephritis or congenital urinary tract malformations.

A total of 3,533 patients were randomized to receive OZEMPIC 1 mg once weekly or placebo and were followed for a median of 41 months. The mean age of the study population was 67 years, and 70% of patients were male. Approximately 66% of the trial population was White, 24% Asian, and 5% Black or African American. At baseline, the mean eGFR was 47 mL/min/1.73m$^2$, with 11% of patients having an eGFR <30 mL/min/1.73m$^2$. Median baseline UACR was 568 mg/g with 69% of patients with a UACR >300 mg/g. At baseline, 95% of patients were treated with an ACE inhibitor or ARB, 16% were on sodium-glucose cotransporter 2 (SGLT2) inhibitors, 76% were on a statin, and 50% were on an antiplatelet agent.

OZEMPIC was superior to placebo in reducing the incidence of the primary composite endpoint of a sustained decline in eGFR of ≥50%, sustained eGFR <15 mL/min/1.73 m$^2$, chronic renal replacement therapy, renal death, CV death (HR 0.76 [95% CI 0.66, 0.88], p=0.0003) as shown in **Table 10** and **Figure 7**. The treatment effect reflected a reduction in a sustained decline in eGFR of ≥50%, progression to kidney failure and CV death. There were few renal deaths during the trial.

OZEMPIC also reduced the annual rate of change in eGFR (**Figure 9**), the incidence of a composite cardiovascular endpoint, consisting of non-fatal myocardial infarction (MI), non-fatal stroke, and cardiovascular death, and the incidence of all-cause death (**Table 10** and **Figure 8**).

The treatment effect on the primary composite endpoint was generally consistent across the pre-specified subgroups examined, including age, biological sex, eGFR and UACR. The treatment benefit on the primary composite endpoint was not evident in patients taking SGLT2 inhibitors at baseline, but there were few events in these patients.

### Table 10: Analyses of the Primary and Secondary Endpoints and their Individual Components in

**FLOW Trial**

| | Placebo N=1766 (%) | OZEMPIC 1 mg N=1767 (%) | Hazard ratio vs placebo (95% CI)[1] | p-value[2] |
|---|---|---|---|---|
| | **Number of Patients (%)** | | | |
| Composite Endpoint (≥50% sustained eGFR decline, sustained eGFR <15 mL/min/1.73 m$^2$, chronic renal replacement therapy, or renal or cardiovascular death (time to first occurrence)[3] | 410 (23.2) | 331 (18.7) | 0.76 (0.66, 0.88) | 0.0003 |
| ≥50% sustained eGFR decline[3] | 213 (12.1) | 165 (9.3) | 0.73 (0.59, 0.89) | |
| Sustained eGFR <15mL/min/1.73 m$^2$ [3] | 110 (6.2) | 92 (5.2) | 0.8 (0.61, 1.06) | |
| Chronic renal replacement therapy | 100 (5.7) | 87 (4.9) | 0.84 (0.63, 1.12) | |
| Renal death | 5 (0.3) | 5 (0.3) | 0.97 (0.27, 3.49) | |
| Cardiovascular death | 169 (9.6) | 123 (7) | 0.71 (0.56, 0.89) | |
| Composite of cardiovascular death, non-fatal myocardial infarction, non-fatal stroke (time to first occurrence) | 254 (14.4) | 212 (12) | 0.82 (0.68, 0.98) | 0.0289 |
| All-cause death | 279 (15.8) | 227 (12.8) | 0.8 (0.67, 0.95) | 0.0104 |

[1] Cox proportional hazards model with treatment as factor and stratified by baseline use of SGLT2-inhibitor at baseline (yes or no).
[2] Two-sided p-value for the test of no difference. The significance level was 0.03224.
[3] Sustained was defined as having 2 consecutive measurements ≥28 days apart fulfilling the criteria.

**Figure 7. Cumulative Incidence: Time to First Occurrence of the Primary Composite Endpoint – Sustained Decline in eGFR ≥50%, Sustained eGFR<15 mL/min/1.73m$^2$, Chronic Renal Replacement Therapy, Renal Death or CV Death**



Patients at risk

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| OZEMPIC | 1767 | 1738 | 1693 | 1640 | 1572 | 1489 | 1131 | 742 | 392 |
| Placebo | 1766 | 1736 | 1682 | 1605 | 1516 | 1408 | 1048 | 660 | 354 |

Cumulative incidence estimates are based on time from randomization to first composite renal event with non-CV and non-renal death modelled as competing risk. The x-axis is truncated at 52 months where approximately 5% of the population was in the trial.
Sustained was defined as having 2 consecutive measurements ≥28 days apart fulfilling the criteria.

## Figure 8. Cumulative incidence: Time to First Occurrence of MACE in FLOW Trial



Patients at risk

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| OZEMPIC | 1767 | 1725 | 1672 | 1622 | 1575 | 1515 | 1176 | 793 | 430 |
| Placebo | 1766 | 1721 | 1663 | 1583 | 1535 | 1478 | 1133 | 731 | 418 |

Cumulative incidence estimates are based on time from randomization to first EAC-confirmed MACE with non-CV death modelled as competing risk. The x-axis is truncated at 52 months where approximately 5% of the population was in the trial.

## Figure 9. Observed Mean Plot: eGFR (mL/min/1.73m$^2$) by Week in FLOW Trial



Number of patients

| | | | | | |
|---|---|---|---|---|---|
| OZEMPIC | 1766 | 1591 | 1607 | 1522 | 1469 |
| Placebo | 1766 | 1573 | 1609 | 1490 | 1441 |

Observed data from the in-trial period until week 104.  Error bars are +/- 1.96 *standard error of the mean eGFR, which was calculated using the CKD-EPI 2009 formula.

CKD-EPI: Chronic Kidney Disease Epidemiology Collaboration, eGFR: estimated glomerular filtration rate.

## 16 HOW SUPPLIED/STORAGE AND HANDLING

*How Supplied*

Injection:  clear, colorless solution of 0.68 mg/mL, 1.34 mg/mL or 2.68 mg/mL of semaglutide available in prefilled, disposable, single-patient-use pens in the following packaging configurations:

| Dose per Injection | Use For | Total Strength per Total Volume | Doses per Pen | Carton Contents | NDC |
|---|---|---|---|---|---|
| 0.25 mg<br><br><br>0.5 mg | Initiation<br><br><br>Maintenance | 2 mg/3 mL | 4 doses of 0.25 mg and 2 doses of 0.5 mg<br>or<br>4 doses of 0.5 mg | 1 pen<br>6 NovoFine® Plus needles | 0169-4181-13 |
| 1 mg | Maintenance | 4 mg/3 mL | 4 doses of 1 mg | 1 pen<br>4 NovoFine® Plus needles | 0169-4130-13 |
| 2 mg | Maintenance | 8 mg/3 mL | 4 doses of 2 mg | 1 pen<br>4 NovoFine® Plus needles | 0169-4772-12 |

The 2 mg/1.5 mL (1.34 mg/mL) strength (NDC 0169-4132-12) is not currently marketed by Novo Nordisk Inc.

Each OZEMPIC pen is for use by a single patient. An OZEMPIC pen must never be shared between patients, even if the needle is changed *[see Warnings and Precautions (5.4)]*.

*Recommended Storage*

Prior to first use, OZEMPIC should be stored in a refrigerator between 36°F to 46°F (2°C to 8°C). Do not store in the freezer or directly adjacent to the refrigerator cooling element. Do not freeze OZEMPIC and do not use OZEMPIC if it has been frozen.

After first use of the OZEMPIC pen, the pen can be stored for 56 days at controlled room temperature 59°F to 86°F (15°C to 30°C) or in a refrigerator 36°F to 46°F (2°C to 8°C). Do not freeze. Keep the pen cap on when not in use. OZEMPIC should be protected from excessive heat and sunlight.

Always remove and safely discard the needle after each injection and store the OZEMPIC pen without an injection needle attached. Always use a new needle for each injection.

**Recommended Storage Conditions for the OZEMPIC Pen**

| Prior to first use | After first use | |
|---|---|---|
| Refrigerated 36°F to 46°F (2°C to 8°C) | Room Temperature 59°F to 86°F (15°C to 30°C) | Refrigerated 36°F to 46°F (2°C to 8°C) |
| Until expiration date | 56 days | |

## 17 PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Medication Guide and Instructions for Use).

*Risk of Thyroid C-cell Tumors*
Inform patients that semaglutide causes thyroid C-cell tumors in rodents and that the human relevance of this finding has not been determined. Counsel patients to report symptoms of thyroid tumors (e.g., a lump in the neck, hoarseness, dysphagia, or dyspnea) to their physician *[see Boxed Warning, Warnings and Precautions (5.1)]*.

*Acute Pancreatitis*
Inform patients of the potential risk for acute pancreatitis and its symptoms: severe abdominal pain that may radiate to the back, and which may or may not be accompanied by nausea or vomiting. Instruct patients to discontinue OZEMPIC promptly and contact their physician if pancreatitis is suspected *[see Warnings and Precautions (5.2)]*.

*Diabetic Retinopathy Complications*
Inform patients to contact their physician if changes in vision are experienced during treatment with OZEMPIC *[see Warnings and Precautions (5.3)]*.

*Never Share an OZEMPIC Pen Between Patients*
Advise patients that they must never share an OZEMPIC pen with another person, even if the needle is changed, because doing so carries a risk for transmission of blood-borne pathogens *[see Warnings and Precautions (5.4)]*.

*Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin*
Inform patients that the risk of hypoglycemia is increased when OZEMPIC is used with an insulin secretagogue (such as a sulfonylurea) or insulin. Educate patients on the signs and symptoms of hypoglycemia *[see Warnings and Precautions (5.5)]*.

*Acute Kidney Injury Due to Volume Depletion*
Inform patients of the potential risk of acute kidney injury due to dehydration associated with gastrointestinal adverse reactions. Advise patients to take precautions to avoid fluid depletion. Inform patients of the signs and symptoms of acute kidney injury and instruct them to promptly report any of these signs or symptoms or persistent (or extended) nausea, vomiting, and diarrhea to their healthcare provider *[see Warnings and Precautions (5.6)]*.

*Severe Gastrointestinal Adverse Reactions*
Inform patients of the potential risk of severe gastrointestinal adverse reactions. Instruct patients to contact their healthcare provider if they have severe or persistent gastrointestinal symptoms *[see Warnings and Precautions (5.7)]*

*Hypersensitivity Reactions*
Inform patients that serious hypersensitivity reactions have been reported during postmarketing use of OZEMPIC. Advise patients on the symptoms of hypersensitivity reactions and instruct them to stop taking OZEMPIC and seek medical advice promptly if such symptoms occur *[see Warnings and Precautions (5.8)]*.

*Acute Gallbladder Disease*
Inform patients of the potential risk for cholelithiasis or cholecystitis. Instruct patients to contact their physician if cholelithiasis or cholecystitis is suspected for appropriate clinical follow-up *[see Warnings and Precautions (5.9)]*.

*Pulmonary Aspiration During General Anesthesia or Deep Sedation*
Inform patients that OZEMPIC may cause their stomach to empty more slowly which may lead to complications with anesthesia or deep sedation during planned surgeries or procedures. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking OZEMPIC *[see Warnings and Precautions (5.10)]*.

*Pregnancy*
Advise a pregnant woman of the potential risk to a fetus. Advise women to inform their healthcare provider if they are pregnant or intend to become pregnant *[see Use in Specific Populations (8.1, 8.3)]*.

*Missed doses*
Inform patients if a dose is missed, it should be administered as soon as possible within 5 days after the missed dose. If more than 5 days have passed, the missed dose should be skipped and the next dose should be administered on the regularly scheduled day. In each case, inform patients to resume their regular once-weekly dosing schedule *[see Dosage and Administration (2.1)]*.

Manufactured by:
Novo Nordisk A/S DK-2880 Bagsvaerd Denmark

For information about OZEMPIC contact:
Novo Nordisk Inc.
800 Scudders Mill Road Plainsboro, NJ 08536
1-888-693-6742

*OZEMPIC® and NovoFine® are registered trademarks of Novo Nordisk A/S.*

PATENT INFORMATION: http://www.novonordisk-us.com/products/product-patents.html

© 2025 Novo Nordisk

**Medication Guide**

**OZEMPIC®** (oh-ZEM-pick)

(semaglutide)

injection, for subcutaneous use

| |
|---|
| **Do not share your OZEMPIC pen with other people, even if the needle has been changed. You may give other people a serious infection, or get a serious infection from them.** |

Read this Medication Guide before you start using OZEMPIC and each time you get a refill. There may be new information. This information does not take the place of talking to your healthcare provider about your medical condition or your treatment.

**What is the most important information I should know about OZEMPIC?**

**OZEMPIC may cause serious side effects, including:**

- **Possible thyroid tumors, including cancer.** Tell your healthcare provider if you get a lump or swelling in your neck, hoarseness, trouble swallowing, or shortness of breath. These may be symptoms of thyroid cancer. In studies with rodents, OZEMPIC and medicines that work like OZEMPIC caused thyroid tumors, including thyroid cancer. It is not known if OZEMPIC will cause thyroid tumors or a type of thyroid cancer called medullary thyroid carcinoma (MTC) in people.

- Do not use OZEMPIC if you or any of your family have ever had a type of thyroid cancer called medullary thyroid carcinoma (MTC), or if you have an endocrine system condition called Multiple Endocrine Neoplasia syndrome type 2 (MEN 2).

**What is OZEMPIC?**

OZEMPIC is an injectable prescription medicine used:

- along with diet and exercise to improve blood sugar (glucose) in adults with type 2 diabetes mellitus.

- to reduce the risk of major cardiovascular events such as heart attack, stroke or death in adults with type 2 diabetes mellitus with known heart disease.

- to reduce the risk of kidney disease worsening, kidney failure (end-stage kidney disease), and death due to cardiovascular disease in adults with type 2 diabetes mellitus and chronic kidney disease.

It is not known if OZEMPIC is safe and effective for use in children.

**Do not use OZEMPIC if:**

- you or any of your family have ever had a type of thyroid cancer called medullary thyroid carcinoma (MTC) or if you have an endocrine system condition called Multiple Endocrine Neoplasia syndrome type 2 (MEN 2).

- you have had a serious allergic reaction to semaglutide or any of the ingredients in OZEMPIC. See the end of this Medication Guide for a complete list of ingredients in OZEMPIC. See **"What are the possible side effects of OZEMPIC?"** for symptoms of a serious allergic reaction.

**Before using OZEMPIC, tell your healthcare provider if you have any other medical conditions, including if you:**

- have or have had problems with your pancreas.

- have a history of diabetic retinopathy.

- have severe problems with your stomach, such as slowed emptying of your stomach (gastroparesis) or problems with digesting food.

- are scheduled to have surgery or other procedures that use anesthesia or deep sleepiness (deep sedation).

- are pregnant or plan to become pregnant. It is not known if OZEMPIC will harm your unborn baby. You should stop using OZEMPIC at least 2 months before you plan to become pregnant. Talk to your healthcare provider about the best way to control your blood sugar if you plan to become pregnant or while you are pregnant.

- are breastfeeding or plan to breastfeed. It is not known if OZEMPIC passes into your breast milk. You should talk with your healthcare provider about the best way to feed your baby while using OZEMPIC.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements. OZEMPIC may affect the way some medicines work and some medicines may affect the way OZEMPIC works.

**Before using OZEMPIC, talk to your healthcare provider about low blood sugar and how to manage it.** Tell your healthcare provider if you are taking other medicines to treat diabetes, including insulin or sulfonylureas.

Know the medicines you take. Keep a list of them to show your healthcare provider and pharmacist when you get a new medicine.

**How should I use OZEMPIC?**

- Read the **Instructions for Use** that comes with OZEMPIC.

- Use OZEMPIC exactly as your healthcare provider tells you to.

- **Your healthcare provider should show you how to use OZEMPIC before you use it for the first time.**

- OZEMPIC is injected under the skin (subcutaneously) of your stomach (abdomen), thigh, or upper arm. **Do not** inject OZEMPIC into a muscle (intramuscularly) or vein (intravenously).
- **Use OZEMPIC 1 time each week, on the same day each week, at any time of the day.**
- You may change the day of the week you use OZEMPIC as long as your last dose was given **2** or more days before.
- If you miss a dose of OZEMPIC, take the missed dose as soon as possible within **5** days after the missed dose. If more than **5** days have passed, skip the missed dose and take your next dose on the regularly scheduled day.
- OZEMPIC may be taken with or without food.
- **Do not** mix insulin and OZEMPIC together in the same injection.
- You may give an injection of OZEMPIC and insulin in the same body area (such as your stomach area), but not right next to each other.
- Change (rotate) your injection site with each injection. **Do not** use the same site for each injection.
- **Do not share your OZEMPIC pen with other people, even if the needle has been changed.** You may give other people a serious infection, or get a serious infection from them.
- If you take too much OZEMPIC, call your healthcare provider or Poison Help line at 1-800-222-1222 or go to the nearest hospital emergency room right away.

**What are the possible side effects of OZEMPIC?**

**OZEMPIC may cause serious side effects, including:**

- **See "What is the most important information I should know about OZEMPIC?"**
- **inflammation of your pancreas (pancreatitis).** Stop using OZEMPIC and call your healthcare provider right away if you have severe pain in your stomach area (abdomen) that will not go away, with or without vomiting. You may feel the pain from your abdomen to your back.
- **changes in vision.** Tell your healthcare provider if you have changes in vision during treatment with OZEMPIC.
- **low blood sugar (hypoglycemia).** Your risk for getting low blood sugar may be higher if you use OZEMPIC with another medicine that can cause low blood sugar, such as a sulfonylurea or insulin. **Signs and symptoms of low blood sugar may include:**

  | | | |
  |---|---|---|
  | o  dizziness or light-headedness | o  blurred vision | o  anxiety, irritability, or mood changes |
  | o  sweating | o  slurred speech | o  hunger |
  | o  confusion or drowsiness | o  shakiness | o  weakness |
  | o  headache | o  fast heartbeat | o  feeling jittery |

- **Dehydration leading to kidney problems.** Diarrhea, nausea, and vomiting may cause a loss of fluids (dehydration) which may cause kidney problems. It is important for you to drink fluids to help reduce your chance of dehydration. Tell your healthcare provider right away if you have nausea, vomiting, or diarrhea that does not go away.
- **Severe stomach problems.** Stomach problems, sometimes severe, have been reported in people who use OZEMPIC. Tell your healthcare provider if you have stomach problems that are severe or will not go away.
- **serious allergic reactions.** Stop using OZEMPIC and get medical help right away, if you have any symptoms of a serious allergic reaction including:

  | | | |
  |---|---|---|
  | o  swelling of your face, lips, tongue or throat | o  severe rash or itching | o  very rapid heartbeat |
  | o  problems breathing or swallowing | o  fainting or feeling dizzy | |

- **gallbladder problems.** Gallbladder problems have happened in some people who take OZEMPIC. Tell your healthcare provider right away if you get symptoms of gallbladder problems which may include:

  | | |
  |---|---|
  | o  pain in your upper stomach (abdomen) | o  yellowing of skin or eyes (jaundice) |
  | o  fever | o  clay-colored stools |

- **food or liquid getting into the lungs during surgery or other procedures that use anesthesia or deep sleepiness (deep sedation).** OZEMPIC may increase the chance of food getting into your lungs during surgery or other procedures. Tell all your healthcare providers that you are taking OZEMPIC before you are scheduled to have surgery or other procedures.

**The most common side effects of OZEMPIC may include** nausea, vomiting, diarrhea, stomach (abdominal) pain, and constipation.

Talk to your healthcare provider about any side effect that bothers you or does not go away. These are not all the possible side effects of OZEMPIC.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**General information about the safe and effective use of OZEMPIC.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use OZEMPIC for a condition for which it was not prescribed. Do not give OZEMPIC to other people, even if they have the same symptoms that you have. It may harm them.

You can ask your pharmacist or healthcare provider for information about OZEMPIC that is written for health professionals.

**What are the ingredients in OZEMPIC?**

**Active Ingredient:** semaglutide

**Inactive Ingredients:** disodium phosphate dihydrate, propylene glycol, phenol and water for injection. Hydrochloric acid or sodium hydroxide may be added to adjust pH.

Manufactured by: Novo Nordisk A/S, DK-2880 Bagsvaerd, Denmark
OZEMPIC® is a registered trademark of Novo Nordisk A/S.
PATENT Information: http://novonordisk-us.com/products/product-patents.html
© 2024 Novo Nordisk
For more information, go to OZEMPIC.com or call 1-888-693-6742.

This Medication Guide has been approved by the U.S. Food and Drug Administration.          Revised: 01/2025

## INSTRUCTIONS FOR USE
## OZEMPIC® [oh-ZEM-pick]
## (semaglutide)
## injection, for subcutaneous use
0.25 mg or 0.5 mg doses
(pen delivers doses in 0.25 mg or 0.5 mg increments only)

- **Read these instructions carefully before using your OZEMPIC® pen.**
- **Do not use your pen without proper training from your healthcare provider.** Make sure that you know how to give yourself an injection with the pen before you start your treatment.
- **Do not share your OZEMPIC pen with other people, even if the needle has been changed. You may give other people a serious infection, or get a serious infection from them.**

   **If you are blind or have poor eyesight and cannot read the dose counter on the pen, do not use this pen without help.** Get help from a person with good eyesight who is trained to use the OZEMPIC pen.

- **Start by checking your pen to make sure that it contains OZEMPIC, then look at the pictures below to get to know the different parts of your pen and needle.**
- **Your pen is a prefilled, single-patient-use, dial-a-dose pen.** It contains 2 mg of semaglutide, and you can select doses of 0.25 mg or 0.5 mg. Each prefilled pen contains 4 doses of 0.25 mg and 2 doses of 0.5 mg or contains 4 doses of 0.5 mg.
- Your pen is made to be used with **NovoFine® Plus or NovoFine®** disposable needles up to a length of 8 mm.
- NovoFine® Plus 32G 4 mm disposable needles are included with your OZEMPIC pen.
- **Always use a new needle for each injection.**

Supplies you will need to give your OZEMPIC injection:
- OZEMPIC pen
- a new NovoFine Plus or NovoFine needle
- 1 alcohol swab
- 1 gauze pad or cotton ball
- 1 sharps disposal container for throwing away used OZEMPIC pens and needles.
  **See "Disposing of used OZEMPIC pens and needles" at the end of these instructions.**



**OZEMPIC® pen and NovoFine® Plus needle (example)**

Pen cap

Outer needle cap

Inner needle cap

Needle

Paper tab

Pen window

Expiration date (EXP) on back of pen label

EXP:
LOT:

Dose counter

Dose pointer

Dose selector

Dose button

Flow check symbol

Dashed line (used to guide to your dose)

**Step 1.**
**Prepare your pen with a new needle**

| | |
|---|---|
| • **Wash your hands** with soap and water.<br>• **Check the name and colored label** of your pen, to make sure that it contains OZEMPIC.<br>   This is especially important if you take more than 1 type of medicine.<br>• **Pull off the pen cap.** | **A** |
| • **Check that the OZEMPIC medicine in your pen is clear and colorless**.<br>   Look through the pen window. If OZEMPIC looks cloudy or contains particles, do not use the pen. | **B** |
| • **Take a new needle,** and tear off the paper tab.<br>   **Do not attach a new needle** to your pen until you are ready to give your injection. | **C** |
| • **Push the needle straight onto the pen. Turn until it is on tight.** | **D** |
| • **The needle is covered by 2 caps. You must remove both caps.** If you forget to remove both caps, you will not inject any medicine.<br>• **Pull off the outer needle cap. Do not** throw it away. | **E** |
| • **Pull off the inner needle cap** and throw it away.<br>   A drop of OZEMPIC may appear at the needle tip. This is normal, but you must still check the OZEMPIC flow if you use a new pen for the first time. | **F** |

   **Always use a new needle for each injection.** This will reduce the risk of contamination, infection, leakage of OZEMPIC, and blocked needles leading to the wrong dose.

**Do not reuse or share your needles with other people. You may give other people a serious infection, or get a serious infection from them.**

**Never use a bent or damaged needle.**

**Step 2.**
**First Time Use for Each New Pen: Check the OZEMPIC flow**

- Check the OZEMPIC flow **before the first injection with each new pen only.**
  If your OZEMPIC pen is already in use, go to Step 3 "Select your dose".
- Turn the dose selector **until the dose counter shows the flow check symbol ( ).**



**Flow check symbol selected**

---

- Hold the pen with the needle pointing up.
  **Press and hold in the dose button** until the dose counter shows 0. The 0 must line up with the dose pointer.
  A drop of OZEMPIC will appear at the needle tip.
- **If no drop appears**, repeat Step 2 above as shown in Figure **G** and Figure **H** up to 6 times. If there is still no drop, change the needle and repeat Step 2 as shown in Figure **G** and Figure **H** 1 more time.

  **Do not use the pen** if a drop of OZEMPIC still does not appear.
  Contact Novo Nordisk at 1-888-693-6742.



---

⚠️    **Always make sure that a drop appears** at the needle tip before you use a new pen for the first time. This makes sure that OZEMPIC flows.
If no drop appears, you will **not** inject any OZEMPIC, even though the dose counter may move.
**This may mean that there is a blocked or damaged needle.**

A small drop may remain at the needle tip, but it will not be injected.
**Only check the OZEMPIC flow before your first injection with each new pen.**

---

**Step 3.**
**Select your dose**

- **Turn the dose selector until the dose counter stops and shows your dose (0.25 mg or 0.5 mg).**

  The dashed line in the dose counter  will guide you to your dose.

  Make sure you know the dose of OZEMPIC you should use. If you select the wrong dose, you can turn the dose selector forward or backwards to the correct dose.



**Dashed line**

**Example: 0.25 mg selected**

**Example: 0.5 mg selected**



**Always use the dose counter and the dose pointer to see how many mg you select.** You will hear a "click" every time you turn the dose selector. **Do not set the dose by counting the number of clicks you hear.**

**Only doses of 0.25 mg or 0.5 mg can be selected with the dose selector.** The selected dose must line up exactly with the dose pointer to make sure that you get a correct dose.

The dose selector changes the dose. **Only the dose counter and dose pointer will show how many mg you select for each dose.**

You can select 0.25 mg or 0.5 mg for each dose. When your pen contains less than 0.5 or 0.25 mg, the dose counter stops before 0.5 mg or 0.25 mg is shown.

The dose selector clicks differently when turned forward or backward. Do not count the pen clicks.

## How much OZEMPIC is left?

- **To see how much OZEMPIC is left in your pen,** use the dose counter:

  Turn the dose selector until the **dose counter** stops.

  - If it shows 0.5, **at least 0.5 mg** is left in your pen. If the **dose counter stops before 0.5 mg,** there is not enough OZEMPIC left for a full dose of 0.5 mg.
  - If it shows 0.25, **at least 0.25 mg** is left in your pen. If the **dose counter stops before 0.25 mg,** there is not enough OZEMPIC left for a full dose of 0.25 mg.

  **If there is not enough OZEMPIC left in your pen for a full dose, do not use it.** Use a new OZEMPIC pen.



## Step 4.
## Inject your dose

- Choose your injection site and wipe the skin with an alcohol swab. Let the injection site dry before you inject your dose (See Figure **K**).



- **Insert the needle into your skin** as your healthcare provider has shown you.
- **Make sure you can see the dose counter.** Do not cover it with your fingers. This could stop the injection.



- **Press and hold down the dose button until the dose counter shows 0.**
  The 0 must line up with the dose pointer. You may then hear or feel a click.
  **Continue pressing the dose button while keeping the needle in your skin.**



| | |
|---|---|
| • **Count 6 seconds while keeping the dose button pressed.**<br>• If the needle is removed earlier, you may see a stream of OZEMPIC coming from the needle tip. If this happens, the full dose will not be delivered. |  |
| • **Remove the needle from your skin.** You can then release the dose button.<br>If blood appears at the injection site, press lightly with a gauze pad or cotton ball. Do not rub the area. |  |

 **Always watch the dose counter to make sure you have injected your complete dose.** Hold the dose button down until the dose counter shows 0.

**How to identify a blocked or damaged needle?**
- If 0 does not appear in the dose counter after continuously pressing the dose button, you may have used a blocked or damaged needle.
- If this happens you have **not** received **any** OZEMPIC even though the dose counter has moved from the original dose that you have set.

**How to handle a blocked needle?**
Change the needle as described in Step 5, and repeat all steps starting with Step 1: **"Prepare your pen with a new needle".**

**Never touch the dose counter when you inject.** This can stop the injection.

You may see a drop of OZEMPIC at the needle tip after injecting. This is normal and does not affect your dose.

**Step 5.**
**After your injection**

| | |
|---|---|
| • **Carefully remove the needle from the pen.** Do not put the needle caps back on the needle to avoid needle sticks. |  |
| • **Place the needle in a sharps disposal container** right away to reduce the risk of needle sticks. See **"Disposing of used OZEMPIC pens and needles"** below for more information about how to dispose of used pens and needles the right way. |  |

| | |
|---|---|
| • **Put the pen cap on** your pen after each use to protect OZEMPIC from light. |  |
| • If you do not have a sharps disposal container, follow a 1-handed needle recapping method. Carefully slip the needle into the outer needle cap. Dispose of the needle in a sharps disposal container as soon as possible. |  |

 **Never try to put the inner needle cap back on the needle.** You may stick yourself with the needle.

**Always remove the needle from your pen.**
This will reduce the risk of contamination, infection, leakage of OZEMPIC, and blocked needles leading to the wrong dose. If the needle is blocked, you will **not** inject any OZEMPIC.

**Always dispose of the needle after each injection.**

**Disposing of used OZEMPIC pens and needles:**
• Put your used OZEMPIC pen and needle in a FDA-cleared sharps disposal container right away after use.
• If you do not have a FDA-cleared sharps disposal container, you may use a household container that is:
  o made of a heavy-duty plastic
  o can be closed with a tight-fitting, puncture-resistant lid, without sharps being able to come out
  o upright and stable during use
  o leak-resistant
  o properly labeled to warn of hazardous waste inside the container
• When your sharps disposal container is almost full, you will need to follow your community guidelines for the right way to dispose of your sharps disposal container. There may be state or local laws about how you should throw away used needles and syringes. For more information about the safe sharps disposal, and for specific information about sharps disposal in the state that you live in, go to the FDA's website at: http://www.fda.gov/safesharpsdisposal
• Do not dispose of your used sharps disposal container in your household trash unless your community guidelines permit this. Do not recycle your used sharps disposal container.
• Safely dispose of OZEMPIC that is out of date or no longer needed.

 **Important**
• Caregivers must **be very careful when handling used needles** to prevent accidental needle stick injuries and prevent passing (transmission) of infection.
• Never use a syringe to withdraw OZEMPIC from your pen.
• **Always carry an extra pen and new needles** with you, in case of loss or damage.
• Always keep your pen and needles **out of reach of others,** especially children.
• **Always keep your pen with you.** Do not leave it in a car or other place where it can get too hot or too cold.

**Caring for your pen**
• **Do not drop your pen** or knock it against hard surfaces. If you drop it or suspect a problem, attach a new needle and check the OZEMPIC flow before you inject.
• **Do not try to repair your pen** or pull it apart.

- **Do not expose your pen to dust, dirt or liquid.**
- **Do not wash, soak, or lubricate your pen.** If necessary, clean it with mild detergent on a moistened cloth.

**How should I store my OZEMPIC pen?**

- Store your **new, unused** OZEMPIC pens in the refrigerator between 36°F to 46°F (2°C to 8°C).
- **Store your pen in use** for 56 days at room temperature between 59ºF to 86ºF (15ºC to 30ºC) or in a refrigerator between 36°F to 46°F (2°C to 8°C).
- The OZEMPIC pen you are using should be disposed of (thrown away) after 56 days, even if it still has OZEMPIC left in it. Write the disposal date on your calendar.
- **Do not** freeze OZEMPIC. **Do not** use OZEMPIC if it has been frozen.
- Unused OZEMPIC pens may be used until the expiration date ("EXP") printed on the label, if kept in the refrigerator.
- When stored in the refrigerator, **do not** store OZEMPIC pens directly next to the cooling element.
- Keep OZEMPIC away from heat and out of the light.
- **Keep the pen cap on when not in use.**
- **Keep OZEMPIC and all medicines out of the reach of children.**

 

For more information go to **www.OZEMPIC.com**

**Manufactured by:**
Novo Nordisk A/S
DK-2880 Bagsvaerd
Denmark

**For information about OZEMPIC contact:**
Novo Nordisk Inc.
800 Scudders Mill Road
Plainsboro, NJ 08536
1-888-693-6742

Version: 2

OZEMPIC® and NovoFine® are registered trademarks of Novo Nordisk A/S.

**PATENT Information:** http://novonordisk-us.com/patients/products/product-patents.html

© 2023 Novo Nordisk

This Instructions for Use has been approved by the U.S. Food and Drug Administration.
Revised: September/2023

COVER PAGE INFORMATION

**OZEMPIC®**
**(semaglutide)**
**injection**
**2 mg/3 mL (0.68 mg/mL)**
**Prefilled pen**

**Pen delivers doses in 0.25 mg or 0.5 mg increments only**



**INSTRUCTIONS FOR USE**
**OZEMPIC® [oh-ZEM-pick]**
**(semaglutide)**
**injection, for subcutaneous use**
2 mg dose
(pen delivers doses in 2 mg increments only)

- **Read these instructions carefully before using your OZEMPIC® pen.**
- **Do not use your pen without proper training from your healthcare provider.** Make sure that you know how to give yourself an injection with the pen before you start your treatment.
- **Do not share your OZEMPIC pen with other people, even if the needle has been changed. You may give other people a serious infection, or get a serious infection from them.**

   **If you are blind or have poor eyesight and cannot read the dose counter on the pen, do not use this pen without help.** Get help from a person with good eyesight who is trained to use the OZEMPIC pen.

- **Start by checking your pen to make sure that it contains OZEMPIC, then look at the pictures below to get to know the different parts of your pen and needle.**
- **Your pen is a prefilled, single-patient-use, dial-a-dose pen.** It contains 8 mg of semaglutide, and you can only select doses of 2 mg. Each prefilled pen contains 4 doses of 2 mg.
- Your pen is made to be used with **NovoFine® Plus or NovoFine®** disposable needles up to a length of 8 mm.
- NovoFine® Plus 32G 4 mm disposable needles are included with your OZEMPIC pen.
- **Always use a new needle for each injection.**

Supplies you will need to give your OZEMPIC injection:
- OZEMPIC pen 2 mg dose
- a new NovoFine Plus or NovoFine needle
- 1 alcohol swab
- 1 gauze pad or cotton ball
- 1 sharps disposal container for throwing away used OZEMPIC pens and needles.
  **See "Disposing of used OZEMPIC pens and needles" at the end of these instructions.**



**OZEMPIC® pen and NovoFine® Plus needle (example)**

Pen cap

Outer needle cap

Inner needle cap

Needle

Paper tab

Pen window

Expiration date (EXP) on back of pen label

EXP:
LOT:

Dose counter
Dose pointer

Dose selector
Dose button

Flow check symbol

Dashed line (used to guide to your dose)

**Step 1.**
**Prepare your pen with a new needle**

| | |
|---|---|
| • **Wash your hands** with soap and water.<br>• **Check the name and colored label** of your pen, to make sure that it contains OZEMPIC.<br>  This is especially important if you take more than 1 type of medicine.<br>• **Pull off the pen cap.** | **A** |
| • **Check that the OZEMPIC medicine in your pen is clear and colorless**.<br>  Look through the pen window. If OZEMPIC looks cloudy or contains particles, do not use the pen. | **B** |
| • **Take a new needle,** and tear off the paper tab.<br>  **Do not attach a new needle** to your pen until you are ready to give your injection. | **C** |
| • **Push the needle straight onto the pen. Turn until it is on tight.** | **D** |
| • **The needle is covered by 2 caps. You must remove both caps.** If you forget to remove both caps, you will not inject any medicine.<br>• **Pull off the outer needle cap. Do not** throw it away. | **E** |
| • **Pull off the inner needle cap** and throw it away.<br>  A drop of OZEMPIC may appear at the needle tip. This is normal, but you must still check the OZEMPIC flow if you use a new pen for the first time. | **F** |

⚠ **Always use a new needle for each injection.** This will reduce the risk of contamination, infection, leakage of OZEMPIC, and blocked needles leading to the wrong dose.

**Do not reuse or share your needles with other people. You may give other people a serious infection, or get a serious infection from them.**

**Never use a bent or damaged needle.**

**Step 2.**
**First Time Use for Each New Pen: Check the OZEMPIC flow**

| | |
|---|---|
| • Check the OZEMPIC flow **before the first injection with each new pen only.**<br>If your OZEMPIC pen is already in use, go to Step 3 "Select your dose".<br>• Turn the dose selector **until the dose counter shows the flow check symbol ( ).** |  |

| | |
|---|---|
| • Hold the pen with the needle pointing up.<br>**Press and hold in the dose button** until the dose counter shows 0. The 0 must line up with the dose pointer.<br>A drop of OZEMPIC will appear at the needle tip.<br>• **If no drop appears**, repeat Step 2 above as shown in Figure **G** and Figure **H** up to 6 times. If there is still no drop, change the needle and repeat Step 2 as shown in Figure **G** and Figure **H** 1 more time.<br><br>**Do not use the pen** if a drop of OZEMPIC still does not appear.<br>Contact Novo Nordisk at 1-888-693-6742. |  |

| | |
|---|---|
| ⚠ | **Always make sure that a drop appears** at the needle tip before you use a new pen for the first time. This makes sure that OZEMPIC flows.<br>If no drop appears, you will **not** inject any OZEMPIC, even though the dose counter may move.<br>**This may mean that there is a blocked or damaged needle.**<br><br>A small drop may remain at the needle tip, but it will not be injected.<br>**Only check the OZEMPIC flow before your first injection with each new pen.** |

**Step 3.**
**Select your dose**

| | |
|---|---|
| • **Turn the dose selector until the dose counter stops and shows your 2 mg dose.**<br><br>The dashed line in the dose counter  will guide you to 2 mg. |  |



**Always use the dose counter and the dose pointer to see that 2 mg has been selected.** You will hear a "click" every time you turn the dose selector. **Do not set the dose by counting the number of clicks you hear.**

**Only doses of 2 mg can be selected with the dose selector.** 2 mg must line up exactly with the dose pointer to make sure that you get a correct dose.

The dose selector changes the dose. **Only the dose counter and dose pointer will show that 2 mg has been selected.**

You can only select 2 mg for each dose. When your pen contains less than 2 mg, the dose counter stops before 2 mg is shown.

The dose selector clicks differently when turned forward or backward. Do not count the pen clicks.

| **How much OZEMPIC is left?** |
|---|

| | |
|---|---|
| • **To see how much OZEMPIC is left in your pen,** use the dose counter:<br><br>Turn the dose selector until the **dose counter** stops.<br><br>• If it shows 2, **at least 2 mg** is left in your pen. If the **dose counter stops before 2 mg,** there is not enough OZEMPIC left for a full dose of 2 mg.<br><br>**If there is not enough OZEMPIC left in your pen for a full dose, do not use it.** Use a new OZEMPIC pen. | <br>Dose counter stopped: 2 mg left |

| **Step 4.**<br>**Inject your dose** |
|---|

| | |
|---|---|
| • Choose your injection site and wipe the skin with an alcohol swab. Let the injection site dry before you inject your dose (See Figure **K**). |  |

| | |
|---|---|
| • **Insert the needle into your skin** as your healthcare provider has shown you.<br>• **Make sure you can see the dose counter.** Do not cover it with your fingers. This could stop the injection. |  |

| | |
|---|---|
| • **Press and hold down the dose button until the dose counter shows 0.**<br>The 0 must line up with the dose pointer. You may then hear or feel a click.<br>**Continue pressing the dose button while keeping the needle in your skin.** |  |

| | |
|---|---|
| • **Count 6 seconds while keeping the dose button pressed.**<br>• If the needle is removed earlier, you may see a stream of OZEMPIC coming from the needle tip. If this happens, the full dose will not be delivered. |  |
| • **Remove the needle from your skin.** You can then release the dose button.<br>If blood appears at the injection site, press lightly with a gauze pad or cotton ball. Do not rub the area. |  |

 **Always watch the dose counter to make sure you have injected your complete dose.** Hold the dose button down until the dose counter shows 0.

**How to identify a blocked or damaged needle?**
- If 0 does not appear in the dose counter after continuously pressing the dose button, you may have used a blocked or damaged needle.
- If this happens you have **not** received **any** OZEMPIC even though the dose counter has moved from the original dose that you have set.

**How to handle a blocked needle?**
Change the needle as described in Step 5, and repeat all steps starting with Step 1: **"Prepare your pen with a new needle".**

**Never touch the dose counter when you inject.** This can stop the injection.

You may see a drop of OZEMPIC at the needle tip after injecting. This is normal and does not affect your dose.

**Step 5.**
**After your injection**

| | |
|---|---|
| • **Carefully remove the needle from the pen.** Do not put the needle caps back on the needle to avoid needle sticks. |  |
| • **Place the needle in a sharps disposal container** right away to reduce the risk of needle sticks. See **"Disposing of used OZEMPIC pens and needles"** below for more information about how to dispose of used pens and needles the right way. |  |

| | |
|---|---|
| • **Put the pen cap on** your pen after each use to protect OZEMPIC from light. |  |
| • If you do not have a sharps disposal container, follow a 1-handed needle recapping method. Carefully slip the needle into the outer needle cap. Dispose of the needle in a sharps disposal container as soon as possible. |  |

    **Never try to put the inner needle cap back on the needle.** You may stick yourself with the needle.

**Always remove the needle from your pen.**
This will reduce the risk of contamination, infection, leakage of OZEMPIC, and blocked needles leading to the wrong dose. If the needle is blocked, you will **not** inject any OZEMPIC.

**Always dispose of the needle after each injection.**

**Disposing of used OZEMPIC pens and needles:**
• Put your used OZEMPIC pen and needle in a FDA-cleared sharps disposal container right away after use.
• If you do not have a FDA-cleared sharps disposal container, you may use a household container that is:
  o made of a heavy-duty plastic
  o can be closed with a tight-fitting, puncture-resistant lid, without sharps being able to come out
  o upright and stable during use
  o leak-resistant
  o properly labeled to warn of hazardous waste inside the container
• When your sharps disposal container is almost full, you will need to follow your community guidelines for the right way to dispose of your sharps disposal container. There may be state or local laws about how you should throw away used needles and syringes. For more information about the safe sharps disposal, and for specific information about sharps disposal in the state that you live in, go to the FDA's website at: http://www.fda.gov/safesharpsdisposal
• Do not dispose of your used sharps disposal container in your household trash unless your community guidelines permit this. Do not recycle your used sharps disposal container.
• Safely dispose of OZEMPIC that is out of date or no longer needed.

    **Important**

• Caregivers must **be very careful when handling used needles** to prevent accidental needle stick injuries and prevent passing (transmission) of infection.
• Never use a syringe to withdraw OZEMPIC from your pen.
• **Always carry an extra pen and new needles** with you, in case of loss or damage.
• Always keep your pen and needles **out of reach of others,** especially children.
• **Always keep your pen with you.** Do not leave it in a car or other place where it can get too hot or too cold.

**Caring for your pen**
• **Do not drop your pen** or knock it against hard surfaces. If you drop it or suspect a problem, attach a new needle and check the OZEMPIC flow before you inject.
• **Do not try to repair your pen** or pull it apart.

- **Do not expose your pen to dust, dirt or liquid.**
- **Do not wash, soak, or lubricate your pen.** If necessary, clean it with mild detergent on a moistened cloth.

**How should I store my OZEMPIC pen?**

- Store your **new, unused** OZEMPIC pens in the refrigerator between 36°F to 46°F (2°C to 8°C).
- **Store your pen in use** for 56 days at room temperature between 59ºF to 86ºF (15ºC to 30ºC) or in a refrigerator between 36°F to 46°F (2°C to 8°C).
- The OZEMPIC pen you are using should be disposed of (thrown away) after 56 days, even if it still has OZEMPIC left in it. Write the disposal date on your calendar.
- **Do not** freeze OZEMPIC. **Do not** use OZEMPIC if it has been frozen.
- Unused OZEMPIC pens may be used until the expiration date ("EXP") printed on the label, if kept in the refrigerator.
- When stored in the refrigerator, **do not** store OZEMPIC pens directly next to the cooling element.
- Keep OZEMPIC away from heat and out of the light.
- **Keep the pen cap on when not in use.**
- **Keep OZEMPIC and all medicines out of the reach of children.**

 

For more information go to **www.OZEMPIC.com**

**Manufactured by:**
Novo Nordisk A/S
DK-2880 Bagsvaerd
Denmark

**For information about OZEMPIC contact:**
Novo Nordisk Inc.
800 Scudders Mill Road
Plainsboro, NJ 08536
1-888-693-6742

Version: 2

OZEMPIC® and NovoFine® are registered trademarks of Novo Nordisk A/S.

**PATENT Information:** http://novonordisk-us.com/patients/products/product-patents.html

© 2023 Novo Nordisk

This Instructions for Use has been approved by the U.S. Food and Drug Administration.
Revised: September/2023

COVER PAGE INFORMATION

**OZEMPIC®**
**(semaglutide)**
**injection**
**8 mg/3 mL (2.68 mg/mL)**
**Prefilled pen**

**Pen delivers doses in 2 mg increments only**



## INSTRUCTIONS FOR USE
### OZEMPIC® [oh-ZEM-pick]
### (semaglutide)
### injection, for subcutaneous use
1 mg dose
(pen delivers doses in 1 mg increments only)

- **Read these instructions carefully before using your OZEMPIC® pen.**
- **Do not use your pen without proper training from your healthcare provider.** Make sure that you know how to give yourself an injection with the pen before you start your treatment.
- **Do not share your OZEMPIC pen with other people, even if the needle has been changed. You may give other people a serious infection, or get a serious infection from them.**

   **If you are blind or have poor eyesight and cannot read the dose counter on the pen, do not use this pen without help.** Get help from a person with good eyesight who is trained to use the OZEMPIC pen.
- **Start by checking your pen to make sure that it contains OZEMPIC, then look at the pictures below to get to know the different parts of your pen and needle.**
- **Your pen is a prefilled, single-patient-use, dial-a-dose pen.** It contains 4 mg of semaglutide, and you can only select doses of 1 mg. Each prefilled pen contains 4 doses of 1 mg.
- Your pen is made to be used with **NovoFine® Plus or NovoFine®** disposable needles up to a length of 8 mm.
- NovoFine® Plus 32G 4 mm disposable needles are included with your OZEMPIC pen.
- **Always use a new needle for each injection.**

Supplies you will need to give your OZEMPIC injection:
- OZEMPIC pen 1 mg dose
- a new NovoFine Plus or NovoFine needle
- 1 alcohol swab
- 1 gauze pad or cotton ball
- 1 sharps disposal container for throwing away used OZEMPIC pens and needles.
  **See "Disposing of used OZEMPIC pens and needles" at the end of these instructions.**



**OZEMPIC® pen and NovoFine® Plus needle (example)**

Pen cap

Outer needle cap

Inner needle cap

Needle

Paper tab

Pen window

Expiration date (EXP) on back of pen label

EXP:
LOT:

Dose counter
Dose pointer

Dose selector
Dose button

Flow check symbol

Dashed line (used to guide to your dose)

| **Step 1.**<br>**Prepare your pen with a new needle** | |
|---|---|
| • **Wash your hands** with soap and water.<br>• **Check the name and colored label** of your pen, to make sure that it contains OZEMPIC.<br>This is especially important if you take more than 1 type of medicine.<br>• **Pull off the pen cap.** | |
| • **Check that the OZEMPIC medicine in your pen is clear and colorless.**<br>Look through the pen window. If OZEMPIC looks cloudy or contains particles, do not use the pen. | |
| • **Take a new needle,** and tear off the paper tab.<br>**Do not attach a new needle** to your pen until you are ready to give your injection. | |
| • **Push the needle straight onto the pen. Turn until it is on tight.** | |
| • **The needle is covered by 2 caps. You must remove both caps.** If you forget to remove both caps, you will not inject any medicine.<br>• **Pull off the outer needle cap. Do not** throw it away. | |
| • **Pull off the inner needle cap** and throw it away.<br>A drop of OZEMPIC may appear at the needle tip. This is normal, but you must still check the OZEMPIC flow if you use a new pen for the first time. | |

⚠️  **Always use a new needle for each injection.** This will reduce the risk of contamination, infection, leakage of OZEMPIC, and blocked needles leading to the wrong dose.

**Do not reuse or share your needles with other people. You may give other people a serious infection, or get a serious infection from them.**

**Never use a bent or damaged needle.**

**Step 2.**
**First Time Use for Each New Pen: Check the OZEMPIC flow**

- Check the OZEMPIC flow **before the first injection with each new pen only.**
  If your OZEMPIC pen is already in use, go to Step 3 "Select your dose".
- Turn the dose selector **until the dose counter shows the flow check symbol ( ).**



**Flow check symbol selected**

- Hold the pen with the needle pointing up.
  **Press and hold in the dose button** until the dose counter shows 0. The 0 must line up with the dose pointer.
  A drop of OZEMPIC will appear at the needle tip.
- **If no drop appears**, repeat Step 2 above as shown in Figure **G** and Figure **H** up to 6 times. If there is still no drop, change the needle and repeat Step 2 as shown in Figure **G** and Figure **H** 1 more time.

  **Do not use the pen** if a drop of OZEMPIC still does not appear.
  Contact Novo Nordisk at 1-888-693-6742.



⚠️    **Always make sure that a drop appears** at the needle tip before you use a new pen for the first time. This makes sure that OZEMPIC flows.
If no drop appears, you will **not** inject any OZEMPIC, even though the dose counter may move.
**This may mean that there is a blocked or damaged needle.**

A small drop may remain at the needle tip, but it will not be injected.
**Only check the OZEMPIC flow before your first injection with each new pen.**

**Step 3.**
**Select your dose**

- **Turn the dose selector until the dose counter stops and shows your 1 mg dose.**

  The dashed line in the dose counter  will guide you to 1 mg.



**Dashed line**

**1 mg selected**

 **Always use the dose counter and the dose pointer to see that 1 mg has been selected.** You will hear a "click" every time you turn the dose selector. **Do not set the dose by counting the number of clicks you hear.**

**Only doses of 1 mg can be selected with the dose selector.** 1 mg must line up exactly with the dose pointer to make sure that you get a correct dose.

The dose selector changes the dose. **Only the dose counter and dose pointer will show that 1 mg has been selected.**

You can only select 1 mg for each dose. When your pen contains less than 1 mg, the dose counter stops before 1 mg is shown.

The dose selector clicks differently when turned forward or backward. Do not count the pen clicks.

---

**How much OZEMPIC is left?**

- **To see how much OZEMPIC is left in your pen,** use the dose counter:

  Turn the dose selector until the **dose counter** stops.

  - If it shows 1, **at least 1 mg** is left in your pen. If the **dose counter stops before 1 mg,** there is not enough OZEMPIC left for a full dose of 1 mg.

  **If there is not enough OZEMPIC left in your pen for a full dose, do not use it.** Use a new OZEMPIC pen.



Dose counter stopped: 1 mg left

---

**Step 4.**
**Inject your dose**

- Choose your injection site and wipe the skin with an alcohol swab. Let the injection site dry before you inject your dose (See Figure **K**).



---

- **Insert the needle into your skin** as your healthcare provider has shown you.
- **Make sure you can see the dose counter.** Do not cover it with your fingers. This could stop the injection.



---

- **Press and hold down the dose button until the dose counter shows 0.** The 0 must line up with the dose pointer. You may then hear or feel a click. **Continue pressing the dose button while keeping the needle in your skin.**



---

| | |
|---|---|
| • **Count 6 seconds while keeping the dose button pressed.**<br>• If the needle is removed earlier, you may see a stream of OZEMPIC coming from the needle tip. If this happens, the full dose will not be delivered. |  |
| • **Remove the needle from your skin.** You can then release the dose button.<br>If blood appears at the injection site, press lightly with a gauze pad or cotton ball. Do not rub the area. |  |

 **Always watch the dose counter to make sure you have injected your complete dose.** Hold the dose button down until the dose counter shows 0.

**How to identify a blocked or damaged needle?**
- If 0 does not appear in the dose counter after continuously pressing the dose button, you may have used a blocked or damaged needle.
- If this happens you have **not** received **any** OZEMPIC even though the dose counter has moved from the original dose that you have set.

**How to handle a blocked needle?**
Change the needle as described in Step 5, and repeat all steps starting with Step 1: **"Prepare your pen with a new needle".**

**Never touch the dose counter when you inject.** This can stop the injection.

You may see a drop of OZEMPIC at the needle tip after injecting. This is normal and does not affect your dose.

**Step 5.**
**After your injection**

| | |
|---|---|
| • **Carefully remove the needle from the pen.** Do not put the needle caps back on the needle to avoid needle sticks. |  |
| • **Place the needle in a sharps disposal container** right away to reduce the risk of needle sticks. See **"Disposing of used OZEMPIC pens and needles"** below for more information about how to dispose of used pens and needles the right way. |  |

| | |
|---|---|
| • **Put the pen cap on** your pen after each use to protect OZEMPIC from light. |  |
| • If you do not have a sharps disposal container, follow a 1-handed needle recapping method. Carefully slip the needle into the outer needle cap. Dispose of the needle in a sharps disposal container as soon as possible. |  |

 **Never try to put the inner needle cap back on the needle.** You may stick yourself with the needle.

**Always remove the needle from your pen.**
This will reduce the risk of contamination, infection, leakage of OZEMPIC, and blocked needles leading to the wrong dose. If the needle is blocked, you will **not** inject any OZEMPIC.

**Always dispose of the needle after each injection.**

**Disposing of used OZEMPIC pens and needles:**
- Put your used OZEMPIC pen and needle in a FDA-cleared sharps disposal container right away after use.
- If you do not have a FDA-cleared sharps disposal container, you may use a household container that is:
  - made of a heavy-duty plastic
  - can be closed with a tight-fitting, puncture-resistant lid, without sharps being able to come out
  - upright and stable during use
  - leak-resistant
  - properly labeled to warn of hazardous waste inside the container
- When your sharps disposal container is almost full, you will need to follow your community guidelines for the right way to dispose of your sharps disposal container. There may be state or local laws about how you should throw away used needles and syringes. For more information about the safe sharps disposal, and for specific information about sharps disposal in the state that you live in, go to the FDA's website at: http://www.fda.gov/safesharpsdisposal
- Do not dispose of your used sharps disposal container in your household trash unless your community guidelines permit this. Do not recycle your used sharps disposal container.
- Safely dispose of OZEMPIC that is out of date or no longer needed.

 **Important**

- Caregivers must **be very careful when handling used needles** to prevent accidental needle stick injuries and prevent passing (transmission) of infection.
- Never use a syringe to withdraw OZEMPIC from your pen.
- **Always carry an extra pen and new needles** with you, in case of loss or damage.
- Always keep your pen and needles **out of reach of others,** especially children.
- **Always keep your pen with you.** Do not leave it in a car or other place where it can get too hot or too cold.

**Caring for your pen**
- **Do not drop your pen** or knock it against hard surfaces. If you drop it or suspect a problem, attach a new needle and check the OZEMPIC flow before you inject.
- **Do not try to repair your pen** or pull it apart.

- **Do not expose your pen to dust, dirt or liquid.**
- **Do not wash, soak, or lubricate your pen.** If necessary, clean it with mild detergent on a moistened cloth.

**How should I store my OZEMPIC pen?**

- Store your **new, unused** OZEMPIC pens in the refrigerator between 36°F to 46°F (2°C to 8°C).
- **Store your pen in use** for 56 days at room temperature between 59ºF to 86ºF (15ºC to 30ºC) or in a refrigerator between 36°F to 46°F (2°C to 8°C).
- The OZEMPIC pen you are using should be disposed of (thrown away) after 56 days, even if it still has OZEMPIC left in it. Write the disposal date on your calendar.
- **Do not** freeze OZEMPIC. **Do not** use OZEMPIC if it has been frozen.
- Unused OZEMPIC pens may be used until the expiration date ("EXP") printed on the label, if kept in the refrigerator.
- When stored in the refrigerator, **do not** store OZEMPIC pens directly next to the cooling element.
- Keep OZEMPIC away from heat and out of the light.
- **Keep the pen cap on when not in use.**
- **Keep OZEMPIC and all medicines out of the reach of children.**

 

For more information go to **www.OZEMPIC.com**

**Manufactured by:**
Novo Nordisk A/S
DK-2880 Bagsvaerd
Denmark

**For information about OZEMPIC contact:**
Novo Nordisk Inc.
800 Scudders Mill Road
Plainsboro, NJ 08536
1-888-693-6742

Version: 4

OZEMPIC® and NovoFine® are registered trademarks of Novo Nordisk A/S.

**PATENT Information:** http://novonordisk-us.com/patients/products/product-patents.html

© 2023 Novo Nordisk

This Instructions for Use has been approved by the U.S. Food and Drug Administration.
Revised: September/2023

COVER PAGE INFORMATION

**OZEMPIC®**
**(semaglutide)**
**injection**
**4 mg/3 mL (1.34 mg/mL)**
**Prefilled pen**

**Pen delivers doses in 1 mg increments only**



# EXHIBIT 3

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use RYBELSUS® and OZEMPIC® tablets safely and effectively. See full prescribing information for RYBELSUS and OZEMPIC tablets.**

**RYBELSUS (semaglutide) tablets, for oral use**
**OZEMPIC (semaglutide) tablets, for oral use**
**Initial U.S. Approval: 2017**

---

**WARNING: RISK OF THYROID C-CELL TUMORS**
*See full prescribing information for complete boxed warning.*

- **In rodents, semaglutide causes thyroid C-cell tumors. It is unknown whether RYBELSUS and OZEMPIC tablets cause thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as the human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined (5.1, 13.1).**
- **RYBELSUS and OZEMPIC tablets are contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2). Counsel patients regarding the potential risk of MTC and symptoms of thyroid tumors (4, 5.1).**

---

-----------------------RECENT MAJOR CHANGES-----------------------
Indications and Usage (1) …………………………………….10/2025
Dosage and Administration (2)……………………………….12/2025
Warnings and Precautions
   Acute Pancreatitis (5.2)……………………………….10/2025
   Acute Kidney Injury Due to Volume Depletion (5.5) …..……10/2025
   Severe Gastrointestinal Adverse Reactions (5.6) …………….10/2025
   Acute Gallbladder Disease (5.8)………………………….10/2025

---

-----------------------INDICATIONS AND USAGE-----------------------
RYBELSUS and OZEMPIC tablets are glucagon-like peptide-1 (GLP-1) receptor agonists indicated:

- as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus. (1)
- to reduce the risk of major adverse cardiovascular events (cardiovascular death, non-fatal myocardial infarction, or non-fatal stroke) in adults with type 2 diabetes mellitus who are at high risk for these events. (1)

---

-----------------DOSAGE AND ADMINISTRATION-----------------
- RYBELSUS and OZEMPIC tablets are not substitutable on a mg-to-mg basis.
- Take RYBELSUS or OZEMPIC tablets orally once daily on an empty stomach in the morning with water (up to 4 ounces of water); do not take with other liquids besides water. (2.1)
- Swallow tablets whole. Do not split, crush, chew or dissolve in any solution. (2.1)
- After taking RYBELSUS or OZEMPIC tablets, wait at least 30 minutes before eating food, drinking beverages or taking other oral medications. (2.1)
- See the Full Prescribing Information for instructions on switching between RYBELSUS and OZEMPIC tablets (2.3) and from OZEMPIC injections to RYBELSUS or OZEMPIC tablets. (2.4)

Recommended Starting, Escalation and Maintenance Dosage of RYBELSUS and OZEMPIC Tablets (2.2)
*RYBELSUS* (2.2)
- Day 1 to 30: Recommended starting dosage is 3 mg orally once daily for 30 days (this dosage is not effective for glycemic control)
- Days 31 to 60: Increase the dosage to 7 mg orally once daily.
- On Day 61 or thereafter, if: (2.2)
   ○ No additional glycemic control is needed, maintain the dosage at 7 mg orally once daily.
   ○ Additional glycemic control is needed, increase the dosage to 14 mg orally once daily.

*OZEMPIC Tablets* (2.2)
- Day 1 to 30: Recommended starting dosage is 1.5 mg orally once daily for 30 days (this dosage is not effective for glycemic control).
- Days 31 to 60: Increase the dosage to 4 mg orally once daily.
- On Day 61 or thereafter, if: (2.2)
   ○ No additional glycemic control is needed, maintain the dosage at 4 mg orally once daily.
   ○ Additional glycemic control is needed, increase the dosage to 9 mg orally once daily.

---

--------------------DOSAGE FORMS AND STRENGTHS--------------------
- RYBELSUS tablets: 3 mg, 7 mg and 14 mg (3)
- OZEMPIC tablets: 1.5 mg, 4 mg and 9 mg (3)

---

-----------------------------CONTRAINDICATIONS-----------------------------
- Personal or family history of MTC or in patients with MEN 2 syndrome type 2 (4)
- Prior serious hypersensitivity reaction to semaglutide or any of the excipients in OZEMPIC (4)

---

------------------------WARNINGS AND PRECAUTIONS------------------------
- *Acute Pancreatitis*: Has been observed in patients treated with GLP-1 receptor agonists, including RYBELSUS or OZEMPIC tablets. Discontinue if pancreatitis is suspected. (5.2)
- *Diabetic Retinopathy Complications*: Has been reported in a cardiovascular outcomes trial with semaglutide injection. Patients with a history of diabetic retinopathy should be monitored. (5.3)
- *Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin*: May increase the risk of hypoglycemia, including severe hypoglycemia. Reducing the dosage of insulin secretagogue or insulin may be necessary. (5.4)
- *Acute Kidney Injury Due to Volume Depletion*: Monitor renal function in patients reporting adverse reactions that could lead to volume depletion. (5.5)
- *Severe Gastrointestinal Adverse Reactions*: Use of RYBELSUS or OZEMPIC tablets has been associated with gastrointestinal adverse reactions, sometimes severe. RYBELSUS and OZEMPIC tablets are not recommended in patients with severe gastroparesis. (5.6)
- *Hypersensitivity Reactions*: Serious hypersensitivity reactions (e.g., anaphylaxis and angioedema) have been reported. Discontinue RYBELSUS or OZEMPIC tablets if hypersensitivity reactions occur and monitor until signs and symptoms resolve. (5.7)
- *Acute Gallbladder Disease*: If cholelithiasis or cholecystitis are suspected, gallbladder studies are indicated. (5.8)
- *Pulmonary Aspiration During General Anesthesia or Deep Sedation*: Has been reported in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures. Instruct patients to inform healthcare providers of any planned surgeries or procedures. (5.9)

---

-----------------------------ADVERSE REACTIONS-----------------------------
Most common adverse reactions (incidence ≥5%) are nausea, abdominal pain, diarrhea, decreased appetite, vomiting and constipation. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Novo Nordisk Inc., at 1-833-457-7455 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

---

-----------------------------DRUG INTERACTIONS-----------------------------
*Other Oral Drugs:* RYBELSUS and OZEMPIC tablets delay gastric emptying. Consider increased clinical or laboratory monitoring when co-administered with other oral medications that have a narrow therapeutic index or that require clinical monitoring. (7.2)

---

-----------------------------USE IN SPECIFIC POPULATIONS-----------------------------
- *Pregnancy*: See *Pregnancy* subsection. (8.1)
- *Lactation*: Breastfeeding not recommended. (8.2)
- *Females and Males of Reproductive Potential*: Discontinue RYBELSUS or OZEMPIC tablets in women at least 2 months before a planned pregnancy due to the long washout period for semaglutide. (8.3)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 1/2026**

**FULL PRESCRIBING INFORMATION: CONTENTS***
**WARNING: RISK OF THYROID C-CELL TUMORS**
**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
2.1 Important Administration Instructions
2.2 Recommended Starting, Escalation and Maintenance Dosage of RYBELSUS and OZEMPIC Tablets
2.3 Switching Between RYBELSUS and OZEMPIC Tablets
2.4 Switching from OZEMPIC Injection to RYBELSUS or OZEMPIC Tablets
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
5.1 Risk of Thyroid C-Cell Tumors
5.2 Acute Pancreatitis
5.3 Diabetic Retinopathy Complications
5.4 Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin
5.5 Acute Kidney Injury Due to Volume Depletion
5.6 Severe Gastrointestinal Adverse Reactions
5.7 Hypersensitivity Reactions
5.8 Acute Gallbladder Disease
5.9 Pulmonary Aspiration During General Anesthesia or Deep Sedation
**6 ADVERSE REACTIONS**
6.1 Clinical Trials Experience
6.2 Postmarketing Experience
**7 DRUG INTERACTIONS**
7.1 Concomitant Use with an Insulin Secretagogue (e.g., Sulfonylurea) or with Insulin
7.2 Other Oral Drugs

**8 USE IN SPECIFIC POPULATIONS**
8.1 Pregnancy
8.2 Lactation
8.3 Females and Males of Reproductive Potential
8.4 Pediatric Use
8.5 Geriatric Use
8.6 Renal Impairment
8.7 Hepatic Impairment
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
12.1 Mechanism of Action
12.2 Pharmacodynamics
12.3 Pharmacokinetics
12.6 Immunogenicity
**13 NONCLINICAL TOXICOLOGY**
13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
13.2 Animal Toxicology and/or Pharmacology
**14 CLINICAL STUDIES**
14.1 Overview of Clinical Studies
14.2 Monotherapy Use of Semaglutide Tablets in Patients with Type 2 Diabetes Mellitus
14.3 Combination Therapy Use of Semaglutide Tablets in Patients with Type 2 Diabetes Mellitus
14.4 Cardiovascular Outcomes Trial of Semaglutide Tablets in Adult Patients with Type 2 Diabetes Mellitus and High Risk of Having a Cardiovascular Event
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**

*Sections or subsections omitted from the full prescribing information are not listed.

**FULL PRESCRIBING INFORMATION**

---

**WARNING: RISK OF THYROID C-CELL TUMORS**

- **In rodents, semaglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors at clinically relevant exposures. It is unknown whether RYBELSUS and OZEMPIC tablets causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined *[see Warnings and Precautions (5.1), Nonclinical Toxicology (13.1)]*.**
- **RYBELSUS and OZEMPIC tablets are contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2) *[see Contraindications (4)]*. Counsel patients regarding the potential risk for MTC with the use of RYBELSUS or OZEMPIC tablets and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness). Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with RYBELSUS or OZEMPIC tablets *[see Contraindications (4), Warnings and Precautions (5.1)]*.**

---

## 1 INDICATIONS AND USAGE

RYBELSUS and OZEMPIC tablets are indicated:

- as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus.
- to reduce the risk of major adverse cardiovascular (CV) events (CV death, non-fatal myocardial infarction or non-fatal stroke) in adults with type 2 diabetes mellitus who are at high risk for these events.

## 2 DOSAGE AND ADMINISTRATION

### 2.1 Important Administration Instructions

- **RYBELSUS and OZEMPIC tablets are not substitutable on a mg-to-mg basis.**
- Take one RYBELSUS or OZEMPIC tablet orally once daily on an empty stomach in the morning with water (up to 4 ounces of water). Do not take RYBELSUS or OZEMPIC tablets with other liquids besides water *[see Clinical Pharmacology (12.3)]*.
- Do not take more than one tablet per day.
- Swallow tablets whole. Do not split, crush, chew or dissolve in any solution.
- After taking RYBELSUS or OZEMPIC tablets, wait at least 30 minutes before eating food, drinking beverages or taking other oral medications *[see Clinical Pharmacology (12.3)]*.
- If a dose is missed, skip the missed dose and take the next dose the following day.

### 2.2 Recommended Starting, Escalation and Maintenance Dosage of RYBELSUS and OZEMPIC Tablets

RYBELSUS: Recommended Dosage

Follow the RYBELSUS starting, escalation, and maintenance dosage described below to reduce the risk of gastrointestinal (GI) adverse reactions *[see Warnings and Precautions (5.6), Adverse Reactions (6.1)]*:

- *Starting Dosage (Initiation Phase) (Days 1 to 30):* The recommended starting dosage is 3 mg orally once daily (this dosage is not effective for glycemic control).
- *Escalation and Maintenance Dosage (Days 31 and beyond):*
  - Days 31 to 60: Increase the dosage to 7 mg orally once daily.
  - On Day 61 or thereafter, if:
    - No additional glycemic control is needed, maintain the dosage at 7 mg orally once daily.
    - Additional glycemic control is needed, increase the dosage to 14 mg orally once daily.

OZEMPIC Tablets: Recommended Dosage

Follow the OZEMPIC tablets starting, escalation, and maintenance dosage described below to reduce the risk of GI adverse reactions *[see Warnings and Precautions (5.6), Adverse Reactions (6.1)]*:

- *Starting Dosage (Initiation Phase) (Days 1 through 30):* The recommended starting dosage is 1.5 mg orally once daily (this dosage is not effective for glycemic control).
- *Escalation and Maintenance Dosage (Days 31 and beyond):*
  - Days 31 to 60: Increase the dosage to 4 mg orally once daily.
  - On Day 61 or thereafter, if:
    - No additional glycemic control is needed, maintain the dosage at 4 mg orally once daily.
    - Additional glycemic control is needed, increase the dosage to 9 mg orally once daily.

## 2.3 Switching Between RYBELSUS and OZEMPIC Tablets

- Do not switch between RYBELSUS and OZEMPIC tablets during the initiation phase (Days 1 to 30) *[see Dosage and Administration (2.2)]*.
- After 30 days of RYBELSUS or OZEMPIC tablet treatment (after the initiation phase) *[see Dosage and Administration (2.2)]*, patients may switch between RYBELSUS and OZEMPIC tablet products (see **Table 1**).
- When switching between RYBELSUS and OZEMPIC tablets, initiate the other semaglutide tablet product the day after discontinuing the previous semaglutide tablet product.

**Table 1. Switching Between Escalation or Maintenance Dosage of RYBELSUS and OZEMPIC Tablets**

| RYBELSUS | OZEMPIC Tablets |
|---|---|
| 7 mg orally once daily | 4 mg orally once daily |
| 14 mg orally once daily | 9 mg orally once daily |

## 2.4 Switching from OZEMPIC Injection to RYBELSUS or OZEMPIC Tablets

*Switching from OZEMPIC Injection to RYBELSUS Tablets*

- Patients taking the 0.5 mg dose of OZEMPIC injection may switch to RYBELSUS tablets.
- One week after discontinuing 0.5 mg of subcutaneous OZEMPIC injection, start 7 mg or 14 mg of RYBELSUS orally once daily.

*Switching from OZEMPIC Injection to OZEMPIC Tablets*

- Patients taking the 0.5 mg dose of OZEMPIC injection may switch to OZEMPIC tablets.
- One week after discontinuing 0.5 mg of subcutaneous OZEMPIC injection, start 4 mg or 9 mg of OZEMPIC tablets orally once daily.

## 3 DOSAGE FORMS AND STRENGTHS

RYBELSUS (semaglutide) tablets are available as:
- 3 mg: white to light yellow, oval shaped debossed with "3" on one side and "novo" on the other side.
- 7 mg: white to light yellow, oval shaped debossed with "7" on one side and "novo" on the other side.
- 14 mg: white to light yellow, oval shaped debossed with "14" on one side and "novo" on the other side.

OZEMPIC (semaglutide) tablets are available as:
- 1.5 mg: white to light yellow, round shaped debossed with "1.5" on one side and "novo" on the other side.
- 4 mg: white to light yellow, round shaped debossed with "4" on one side and "novo" on the other side.
- 9 mg: white to light yellow, round shaped debossed with "9" on one side and "novo" on the other side.

## 4 CONTRAINDICATIONS

RYBELSUS and OZEMPIC tablets are contraindicated in patients with:

- A personal or family history of medullary thyroid carcinoma (MTC) or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2) *[see Warnings and Precautions (5.1)]*.
- A prior serious hypersensitivity reaction to semaglutide or to any of the excipients in RYBELSUS or OZEMPIC tablets. Serious hypersensitivity reactions including anaphylaxis and angioedema have been reported with semaglutide tablets *[see Warnings and Precautions (5.7)]*.

## 5 WARNINGS AND PRECAUTIONS
### 5.1 Risk of Thyroid C-Cell Tumors
In mice and rats, semaglutide caused a dose-dependent and treatment-duration-dependent increase in the incidence of thyroid C-cell tumors (adenomas and carcinomas) after lifetime exposure at clinically relevant plasma exposures *[see Nonclinical Toxicology (13.1)]*. It is unknown whether RYBELSUS and OZEMPIC tablets cause thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined.

Cases of MTC in patients treated with liraglutide, another GLP-1 receptor agonist, have been reported in the postmarketing period; the data in these reports are insufficient to establish or exclude a causal relationship between MTC and GLP-1 receptor agonist use in humans.

RYBELSUS and OZEMPIC tablets are contraindicated in patients with a personal or family history of MTC or in patients with MEN 2. Counsel patients regarding the potential risk for MTC with the use of RYBELSUS or OZEMPIC tablets and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness).

Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with RYBELSUS or OZEMPIC tablets. Such monitoring may increase the risk of unnecessary procedures, due to the low-test specificity for serum calcitonin and a high background incidence of thyroid disease. Significantly elevated serum calcitonin value may indicate MTC and patients with MTC usually have calcitonin values >50 ng/L. If serum calcitonin is measured and found to be elevated, the patient should be further evaluated. Patients with thyroid nodules noted on physical examination or neck imaging should also be further evaluated.

### 5.2 Acute Pancreatitis
Acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with GLP-1 receptor agonists, including semaglutide tablets *[see Adverse Reactions (6)]*. After initiation of RYBELSUS or OZEMPIC tablets, observe patients carefully for signs and symptoms of acute pancreatitis, which may include persistent or severe abdominal pain (sometimes radiating to the back), and which may or may not be accompanied by nausea or vomiting. If pancreatitis is suspected, discontinue RYBELSUS or OZEMPIC tablets and initiate appropriate management.

### 5.3 Diabetic Retinopathy Complications
In a pooled analysis of glycemic control trials, patients reported diabetic retinopathy related adverse reactions during the trial (4.2% with semaglutide tablets and 3.8% with comparator) *[see Adverse Reactions (6.1)]*.

In a 2-year CV outcomes trial with semaglutide injection involving patients with type 2 diabetes mellitus and high CV risk, diabetic retinopathy complications (which was a 4-component adjudicated endpoint) occurred in patients treated with semaglutide injection (3%) compared to placebo (1.8%). The absolute risk increase for diabetic retinopathy complications was larger among patients with a history of diabetic retinopathy at baseline (semaglutide injection 8.2%, placebo 5.2%) than among patients without a known history of diabetic retinopathy (semaglutide injection 0.7%, placebo 0.4%).

Rapid improvement in glucose control has been associated with a temporary worsening of diabetic retinopathy. The effect of long-term glycemic control with RYBELSUS and OZEMPIC tablets on diabetic retinopathy

complications has not been studied. Patients with a history of diabetic retinopathy should be monitored for progression of diabetic retinopathy.

## 5.4 Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin

Patients receiving RYBELSUS or OZEMPIC tablets in combination with an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia *[see Adverse Reactions (6.1), Drug Interactions (7)].*

The risk of hypoglycemia may be lowered by a reduction in the dosage of sulfonylurea (or other concomitantly administered insulin secretagogue) or insulin. Inform patients using these concomitant medications of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia.

## 5.5 Acute Kidney Injury Due to Volume Depletion

There have been postmarketing reports of acute kidney injury in some cases requiring hemodialysis, in patients treated with semaglutide. The majority of the reported events occurred in patients who experienced gastrointestinal reactions leading to dehydration such as nausea, vomiting, or diarrhea *[see Adverse Reactions (6)].*

Monitor renal function in patients reporting adverse reactions to RYBELSUS or OZEMPIC tablets that could lead to volume depletion, especially during dosage initiation and escalation of RYBELSUS or OZEMPIC tablets.

## 5.6 Severe Gastrointestinal Adverse Reactions

Use of semaglutide tablets has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)].* In clinical trials, severe gastrointestinal adverse reactions were reported more frequently among patients who received semaglutide tablets (7 mg 0.6%, 14 mg 2%) than placebo (0.3%). Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists. RYBELSUS and OZEMPIC tablets are not recommended in patients with severe gastroparesis.

## 5.7 Hypersensitivity Reactions

Serious hypersensitivity reactions (e.g., anaphylaxis, angioedema) have been reported in patients treated with semaglutide tablets. If hypersensitivity reactions occur, discontinue use of RYBELSUS or OZEMPIC tablets; treat promptly per standard of care and monitor until signs and symptoms resolve. RYBELSUS and OZEMPIC tablets are contraindicated in patients with a prior serious hypersensitivity reaction to semaglutide or to any of the excipients in RYBELSUS or OZEMPIC tablets *[see Adverse Reactions (6.2)].*

Anaphylaxis and angioedema have been reported with GLP-1 receptor agonists. Use caution in a patient with a history of angioedema or anaphylaxis with another GLP-1 receptor agonist because it is unknown whether such patients will be predisposed to anaphylaxis with RYBELSUS or OZEMPIC tablets.

## 5.8 Acute Gallbladder Disease

Acute events of gallbladder disease such as cholelithiasis or cholecystitis have been reported in GLP-1 receptor agonist trials and postmarketing. In placebo-controlled trials to improve glycemic control, cholelithiasis was reported in 1% of patients treated with semaglutide tablets (7 mg once daily). In a 4-year CV outcomes trial (Trial 7), cholelithiasis was reported in 1.1% of patients treated with semaglutide tablets (14 mg once daily) and in 0.9% of placebo-treated patients. In Trial 7, cholecystitis was reported in 1.1% of patients treated with semaglutide tablets (14 mg once daily) and in 0.7% of placebo-treated patients *[see Adverse Reactions (6.1)].* If cholelithiasis or cholecystitis is suspected, gallbladder studies and appropriate clinical follow-up are indicated *[see Adverse Reactions (6.2)].*

## 5.9 Pulmonary Aspiration During General Anesthesia or Deep Sedation

RYBELSUS and OZEMPIC tablets delay gastric emptying *[see Clinical Pharmacology (12.2)].* There have been rare postmarketing reports of pulmonary aspiration in patients receiving GLP-1 receptor agonists undergoing

elective surgeries or procedures requiring general anesthesia or deep sedation who had residual gastric contents despite reported adherence to preoperative fasting recommendations.

Available data are insufficient to inform recommendations to mitigate the risk of pulmonary aspiration during general anesthesia or deep sedation in patients taking RYBELSUS or OZEMPIC tablets, including whether modifying preoperative fasting recommendations or temporarily discontinuing RYBELSUS or OZEMPIC tablets could reduce the incidence of retained gastric contents. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking RYBELSUS or OZEMPIC tablets.

## 6 ADVERSE REACTIONS
The following serious adverse reactions are described below or elsewhere in the prescribing information:

- Risk of Thyroid C-cell Tumors *[see Warnings and Precautions (5.1)]*
- Acute Pancreatitis *[see Warnings and Precautions (5.2)]*
- Diabetic Retinopathy Complications *[see Warnings and Precautions (5.3)]*
- Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin *[see Warnings and Precautions (5.4)]*
- Acute Kidney Injury Due to Volume Depletion *[see Warnings and Precautions (5.5)]*
- Severe Gastrointestinal Adverse Reactions *[see Warnings and Precautions (5.6)]*
- Hypersensitivity Reactions *[see Warnings and Precautions (5.7)]*
- Acute Gallbladder Disease *[see Warnings and Precautions (5.8)]*
- Pulmonary Aspiration During General Anesthesia or Deep Sedation *[see Warnings and Precautions (5.9)]*

### 6.1 Clinical Trials Experience
Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety of OZEMPIC tablets (1.5 mg, 4 mg and 9 mg strengths) *[see Dosage and Administration (2.2)]* and RYBELSUS (3 mg, 7, mg and 14 mg strengths) *[see Dosage and Administration (2.2)]* has been established as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus based on adequate and well-controlled studies of RYBELSUS in adult patients with type 2 diabetes mellitus *[see Clinical Pharmacology (12.3), Clinical Studies (14)]*. Below is a display of the safety results of the adequate and well-controlled studies of RYBELSUS (referred to below as semaglutide tablets) in adult patients with type 2 diabetes mellitus.

<u>Pool of Placebo-Controlled Trials</u>
The data in **Table 2** are derived from 2 placebo-controlled trials in adult patients with type 2 diabetes mellitus *[see Clinical Studies (14)]*. These data reflect exposure of 1,071 patients to semaglutide tablets (3 mg, 7, mg or 14 mg orally once daily) with a mean duration of exposure of 41.8 weeks. The mean age of patients was 58 years, 3.9% were 75 years or older and 52% were male. In these trials, 63% were White, 6% were Black or African American and 27% were Asian; 19% identified as Hispanic or Latino ethnicity. At baseline, patients had type 2 mellitus diabetes for an average of 9.4 years and had a mean HbA$_{1c}$ of 8.1%. At baseline, 20.1% of the population reported retinopathy. Baseline estimated renal function was normal (eGFR ≥90 mL/min/1.73m$^2$) in 66.2%, mildly impaired (eGFR 60 to 90 mL/min/1.73m$^2$) in 32.4% and moderately impaired (eGFR 30 to 60 mL/min/1.73m$^2$) in 1.4% of patients.

<u>Pool of Placebo- and Active-Controlled Trials</u>
The occurrence of adverse reactions was also evaluated in a larger pool of adult patients with type 2 diabetes mellitus participating in 9 placebo- and active-controlled trials *[see Clinical Studies (14)]*. In this pool, 4,116 patients with type 2 diabetes mellitus were treated with semaglutide tablets for a mean duration of 59.8 weeks. The mean age of patients was 58 years, 5% were 75 years or older and 55% were male. In these trials, 65% were

White, 6% were Black or African American and 24% were Asian; 15% identified as Hispanic or Latino ethnicity. At baseline, patients had type 2 diabetes mellitus for an average of 8.8 years and had a mean HbA$_{1c}$ of 8.2%. At baseline, 16.6% of the population reported retinopathy. Baseline estimated renal function was normal (eGFR $\geq$90 mL/min/1.73m$^2$) in 65.9%, mildly impaired (eGFR 60 to 90 mL/min/1.73m$^2$) in 28.5% and moderately impaired (eGFR 30 to 60 mL/min/1.73m$^2$) in 5.4% of the patients.

Common Adverse Reactions

**Table 2** shows common adverse reactions, excluding hypoglycemia, associated with the use of semaglutide tablets in adult patients with type 2 diabetes mellitus in the pool of placebo-controlled trials. These adverse reactions occurred more commonly on semaglutide tablets than on placebo and occurred in at least 5% of patients treated with semaglutide tablets.

**Table 2. Adverse Reactions in Placebo-Controlled Trials Reported in ≥5% of Semaglutide Tablets-Treated Patients with Type 2 Diabetes Mellitus**

| Adverse Reaction | Placebo (N=362) % | Semaglutide Tablets 7 mg (N=356) % | Semaglutide Tablets 14 mg (N=356) % |
|---|---|---|---|
| Nausea | 6 | 11 | 20 |
| Abdominal Pain | 4 | 10 | 11 |
| Diarrhea | 4 | 9 | 10 |
| Decreased appetite | 1 | 6 | 9 |
| Vomiting | 3 | 6 | 8 |
| Constipation | 2 | 6 | 5 |

In the pool of placebo- and active-controlled trials, the types and frequency of common adverse reactions, excluding hypoglycemia, were similar to those listed in **Table 2**.

In a 4-year CV outcomes trial (Trial 7), 4,825 patients were randomized to semaglutide tablets for a median follow-up of 49.6 months and 4,825 patients were randomized to placebo for a median follow-up of 49.4 months *[see Clinical Studies (14.4)]*. Safety data collection was limited to serious adverse events (including death), adverse events leading to discontinuation, and adverse events of special interest. Study drug was permanently discontinued due to an adverse event in 15.5% of semaglutide tablets-treated patients and 11.6% of placebo-treated patients.

Additional information from this trial is included in subsequent sections below, when relevant.

Gastrointestinal Adverse Reactions

In the pool of placebo-controlled trials, gastrointestinal adverse reactions occurred more frequently among patients who received semaglutide tablets than placebo: semaglutide tablets 14 mg once daily (41%), semaglutide tablets 7 mg once daily (32%) and placebo (21%), including severe reactions (semaglutide tablets 14 mg 2.0%, semaglutide tablets 7 mg 0.6%, placebo 0.3%). The majority of reports of nausea, vomiting and/or diarrhea occurred during dose escalation. A greater percentage of patients who received semaglutide tablets 14 mg once daily (8%) and semaglutide tablets 7 mg once daily (4%) discontinued treatment due to gastrointestinal adverse reactions than patients who received placebo (1%).

In addition to the reactions in **Table 2**, the following gastrointestinal adverse reactions with a frequency of <5% occurred in semaglutide tablets -treated patients (frequencies listed, respectively, as 14 mg once daily, 7 mg once daily and placebo): abdominal distension (3%, 2% and 1%), dyspepsia (0.6%, 3%, 0.6%), eructation (2%, 0.6%, 0%,), flatulence (1%, 2%, 0%), gastroesophageal reflux disease (2%, 2%, 0.3%) and gastritis (2%, 2%, 0.8%).

Other Adverse Reactions

*Pancreatitis:* In the pool of placebo- and active-controlled trials with semaglutide tablets, pancreatitis was reported as a serious adverse event in 6 semaglutide tablets -treated patients (0.1 events per 100 patient years) versus 1 in comparator-treated patients (<0.1 events per 100 patient years).

*Diabetic Retinopathy Complications:* In the pool of placebo- and active-controlled trials with semaglutide tablets, patients reported diabetic retinopathy related adverse reactions during the trial (4.2% with semaglutide tablets and 3.8% with comparator).

*Hypoglycemia:* **Table 3** summarizes the incidence of hypoglycemia by various definitions in the placebo-controlled trials.

**Table 3. Hypoglycemia Adverse Reactions in Placebo-Controlled Trials in Patients with Type 2 Diabetes Mellitus**

|  | **Placebo** | **Semaglutide Tablets 7 mg** | **Semaglutide Tablets 14 mg** |
|---|---|---|---|
| **Monotherapy** | | | |
| **(26 weeks)** | **N=178** | **N=175** | **N=175** |
| Severe* | 0% | 1% | 0% |
| Plasma glucose <54 mg/dL | 1% | 0% | 0% |
| **Add-on to metformin and/or sulfonylurea, basal insulin alone or metformin in combination with basal insulin in patients with moderate renal impairment** | | | |
| **(26 weeks)** | **N=161** | - | **N=163** |
| Severe* | 0% | - | 0% |
| Plasma glucose <54 mg/dL | 3% | - | 6% |
| **Add-on to insulin with or without metformin** | | | |
| **(52 weeks)** | **N=184** | **N=181** | **N=181** |
| Severe* | 1% | 0% | 1% |
| Plasma glucose <54 mg/dL | 32% | 26% | 30% |

* "Severe" hypoglycemia adverse reactions are episodes requiring the assistance of another person.

Hypoglycemia was more frequent when semaglutide tablets were used in combination with insulin secretagogues (e.g., sulfonylureas) or insulin.

*Increases in Amylase and Lipase:* In placebo-controlled trials, patients exposed to semaglutide tablets 7 mg and 14 mg tablets had a mean increase from baseline in amylase of 10% and 13%, respectively and lipase of 30% and 34%, respectively. These changes were not observed in placebo-treated patients.

*Cholelithiasis:* In placebo-controlled trials to improve glycemic control, cholelithiasis was reported in 1% of patients treated with semaglutide tablets 7 mg.

In a 4-year CV outcomes trial (Trial 7), cholelithiasis was reported in 1.1% of patients treated with semaglutide 14 mg tablets and in 0.9% of placebo-treated patients. In Trial 7, cholecystitis was reported in 1.1% of patients treated with semaglutide14 mg tablets and in 0.7% of placebo-treated patients.

*Increases in Heart Rate:* In placebo-controlled trials, semaglutide tablets 7 mg and 14 mg tablets resulted in a mean increase in heart rate of 1 to 3 beats per minute. There was no change in heart rate in placebo-treated patients.

## 6.2 Postmarketing Experience

The following adverse reactions have been reported during post-approval use of semaglutide, the active ingredient in RYBELSUS and OZEMPIC tablets. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

- *Gastrointestinal:* acute pancreatitis and necrotizing pancreatitis, sometimes resulting in death; ileus, intestinal obstruction, severe constipation including fecal impaction
- *Hypersensitivity:* anaphylaxis, angioedema, rash, urticaria
- *Hepatobiliary:* cholecystitis, cholelithiasis requiring cholecystectomy
- *Nervous system disorders:* dizziness, dysesthesia, dysgeusia, headache
- *Pulmonary:* Pulmonary aspiration has occurred in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation
- *Renal:* acute kidney injury
- *Skin and Subcutaneous Tissue*: alopecia

## 7 DRUG INTERACTIONS

### 7.1 Concomitant Use with an Insulin Secretagogue (e.g., Sulfonylurea) or with Insulin

Semaglutide stimulates insulin release in the presence of elevated blood glucose concentrations. Patients receiving RYBELSUS or OZEMPIC tablets in combination with an insulin secretagogue (e.g., sulfonylurea) or insulin may have an increased risk of hypoglycemia, including severe hypoglycemia.

When initiating RYBELSUS or OZEMPIC tablets, consider reducing the dosage of concomitantly administered insulin secretagogue (such as sulfonylureas) or insulin to reduce the risk of hypoglycemia *[see Warnings and Precautions (5.4), Adverse Reactions (6.1)]*.

### 7.2 Other Oral Drugs

Semaglutide cause a delay of gastric emptying and thereby has the potential to impact the absorption of other oral drugs. Levothyroxine exposure was increased 33% (90% CI: 1.25 to 1.42) when administered with semaglutide tablets in a drug interaction study *[see Clinical Pharmacology (12.3)]*.

When using RYBELSUS or OZEMPIC tablets concomitantly with other oral drugs that have a narrow therapeutic index or that require clinical monitoring, consider increased clinical or laboratory monitoring *[see Dosage and Administration (2)]*.

## 8 USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

Risk Summary

Available data with semaglutide use in pregnant women are insufficient to evaluate for a drug-associated risk of major birth defects, miscarriage or other adverse maternal or fetal outcomes. There are clinical considerations regarding the risks of poorly controlled diabetes in pregnancy (see *Clinical Considerations*). Based on animal reproduction studies, there may be potential risks to the fetus from exposure to semaglutide during pregnancy. RYBELSUS or OZEMPIC tablets should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

In pregnant rats administered semaglutide during organogenesis, embryofetal mortality, structural abnormalities and alterations to growth occurred at maternal exposures below the maximum recommended human dose (MRHD) based on AUC. In rabbits and cynomolgus monkeys administered semaglutide during organogenesis, early

pregnancy losses and structural abnormalities were observed at exposure below the MRHD (rabbit) and ≥10-fold the MRHD (monkey). These findings coincided with a marked maternal body weight loss in both animal species (see *Data*).

The estimated background risk of major birth defects is 6% to 10% in women with pre-gestational diabetes with an HbA$_{1c}$ >7 and has been reported to be as high as 20% to 25% in women with a HbA$_{1c}$ >10. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively.

<u>Clinical Considerations</u>
*Disease Associated Maternal and Fetal Risk:* Poorly controlled diabetes during pregnancy increases the maternal risk for diabetic ketoacidosis, preeclampsia, spontaneous abortions, preterm delivery and delivery complications. Poorly controlled diabetes increases the fetal risk for major birth defects, stillbirth and macrosomia related morbidity.

<u>Data</u>
*Animal Data:* In a combined fertility and embryofetal development study in rats, subcutaneous doses of 0.01, 0.03 and 0.09 mg/kg/day (0.2-, 0.7- and 2.1-fold the MRHD) were administered to males for 4 weeks prior to and throughout mating and to females for 2 weeks prior to mating, and throughout organogenesis to Gestation Day 17. In parental animals, pharmacologically mediated reductions in body weight gain and food consumption were observed at all dose levels. In the offspring, reduced growth and fetuses with visceral (heart blood vessels) and skeletal (cranial bones, vertebra, ribs) abnormalities were observed at the human exposure.

In an embryofetal development study in pregnant rabbits, subcutaneous doses of 0.0010, 0.0025 or 0.0075 mg/kg/day (0.06-, 0.6- and 4.4-fold the MRHD) were administered throughout organogenesis from Gestation Day 6 to 19. Pharmacologically mediated reductions in maternal body weight gain and food consumption were observed at all dose levels. Early pregnancy losses and increased incidences of minor visceral (kidney, liver) and skeletal (sternebra) fetal abnormalities were observed at ≥0.0025 mg/kg/day, at clinically relevant exposures.

In an embryofetal development study in pregnant cynomolgus monkeys, subcutaneous doses of 0.015, 0.075 and 0.15 mg/kg twice weekly (1.9-, 9.9- and 29-fold the MRHD) were administered throughout organogenesis, from Gestation Day 16 to 50. Pharmacologically mediated, marked initial maternal body weight loss and reductions in body weight gain and food consumption coincided with the occurrence of sporadic abnormalities (vertebra, sternebra, ribs) at ≥0.075 mg/kg twice weekly (≥9X human exposure).

In a pre- and postnatal development study in pregnant cynomolgus monkeys, subcutaneous doses of 0.015, 0.075 and 0.15 mg/kg twice weekly (1.3-, 6.4- and 14-fold the MRHD) were administered from Gestation Day 16 to 140. Pharmacologically mediated marked initial maternal body weight loss and reductions in body weight gain and food consumption coincided with an increase in early pregnancy losses and led to delivery of slightly smaller offspring at ≥0.075 mg/kg twice weekly (≥6X human exposure).

Salcaprozate sodium (SNAC), an absorption enhancer in RYBELSUS and OZEMPIC tablets, crosses the placenta and reaches fetal tissues in rats. In a pre- and postnatal development study in pregnant Sprague Dawley rats, SNAC was administered orally at 1,000 mg/kg/day (exposure levels were not measured) on Gestation Day 7 through lactation Day 20. An increase in gestation length, an increase in the number of stillbirths and a decrease in pup viability were observed.

**8.2 Lactation**
<u>Risk Summary</u>
A clinical lactation study reported semaglutide concentrations below the lower limit of quantification in human breast milk. However, SNAC and/or its metabolites are present in human milk. Since the activity of enzymes involved in SNAC clearance may be lower in infants compared to adults, higher SNAC plasma levels may occur

in neonates and infants. Because of the unknown potential for serious adverse reactions in the breastfed infant due to the possible accumulation of SNAC, and because there are alternative semaglutide products that do not contain SNAC that can be used during lactation, advise patients that breastfeeding is not recommended during treatment with RYBELSUS or OZEMPIC tablets.

### 8.3 Females and Males of Reproductive Potential
Discontinue RYBELSUS or OZEMPIC tablets in women at least 2 months before a planned pregnancy due to the long washout period for semaglutide *[see Use in Specific Populations (8.1)]*.

### 8.4 Pediatric Use
The safety and effectiveness of RYBELSUS and OZEMPIC tablets have not been established in pediatric patients.

### 8.5 Geriatric Use
In the pool of glycemic control trials, 1,229 (30%) patients treated with semaglutide tablets were 65 years of age and over and 199 (5%) patients treated with semaglutide tablets were 75 years of age and over *[see Clinical Studies (14)]*. In Trial 8, one of the CV outcomes trials, 891 (56%) patients treated with semaglutide tablets were 65 years of age and over and 200 (13%) patients treated with semaglutide tablets were 75 years of age and over.

No overall differences in safety or effectiveness for semaglutide tablets have been observed between patients 65 years of age and older and younger adult patients.

### 8.6 Renal Impairment
The recommended dosage of RYBELSUS and OZEMPIC tablets in patients with renal impairment is the same as those with normal renal function.

The safety and effectiveness of semaglutide tablets was evaluated in a 26-week clinical study that included 324 patients with moderate renal impairment (eGFR 30 to 59 mL/min/1.73 m$^2$) *[see Clinical Studies (14.1)]*. In patients with renal impairment including end-stage renal disease (ESRD), no clinically relevant change in semaglutide pharmacokinetics was observed *[see Clinical Pharmacology (12.3)]*.

### 8.7 Hepatic Impairment
The recommended dosage in patients with hepatic impairment is the same as those with normal hepatic function.

In a study in subjects with different degrees of hepatic impairment, no clinically relevant change in semaglutide pharmacokinetics was observed *[see Clinical Pharmacology (12.3)]*.

### 10 OVERDOSAGE
In the event of overdose, appropriate supportive treatment should be initiated according to the patient's clinical signs and symptoms. Consider contacting the Poison Help line (1-800-222-1222) or a medical toxicologist for additional overdosage management recommendations. A prolonged period of observation and treatment for these symptoms may be necessary, taking into account the long half-life of semaglutide of approximately 1 week.

### 11 DESCRIPTION
RYBELSUS and OZEMPIC tablets, for oral use, contain semaglutide, a GLP-1 receptor agonist. The peptide backbone is produced by yeast fermentation. The main protraction mechanism of semaglutide is albumin binding, facilitated by modification of position 26 lysine with a hydrophilic spacer and a C18 fatty di-acid. Furthermore, semaglutide is modified in position 8 to provide stabilization against degradation by the enzyme dipeptidyl-peptidase 4 (DPP-4). A minor modification was made in position 34 to ensure the attachment of only one fatty di-acid. The molecular formula is $C_{187}H_{291}N_{45}O_{59}$ and the molecular weight is 4113.58 g/mol.

Structural formula:

Semaglutide is a white to almost white hygroscopic powder.

RYBELSUS tablets contain 3 mg, 7 mg or 14 mg of semaglutide and the following inactive ingredients: magnesium stearate, microcrystalline cellulose, povidone and salcaprozate sodium (SNAC).

OZEMPIC tablets contain 1.5 mg, 4 mg or 9 mg of semaglutide and the following inactive ingredients: magnesium stearate and SNAC.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Semaglutide is a GLP-1 analogue with 94% sequence homology to human GLP-1. Semaglutide acts as a GLP-1 receptor agonist that selectively binds to and activates the GLP-1 receptor, the target for native GLP-1.

GLP-1 is a physiological hormone that has multiple actions on glucose, mediated by the GLP-1 receptors.

The principal mechanism of protraction resulting in the long half-life of semaglutide is albumin binding, which results in decreased renal clearance and protection from metabolic degradation. Furthermore, semaglutide is stabilized against degradation by the DPP-4 enzyme.

Semaglutide reduces blood glucose through a mechanism where it stimulates insulin secretion and lowers glucagon secretion, both in a glucose-dependent manner. Thus, when blood glucose is high, insulin secretion is stimulated and glucagon secretion is inhibited. The mechanism of blood glucose lowering also involves a minor delay in gastric emptying in the early postprandial phase.

### 12.2 Pharmacodynamics

The pharmacodynamic evaluations described below were in patients with type 2 diabetes mellitus who received once-weekly subcutaneous injections of placebo or semaglutide injection over 12 weeks (semaglutide injection-treated patients were started on lower dosages and then titrated up to 1 mg once weekly). RYBELSUS and OZEMPIC tablets are not approved for subcutaneous use.

Fasting and Postprandial Glucose

Semaglutide reduces fasting and postprandial glucose concentrations. In patients with type 2 diabetes mellitus, treatment with semaglutide injection 1 mg resulted in reductions in glucose in terms of absolute change from baseline and relative reduction compared to placebo of 29 mg/dL (22%) for fasting glucose, 74 mg/dL (36%) for 2-hour postprandial glucose and 30 mg/dL (22%) for mean 24-hour glucose concentration.

Insulin Secretion

Both first- and second-phase insulin secretion are increased in patients with type 2 diabetes mellitus treated with semaglutide compared with placebo.

Glucagon Secretion
Semaglutide lowers the fasting and postprandial glucagon concentrations.

Glucose dependent insulin and glucagon secretion
Semaglutide lowers high blood glucose concentrations by stimulating insulin secretion and lowering glucagon secretion in a glucose-dependent manner.

During induced hypoglycemia, semaglutide did not alter the counter regulatory responses of increased glucagon compared to placebo and did not impair the decrease of C-peptide in patients with type 2 diabetes mellitus.

Gastric emptying
Semaglutide causes a delay of early postprandial gastric emptying, thereby reducing the rate at which glucose appears in the circulation postprandially.

Cardiac Electrophysiology
The effect of subcutaneously administered semaglutide on cardiac repolarization was tested in a thorough QTc trial. At an average exposure level 4-fold higher than that of the maximum recommended dose of semaglutide tablets, semaglutide does not prolong QTc intervals to any clinically relevant extent.

**12.3 Pharmacokinetics**
Semaglutide estimated mean steady-state concentration was 6.7 nmol/L and 14.6 nmol/L following once daily oral administration of 7 mg and 14 mg of RYBELSUS, respectively, in patients with type 2 diabetes mellitus.

Semaglutide exposures increased in a dose-proportional manner. Steady-state exposure was achieved following 4 to 5 weeks of semaglutide tablets oral administration.

Absorption
RYBELSUS and OZEMPIC tablets are co-formulated with SNAC which facilitates the absorption of semaglutide after oral administration. The absorption of semaglutide predominantly occurs in the stomach.

Semaglutide estimated absolute bioavailability was approximately:

- 0.4% to 1% after oral administration of 3 mg, 7 mg and 14 mg of RYBELSUS.
- 1% to 2% after oral administration of 1.5 mg, 4 mg and 9 mg of OZEMPIC tablets.

Semaglutide maximum concentration was reached approximately 1-hour after oral administration of semaglutide tablets.

*Effect of Semaglutide Tablet Formulations:* There were no clinically significant differences observed in the mean steady state $AUC_{0-24h,SS}$ and $C_{max,SS}$ between the 3 mg, 7 mg and 14 mg doses of RYBELSUS and the 1.5 mg, 4 mg and 9 mg doses of OZEMPIC tablets, respectively, in a clinical study conducted in healthy subjects.

*Effect of Volume and Timing of Water Consumption:* Single oral doses of semaglutide tablets were administered with 50 mL or 240 mL of water after an 8-hour overnight fast and a continued fast of 4 hours post-dose in healthy subjects. Semaglutide absorption (i.e., area under the curve (AUC) and peak concentrations ($C_{max}$) were higher following dosing with 50 mL water compared to that of 240 mL water.

For 10 days, healthy subjects received semaglutide tablets once daily doses orally with 50 mL or 120 mL of water under fasting conditions with post-dose fasting period of 15, 30, 60 or 120 minutes. In this study, semaglutide

absorption (i.e., AUC and $C_{max}$) was higher after a longer post-dose fasting period. There were no clinically significant differences in semaglutide absorption with administration of 50 mL or 120 mL of water.

Distribution
Semaglutide absolute volume of distribution is approximately 8 L in patients with type 2 diabetes. Semaglutide is >99% bound to plasma albumin.

Elimination
Semaglutide elimination half-life is approximately one week with an absolute clearance of approximately 0.04 L/hour in patients with type 2 diabetes. Semaglutide is present in the circulation for about five weeks after the last semaglutide tablet dose.

*Metabolism:* The primary route of elimination for semaglutide is metabolism following proteolytic cleavage of the peptide backbone and sequential beta-oxidation of the fatty acid side chain.

*Excretion:* The primary excretion routes of semaglutide-related material are via the urine and feces. Approximately 3% of the absorbed dose is excreted in the urine as intact semaglutide.

Specific Populations
No clinically significant differences in semaglutide pharmacokinetics were observed based on age (≥18 years old), sex, race (White, Asian or Black or African American), ethnicity, body weight (40 to 188 kg), upper GI disease (i.e., chronic gastritis and/or gastroesophageal reflux disease), hepatic impairment (i.e., mild, moderate, severe based on the Child-Pugh system) and renal impairment (i.e., mild, moderate, severe, end staged renal disease).

Drug Interaction Studies
*Clinical Studies and Model-Informed Approaches:* The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered oral drugs. Trials were conducted to study the potential effect of semaglutide on the absorption of oral drugs taken with semaglutide administered orally at steady-state exposure.

Levothyroxine: Total thyroxine (i.e., adjusted for endogenous levels) AUC was increased by 33% following administration of a single dose of levothyroxine 600 mcg concomitantly administered with semaglutide tablets. Maximum exposure ($C_{max}$) was unchanged.

Other Drugs: No clinically significant differences in semaglutide pharmacokinetics were observed when used concomitantly with omeprazole. No clinically significant differences in the pharmacokinetics of the following drugs were observed when used concomitantly with semaglutide: lisinopril, S-warfarin, R-warfarin, metformin, digoxin, ethinyl estradiol, levonorgestrel, furosemide or rosuvastatin.

*In Vitro Studies:* Semaglutide has very low potential to inhibit or induce CYP enzymes, and to inhibit drug transporters.

## 12.6 Immunogenicity
The observed incidence of anti-drug antibodies is highly dependent on the sensitivity and specificity of the assay. Differences in assay methods preclude meaningful comparisons of the incidence of anti-drug antibodies in the studies described below with the incidence of anti-drug antibodies in other studies, including those of semaglutide or of other semaglutide products.

During the 26- to 78-week treatment periods in 5 clinical trials in adults with type 2 diabetes mellitus *[see Clinical Studies (14.2, 14.3)]* and 1 clinical trial in Japanese adults with type 2 diabetes mellitus, 14/2,924 (0.5%) of semaglutide tablet-treated patients developed anti-semaglutide antibodies. Of these 14 semaglutide tablet -treated patients, 7 patients (0.2% of the total semaglutide tablet-treated study population) developed antibodies that cross-reacted with native GLP-1. No identified clinically significant effect of anti-semaglutide antibodies on

pharmacokinetics of semaglutide tablets was observed. There is insufficient information to characterize the effects of anti-semaglutide antibodies on pharmacodynamics, safety or effectiveness of semaglutide.

# 13 NONCLINICAL TOXICOLOGY

## 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

In a 2-year carcinogenicity study in CD-1 mice, subcutaneous doses of 0.3, 1 and 3 mg/kg/day [9-, 33- and 113-fold the maximum recommended human dose (MRHD) of semaglutide tablet 14 mg, based on AUC] were administered to the males, and 0.1, 0.3 and 1 mg/kg/day (3-, 9- and 33-fold MRHD) were administered to the females. A statistically significant increase in thyroid C-cell adenomas and a numerical increase in C-cell carcinomas were observed in males and females at all dose levels (>3 times human exposure).

In a 2-year carcinogenicity study in Sprague Dawley rats, subcutaneous doses of 0.0025, 0.01, 0.025 and 0.1 mg/kg/day were administered (below quantification, 0.8-, 1.8- and 11-fold the exposure at the MRHD). A statistically significant increase in thyroid C-cell adenomas was observed in males and females at all dose levels, and a statistically significant increase in thyroid C-cell carcinomas was observed in males at $\geq$0.01 mg/kg/day, at clinically relevant exposures.

Human relevance of thyroid C-cell tumors in rats is unknown and could not be determined by clinical studies or nonclinical studies *[see Boxed Warning, Warnings and Precautions (5.1)]*.

Semaglutide was not mutagenic or clastogenic in a standard battery of genotoxicity tests (bacterial mutagenicity (Ames), human lymphocyte chromosome aberration, rat bone marrow micronucleus).

In a combined fertility and embryo-fetal development study in rats, subcutaneous doses of 0.01, 0.03 and 0.09 mg/kg/day (0.2-, 0.7- and 2.1-fold the MRHD) were administered to male and female rats. Males were dosed for 4 weeks prior to mating, and females were dosed for 2 weeks prior to mating and throughout organogenesis until Gestation Day 17. No effects were observed on male fertility. In females, an increase in estrus cycle length was observed at all dose levels, together with a small reduction in numbers of corpora lutea at $\geq$0.03 mg/kg/day. These effects were likely an adaptive response secondary to the pharmacological effect of semaglutide on food consumption and body weight.

## 13.2 Animal Toxicology and/or Pharmacology

RYBELSUS and OZEMPIC tablets contain SNAC as an absorption enhancer. Increase in lactate levels and decrease in glucose levels in the plasma and cerebrospinal fluid (CSF) were observed in mechanistic studies with SNAC in rats. Small but statistically significant increases in lactate levels (up to 2-fold) were observed in a few animals at approximately the clinical exposure. At higher exposures these findings were associated with moderate to marked adverse clinical signs (lethargy, abnormal respiration, ataxia, reduced activity, body tone and reflexes) and marked decreases in plasma and CSF glucose levels. These findings are consistent with inhibition of cellular respiration and lead to mortality at SNAC concentrations $\geq$100-times the clinical $C_{max}$.

# 14 CLINICAL STUDIES
## 14.1 Overview of Clinical Studies

The effectiveness of OZEMPIC tablets (1.5 mg, 4 mg and 9 mg strengths) *[see Dosage and Administration (2.2)]* and RYBELSUS (3 mg, 7, mg and 14 mg strengths) *[see Dosage and Administration (2.3)]* has been established as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus based on adequate and well-controlled studies of RYBELSUS in adult patients with type 2 diabetes mellitus *[see Clinical Pharmacology (12.3)]*. Below is a display of the efficacy results of the adequate and well-controlled studies of RYBELSUS, referred to below as semaglutide tablets, in adult patients with type 2 diabetes mellitus.

Semaglutide tablets have been studied as monotherapy and in combination with metformin, sulfonylureas, sodium-glucose co-transporter-2 (SGLT-2) inhibitors, insulins, and thiazolidinediones in patients with type 2 diabetes

mellitus. The efficacy of semaglutide tablets was compared with placebo, empagliflozin, sitagliptin and liraglutide. Semaglutide tablets have also been studied in patients with type 2 diabetes mellitus with mild and moderate renal impairment.

In patients with type 2 diabetes mellitus, semaglutide tablets produced clinically significant reduction from baseline in HbA$_{1c}$ compared with placebo.

The efficacy of semaglutide tablets was not impacted by baseline age, sex, race, ethnicity, BMI, body weight, duration of diabetes and degree of renal impairment.

**14.2 Monotherapy Use of Semaglutide Tablets in Patients with Type 2 Diabetes Mellitus**
In a 26-week double-blind trial (Trial 1, NCT02906930), 703 adult patients with type 2 diabetes mellitus inadequately controlled with diet and exercise were randomized to semaglutide tablets 3 mg, semaglutide tablets 7 mg or semaglutide tablets14 mg orally once daily or placebo. Patients had a mean age of 55 years and 51% were men. The mean duration of type 2 diabetes mellitus was 3.5 years, and the mean BMI was 32 kg/m$^2$. Overall, 75% were White, 5% were Black or African American and 17% were Asian; 26% identified as Hispanic or Latino ethnicity.

Monotherapy with semaglutide tablets7 mg and semaglutide tablets 14 mg tablets once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared with placebo (see **Table 4**).

**Table 4. Trial 1 Results at Week 26 in a Monotherapy Trial of Semaglutide Tablets in Adult Patients with Type 2 Diabetes Mellitus Inadequately Controlled with Diet and Exercise**

|  | Placebo | Semaglutide Tablets 7 mg | Semaglutide Tablets 14 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 178 | 175 | 175 |
| HbA$_{1c}$ (%) |  |  |  |
| Baseline (mean) | 7.9 | 8 | 8 |
| Change at Week 26[b] | -0.3 | -1.2 | -1.4 |
| Difference from placebo[b] [95% CI] |  | -0.9 [-1.1; -0.6][c] | -1.1 [-1.3; -0.9][c] |
| Patients (%) achieving HbA$_{1c}$ <7% | 31 | 69 | 77 |
| FPG (mg/dL) |  |  |  |
| Baseline (mean) | 160 | 162 | 158 |
| Change at Week 26[b] | -3 | -28 | -33 |

[a] The intent-to-treat population includes all randomized patients. At Week 26, the primary HbA$_{1c}$ endpoint was missing for 5.6%, 8.6% and 8.6% of patients randomized to placebo, semaglutide tablets 7 mg and semaglutide tablets14 mg, respectively. Missing data were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at Week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 15%, 2% and 1% of patients randomized to placebo, semaglutide tablets 7 mg and semaglutide tablets 14 mg, respectively.
[b] Estimated using an ANCOVA model based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value and region.
[c] p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 88.6 kg, 89 kg and 88.1 kg in the placebo, semaglutide tablets 7 mg, and semaglutide tablets 14 mg arms, respectively. The mean changes from baseline to week 26 were -1.4 kg, -2.3 kg and -3.7 kg in the placebo, semaglutide tablets7 mg and semaglutide tablets 14 mg arms, respectively. The difference from placebo (95% CI) for semaglutide tablets 7 mg was -0.9 kg (-1.9, 0.1) and for semaglutide tablets 14 mg was -2.3 kg (-3.1, -1.5).

**14.3 Combination Therapy Use of Semaglutide Tablets in Patients with Type 2 Diabetes Mellitus**
<u>Combination with Metformin</u>

In a 26-week trial (Trial 2, NCT02863328), 822 adult patients with type 2 mellitus diabetes were randomized to semaglutide tablets 14 mg orally once daily or empagliflozin 25 mg orally once daily, all in combination with metformin. Patients had a mean age of 58 years and 50% were men. The mean duration of type 2 diabetes mellitus was 7.4 years and the mean BMI was 33 kg/m$^2$. Overall, 86% were White, 7% were Black or African American and 6% were Asian; 24% identified as Hispanic or Latino ethnicity.

Treatment with semaglutide tablets 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared to empagliflozin 25 mg once daily (see **Table 5**).

**Table 5. Trial 2 Results at Week 26 in a Trial of Semaglutide Tablets Compared to Empagliflozin in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin**

| | Semaglutide Tablets 14 mg | Empagliflozin 25 mg |
|---|---|---|
| Intent-to-Treat (ITT) Population (N)$^a$ | 411 | 410 |
| HbA$_{1c}$ (%) | | |
| Baseline (mean) | 8.1 | 8.1 |
| Change at Week 26$^b$ | -1.3 | -0.9 |
| Difference from empagliflozin$^b$ [95% CI] | -0.4 [-0.6, -0.3]$^c$ | |
| Patients (%) achieving HbA$_{1c}$ <7% | 67 | 40 |
| FPG (mg/dL) | | |
| Baseline (mean) | 172 | 174 |
| Change at Week 26$^b$ | -36 | -36 |

$^a$ The intent-to-treat population includes all randomized patients. At Week 26, the primary HbA$_{1c}$ endpoint was missing for 4.6% and 3.7% of patients randomized to semaglutide tablets 14 mg and empagliflozin 25 mg, respectively. Missing data were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at Week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 1.9% and 1.2% of patients randomized to semaglutide tablets 14 mg and empagliflozin 25 mg, respectively.
$^b$ Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value and region.
$^c$ p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 91.9 kg and 91.3 kg in the semaglutide tablets 14 mg and empagliflozin 25 mg arms, respectively. The mean changes from baseline to Week 26 were -3.8 kg and -3.7 kg in the semaglutide tablets 14 mg and empagliflozin 25 mg arms, respectively. The difference from empagliflozin (95% CI) for semaglutide tablets 14 mg was -0.1 kg (-0.7, 0.5).

<u>Combination with Metformin or Metformin with Sulfonylurea</u>
In a 26-week, double-blind trial (Trial 3, NCT02607865), 1864 adult patients with type 2 mellitus diabetes on metformin alone or metformin with sulfonylurea were randomized to semaglutide tablets 3 mg, semaglutide tablets 7 mg, semaglutide tablets 14 mg orally once daily or sitagliptin 100 mg once daily. Patients had a mean age of 58 years and 53% were men. The mean duration of type 2 diabetes mellitus was 8.6 years, and the mean BMI was 32 kg/m$^2$. Overall, 71% were White, 9% were Black or African American and 13% were Asian; 17% identified as Hispanic or Latino ethnicity.

Treatment with semaglutide tablets 7 mg and semaglutide tablets 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ compared to sitagliptin 100 mg once daily (see **Table 6**).

**Table 6. Trial 3 Results at Week 26 in a Trial of Semaglutide Tablets Compared to Sitagliptin 100 mg Once Daily in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin or Metformin with Sulfonylurea**

|  | Semaglutide Tablets 7 mg | Semaglutide Tablets 14 mg | Sitagliptin 100 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 465 | 465 | 467 |
| HbA$_{1c}$ (%) |  |  |  |
| Baseline (mean) | 8.4 | 8.3 | 8.3 |
| Change at Week 26[b] | -1 | -1.3 | -0.8 |
| Difference from sitagliptin[b] [95% CI] | -0.3 [-0.4; -0.1][c] | -0.5 [-0.6; -0.4][c] |  |
| Patients (%) achieving HbA$_{1c}$ <7% | 44 | 56 | 32 |
| FPG (mg/dL) |  |  |  |
| Baseline (mean) | 170 | 168 | 172 |
| Change at Week 26[b] | -21 | -31 | -15 |

[a] The intent-to-treat population includes all randomized patients. At Week 26, the primary HbA$_{1c}$ endpoint was missing for 5.8%, 6.2% and 4.5% of patients randomized to semaglutide tablets 7 mg, semaglutide tablets 14 mg and sitagliptin 100 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at Week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 2.4%, 1.1% and 2.8% of patients randomized to semaglutide tablets 7 mg, semaglutide tablets 14 mg and sitagliptin 100 mg, respectively.
[b] Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication and region.
[c] p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 91.3 kg, 91.2 kg and 90.9 kg in the semaglutide tablets 7 mg, semaglutide tablets 14 mg and sitagliptin 100 mg arms, respectively. The mean changes from baseline to Week 26 were -2.2 kg, -3.1 kg and -0.6 kg in the semaglutide tablets 7 mg, semaglutide tablets 14 mg and sitagliptin 100 mg arms, respectively. The difference from sitagliptin (95% CI) for semaglutide tablets 7 mg was -1.6 kg (-2.0, -1.1) and semaglutide tablets 14 mg was -2.5 kg (-3.0, -2.0).

Combination with Metformin or Metformin with SGLT-2 Inhibitors
In a 26-week, double-blind, double-dummy trial (Trial 4, NCT02863419), 711 adult patients with type 2 diabetes mellitus on metformin alone or metformin with SGLT-2 inhibitors were randomized to semaglutide tablets 14 mg orally once daily, liraglutide 1.8 mg subcutaneous injection once daily or placebo. Patients had a mean age of 56 years and 52% were men. The mean duration of type 2 diabetes mellitus was 7.6 years and the mean BMI was 33 kg/m$^2$. Overall, 73% were White, 4% were Black or African American and 13% were Asian; 6% identified as Hispanic or Latino ethnicity.

Treatment with semaglutide tablets 14 mg once daily for 26 weeks resulted in statistically significant reductions in HbA$_{1c}$ compared to placebo. Treatment with semaglutide tablets 14 mg once daily for 26 weeks resulted in non-inferior reductions in HbA$_{1c}$ compared to liraglutide 1.8 mg (see **Table 7**).

**Table 7. Trial 4 Results at Week 26 in a Trial of Semaglutide Tablets Compared to Liraglutide and Placebo in Adult Patients with Type 2 Diabetes Mellitus in Combination with Metformin or Metformin with SGLT-2i**

|  | Placebo | Semaglutide Tablets 14 mg | Liraglutide 1.8 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 142 | 285 | 284 |
| HbA$_{1c}$ (%) |  |  |  |
| Baseline (mean) | 7.9 | 8 | 8 |
| Change at Week 26[b] | -0.2 | -1.2 | -1.1 |
| Difference from placebo[b] [95% CI] |  | -1.1 [-1.2; -0.9][c] |  |
| Difference from liraglutide[b] |  | -0.1 |  |

| | | | |
|---|---|---|---|
| [95% CI] | | [-0.3; 0] | |
| Patients (%) achieving HbA$_{1c}$ <7% | 14 | 68 | 62 |
| FPG (mg/dL) | | | |
| Baseline (mean) | 167 | 167 | 168 |
| Change at Week 26[b] | -7 | -36 | -34 |

[a] The intent-to-treat population includes all randomized patients. At Week 26, the primary HbA$_{1c}$ endpoint was missing for 5.6%, 4.2% and 2.5% of patients randomized to placebo, liraglutide 1.8 mg and semaglutide tablets 14 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at Week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 7.7%, 3.2% and 3.5% of patients randomized to placebo, liraglutide 1.8 mg and semaglutide tablets 14 mg respectively.
[b] Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication and region.
[c] p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 93.2 kg, 95.5 kg and 92.9 kg in the placebo, liraglutide 1.8 mg and semaglutide tablets 14 mg arms, respectively. The mean changes from baseline to Week 26 were -0.5 kg, -3.1 kg and -4.4 kg in the placebo, liraglutide 1.8 mg and semaglutide tablets 14 mg arms, respectively. The difference from placebo (95% CI) for semaglutide tablets 14 mg was -3.8 kg (-4.7, -3). The difference from liraglutide 1.8 mg for semaglutide tablets 14 mg was -1.2 (-1.9, -0.6).

Combination in patients with Type 2 Diabetes Mellitus and Moderate Renal Impairment with Metformin alone, Sulfonylurea alone, Basal Insulin alone or Metformin in Combination with either Sulfonylurea or Basal Insulin
In a 26-week, double-blind trial (Trial 5, NCT02827708), 324 adult patients with moderate renal impairment (eGFR$_{CKD\text{-}EPI}$ 30 to 59 mL/min/1.73 m$^2$) were randomized to semaglutide tablets 14 mg orally once daily or placebo once daily. Semaglutide tablets were added to the patient's stable pre-trial antidiabetic regimen. The insulin dose was reduced by 20% at randomization for patients on basal insulin. Dose reduction of insulin and sulfonylurea was allowed in case of hypoglycemia; up titration of insulin was allowed but not beyond the pre-trial dose.

Patients had a mean age of 70 years and 48% were men. The mean duration of type 2 diabetes mellitus was 14 years and the mean BMI was 32 kg/m$^2$. Overall, 96% were White, 4% were Black or African American and 0.3% were Asian; 6.5% identified as Hispanic or Latino ethnicity. 39.5% of patients had an eGFR value of 30 to 44 mL/min/1.73 m$^2$.

Treatment with semaglutide tablets 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ from baseline compared to placebo (see **Table 8**).

**Table 8. Trial 5 Results at Week 26 in a Trial of Semaglutide Tablets Compared to Placebo in Patients with Moderate Renal Impairment**

| | Placebo | Semaglutide Tablets 14 mg |
|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 161 | 163 |
| HbA$_{1c}$ (%) | | |
| Baseline (mean) | 7.9 | 8 |
| Change at Week 26[b] | -0.2 | -1 |
| Difference from placebo[b] | | -0.8 |
| [95% CI] | | [-1.0; -0.6][c] |
| Patients (%) achieving HbA$_{1c}$ <7% | 23 | 58 |
| FPG (mg/dL) | | |
| Baseline (mean) | 164 | 164 |
| Change at Week 26[b] | -7 | -28 |

[a] The intent-to-treat population includes all randomized patients including patients on rescue medication. At Week 26, the primary HbA$_{1c}$ endpoint was missing for 3.7% and 5.5% of patients randomized to placebo and semaglutide tablets 14 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at Week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 10% and 4.3% of patients randomized to placebo and semaglutide tablets 14 mg, respectively.
[b] Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication, renal status and region.
[c] p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 90.4 kg and 91.3 kg in the placebo and semaglutide tablets 14 mg arms, respectively. The mean changes from baseline to Week 26 were -0.9 kg and -3.4 kg in the placebo and semaglutide tablets 14 mg arms, respectively. The difference from placebo (95% CI) for semaglutide tablets 14 mg was -2.5 kg (-3.2, -1.8).

<u>Combination with Insulin with or without Metformin</u>
In a 26-week double blind trial (Trial 6, NCT03021187), 731 adult patients with type 2 diabetes mellitus inadequately controlled on insulin (basal, basal/bolus or premixed) with or without metformin, were randomized to semaglutide tablets 3 mg, 7 mg and 14 mg orally once daily or placebo once daily. All patients reduced their insulin dose by 20% at randomization to reduce the risk of hypoglycemia. Patients were allowed to increase the insulin dose only up to the starting insulin dose prior to randomization.

Patients had a mean age of 61 years and 54% were men. The mean duration of type 2 diabetes mellitus was 15 years and the mean BMI was 31 kg/m$^2$. Overall, 51% were White, 7% were Black or African American and 36% were Asian; 13% identified as Hispanic or Latino ethnicity.

Treatment with semaglutide tablets 7 mg and 14 mg once daily for 26 weeks resulted in a statistically significant reduction in HbA$_{1c}$ from baseline compared to placebo once daily (see **Table 9**).

**Table 9. Trial 6 Results at Week 26 in a Trial of Semaglutide Tablets Compared to Placebo in Adult Patients with Type 2 Diabetes Mellitus in Combination with Insulin alone or with Metformin**

|  | Placebo | Semaglutide Tablets 7 mg | Semaglutide Tablets 14 mg |
|---|---|---|---|
| Intent-to-Treat (ITT) Population (N)[a] | 184 | 182 | 181 |
| HbA$_{1c}$ (%) |  |  |  |
| Baseline (mean) | 8.2 | 8.2 | 8.2 |
| Change at Week 26[b] | -0.1 | -0.9 | -1.3 |
| Difference from placebo[b] [95% CI] |  | -0.9 [-1.1; -0.7][c] | -1.2 [-1.4; -1][c] |
| Patients (%) achieving HbA$_{1c}$ <7% | 7 | 43 | 58 |
| FPG (mg/dL) |  |  |  |
| Baseline (mean) | 150 | 153 | 150 |
| Change at Week 26[b] | 5 | -20 | -24 |

[a] The intent-to-treat population includes all randomized patients. At Week 26, the primary HbA$_{1c}$ endpoint was missing for 4.3%, 4.4% and 4.4% of patients randomized to placebo, semaglutide tablets 7 mg and semaglutide tablets 14 mg, respectively. Missing values were imputed by a pattern mixture model using multiple imputation (MI). Pattern was defined by randomized treatment and treatment status at Week 26. During the trial, additional anti-diabetic medication was initiated as an add on to randomized treatment by 4.9%, 1.1 % and 2.2% of patients randomized to placebo, semaglutide tablets 7 mg and semaglutide tablets 14 mg, respectively.
[b] Estimated using an ANCOVA based on data irrespectively of discontinuation of trial product or initiation of rescue medication adjusted for baseline value, background medication and region.
[c] p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

The mean baseline body weight was 86 kg, 87.1 kg and 84.6 kg in the placebo, semaglutide tablets 7 mg and semaglutide tablets 14 mg arms, respectively. The mean changes from baseline to Week 26 were -0.4 kg, -2.4 kg and -3.7 kg in the placebo, semaglutide tablets 7 mg and semaglutide tablets 14 mg arms, respectively. The

difference from placebo (95% CI) for semaglutide tablets 7 mg was -2 kg (-3, -1) and for semaglutide tablets 14 mg was -3.3 kg (-4.2, -2.3).

## 14.4 Cardiovascular Outcomes Trial of Semaglutide Tablets in Adult Patients with Type 2 Diabetes Mellitus and High Risk of Having a Cardiovascular Event

Trial 7 (NCT03914326) was a randomized, double-blind, parallel-group, placebo-controlled trial. In this trial, 9,650 patients with type 2 diabetes mellitus and established cardiovascular (CV) disease and/or chronic kidney disease (CKD) (defined as eGFR <60 mL/min/1.73 m$^2$), were randomized to either once daily semaglutide tablets 14 mg or placebo, in addition to standard of care. The primary endpoint, major adverse cardiovascular events (MACE), was the time to first occurrence of a three-part composite outcome which included CV death, non-fatal myocardial infarction (MI) and non-fatal stroke.

Patients eligible to enter the trial were: 50 years of age or older and with established CV disease or CKD. In total, 5,468 patients (56.7%) had established CV disease without CKD, 1,241 (13%) had CKD only, and 2,620 (27%) had both CV disease and CKD. Most patients (97%) were treated with one or more glucose lowering medications at baseline: metformin (76%), insulin (51%), SGLT-2 inhibitor (27%), sulfonylurea (29%), and DPP-4 inhibitor (23%). At baseline, CV disease and risk factors were managed with lipid-lowering medications (89%), platelet-aggregation inhibitors including aspirin (77%), angiotensin converting enzyme inhibitors or angiotensin II receptor blockers (79%), and beta blockers (64%).

The mean age at baseline was 66.1 years, and 71% of the patients were men. Overall, 69% were White, 3% were Black or African American, and 23% were Asian; 14% identified as Hispanic or Latino ethnicity.

The mean duration of diabetes was 15.4 years, the mean BMI was 31.1 kg/m$^2$, the mean HbA$_{1c}$ was 8%, and the mean eGFR was 73.8 mL/min/1.73 m$^2$. Concomitant diseases included heart failure (23%), hypertension (91%), previous ischemic stroke (12%), previous MI (40%), and peripheral artery disease (16%). In total, 98.4% patients completed the trial, and the vital status was known at the end of the trial for 99.5%.

Semaglutide tablets significantly reduced the occurrence of MACE. The estimated hazard ratio for time to first MACE was 0.86 (95% CI: 0.77, 0.96) over the median follow-up duration of 49.6 months and 49.4 months for patients randomized to RYBELSUS and placebo, respectively. Refer to **Table 10** and **Figure 1**. The treatment effect for the primary composite endpoint and its components in Trial 7 are shown in **Table 10**.

**Table 10. Trial 7 Treatment Effect for MACE and its Components**

|  | Placebo N=4,825 | Semaglutide Tablets 14 mg N=4,825 | Hazard Ratio vs Placebo (95% CI) |
|---|---|---|---|
| Primary composite endpoint |  |  |  |
| MACE: Composite of CV death, non-fatal MI, non-fatal stroke (time to first occurrence) | 668 (13.8%) | 579 (12%) | 0.86 (0.77, 0.96) |
| CV death | 320 (6.6%) | 301 (6.2%) | 0.93 (0.8, 1.09) |
| Non-fatal MI | 253 (5.2%) | 191 (4%) | 0.74 (0.61, 0.89) |
| Non-fatal stroke | 161 (3.3%) | 144 (3%) | 0.88 (0.7, 1.11) |

Note: Data from the in-trial period based on full analysis set defined as all randomized patients.
Time from randomization to each endpoint was analyzed using a Cox proportional hazards model with treatment as categorical fixed factor. Subjects without events of interest were censored at the end of their in-trial period. For the primary endpoint the hazard ratio and CI were adjusted for the group sequential design using likelihood ratio ordering. CV death, non-fatal MI and non-fatal stroke are listed descriptively for supportive purpose. CV death includes both CV death and undetermined cause of death.
N=number of patients; %: percentage of participants in the full analysis set with at least one event; CI: confidence interval

**Figure 1: Time to First Occurrence of a MACE in Trial 7**



Data from the in-trial period based on full analysis set defined as all randomized patients. Cumulative incidence estimates are based on time from randomization to first EAC-confirmed MACE with non-CV death modeled as competing risk using the Aalen-Johansen estimator. Patients without events of interest were censored at the end of their in-trial observation period. Time from randomization to first MACE was analyzed using a Cox proportional hazards model with treatment as categorical fixed factor. The hazard ratio and confidence interval are adjusted for the group sequential design using the likelihood ratio ordering. HR: Hazard ratio; CI: confidence interval.

**Cardiovascular Outcomes Trial in Patients with Type 2 Diabetes Mellitus and Cardiovascular Disease**
Trial 8 (NCT02692716) was a multi-center, multi-national, placebo-controlled, double-blind trial. In this trial, 3,183 adult patients with inadequately controlled type 2 diabetes mellitus and atherosclerotic CV disease were randomized to semaglutide tablets 14 mg orally once daily or placebo for a median observation time of 16 months. The trial compared the risk of a MACE between semaglutide tablets 14 mg and placebo when added to current standard of care treatments for diabetes and cardiovascular CV disease. The primary endpoint, MACE, was the time to first occurrence of a three-part composite outcome which included cardiovascular death, non-fatal MI and non-fatal stroke.

Patients eligible to enter the trial were 50 years of age or older and had established, stable, CV, cerebrovascular, peripheral artery disease, CKD or NYHA class II and III heart failure or were 60 years of age or older and had other specified risk factors for CV disease. In total, 1,797 patients (56.5%) had established CV disease without CKD, 354 patients (11.1%) had CKD only, and 544 patients (17.1%) had both CV disease and CKD; 488 patients (15.3%) had CV risk factors without established CV disease or CKD. The mean age at baseline was 66 years and 68% were men. The mean duration of diabetes was 14.9 years and mean BMI was 32 kg/m$^2$. Overall, 72% were White, 6% were Black or African American and 20% were Asian; 16% identified as Hispanic or Latino ethnicity. Concomitant diseases of patients in this trial included, but were not limited to, heart failure (12%), history of ischemic stroke (8%) and history of a MI (36%). In total, 99.7% of the patients completed the trial and the vital status was known at the end of the trial for 100%.

For the primary analysis, a Cox proportional hazards model was used to test for non-inferiority of semaglutide tablets 14 mg to placebo for time to first MACE using a risk margin of 1.3. Type-1 error was controlled across multiple tests using a hierarchical testing strategy. Non-inferiority to placebo was established, with a hazard ratio equal to 0.79 (95% CI: 0.57, 1.11) over the median observation time of 16-months. The proportion of patients who experienced at least one MACE was 3.8% (61/1591) for semaglutide tablets14 mg and 4.8% (76/1592) for placebo.

# 16 HOW SUPPLIED/STORAGE AND HANDLING

*How Supplied*
RYBELSUS strengths are available as follows:

| Tablet Strength | Description | Package Configuration | NDC Number |
|---|---|---|---|
| 3 mg | White to light yellow, oval shaped debossed with "3" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4303-30 |
| 7 mg | White to light yellow, oval shaped debossed with "7" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4307-30 |
| 14 mg | White to light yellow, oval shaped debossed with "14" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4314-30 |

OZEMPIC tablet strengths are available as follows:

| Tablet Strength | Description | Package Configuration | NDC Number |
|---|---|---|---|
| 1.5 mg | White to light yellow, round shaped debossed with "1.5" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-1715-30 |
| 4 mg | White to light yellow, round shaped debossed with "4" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-1704-30 |
| 9 mg | White to light yellow, round shaped debossed with "9" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-1709-30 |

*Storage and Handling*
Store RYBELSUS and OZEMPIC tablets at 20°C to 25°C (68°F to 77°F); excursions permitted to 15°C to 30°C (59°F to 86°F) [see USP Controlled Room Temperature]. Store and dispense in the original bottle.

Store tablets in the original bottle until use to protect tablets from moisture. Store product in a dry place away from moisture.

# 17 PATIENT COUNSELING INFORMATION
Advise the patient to read the FDA-approved patient labeling (Medication Guide).

*Risk of Thyroid C-cell Tumors*
Inform patients that semaglutide causes thyroid C-cell tumors in rodents and that the human relevance of this finding has not been determined. Counsel patients to report symptoms of thyroid tumors (e.g., a lump in the neck, hoarseness, dysphagia or dyspnea) to their physician *[see Boxed Warning, Warnings and Precautions (5.1)]*.

*Acute Pancreatitis*
Inform patients of the potential risk for acute pancreatitis and its symptoms: severe abdominal pain that may radiate to the back, and which may or may not be accompanied by nausea or vomiting. Instruct patients to discontinue RYBELSUS or OZEMPIC tablets promptly and contact their physician if pancreatitis is suspected *[see Warnings and Precautions (5.2)]*.

*Diabetic Retinopathy Complications*
Inform patients to contact their physician if changes in vision are experienced during treatment with RYBELSUS or OZEMPIC tablets *[see Warnings and Precautions (5.3)]*.

*Hypoglycemia with Concomitant Use of Insulin Secretagogues or Insulin*

Inform patients that the risk of hypoglycemia is increased when RYBELSUS or OZEMPIC tablets are used with an insulin secretagogue (such as a sulfonylurea) or insulin. Educate patients on the signs and symptoms of hypoglycemia *[see Warnings and Precautions (5.4)]*.

*Acute Kidney Injury Due to Volume Depletion*
Inform patients of the potential risk of acute kidney injury due to dehydration associated with gastrointestinal adverse reactions. Advise patients to take precautions to avoid fluid depletion. Inform patients of the signs and symptoms of acute kidney injury and instruct them to promptly report any of these signs or symptoms or persistent (or extended) nausea, vomiting, and diarrhea to their healthcare provider *[see Warnings and Precautions (5.5)]*.

*Severe Gastrointestinal Adverse Reactions*
Inform patients of the potential risk of severe gastrointestinal adverse reactions. Instruct patients to contact their healthcare provider if they have severe or persistent gastrointestinal symptoms *[see Warnings and Precautions (5.6)]*.

*Hypersensitivity Reactions*
Inform patients that serious hypersensitivity reactions have been reported during postmarketing use of semaglutide tablets. Advise patients on the symptoms of hypersensitivity reactions and instruct them to stop taking RYBELSUS or OZEMPIC tablets and seek medical advice promptly if such symptoms occur *[see Warnings and Precautions (5.7)]*.

*Acute Gallbladder Disease*
Inform patients of the potential risk for cholelithiasis or cholecystitis. Instruct patients to contact their physician if cholelithiasis or cholecystitis is suspected for appropriate clinical follow-up *[see Warnings and Precautions (5.8)]*.

*Pulmonary Aspiration During General Anesthesia or Deep Sedation*:
Inform patients that RYBELSUS or OZEMPIC tablets may cause their stomach to empty more slowly which may lead to complications with anesthesia or deep sedation during planned surgeries or procedures. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking RYBELSUS or OZEMPIC tablets *[see Warnings and Precautions (5.9)]*.

*Pregnancy*
Advise a pregnant woman of the potential risk to a fetus. Advise women to inform their healthcare provider if they are pregnant or intend to become pregnant *[see Use in Specific Populations (8.1, 8.3)]*.

*Lactation*
RYBELSUS and OZEMPIC tablets pass into breast milk, and it is not known how it affects your baby. Advise females not to breastfeed during treatment with RYBELSUS or OZEMPIC tablets *[see Use in Specific Populations (8.2)]*.

*Females and Males of Reproductive Potential*
Discontinue RYBELSUS or OZEMPIC tablets at least 2 months before a planned pregnancy due to the long washout period for semaglutide *[see Use in Specific Populations (8.3)]*.

Marketed by:
Novo Nordisk Inc
Plainsboro, NJ 08536

For additional information about RYBELSUS and OZEMPIC tablets contact:
Novo Nordisk Inc.
800 Scudders Mill Road
Plainsboro, NJ 08536

1-833-457-7455

*RYBELSUS® and OZEMPIC® are registered trademarks of Novo Nordisk A/S.*

Patent Information: http://www.novonordisk-us.com/products/product-patents.html

© 2026 Novo Nordisk

| MEDICATION GUIDE | |
|---|---|
| **RYBELSUS® (reb-EL-sus)** **(semaglutide)** **tablets, for oral use** | **OZEMPIC® (oh-ZEM-pick)** **(semaglutide)** **tablets, for oral use** |

Read this Medication Guide before you start using RYBELSUS or OZEMPIC tablets and each time you get a refill. There may be new information. This information does not take the place of talking to your healthcare provider about your medical condition or your treatment.

**What is the most important information I should know about RYBELSUS and OZEMPIC tablets?**

**RYBELSUS and OZEMPIC tablets may cause serious side effects, including:**

- **Possible thyroid tumors, including cancer.** Tell your healthcare provider if you get a lump or swelling in your neck, hoarseness, trouble swallowing, or shortness of breath. These may be symptoms of thyroid cancer. In studies with rodents, RYBELSUS and OZEMPIC tablets and other medicines that work like RYBELSUS and OZEMPIC tablets caused thyroid tumors, including thyroid cancer. It is not known if RYBELSUS and OZEMPIC tablets will cause thyroid tumors or a type of thyroid cancer called medullary thyroid carcinoma (MTC) in people.

- Do not use RYBELSUS or OZEMPIC tablets if you or any of your family have ever had a type of thyroid cancer called medullary thyroid carcinoma (MTC), or if you have an endocrine system condition called Multiple Endocrine Neoplasia syndrome type 2 (MEN 2).

**What are RYBELSUS and OZEMPIC tablets?**

RYBELSUS and OZEMPIC tablets are prescription medicines used:

- along with diet and exercise to improve blood sugar (glucose) in adults with type 2 diabetes mellitus.
- to reduce the risk of major cardiovascular events such as heart attack, stroke or death in adults with type 2 diabetes mellitus who are at high risk for these events.

It is not known if RYBELSUS and OZEMPIC tablets are safe and effective for use in children.

**Do not use RYBELSUS or OZEMPIC tablets if:**

- you or any of your family have ever had a type of thyroid cancer called medullary thyroid carcinoma (MTC) or if you have an endocrine system condition called Multiple Endocrine Neoplasia syndrome type 2 (MEN 2).

- you have had a serious allergic reaction to semaglutide or any of the ingredients in RYBELSUS or OZEMPIC tablets. See the end of this Medication Guide for a complete list of ingredients in RYBELSUS and OZEMPIC tablets. See **"What are the possible side effects of RYBELSUS and OZEMPIC tablets?"** for symptoms of a serious allergic reaction**.**

**Before using RYBELSUS or OZEMPIC tablets, tell your healthcare provider if you have any other medical conditions, including if you:**

- have or have had problems with your pancreas or kidneys.

- have a history of vision problems related to your diabetes.

- are scheduled to have surgery or other procedures that use anesthesia or deep sleepiness (deep sedation).

- are pregnant or plan to become pregnant. It is not known if RYBELSUS and OZEMPIC tablets will harm your unborn baby. You should stop using RYBELSUS or OZEMPIC tablets 2 months before you plan to become pregnant. Talk to your healthcare provider about the best way to control your blood sugar if you plan to become pregnant or while you are pregnant.

- are breastfeeding or plan to breastfeed. Breastfeeding is not recommended during treatment with RYBELSUS or OZEMPIC tablets.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements. RYBELSUS and OZEMPIC tablets may affect the way some medicines work, and some medicines may affect the way RYBELSUS and OZEMPIC tablets work.

**Before using RYBELSUS or OZEMPIC tablets, talk to your healthcare provider about low blood sugar and how to manage it.** Tell your healthcare provider if you are taking other medicines to treat diabetes, including insulin or sulfonylureas.

Know the medicines you take. Keep a list of them to show your healthcare provider and pharmacist when you get a new medicine.

**How should I take RYBELSUS or OZEMPIC tablets?**

- Take RYBELSUS or OZEMPIC tablets exactly as your healthcare provider tells you to.
- Take 1 RYBELSUS or OZEMPIC tablet by mouth on an empty stomach in the morning with water (no more than 4 ounces). **Do not** take RYBELSUS or OZEMPIC tablets with any other liquids besides water.

- **Do not** split, crush, chew, or dissolve RYBELSUS or OZEMPIC tablets. Swallow RYBELSUS or OZEMPIC tablets whole.
- After 30 minutes, you can eat, drink, or take other oral medicines.
- Do not take more than 1 RYBELSUS or OZEMPIC tablet each day.
- If you miss a dose of RYBELSUS or OZEMPIC tablets, skip the missed dose and go back to your regular schedule.
- If you take too much RYBELSUS or OZEMPIC tablets, call your healthcare provider or Poison Help line at 1-800-222-1222, or go to the nearest hospital emergency room right away. Advice is also available online at poisonhelp.org.

**Your dose of RYBELSUS or OZEMPIC tablets and other diabetes medicines may need to change because of:** change in level of physical activity or exercise, weight gain or loss, increased stress, illness, change in diet, fever, trauma, infection, surgery or because of other medicines you take.

---

**What are the possible side effects of RYBELSUS and OZEMPIC tablets?**

**RYBELSUS and OZEMPIC tablets may cause serious side effects, including:**

- **See "What is the most important information I should know about RYBELSUS and OZEMPIC tablets?"**

- **inflammation of your pancreas (pancreatitis).** Stop using RYBELSUS or OZEMPIC tablets and call your healthcare provider right away if you have severe pain in your stomach area (abdomen) that will not go away, with or without nausea or vomiting. Sometimes you may feel the pain from your abdomen to your back.

- **changes in vision.** Tell your healthcare provider if you have changes in vision during treatment with RYBELSUS or OZEMPIC tablets.

- **low blood sugar (hypoglycemia).** Your risk for getting low blood sugar may be higher if you use RYBELSUS or OZEMPIC tablets with another medicine that can cause low blood sugar, such as a sulfonylurea or insulin. **Signs and symptoms of low blood sugar may include:**

  | | | |
  |---|---|---|
  | o dizziness or light-headedness | o blurred vision | o anxiety, irritability, or mood changes |
  | o sweating | o slurred speech | o hunger |
  | o confusion or drowsiness | o shakiness | o weakness |
  | o headache | o fast heartbeat | o feeling jittery |

- **dehydration leading to kidney problems.** Diarrhea, nausea, and vomiting may cause a loss of fluids (dehydration) which may cause kidney problems. It is important for you to drink fluids to help reduce your chance of dehydration. Tell your healthcare provider right away if you have nausea, vomiting, or diarrhea that does not go away.

- **severe stomach problems.** Stomach problems, sometimes severe, have been reported in people who use RYBELSUS or OZEMPIC tablets. Tell your healthcare provider if you have stomach problems that are severe or will not go away.

- **serious allergic reactions.** Stop using RYBELSUS or OZEMPIC tablets and get medical help right away, if you have any symptoms of a serious allergic reaction including:

  - swelling of your face, lips, tongue or throat
  - problems breathing or swallowing
  - severe rash or itching
  - fainting or feeling dizzy
  - very rapid heartbeat

- **gallbladder problems.** Gallbladder problems have happened in some people who take RYBELSUS and OZEMPIC tablets. Tell your healthcare provider right away if you get symptoms of gallbladder problems, which may include:

  | | |
  |---|---|
  | o pain in your upper stomach (abdomen) | o yellowing of skin or eyes (jaundice) |
  | o fever | o clay-colored stools |

- **food or liquid getting into the lungs during surgery or other procedures that use anesthesia or deep sleepiness (deep sedation).** RYBELSUS and OZEMPIC tablets may increase the chance of food getting into your lungs during surgery or other procedures. Tell your healthcare providers that you are taking RYBELSUS or OZEMPIC tablets before you are scheduled to have surgery or other procedures.

**The most common side effects of RYBELSUS and OZEMPIC tablets may include** nausea, stomach (abdominal) pain, diarrhea, decreased appetite, vomiting and constipation. Nausea, vomiting and diarrhea are most common when you first start RYBELSUS or OZEMPIC tablets.

Talk to your healthcare provider about any side effect that bothers you or does not go away. These are not all the possible side effects of RYBELSUS and OZEMPIC tablets.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store RYBELSUS and OZEMPIC tablets?**

- Store RYBELSUS or OZEMPIC tablets at room temperature between 68°F and 77°F (20°C to 25°C).
- Store in a dry place away from moisture.
- Store tablets in the original closed RYBELSUS or OZEMPIC bottle until you are ready to take one. Do not store in any other container.
- **Keep RYBELSUS, OZEMPIC tablets and all medicines out of the reach of children.**

**General information about the safe and effective use of RYBELSUS and OZEMPIC tablets.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use RYBELSUS or OZEMPIC tablets for a condition for which it was not prescribed. Do not give RYBELSUS or OZEMPIC tablets to other people, even if they have the same symptoms that you have. It may harm them. You can ask your pharmacist or healthcare provider for information about RYBELSUS or OZEMPIC tablets that is written for health professionals.

**What are the ingredients in RYBELSUS and OZEMPIC tablets?**

**Active Ingredient in RYBELSUS and OZEMPIC**: semaglutide

**Inactive Ingredients in RYBELSUS:** magnesium stearate, microcrystalline cellulose, povidone and salcaprozate sodium

**Inactive ingredients in OZEMPIC**: magnesium stearate and salcaprozate sodium

Marketed by: Novo Nordisk Inc., Plainsboro, NJ 08536
*RYBELSUS® and OZEMPIC® are registered trademarks of Novo Nordisk A/S.*
Patent Information: http://www.novonordisk-us.com/products/product-patents.html
© 2026 Novo Nordisk
For more information, go to www.RYBELSUS.com, www.OZEMPIC.com or call 1-833-GLP-PILL.

This Medication Guide has been approved by the U.S. Food and Drug Administration.                                    Revised: 1/2026

# EXHIBIT 4

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use WEGOVY® safely and effectively. See full prescribing information for WEGOVY.**

**WEGOVY (semaglutide) injection, for subcutaneous use**
**WEGOVY (semaglutide) tablets, for oral use**
**Initial U.S. Approval: 2017**

---

**WARNING: RISK OF THYROID C-CELL TUMORS**
*See full prescribing information for complete boxed warning.*

- **In rodents, semaglutide causes thyroid C-cell tumors at clinically relevant exposures. It is unknown whether WEGOVY causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as the human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined. (5.1, 13.1)**
- **WEGOVY is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2). Counsel patients regarding the potential risk of MTC and symptoms of thyroid tumors. (4, 5.1)**

---

-------------------------**RECENT MAJOR CHANGES**-------------------------
Indications and Usage (1)...........................................08/2025, 12/2025
Dosage and Administration (2)................................08/2025, 12/2025
Warnings and Precautions,
   Acute Kidney Injury Due to Volume Depletion (5.5)...............08/2025
   Severe Gastrointestinal Adverse Reactions (5.6).................10/2025

-------------------------**INDICATIONS AND USAGE**-------------------------
WEGOVY is a glucagon-like peptide-1 (GLP-1) receptor agonist.
WEGOVY injection is indicated in combination with a reduced calorie diet and increased physical activity:
- To reduce the risk of major adverse cardiovascular (CV) events (CV death, non-fatal myocardial infarction, or non-fatal stroke) in adults with established CV disease and either obesity or overweight. (1)
- To reduce excess body weight and maintain weight reduction long term in:
  - Adults and pediatric patients aged 12 years and older with obesity. (1)
  - Adults with overweight in the presence of at least one weight-related comorbid condition. (1)
- For the treatment of noncirrhotic metabolic dysfunction-associated steatohepatitis (MASH), formerly known as nonalcoholic steatohepatitis (NASH), with moderate to advanced liver fibrosis (consistent with stages F2 to F3 fibrosis) in adults. This indication is approved under accelerated approval based on improvement of MASH and fibrosis [see Clinical Studies (14.4)]. Continued approval for this indication may be contingent upon the verification and description of clinical benefit in a confirmatory trial. (1)

WEGOVY tablets are indicated in combination with a reduced calorie diet and increased physical activity:
- To reduce the risk of major adverse CV events (CV death, non-fatal myocardial infarction, or non-fatal stroke) in adults with established CV disease and either obesity or overweight. (1)
- To reduce excess body weight and maintain weight reduction long term in adults with obesity, or in adults with overweight in the presence of at least one weight-related comorbid condition. (1)
Limitations of Use:
- Concomitant use of WEGOVY (semaglutide) tablets or WEGOVY (semaglutide) injection with other semaglutide-containing products or with any other GLP-1 receptor agonist is not recommended. (1)

------------------**DOSAGE AND ADMINISTRATION**------------------
In patients with diabetes, monitor blood glucose prior to starting and during WEGOVY treatment. (2.1)
WEGOVY Injection
- Administer WEGOVY injection once weekly as an adjunct to diet and increased physical activity, on the same day each week, at any time of day, with or without meals. (2.1)
- Inject subcutaneously in the abdomen, thigh, or upper arm. (2.1)
- Initiate at 0.25 mg once weekly for 4 weeks. Then follow the dosage escalation schedule in Table 1, titrating every 4 weeks to achieve the maintenance dosage. (2.2)
- The usual recommended maintenance dosage of WEGOVY injection is 2.4 mg once weekly. Refer to the full PI for maintenance dosages based on the indication. (2.2)
WEGOVY Tablets

- Initiate WEGOVY tablet with a dosage of 1.5 mg once daily for 30 days. Then follow the dosage escalation schedule, titrating every 30 days to achieve the maintenance dosage. (2.2)
- The recommended maintenance dosage of WEGOVY tablets is 25 mg orally once daily for cardiovascular risk reduction and weight reduction in adults

------------------**DOSAGE FORMS AND STRENGTHS**------------------
- Injection: prefilled, single-dose pen that delivers doses of 0.25 mg, 0.5 mg, 1 mg, 1.7 mg or 2.4 mg (3)
- Tablets: 1.5 mg, 4 mg, 9 mg and 25 mg (3)

------------------------**CONTRAINDICATIONS**------------------------
- Personal or family history of MTC or in patients with MEN 2. (4)
- Known hypersensitivity to semaglutide or any of the excipients in WEGOVY tablets or WEGOVY injection. (4)

------------------**WARNINGS AND PRECAUTIONS**------------------
- *Acute Pancreatitis:* Has been observed in patients treated with GLP-1 receptor agonists, including WEGOVY. Discontinue if pancreatitis is suspected. (5.2)
- *Acute Gallbladder Disease:* Has occurred in clinical trials. If cholelithiasis is suspected, gallbladder studies and clinical follow-up are indicated. (5.3)
- *Hypoglycemia:* Concomitant use with insulin or an insulin secretagogue may increase the risk of hypoglycemia, including severe hypoglycemia. Reducing the dose of insulin or insulin secretagogue may be necessary. Inform all patients of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia. (5.4)
- *Acute Kidney Injury Due to Volume Depletion:* Monitor renal function in patients reporting adverse reactions that could lead to volume depletion. (5.5)
- *Severe Gastrointestinal Adverse Reactions:* Use has been associated with gastrointestinal adverse reactions, sometimes severe. WEGOVY is not recommended in patients with severe gastroparesis. (5.6)
- *Hypersensitivity Reactions:* Anaphylactic reactions and angioedema have been reported postmarketing. Discontinue WEGOVY if suspected and promptly seek medical advice. (5.7)
- *Diabetic Retinopathy Complications in Patients with Type 2 Diabetes:* Has been reported in trials with semaglutide. Patients with a history of diabetic retinopathy should be monitored. (5.8)
- *Heart Rate Increase:* Monitor heart rate at regular intervals. (5.9)
- *Suicidal Behavior and Ideation:* Monitor for depression or suicidal thoughts. Discontinue WEGOVY if symptoms develop. (5.10)
- *Pulmonary Aspiration During General Anesthesia or Deep Sedation:* Has been reported in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures. Instruct patients to inform healthcare providers of any planned surgeries or procedures. (5.11)

---------------------------**ADVERSE REACTIONS**---------------------------
Most common adverse reactions (incidence ≥5%) in adults or pediatric patients aged 12 years and older are: nausea, diarrhea, vomiting, constipation, abdominal pain, headache, fatigue, dyspepsia, dizziness, abdominal distension, eructation, hypoglycemia in patients with type 2 diabetes, flatulence, gastroenteritis, gastroesophageal reflux disease, and nasopharyngitis. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Novo Nordisk Inc., at 1-833-934-6891 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

---------------------------**DRUG INTERACTIONS**---------------------------
WEGOVY delays gastric emptying. May impact absorption of concomitantly administered oral medications. Consider increased clinical or laboratory monitoring when used concomitantly with other oral medications that have a narrow therapeutic index or that require clinical monitoring. (7.2)

---------------------**USE IN SPECIFIC POPULATIONS**---------------------
- *Pregnancy:* May cause fetal harm. For patients receiving WEGOVY for CV risk reduction or weight reduction, discontinue WEGOVY when pregnancy is recognized. For patients with MASH, use during pregnancy only if the potential benefit justifies the potential risk to the fetus. (8.1)
- *Lactation:* Breastfeeding not recommended during treatment with WEGOVY tablets. (8.2)
- *Females and Males of Reproductive Potential:* For patients receiving WEGOVY for CV risk reduction or weight reduction, or for MASH where the potential risk outweighs the potential benefit, discontinue WEGOVY at least 2 months before a planned pregnancy because of the long half-life of semaglutide. (8.3)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

Reference ID: 5736871

- Take WEGOVY tablets orally once-daily on an empty stomach in the morning with water (up to 4 ounces). Do not take with other liquids besides water (2.1).
- Swallow tablets whole. Do not split, crush, chew or dissolve. (2.1)
- After taking WEGOVY tablet wait at least 30 minutes before eating food, drinking beverages or taking other oral medications. (2.1)

Revised: 1/2026

**FULL PRESCRIBING INFORMATION: CONTENTS***
**WARNING: RISK OF THYROID C-CELL TUMORS**
**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
  2.1 Important Monitoring and Administration Instructions
  2.2 Recommended Dosage for WEGOVY Injection
  2.3 Recommended Dosage of WEGOVY Tablets
  2.4 Recommendations Regarding Missed Dose(s)
  2.5 Switching Between WEGOVY Injection and WEGOVY Tablets
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
  5.1 Risk of Thyroid C-Cell Tumors
  5.2 Acute Pancreatitis
  5.3 Acute Gallbladder Disease
  5.4 Hypoglycemia
  5.5 Acute Kidney Injury Due to Volume Depletion
  5.6 Severe Gastrointestinal Adverse Reactions
  5.7 Hypersensitivity Reactions
  5.8 Diabetic Retinopathy Complications in Patients with Type 2 Diabetes
  5.9 Heart Rate Increase
  5.10 Suicidal Behavior and Ideation
  5.11 Pulmonary Aspiration During General Anesthesia or Deep Sedation
**6 ADVERSE REACTIONS**
  6.1 Clinical Trials Experience
  6.2 Postmarketing Experience
**7 DRUG INTERACTIONS**
  7.1 Concomitant Use with Insulin or an Insulin Secretagogue (e.g., Sulfonylurea)
  7.2 Oral Medications
**8 USE IN SPECIFIC POPULATIONS**
  8.1 Pregnancy
  8.2 Lactation
  8.3 Females and Males of Reproductive Potential
  8.4 Pediatric Use
  8.5 Geriatric Use
  8.6 Type 2 Diabetes Mellitus
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
  12.1 Mechanism of Action
  12.2 Pharmacodynamics
  12.3 Pharmacokinetics
  12.6 Immunogenicity
**13 NONCLINICAL TOXICOLOGY**
  13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
  13.2 Animal Toxicology and/or Pharmacology
**14 CLINICAL STUDIES**
  14.1 Cardiovascular Outcomes Trial in Adult Patients with Cardiovascular Disease and Either Obesity or Overweight
  14.2 Weight Reduction and Long-term Maintenance Studies in Adults with Obesity or Overweight
  14.3 Weight Reduction and Long-term Maintenance Study of WEGOVY Injection in Pediatric Patients Aged 12 Years and Older with Obesity
  14.4 Noncirrhotic Metabolic Dysfunction-associated Steatohepatitis with Moderate to Advanced Liver Fibrosis in Adults Treated with WEGOVY Injection
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**

*Sections or subsections omitted from the full prescribing information are not listed.

Reference ID: 5736871

**FULL PRESCRIBING INFORMATION**

---

### WARNING: RISK OF THYROID C-CELL TUMORS

- **In rodents, semaglutide causes dose-dependent and treatment-duration-dependent thyroid C-cell tumors at clinically relevant exposures. It is unknown whether WEGOVY causes thyroid C-cell tumors, including medullary thyroid carcinoma (MTC), in humans as human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined *[see Warnings and Precautions (5.1), Nonclinical Toxicology (13.1)]*.**
- **WEGOVY is contraindicated in patients with a personal or family history of MTC or in patients with Multiple Endocrine Neoplasia syndrome type 2 (MEN 2) *[see Contraindications (4)]*. Counsel patients regarding the potential risk for MTC with the use of WEGOVY and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness). Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with WEGOVY *[see Contraindications (4), Warnings and Precautions (5.1)]*.**

---

## 1 INDICATIONS AND USAGE

WEGOVY injection is indicated in combination with a reduced calorie diet and increased physical activity:

- To reduce the risk of major adverse cardiovascular (CV) events (CV death, non-fatal myocardial infarction, or non-fatal stroke) in adults with established CV disease and either obesity or overweight.

- To reduce excess body weight and maintain weight reduction long term in:

  - Adults and pediatric patients aged 12 years and older with obesity.

  - Adults with overweight in the presence of at least one weight-related comorbid condition.

- For the treatment of noncirrhotic metabolic dysfunction-associated steatohepatitis (MASH), formerly known as nonalcoholic steatohepatitis (NASH), with moderate to advanced liver fibrosis (consistent with stages F2 to F3 fibrosis) in adults. This indication is approved under accelerated approval based on improvement of MASH and fibrosis *[see Clinical Studies (14.4)]*. Continued approval for this indication may be contingent upon the verification and description of clinical benefit in a confirmatory trial.

WEGOVY tablets are indicated in combination with a reduced calorie diet and increased physical activity:

- To reduce the risk of major adverse CV events (CV death, non-fatal myocardial infarction, or non-fatal stroke) in adults with established CV disease and either obesity or overweight.

- To reduce excess body weight and maintain weight reduction long term in adults with obesity, or in adults with overweight in the presence of at least one weight-related comorbid condition.

<u>Limitations of Use</u>

Concomitant use of WEGOVY (semaglutide) tablets or WEGOVY (semaglutide) injection with other semaglutide-containing products or with any other GLP-1 receptor agonist is not recommended.

## 2 DOSAGE AND ADMINISTRATION

### 2.1 Important Monitoring and Administration Instructions
In patients with diabetes mellitus, monitor blood glucose prior to starting WEGOVY and during WEGOVY treatment *[see Warnings and Precautions (5.4)]*.

Administer WEGOVY in combination with a reduced-calorie diet and increased physical activity.

WEGOVY Injection
- Prior to initiation of WEGOVY injection, train patients on proper injection technique. Refer to the accompanying Instructions for Use for complete administration instructions with illustrations.
- Visually inspect the WEGOVY injection prior to each administration. Only use if solution is clear, colorless, and contains no particles.
- Administer WEGOVY injection once weekly, on the same day each week, at any time of day, with or without meals.
- Inject WEGOVY subcutaneously in the abdomen, thigh, or upper arm. The time of day and the injection site can be changed without the need for a dosage modification.

WEGOVY Tablets
- Take one WEGOVY tablet orally once daily on an empty stomach in the morning with water (up to 4 ounces). Do not take WEGOVY tablets with other liquids besides water *[see Clinical Pharmacology (12.3)]*.
- Do not take more than one tablet per day.
- Swallow tablets whole. Do not split, crush, chew or dissolve in any solution.
- After taking a WEGOVY tablet, wait at least 30 minutes before eating food, drinking beverages or taking other oral medications *[see Clinical Pharmacology (12.3)]*.

**2.2 Recommended Dosage for WEGOVY Injection**
Recommended Starting Dosage and Dosage Escalation of WEGOVY Injection for All Approved Indications
- The recommended starting dosage of WEGOVY injection is 0.25 mg administered subcutaneously once weekly.
- Follow the dosage escalation in **Table 1** to reduce the risk of gastrointestinal adverse reactions *[see Warnings and Precautions (5.6), Adverse Reactions (6.1)]*.
- If patients do not tolerate a dose during dosage escalation, consider delaying dosage escalation for 4 weeks.

**Table 1. Recommended Starting Dosage and Dosage Escalation of WEGOVY Injection for All Approved Indications in Adults and Pediatric Patients Aged 12 Years and Older**

|  | Weeks | Once-weekly Subcutaneous Injection Dosage |
|---|---|---|
| Starting Dosage | 1 through 4 | 0.25 mg |
| Dosage Escalation | 5 through 8 | 0.5 mg |
|  | 9 through 12 | 1 mg |
|  | 13 through 16 | 1.7 mg |
| Maintenance Dosage | 17 and onward | See the indication below for the recommended maintenance dosage(s) |

Recommended Maintenance Dosage of WEGOVY Injection for Approved Indications
*Cardiovascular Risk Reduction in Adults*
- The maintenance dosage of WEGOVY injection for cardiovascular risk reduction in adults is either 2.4 mg (recommended) or 1.7 mg once weekly.
- Consider treatment response and tolerability when selecting the maintenance dosage *[see Adverse Reactions (6.1), Clinical Studies (14.1)]*.

*Weight Reduction in Adults and Pediatric Patients Aged 12 Years and Older*
The maintenance dosage of WEGOVY injection for weight reduction in adults and pediatric patients aged 12 years and older is either 2.4 mg (recommended) or 1.7 mg once weekly.
Consider treatment response and tolerability when selecting the maintenance dosage *[see Adverse Reactions (6.1), Clinical Studies (14.2, 14.3)]*.

*Noncirrhotic MASH with Moderate to Advanced Liver Fibrosis in Adults*
- The recommended maintenance dosage of WEGOVY injection for the treatment of noncirrhotic MASH with moderate to advanced liver fibrosis in adults is 2.4 mg injected subcutaneously once weekly. If patients do not tolerate the maintenance dosage of 2.4 mg once weekly, the dosage can be decreased to 1.7 mg once weekly. Consider reescalation to 2.4 mg once weekly *[see Adverse Reactions (6.1), Clinical Studies (14.4)]*.

**2.3 Recommended Dosage of WEGOVY Tablets**
Recommended Dosage of WEGOVY Tablets for Cardiovascular Risk Reduction or Weight Reduction in Adults
- The recommended starting dosage of WEGOVY tablets is 1.5 mg taken orally once daily. Follow the dosage escalation in **Table 2** to reduce the risk of gastrointestinal adverse reactions *[see Warnings and Precautions (5.6), Adverse Reactions (6.1)]*.
- If patients do not tolerate a dose during dosage escalation, consider delaying dosage escalation.
- The recommended maintenance dosage of WEGOVY tablets is 25 mg orally once daily.
- If patients do not tolerate the 25 mg once daily maintenance dosage, consider switching to WEGOVY injection 1.7 mg once weekly *[see Dosage and Administration (2.5)]*.
- Do not take more than one tablet per day.

**Table 2**. **Recommended Dosage of WEGOVY Tablets for Cardiovascular Risk Reduction or Weight Reduction in Adults**

|  | **Days** | **Once Daily Tablet Dosage** |
|---|---|---|
| Starting Dosage | 1 through 30 | 1.5 mg |
| Dosage Escalation | 31 through 60 | 4 mg |
|  | 61 through 90 | 9 mg |
| Maintenance Dosage | 91 and onward | 25 mg |

**2.4 Recommendations Regarding Missed Dose(s)**
WEGOVY Injection
- If one dose of WEGOVY injection is missed and the next scheduled dose is:
  - More than 2 days away, administer WEGOVY injection as soon as possible.
  - Less than 2 days away do not administer the WEGOVY injection dose. Resume dosing on the regularly scheduled day of the week.
- If 2 or more consecutive doses of WEGOVY injection are missed, resume dosing as scheduled or, if needed, reinitiate WEGOVY injection and follow the dosage escalation schedule, which may reduce the occurrence of gastrointestinal adverse reactions associated with reinitiation of treatment *[see Dosage and Administration (2.2)]*.

WEGOVY Tablets
If a dose of WEGOVY tablets is missed, skip the missed dose and take the next dose the following day.

**2.5 Switching Between WEGOVY Injection and WEGOVY Tablets**
Switching from WEGOVY Injection to WEGOVY Tablets
- Patients taking WEGOVY 2.4 mg injection for cardiovascular risk reduction or weight reduction in adults may switch to WEGOVY 25 mg tablets.
- One week after discontinuing WEGOVY 2.4 mg injection, initiate 25 mg of WEGOVY tablets orally once daily.

Switching from WEGOVY Tablets to WEGOVY Injection
- Patients may switch from WEGOVY 25 mg tablets to WEGOVY injection.

- The day after discontinuing WEGOVY tablets 25 mg once daily, initiate WEGOVY 2.4 mg subcutaneous injection once weekly. For patients who do not tolerate WEGOVY 25 mg tablets, consider switching to WEGOVY 1.7 mg injection.
- If additional weight reduction is needed in patients with type 2 diabetes mellitus treated with WEGOVY 25 mg tablets, consider switching to WEGOVY 1.7 mg injection and follow the recommended dosage escalation for WEGOVY injection. *[see Dosage and Administration (2.2), Use in Specific Populations (8.6), and Clinical Pharmacology (12.3)]*.

## 3 DOSAGE FORMS AND STRENGTHS

Injection: clear, colorless solution available in 5 prefilled, disposable, single-dose pens:

- 0.25 mg/0.5 mL
- 0.5 mg/0.5 mL
- 1 mg/0.5 mL
- 1.7 mg/0.75 mL
- 2.4 mg/0.75 mL

Tablet: white to light yellow, round shaped debossed with the strength on one side and "novo" on the other side:

- 1.5 mg
- 4 mg
- 9 mg

Tablet: white to light yellow, oval shaped debossed with the strength on one side and "novo" on the other side:

- 25 mg

## 4 CONTRAINDICATIONS

WEGOVY is contraindicated in the following conditions:

- A personal or family history of MTC or in patients with MEN 2 *[see Warnings and Precautions (5.1)]*.
- A prior serious hypersensitivity reaction to semaglutide or to any of the excipients in WEGOVY injection or WEGOVY tablet. Serious hypersensitivity reactions, including anaphylaxis and angioedema, have been reported with WEGOVY *[see Warnings and Precautions (5.7)]*.

## 5 WARNINGS AND PRECAUTIONS

### 5.1 Risk of Thyroid C-Cell Tumors

In mice and rats, semaglutide caused a dose-dependent and treatment-duration-dependent increase in the incidence of thyroid C-cell tumors (adenomas and carcinomas) after lifetime exposure at clinically relevant plasma exposures *[see Nonclinical Toxicology (13.1)]*. It is unknown whether WEGOVY causes thyroid C-cell tumors, including MTC, in humans, as human relevance of semaglutide-induced rodent thyroid C-cell tumors has not been determined.

Cases of MTC in patients treated with liraglutide, another GLP-1 receptor agonist, have been reported in the postmarketing period; the data in these reports are insufficient to establish or exclude a causal relationship between MTC and GLP-1 receptor agonist use in humans.

WEGOVY is contraindicated in patients with a personal or family history of MTC or in patients with MEN 2. Counsel patients regarding the potential risk for MTC with the use of WEGOVY and inform them of symptoms of thyroid tumors (e.g., a mass in the neck, dysphagia, dyspnea, persistent hoarseness).

Routine monitoring of serum calcitonin or using thyroid ultrasound is of uncertain value for early detection of MTC in patients treated with WEGOVY. Such monitoring may increase the risk of unnecessary procedures, due to the low-test specificity for serum calcitonin and a high background incidence of thyroid disease. Significantly elevated serum calcitonin value may indicate MTC and patients with MTC usually have calcitonin values greater than 50 ng/L. If serum calcitonin is measured and found to be elevated, the patient should be further

evaluated. Patients with thyroid nodules noted on physical examination or neck imaging should also be further evaluated.

## 5.2 Acute Pancreatitis

Acute pancreatitis, including fatal and non-fatal hemorrhagic or necrotizing pancreatitis, has been observed in patients treated with GLP-1 receptor agonists, including WEGOVY *[see Adverse Reactions (6)]*. After initiation of WEGOVY, observe patients carefully for signs and symptoms of acute pancreatitis, which may include persistent or severe abdominal pain (sometimes radiating to the back), and which may or may not be accompanied by nausea or vomiting. If pancreatitis is suspected, discontinue WEGOVY and initiate appropriate management.

## 5.3 Acute Gallbladder Disease

Treatment with WEGOVY is associated with an increased occurrence of cholelithiasis and cholecystitis. The incidence of cholelithiasis and cholecystitis was higher in WEGOVY injection-treated pediatric patients aged 12 years and older than in WEGOVY injection-treated adults. In randomized clinical trials in adults for weight reduction, cholelithiasis was reported by 1.6% of WEGOVY injection-treated patients and 0.7% of placebo injection-treated patients, and by 2.5% of WEGOVY tablet-treated patients and 1% of placebo tablet-treated patients. Cholecystitis was reported by 0.6% of WEGOVY injection-treated adult patients and 0.2% of placebo-treated patients. In a clinical trial in pediatric patients aged 12 years and older for weight reduction, cholelithiasis was reported by 3.8% of WEGOVY injection-treated patients and 0% placebo-treated patients. Cholecystitis was reported by 0.8% of WEGOVY injection-treated pediatric patients and 0% placebo-treated patients *[see Adverse Reactions (6.1)]*.

Substantial or rapid weight loss can increase the risk of cholelithiasis; however, the incidence of acute gallbladder disease was greater in WEGOVY-treated patients than in placebo-treated patients, even after accounting for the degree of weight loss. If cholelithiasis is suspected, gallbladder studies and appropriate clinical follow-up are indicated.

## 5.4 Hypoglycemia

WEGOVY lowers blood glucose and can cause hypoglycemia.

In a trial of WEGOVY injection in adult patients with type 2 diabetes and body mass index (BMI) greater than or equal to 27 kg/m$^2$ for weight reduction (Study 3), hypoglycemia (defined as a plasma glucose less than 54 mg/dL) was reported in more patients treated with WEGOVY versus placebo *[see Adverse Reaction (6.1)]*. One episode of severe hypoglycemia (requiring the assistance of another person) was reported in one WEGOVY treated patient versus no placebo-treated patients *[see Clinical Studies (14.2)]*.

In glycemic control clinical trials, the risk of hypoglycemia was increased when semaglutide injection or tablet was used concomitantly with insulin or an insulin secretagogue (e.g., sulfonylurea). Patients with diabetes mellitus taking WEGOVY in combination with insulin or an insulin secretagogue may have an increased risk of hypoglycemia, including severe hypoglycemia. The use of WEGOVY in patients with type 1 diabetes mellitus or in combination with insulin has not been evaluated.

Inform patients of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia. In patients with diabetes, monitor blood glucose prior to starting WEGOVY and during WEGOVY treatment. When initiating WEGOVY, consider reducing the dose of concomitantly administered insulin or insulin secretagogue to reduce the risk of hypoglycemia *[see Drug Interactions (7.1)]*.

**5.5 Acute Kidney Injury Due to Volume Depletion**

There have been postmarketing reports of acute kidney injury, in some cases requiring hemodialysis, in patients treated with semaglutide *[see Adverse Reactions (6)]*. The majority of the reported events occurred in patients who experienced gastrointestinal adverse reactions leading to dehydration such as nausea, vomiting, or diarrhea *[see Adverse Reactions (6)]*.

Monitor renal function in patients reporting adverse reactions to WEGOVY that could lead to volume depletion, especially during dosage initiation and escalation of WEGOVY.

**5.6 Severe Gastrointestinal Adverse Reactions**

Use of WEGOVY has been associated with gastrointestinal adverse reactions, sometimes severe *[see Adverse Reactions (6.1)]*. In clinical trials for adults for weight reduction, severe gastrointestinal adverse reactions were reported more frequently among patients receiving WEGOVY than placebo. Severe gastrointestinal adverse reactions were reported in 4.1% and 0.9% of WEGOVY-injection and placebo-treated patients, respectively, and in 2% of WEGOVY tablet-treated and 0% of placebo-treated patients, respectively. Severe gastrointestinal adverse reactions have also been reported postmarketing with GLP-1 receptor agonists.

WEGOVY is not recommended in patients with severe gastroparesis.

**5.7 Hypersensitivity Reactions**

Serious hypersensitivity reactions (e.g., anaphylaxis, angioedema) have been reported with WEGOVY. If hypersensitivity reactions occur, discontinue use of WEGOVY, treat promptly per standard of care, and monitor until signs and symptoms resolve. WEGOVY is contraindicated in patients with a prior serious hypersensitivity reaction to semaglutide or to any of the excipients in WEGOVY *[see Adverse Reactions (6.2)]*.

Anaphylaxis and angioedema have been reported with other GLP-1 receptor agonists. Use caution in a patient with a history of anaphylaxis or angioedema with another GLP-1 receptor agonist because it is unknown whether such patients will be predisposed to these reactions with WEGOVY.

**5.8 Diabetic Retinopathy Complications in Patients with Type 2 Diabetes**

In a 2-year trial with semaglutide 0.5 mg and 1 mg once-weekly injection in adult patients with type 2 diabetes and high CV risk, diabetic retinopathy complications (which was a 4-component adjudicated endpoint) occurred in patients treated with semaglutide injection (3%) compared to placebo (1.8%). The absolute risk increase for diabetic retinopathy complications was larger among patients with a history of diabetic retinopathy at baseline (semaglutide injection 8.2%, placebo 5.2%) than among patients without a known history of diabetic retinopathy (semaglutide injection 0.7%, placebo 0.4%).

In a trial of adult patients with type 2 diabetes and BMI greater than or equal to 27 kg/m$^2$ for weight reduction (Study 3), diabetic retinopathy was reported by 4% of WEGOVY injection-treated patients and 2.7% placebo-treated patients *[see Clinical Studies (14.2)]*.

In a glycemic control trial evaluating a dose comparable to the 9 mg dose and the 25 mg semaglutide tablet dose in patients with type 2 diabetes, a similar proportion of patients in each dose group reported diabetic retinopathy related adverse reactions during the trial; 1.3% and 1.9% of patients in the 9 mg and 25 mg semaglutide group, respectively, reported moderate-severe non-proliferative diabetic retinopathy events, and 0% and 0.4% reported proliferative retinopathy events, respectively.

Rapid improvement in glucose control has been associated with a temporary worsening of diabetic retinopathy. The effect of long-term glycemic control with semaglutide on diabetic retinopathy complications has not been studied. Patients with a history of diabetic retinopathy should be monitored for progression of diabetic retinopathy.

### 5.9 Heart Rate Increase

Treatment with WEGOVY was associated with increases in resting heart rate. Mean increases in resting heart rate of 1 to 4 beats per minute (bpm) were observed in WEGOVY injection-treated adult patients compared to placebo in clinical trials for weight reduction. More adult patients treated with WEGOVY injection compared with placebo had maximum changes from baseline at any visit of 10 to 19 bpm (41% versus 34%, respectively) and 20 bpm or more (26% versus 16%, respectively). In a clinical trial in pediatric patients aged 12 years and older with normal baseline heart rate, more patients treated with WEGOVY injection compared to placebo had maximum changes in heart rate of 20 bpm or more (54% versus 39%) *[see Adverse Reactions (6.1)]*. Findings were similar in a trial with the WEGOVY tablets.

Monitor heart rate at regular intervals consistent with usual clinical practice. Instruct patients to inform their healthcare providers of palpitations or feelings of a racing heartbeat while at rest during WEGOVY treatment. If patients experience a sustained increase in resting heart rate, discontinue WEGOVY.

### 5.10 Suicidal Behavior and Ideation

Suicidal behavior and ideation have been reported in clinical trials with other weight management products. Monitor patients treated with WEGOVY for the emergence or worsening of depression, suicidal thoughts or behavior, and/or any unusual changes in mood or behavior. Discontinue WEGOVY in patients who experience suicidal thoughts or behaviors. Avoid WEGOVY in patients with a history of suicidal attempts or active suicidal ideation.

### 5.11 Pulmonary Aspiration During General Anesthesia or Deep Sedation

WEGOVY delays gastric emptying *[see Clinical Pharmacology (12.2)]*. There have been rare postmarketing reports of pulmonary aspiration in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation who had residual gastric contents despite reported adherence to preoperative fasting recommendations.

Available data are insufficient to inform recommendations to mitigate the risk of pulmonary aspiration during general anesthesia or deep sedation in patients taking WEGOVY, including whether modifying preoperative fasting recommendations or temporarily discontinuing WEGOVY could reduce the incidence of retained gastric contents. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking WEGOVY.

## 6 ADVERSE REACTIONS

The following serious adverse reactions are described below or elsewhere in the prescribing information:

- Risk of Thyroid C-Cell Tumors *[see Warnings and Precautions (5.1)]*
- Acute Pancreatitis *[see Warnings and Precautions (5.2)]*
- Acute Gallbladder Disease *[see Warnings and Precautions (5.3)]*
- Hypoglycemia *[see Warnings and Precautions (5.4)]*
- Acute Kidney Injury Due to Volume Depletion *[see Warnings and Precautions (5.5)]*
- Severe Gastrointestinal Adverse Reactions *[see Warnings and Precautions (5.6)]*
- Hypersensitivity Reactions *[see Warnings and Precautions (5.7)]*
- Diabetic Retinopathy Complications in Patients with Type 2 Diabetes *[see Warnings and Precautions (5.8)]*
- Heart Rate Increase *[see Warnings and Precautions (5.9)]*
- Suicidal Behavior and Ideation *[see Warnings and Precautions (5.10)]*
- Pulmonary Aspiration During General Anesthesia or Deep Sedation *[see Warnings and Precautions (5.11)]*

**6.1 Clinical Trials Experience**

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical studies of another drug and may not reflect the rates observed in practice.

<u>Adverse Reactions in Clinical Trials in Adults with Obesity or Overweight for Weight Reduction</u>
*WEGOVY 2.4 mg Subcutaneous Weekly Dosage*
WEGOVY was evaluated for safety in 3 randomized, double-blind, placebo-controlled trials that included 2,116 adult patients with obesity or overweight treated with 2.4 mg WEGOVY for up to 68 weeks and a 7-week off-drug follow-up period *[see Clinical Studies (14.2)]*. Baseline characteristics included a mean age of 48 years, 71% female, 72% White, 14% Asian, 9% Black or African American, and 5% reported as other or unknown; and 85% were not Hispanic or Latino ethnicity, 13% were Hispanic or Latino ethnicity, and 2% reported as unknown. The baseline characteristics were 42% with hypertension, 19% with type 2 diabetes, 43% with dyslipidemia, 28% with a BMI greater than 40 kg/m$^2$, and 4% with CV disease.

In these clinical trials, 6.8% of patients treated with 2.4 mg WEGOVY and 3.2% of patients treated with placebo permanently discontinued treatment as a result of adverse reactions. The most common adverse reactions leading to discontinuation were nausea (1.8% versus 0.2%), vomiting (1.2% versus 0%), and diarrhea (0.7% versus 0.1%) for WEGOVY and placebo, respectively.

Adverse reactions reported in clinical trials in adults and greater than or equal to 2% of WEGOVY-treated patients and more frequently than in placebo-treated patients are shown in **Table 3**.

**Table 3. Adverse Reactions (≥2% and Greater Than Placebo) in WEGOVY-Injection-treated Adults with Obesity or Overweight for Weight Reduction**

|  | Placebo N=1,261 % | WEGOVY Injection (2.4 mg once weekly) N=2,116 % |
|---|---|---|
| Nausea | 16 | 44 |
| Diarrhea | 16 | 30 |
| Vomiting | 6 | 24 |
| Constipation | 11 | 24 |
| Abdominal Pain[a] | 10 | 20 |
| Headache | 10 | 14 |
| Fatigue[b] | 5 | 11 |
| Dyspepsia | 3 | 9 |
| Dizziness | 4 | 8 |
| Abdominal Distension | 5 | 7 |
| Eructation | <1 | 7 |
| Hypoglycemia in T2DM[c] | 2 | 6 |
| Flatulence | 4 | 6 |
| Gastroenteritis | 4 | 6 |
| Gastroesophageal Reflux Disease | 3 | 5 |
| Gastritis[d] | 1 | 4 |
| Gastroenteritis Viral | 3 | 4 |
| Hair Loss | 1 | 3 |
| Dysesthesia[e] | 1 | 2 |

[a] Includes abdominal pain, abdominal pain upper, abdominal pain lower, gastrointestinal pain, abdominal tenderness, abdominal discomfort and epigastric discomfort
[b] Includes fatigue and asthenia
[c] Defined as blood glucose <54 mg/dL with or without symptoms of hypoglycemia or severe hypoglycemia (requiring the assistance of another person) in patients with type 2 diabetes not on concomitant insulin (Study 3, WEGOVY N=403, Placebo N=402). See text below for further information regarding hypoglycemia in patients with and without type 2 diabetes. T2DM = type 2 diabetes mellitus
[d] Includes chronic gastritis, gastritis, gastritis erosive, and reflux gastritis
[e] Includes paresthesia, hyperesthesia, burning sensation, allodynia, dysesthesia, skin burning sensation, pain of skin, and sensitive skin

In a CV outcomes trial, 8,803 patients were exposed to WEGOVY injection for a median of 37.3 months and 8,801 patients were exposed to placebo for a median of 38.6 months *[see Clinical Studies (14.1)]*. Safety data collection was limited to serious adverse events (including death), adverse events leading to discontinuation, and adverse events of special interest. Sixteen percent (16%) of WEGOVY injection-treated patients and 8% of placebo-treated patients, respectively, discontinued study drug due to an adverse event. Additional information from this trial is included in subsequent sections below when relevant.

*WEGOVY Tablet 25 mg Oral Daily Dosage*
WEGOVY tablet was evaluated for safety in a randomized, double-blind, placebo-controlled trial that included 204 adult patients with obesity or overweight and at least one weight-related comorbidity, treated with WEGOVY tablet for up to 64 weeks and a 7-week off drug follow-up period (Study 7) *[see Clinical Studies (14.2)]*. Patients with type 2 diabetes mellitus were excluded. Baseline characteristics included a mean age of 48 years, 75.6% were female, 92.7% were White, 0.5% were Asian, 6.3% were Black or African American, and 8.3% were Hispanic or Latino ethnicity. Mean baseline body weight was 106.4 kg and mean BMI was 37.5 kg/m$^2$. The baseline characteristics were 44% with hypertension, 31% with dyslipidemia, 27% with a BMI greater than 40 kg/m$^2$, and 1.5% with coronary artery disease.

In the clinical trial, 6.9% of patients treated with WEGOVY 25 mg tablets and 5.9% patients treated with placebo permanently discontinued treatment as a result of adverse reactions. The most common event type leading to discontinuation was gastrointestinal adverse reactions reported in 3.4% with WEGOVY tablets and 2% with placebo.

In the clinical trial with WEGOVY tablets, the types and frequency of common adverse reactions were similar to those listed in **Table 3**.

<u>Adverse Reactions in a Clinical Trial of Pediatric Patients Aged 12 Years and Older with Obesity Treated with WEGOVY Injection for Weight Reduction</u>
WEGOVY injection was evaluated in a 68-week, double-blind, randomized, parallel group, placebo-controlled, multi-center trial in 201 pediatric patients aged 12 years and older with obesity *[see Clinical Studies (14.3)]*. Baseline characteristics included a mean age of 15.4 years; 38% of patients were male; 79% were White, 8% were Black or African American, 2% were Asian, and 11% were of other or unknown race; and 11% were of Hispanic or Latino ethnicity. The mean baseline body weight was 107.5 kg, and mean BMI was 37 kg/m$^2$.

**Table 4** shows adverse reactions reported in greater than or equal to 3% of WEGOVY injection-treated pediatric patients and more frequently than in the placebo group from a study in pediatric patients aged 12 years and older.

**Table 4. Adverse Reactions (≥3% and Greater than Placebo) in WEGOVY-Injection-treated Pediatric Patients Aged 12 Years and Older with Obesity for Weight Reduction**

| | Placebo N=67 % | WEGOVY Injection (2.4 mg once weekly) N=133 % |
|---|---|---|
| Nausea | 18 | 42 |
| Vomiting | 10 | 36 |
| Diarrhea | 19 | 22 |
| Headache | 16 | 17 |
| Abdominal Pain | 6 | 15 |
| Nasopharyngitis | 10 | 12 |
| Dizziness | 3 | 8 |
| Gastroenteritis | 3 | 7 |
| Constipation | 2 | 6 |
| Gastroesophageal Reflux Disease | 2 | 4 |
| Sinusitis | 2 | 4 |
| Urinary tract infection | 2 | 4 |
| Ligament sprain | 2 | 4 |
| Anxiety | 2 | 4 |
| Hair Loss | 0 | 4 |
| Cholelithiasis | 0 | 4 |
| Eructation | 0 | 4 |
| Influenza | 0 | 3 |
| Rash | 0 | 3 |
| Urticaria | 0 | 3 |

Adverse Reactions in Clinical Trials in Adults with MASH Treated with WEGOVY Injection
The safety of WEGOVY injection was evaluated in a randomized, double-blind, placebo-controlled trial (Study 9) that included 1,195 adult patients with MASH, including 800 patients who were exposed to WEGOVY for a median of 95.3 weeks and 395 patients who were exposed to placebo for a median of 83.1 weeks *[see Clinical Studies (14.4)]*.

The most commonly reported adverse reactions were consistent with the other approved WEGOVY indications (see **Table 3**). There is limited information in patients with MASH and a BMI <25 kg/m$^2$. Additional information from the MASH trial is included in subsequent sections when notable. Unless indicated, the incidence of the adverse reactions in MASH patients was similar to other approved indications.

Other Adverse Reactions in Adults and/or Pediatric Patients Treated with WEGOVY Injection or WEGOVY Tablets
*Acute Gallbladder Disease*
In WEGOVY clinical trials in adults for weight reduction, cholelithiasis was reported by 1.6% of WEGOVY injection-treated patients and 0.7% of placebo-treated patients and by 2.5% of WEGOVY tablet-treated patients and 1% of placebo tablet-treated patients. Cholecystitis was reported by 0.6% of WEGOVY injection-treated adult patients and 0.2% of placebo-treated patients. In a clinical trial in pediatric patients aged 12 years and older for weight reduction *[see Clinical Studies (14.3)]*, cholelithiasis was reported by 3.8% of WEGOVY injection-treated patients and 0% placebo-treated patients. Cholecystitis was reported by 0.8% of WEGOVY injection-treated pediatric patients and 0% placebo-treated patients.

*Hypoglycemia*
*Patients with Type 2 Diabetes*

In a trial of adult patients with type 2 diabetes and BMI greater than or equal to 27 kg/m$^2$ for weight reduction, clinically significant hypoglycemia (defined as a plasma glucose less than 54 mg/dL) was reported in 6.2% of WEGOVY injection-treated patients versus 2.5% of placebo-treated patients. A higher rate of clinically significant hypoglycemic episodes was reported with WEGOVY injection (semaglutide 2.4 mg) versus semaglutide 1 mg injection (10.7 vs. 7.2 episodes per 100 patient years of exposure, respectively); the rate in the placebo-treated group was 3.2 episodes per 100 patient years of exposure. In addition, one episode of severe hypoglycemia requiring intravenous glucose was reported in a WEGOVY injection-treated patient versus none in placebo-treated patients. The risk of hypoglycemia was increased when WEGOVY was used with a sulfonylurea.

In a glycemic control trial evaluating a dose comparable to the 9 mg dose and the 25 mg semaglutide tablet dose in patients with type 2 diabetes not on insulin, clinically significant hypoglycemia was reported in similar proportions of subjects in both treatment groups.

_Patients without Type 2 Diabetes_
Episodes of hypoglycemia have been reported with GLP-1 receptor agonists in adult patients without type 2 diabetes mellitus. In WEGOVY clinical trials in adult patients without type 2 diabetes mellitus for weight reduction, there was no systematic capturing or reporting of hypoglycemia.

In a CV outcomes trial in adult patients without type 2 diabetes, 3 episodes of serious hypoglycemia were reported in WEGOVY injection-treated patients versus 1 episode in placebo. Patients with a history of bariatric surgery (a risk factor for hypoglycemia) had more events of serious hypoglycemia while taking WEGOVY injection (2.3%, 2/87) than placebo (0%, 0/97).

_Retinal Disorders in Patients with Type 2 Diabetes_
In a trial of adult patients with type 2 diabetes and BMI greater than or equal to 27 kg/m$^2$ for weight reduction, retinal disorders were reported by 6.9% of patients treated with WEGOVY injection (semaglutide 2.4 mg), 6.2% of patients treated with semaglutide 1 mg, and 4.2% of patients treated with placebo. The majority of events were reported as diabetic retinopathy (4%, 2.7%, and 2.7%, respectively) and non-proliferative retinopathy (0.7%, 0%, and 0%, respectively).

In a glycemic control trial evaluating the 9 mg and 25 mg semaglutide tablet doses in patients with type 2 diabetes, a similar proportion of patients in each dose group reported diabetic retinopathy related adverse reactions during the trial; 1.3% and 1.9% of patients in the 9 mg and 25 mg semaglutide group, respectively, reported moderate-severe non-proliferative diabetic retinopathy events, and 0% and 0.4% reported proliferative retinopathy events, respectively.

In a 2-year trial with semaglutide 0.5 mg and 1 mg once-weekly injection in adult patients with type 2 diabetes and high cardiovascular risk, diabetic retinopathy complications (which was a 4-component adjudicated endpoint) occurred in patients treated with semaglutide injection (3%) compared to placebo (1.8%). The absolute risk increase for diabetic retinopathy complications was larger among patients with a history of diabetic retinopathy at baseline (semaglutide injection 8.2%, placebo 5.2%) than among patients without a known history of diabetic retinopathy (semaglutide injection 0.7%, placebo 0.4%).

_Gastrointestinal Adverse Reactions_
In clinical trials in adults for weight reduction, 73% of WEGOVY injection-treated patients and 47% of patients receiving placebo reported gastrointestinal adverse reactions, including severe reactions that were reported more frequently among patients receiving WEGOVY injection (4.1%) than placebo (0.9%). The most frequently reported reactions were nausea (44% vs. 16%), vomiting (25% vs. 6%), and diarrhea (30% vs. 16%). Other reactions that occurred at a higher incidence among WEGOVY injection-treated adult patients included dyspepsia, abdominal pain, abdominal distension, eructation, flatulence, gastroesophageal reflux disease, gastritis, hemorrhoids, and hiccups. These reactions were most frequently reported during dosage escalation.

Severe gastrointestinal adverse reactions were reported in 2% of WEGOVY tablet-treated and 0% of placebo-treated patients, respectively.

In the pediatric clinical trial for weight reduction, 62% of WEGOVY injection-treated patients and 42% of placebo-treated patients reported gastrointestinal adverse reactions. The most frequently reported reactions were nausea (42% vs. 18%), vomiting (36% vs. 10%), and diarrhea (22% vs. 19%). Other gastrointestinal-related reactions that occurred at a higher incidence than placebo among WEGOVY injection-treated pediatric patients included abdominal pain, constipation, eructation, gastroesophageal reflux disease, dyspepsia, and flatulence.

Permanent discontinuation of treatment as a result of a gastrointestinal adverse reaction occurred in 4.3% of WEGOVY injection-treated adult patients versus 0.7% of placebo-treated patients. In a pediatric clinical trial for weight reduction, 2.3% of patients treated with WEGOVY injection versus 1.5% of patients who received placebo discontinued treatment as a result of gastrointestinal adverse reactions.

<u>Other Adverse Reactions in Adults and/or Pediatric Patients Treated with WEGOVY Injection</u>
The below adverse reactions are applicable for both WEGOVY injection and WEGOVY tablets and  include descriptions of WEGOVY injection clinical trial data, where relevant. The safety and effectiveness of WEGOVY tablets have not been established in pediatric patients or patients with MASH.

*Acute Pancreatitis*
In WEGOVY clinical trials in adults for weight reduction, acute pancreatitis was confirmed by adjudication in 4 WEGOVY-treated patients (0.2 cases per 100 patient years) and 1 in placebo-treated patients (less than 0.1 cases per 100 patient years). One additional case of acute pancreatitis was confirmed in a patient treated with WEGOVY in another clinical trial.

*Acute Kidney Injury*
Acute kidney injury occurred in clinical trials for weight reduction in 7 adult patients (0.4 cases per 100 patient years) receiving WEGOVY versus 4 patients (0.2 cases per 100 patient years of exposure) receiving placebo. Some of these adverse reactions occurred in association with gastrointestinal adverse reactions or dehydration. In addition, 2 patients treated with WEGOVY had acute kidney injury with dehydration in other clinical trials. The risk of renal adverse reactions with WEGOVY was increased in adult patients with a history of renal impairment (trials included 65 patients with a history of moderate or severe renal impairment at baseline), and occurred more frequently during dose titration.

*Increase in Heart Rate*
Mean increases in resting heart rate of 1 to 4 beats per minute (bpm) were observed with routine clinical monitoring in WEGOVY-treated adult patients compared to placebo in clinical trials for weight reduction. In weight reduction trials in which adult patients were randomized prior to dose-escalation, more patients treated with WEGOVY, compared with placebo, had maximum changes from baseline at any visit of 10 to 19 bpm (41% versus 34%, respectively) and 20 bpm or more (26% versus 16%, respectively). In a clinical trial for weight reduction in pediatric patients aged 12 years and older with normal baseline heart rate, more patients treated with WEGOVY compared to placebo had maximum changes in heart rate of 20 bpm or more (54% versus 39%).

*Hypotension and Syncope*
Adverse reactions related to hypotension (hypotension, orthostatic hypotension, and decreased blood pressure) were reported in 1.3% of WEGOVY-treated adult patients versus 0.4% of placebo-treated patients and syncope was reported in 0.8% of WEGOVY-treated patients versus 0.2% of placebo-treated patients in clinical trials for weight reduction. Some reactions were related to gastrointestinal adverse reactions and volume loss associated with WEGOVY. Hypotension and orthostatic hypotension were more frequently seen in patients on concomitant antihypertensive therapy. In a clinical trial in pediatric patients aged 12 years and older for weight

reduction, hypotension was reported in 2.3% of WEGOVY-treated patients versus 0% in placebo-treated patients.

*Appendicitis*
Appendicitis (including perforated appendicitis) occurred in 10 (0.5%) WEGOVY-treated adult patients and 2 (0.2%) patients receiving placebo in clinical trials for weight reduction.

*Injection Site Reactions*
In clinical trials in adults for weight reduction, 1.4% of WEGOVY-treated patients and 1% of patients receiving placebo experienced injection site reactions (including injection site pruritus, erythema, inflammation, induration, and irritation).

*Hypersensitivity Reactions*
Serious hypersensitivity reactions (e.g., anaphylaxis, angioedema) have been reported with WEGOVY.

In a pediatric clinical trial for weight reduction, rash was reported in 3% of WEGOVY-treated patients and 0% of placebo-treated patients, and urticaria was reported in 3% of WEGOVY-treated patients and 0% of placebo-treated patients.

In adult clinical trials for weight reduction, allergic reactions occurred in 16% (8/50) of WEGOVY-treated patients with anti-semaglutide antibodies and in 7% (114/1659) of WEGOVY-treated patients who did not develop anti-semaglutide antibodies *[see Clinical Pharmacology (12.6)]*.

*Fractures*
In the CV outcomes trial in adults, more fractures of the hip and pelvis were reported on WEGOVY than on placebo in female patients: 1% (24/2,448) vs. 0.2% (5/2,424), and in patients ages 75 years and older: 2.4% (17/703) vs. 0.6% (4/663), respectively.

In a clinical trial in adults with MASH, fractures occurred in 4.4% of WEGOVY-treated patients (2.6 cases per 100 patient years) compared to 3.3% of placebo-treated patients (2 cases per 100 patient years). Fractures were reported in both males and females with a median age of 61 years (range, 44 to 75).

*Urolithiasis*
In a CV outcomes trial, 1.2% of WEGOVY-treated patients and 0.8% of patients receiving placebo reported urolithiasis, including serious reactions that were reported more frequently among patients receiving WEGOVY (0.6%) than placebo (0.4%).

*Dysgeusia*
In clinical trials in adults for weight reduction, 1.7% of WEGOVY-treated patients and 0.5% of placebo-treated patients reported dysgeusia.

Other Adverse Reactions in Adult Patients Treated with WEGOVY Tablets for Weight Reduction
*Dysesthesia*
In a clinical trial with WEGOVY tablets, 4.9% of WEGOVY-treated patients and no placebo-treated patients reported dysesthesia adverse reactions, with preferred terms including sensitive skin, hyperesthesia, paresthesia, allodynia, and skin burning sensation.

**Laboratory Abnormalities in Adults and/or Pediatric Patients Treated with WEGOVY Injection**
The below laboratory abnormalities are applicable for both WEGOVY injection and WEGOVY tablets and include descriptions of WEGOVY injection clinical trial data, where relevant. The safety and effectiveness of WEGOVY tablets have not been established in pediatric patients or patients with MASH.

*Amylase and Lipase*
Adult and pediatric patients treated with WEGOVY had a mean increase from baseline in amylase of 15% to 16% and lipase of 39% in clinical trials for weight reduction. These changes were not observed in the placebo group.

In a clinical trial in adults with MASH, increases in lipase greater than 3 times the upper limit of normal (ULN) occurred in 4.7% (35/750) of WEGOVY-treated patients compared with 1.3% (5/374) of placebo-treated patients. The clinical significance of elevations in lipase or amylase with WEGOVY is unknown in the absence of other signs and symptoms of pancreatitis.

*Liver Tests*
In a pediatric clinical trial for weight reduction, increases in alanine aminotransferase (ALT) greater than or equal to 5 times the ULN were observed in 4 (3%) WEGOVY-treated patients compared with 0% of placebo-treated patients. In some patients, increases in ALT and AST were associated with other confounding factors (such as gallstones). In the CV outcomes trial in adults, increases in total bilirubin greater than or equal to 3 times the ULN were observed in 0.3% (30/8,585) of WEGOVY-treated patients versus 0.2% (14/8,579) of placebo-treated patients.

## 6.2 Postmarketing Experience
The following adverse reactions have been reported during post-approval use of semaglutide, the active ingredient of WEGOVY. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

*Gastrointestinal Disorders:* acute pancreatitis and necrotizing pancreatitis, sometimes resulting in death; ileus, intestinal obstruction, severe constipation including fecal impaction
*Hypersensitivity:* anaphylaxis, angioedema, rash, urticaria
*Pulmonary:* Pulmonary aspiration has occurred in patients receiving GLP-1 receptor agonists undergoing elective surgeries or procedures requiring general anesthesia or deep sedation
*Renal and Urinary Disorders:* acute kidney injury

## 7 DRUG INTERACTIONS
### 7.1 Concomitant Use with Insulin or an Insulin Secretagogue (e.g., Sulfonylurea)
WEGOVY lowers blood glucose and can cause hypoglycemia. The risk of hypoglycemia is increased when WEGOVY is used concomitantly with insulin or insulin secretagogues (e.g., sulfonylureas). The addition of WEGOVY in patients treated with insulin has not been evaluated.

When initiating WEGOVY, consider reducing the dose of concomitantly administered insulin secretagogue  or insulin to reduce the risk of hypoglycemia *[see Warnings and Precautions (5.4), Adverse Reactions (6.1)]*.

### 7.2 Oral Medications
WEGOVY causes a delay of gastric emptying and thereby has the potential to impact the absorption of concomitantly administered oral medications. In clinical pharmacology trials with semaglutide 1 mg once weekly injection, semaglutide did not affect the absorption of orally administered medications *[see Clinical Pharmacology (12.3)]*. In a drug interaction study with the semaglutide tablet, levothyroxine exposure was increased 33% (90% CI: 1.25-1.42). Monitor the effects of oral medications concomitantly administered with WEGOVY. Consider increased clinical or laboratory monitoring for medications that have a narrow therapeutic index or that require clinical monitoring.

## 8 USE IN SPECIFIC POPULATIONS
### 8.1 Pregnancy
Pregnancy Exposure Registry

There is a pregnancy exposure registry that monitors pregnancy outcomes in women exposed to semaglutide during pregnancy. Pregnant women exposed to WEGOVY and healthcare providers are encouraged to contact Novo Nordisk at 1-877-390-2760 or www.wegovypregnancyregistry.com.

<u>Risk Summary</u>
Based on animal reproduction studies, there may be potential risks to the fetus from exposure to semaglutide during pregnancy. Available pharmacovigilance data and data from clinical trials with WEGOVY use in pregnant patients are insufficient to establish a drug-associated risk of major birth defects, miscarriage or adverse maternal or fetal outcomes.

Weight loss offers no benefit to a pregnant patient and may cause fetal harm. When a pregnancy is recognized, advise the pregnant patient of the risk to a fetus, and discontinue WEGOVY (see *Clinical Considerations*).

There may be risks to the mother and fetus related to underlying MASH with advanced liver fibrosis (see *Clinical Considerations*). Whether semaglutide treatment during pregnancy reduces these risks is unknown. WEGOVY for the treatment of MASH should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

In pregnant rats administered semaglutide during organogenesis, embryofetal mortality, structural abnormalities and alterations to growth occurred at maternal exposures below the maximum recommended human dose (MRHD) based on AUC. In rabbits and cynomolgus monkeys administered semaglutide during organogenesis, early pregnancy losses and structural abnormalities were observed at below the MRHD (rabbit) and greater than or equal to 2-fold the MRHD (monkey). These findings coincided with a marked maternal body weight loss in both animal species (see *Data*).

The background risk of major birth defects and miscarriage for the indicated populations are unknown. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2% to 4% and 15% to 20%, respectively.

<u>Clinical Considerations</u>
*Disease-associated maternal and/or embryo/fetal risk*
Appropriate weight gain based on pre-pregnancy weight is currently recommended for all pregnant patients, including those who already have overweight or obesity, because of the obligatory weight gain that occurs in maternal tissues during pregnancy.

There may be risks to the mother and fetus related to MASH with advanced liver fibrosis, such as increased risks of gestational diabetes, hypertensive complications, preterm birth, and postpartum hemorrhage. The effect of semaglutide on these risks is unknown.

<u>Data</u>
*Animal Data*
In a combined fertility and embryofetal development study in rats, subcutaneous doses of 0.01, 0.03, and 0.09 mg/kg/day (0.04-, 0.1-, and 0.4-fold the MRHD) were administered to males for 4 weeks prior to and throughout mating and to females for 2 weeks prior to mating, and throughout organogenesis to Gestation Day 17. In parental animals, pharmacologically mediated reductions in body weight gain and food consumption were observed at all dose levels. In the offspring, reduced growth and fetuses with visceral (heart blood vessels) and skeletal (cranial bones, vertebra, ribs) abnormalities were observed at the human exposure.

In an embryofetal development study in pregnant rabbits, subcutaneous doses of 0.001, 0.0025, or 0.0075 mg/kg/day (0.01-, 0.1-, and 0.9-fold the MRHD) were administered throughout organogenesis from Gestation Day 6 to 19. Pharmacologically mediated reductions in maternal body weight gain and food consumption were observed at all dose levels. Early pregnancy losses and increased incidences of minor visceral (kidney, liver)

and skeletal (sternebra) fetal abnormalities were observed at greater than or equal to 0.0025 mg/kg/day, at clinically relevant exposures.

In an embryofetal development study in pregnant cynomolgus monkeys, subcutaneous doses of 0.015, 0.075, and 0.15 mg/kg twice weekly (0.4-, 2-, and 6-fold the MRHD) were administered throughout organogenesis, from Gestation Day 16 to 50. Pharmacologically mediated, marked initial maternal body weight loss and reductions in body weight gain and food consumption coincided with the occurrence of sporadic abnormalities (vertebra, sternebra, ribs) at greater than or equal to 0.075 mg/kg twice weekly (greater than or equal to 2 times human exposure).

In a pre- and postnatal development study in pregnant cynomolgus monkeys, subcutaneous doses of 0.015, 0.075, and 0.15 mg/kg twice weekly (0.2-, 1-, and 3-fold the MRHD) were administered from Gestation Day 16 to 140. Pharmacologically mediated marked initial maternal body weight loss and reductions in body weight gain and food consumption coincided with an increase in early pregnancy losses and led to delivery of slightly smaller offspring at greater than or equal to 0.075 mg/kg twice weekly (greater than or equal to 1-time human exposure).

Salcaprozate sodium (SNAC), an absorption enhancer in WEGOVY tablets, crosses the placenta and reaches fetal tissues in rats. In a pre- and postnatal development study in pregnant Sprague Dawley rats, SNAC was administered orally at 1,000 mg/kg/day (exposure levels were not measured) on Gestation Day 7 through lactation Day 20. An increase in gestation length, an increase in the number of stillbirths and a decrease in pup viability were observed.

## 8.2 Lactation
Risk Summary
*WEGOVY Oral Tablets*
Data from a clinical lactation study with semaglutide oral tablet formulation reported semaglutide concentrations below the lower limit of quantification in human milk. However, SNAC and/or its metabolites are present in human milk. Since the activity of enzymes involved in SNAC clearance may be lower in infants compared to adults, higher SNAC plasma levels may occur in neonates and infants. Because of the unknown potential for serious adverse reactions in the breastfed infant due to the possible accumulation of SNAC, and because there are alternative formulations of semaglutide that do not contain SNAC that can be used during lactation, advise patients that breastfeeding is not recommended during treatment with WEGOVY tablets.

*WEGOVY Subcutaneous Injection*
There are no data on the presence of subcutaneously administered semaglutide or its metabolites in human milk, the effects on the breastfed infant, or the effects on milk production. WEGOVY subcutaneous injection does not contain the SNAC metabolites.

The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for WEGOVY and any potential adverse effects on the breastfed infant from WEGOVY or from the underlying maternal condition.

## 8.3 Females and Males of Reproductive Potential
Because of the potential for fetal harm, discontinue WEGOVY in patients at least 2 months before they plan to become pregnant to account for the long half-life of semaglutide *[see Use in Specific Populations (8.1)]*.

## 8.4 Pediatric Use
The safety and effectiveness of WEGOVY injection in combination with a reduced-calorie diet and increased physical activity to reduce excess body weight and maintain weight reduction long term in pediatric patients aged 12 years and older with obesity have been established. Use of WEGOVY injection for this indication is supported by a 68-week, double-blind, placebo-controlled clinical trial in 201 pediatric patients aged 12 years

and older with a BMI corresponding to ≥95th percentile for age and sex *[see Clinical Studies (14.3)]* and from trials in adult patients with obesity *[see Clinical Studies (14.2)]*. Use of the 1.7 mg once weekly maintenance dosage of WEGOVY injection in pediatric patients is also supported by additional exposure-efficacy and safety analyses in pooled adult and pediatric patients.

Adverse reactions with WEGOVY-injection treatment in pediatric patients aged 12 years and older were generally similar to those reported in adults. Pediatric patients aged 12 years and older treated with WEGOVY injection had greater incidences of cholelithiasis, cholecystitis, hypotension, rash, and urticaria compared to adults treated with WEGOVY *[see Adverse Reactions (6.1)]*.

Although there was an increased frequency of hypoglycemia in adults with type 2 diabetes with obesity or overweight treated with WEGOVY injection, there are insufficient data to determine if the risk of hypoglycemia is higher in WEGOVY-treated pediatric patients with type 2 diabetes with obesity. Inform pediatric patients of the risk of hypoglycemia and educate them on the signs and symptoms of hypoglycemia. In pediatric patients aged 12 years and older with type 2 diabetes, monitor blood glucose prior to starting WEGOVY injection and during treatment. When initiating WEGOVY injection in pediatric patients aged 12 years and older with type 2 diabetes, consider reducing the dosage of concomitantly administered insulin secretagogue (such as sulfonylureas) or insulin to reduce the risk of hypoglycemia *[see Warnings and Precautions (5.4)]*.

The safety and effectiveness of WEGOVY injection have not been established in pediatric patients:
- to reduce the risk of major adverse CV events. Clinical trials for this indication are highly impracticable because of the low prevalence of the condition in pediatric patients.
- to reduce excess body weight and maintain weight reduction long term in those less than 12 years of age.
- for the treatment of noncirrhotic MASH.

The safety and effectiveness of WEGOVY tablets have not been established in pediatric patients.

## 8.5 Geriatric Use
In the WEGOVY injection clinical trials for weight reduction and long-term maintenance, 233 (9%) WEGOVY injection-treated patients were aged 65 to less than 75 years and 23 (1%) WEGOVY-injection-treated patients were aged 75 years and older *[see Clinical Studies (14.2)]*. In a WEGOVY tablets clinical trial for weight reduction and long-term maintenance, 16 (8%) WEGOVY tablets-treated patients were aged 65 to less than 75 years and 5 (2%) WEGOVY tablet-treated patients were aged 75 years and older *[see Clinical Studies (14.2)]*.

In a CV outcomes trial, 2,656 (30%) WEGOVY injection-treated patients were aged 65 to 75 years and 703 (8%) WEGOVY injection -treated patients were aged 75 years and older *[see Clinical Studies (14.1)]*. No overall difference in the effectiveness was observed between patients aged 65 years and older and younger adult patients. In the CV outcomes trial, patients aged 75 years and older reported more hip and pelvis fractures in the WEGOVY injection-treated patients than placebo-treated patients. Patients aged 75 years and older (WEGOVY injection-treated and placebo-treated) reported more serious adverse reactions overall compared to younger adult patients *[see Adverse Reactions (6.1)]*.

In the clinical trial in patients with MASH, of the 534 patients randomized to WEGOVY injection, 138 (26%) were aged 65 years and older and 13 (2%) were aged 75 years and older *[see Clinical Studies (14.4)]*. No overall differences in safety or effectiveness of WEGOVY injection have been observed between patients 65 years of age and older and younger adult patients with MASH.

## 8.6 Type 2 Diabetes Mellitus
WEGOVY tablets have not been studied for weight reduction in adults with type 2 diabetes and obesity or overweight *[see Clinical Studies (14.2)]*.

Administration of WEGOVY injection resulted in less weight reduction in patients with type 2 diabetes and obesity or overweight compared to those without type 2 diabetes and obesity or overweight *[see Clinical Studies (14.2)]*.

In patients without type 2 diabetes, the average semaglutide blood concentrations following administration of WEGOVY 25 mg tablets once daily or WEGOVY 2.4 mg injection once weekly were similar. In patients with type 2 diabetes, the average semaglutide blood concentrations following administration of WEGOVY 25 mg tablets once daily were lower than the average semaglutide blood concentrations following use of WEGOVY 2.4 mg injection once weekly *[see Clinical Pharmacology (12.3)]*. The lower semaglutide blood concentrations after administration of WEGOVY tablets in patients with type 2 diabetes may be associated with reductions in absolute bioavailability.

Given the differences in average semaglutide blood concentrations after administration of WEGOVY tablets and WEGOVY injection, and the higher variability in semaglutide blood concentrations after administration of WEGOVY tablets in all patient populations, some patients with type 2 diabetes taking WEGOVY tablets may experience subtherapeutic semaglutide blood concentrations. In patients with type 2 diabetes with an inadequate response to WEGOVY tablets, consider alternative therapies, including switching to WEGOVY injection *[see Dosage and Administration (2.5)]*.

## 10 OVERDOSAGE

Overdoses have been reported with other GLP-1 receptor agonists. Effects have included severe nausea, severe vomiting, and severe hypoglycemia. In the event of an overdose, appropriate supportive treatment should be initiated according to the patient's clinical signs and symptoms. In the event of an overdose of WEGOVY, consider contacting the Poison Help line (1-800-222-1222) or a medical toxicologist for additional overdosage management recommendations. A prolonged period of observation and treatment for these symptoms may be necessary, taking into account the long half-life of WEGOVY of approximately 1 week.

## 11 DESCRIPTION

WEGOVY contains semaglutide, a human GLP-1 receptor agonist (or GLP-1 analog). The peptide backbone is produced by yeast fermentation. The main protraction mechanism of semaglutide is albumin binding, facilitated by modification of position 26 lysine with a hydrophilic spacer and a C18 fatty di-acid. Furthermore, semaglutide is modified in position 8 to provide stabilization against degradation by the enzyme dipeptidyl-peptidase 4 (DPP-4). A minor modification was made in position 34 to ensure the attachment of only one fatty di-acid. The molecular formula is $C_{187}H_{291}N_{45}O_{59}$ and the molecular weight is 4113.58 g/mol.

**Figure 1. Structural Formula of Semaglutide**



WEGOVY injection is a sterile, aqueous, clear, colorless solution. Each 0.5 mL single-dose pen contains a solution of WEGOVY containing 0.25 mg, 0.5 mg or 1 mg of semaglutide; and each 0.75 mL single-dose pen

contains a solution of WEGOVY containing 1.7 or 2.4 mg of semaglutide. Each 1 mL of WEGOVY contains the following inactive ingredients: disodium phosphate dihydrate, 1.42 mg; sodium chloride, 8.25 mg; and water for injection. WEGOVY has a pH of approximately 7.4. Hydrochloric acid or sodium hydroxide may be added to adjust pH.

WEGOVY tablets include semaglutide as a white to almost white hygroscopic powder. Each tablet of WEGOVY contains 1.5 mg, 4 mg, 9 mg or 25 mg of semaglutide and the following inactive ingredients: Salcaprozate sodium (SNAC) and magnesium stearate.

## 12 CLINICAL PHARMACOLOGY
### 12.1 Mechanism of Action
Semaglutide is a GLP-1 analogue with 94% sequence homology to human GLP-1. Semaglutide acts as a GLP-1 receptor agonist that selectively binds to and activates the GLP-1 receptor, the target for native GLP-1.

GLP-1 is a physiological regulator of appetite and caloric intake, and the GLP-1 receptor is present in several areas of the brain involved in appetite regulation. Animal studies show that semaglutide distributed to and activated neurons in brain regions involved in regulation of food intake.

The exact mechanism of semaglutide in CV risk reduction in adults has not been established.

For treatment of MASH in humans, the precise mechanism of action of semaglutide is not fully understood and may involve multiple pathways mediated by weight loss and other factors. In a mouse model of diet-induced MASH, treatment with semaglutide resulted in histological improvements in steatosis, inflammation, and fibrosis in liver compared to baseline, which was associated with body weight loss, intermittent periods of reduced food intake, and improvements in relevant biomarkers. The relationship between the pathophysiology of MASH in animal models and humans has not been fully established.

### 12.2 Pharmacodynamics
Semaglutide lowers body weight with greater fat mass loss than lean mass loss. Semaglutide decreases calorie intake. The effects are likely mediated by affecting appetite.

Semaglutide stimulates insulin secretion and reduces glucagon secretion in a glucose-dependent manner. These effects can lead to a reduction of blood glucose.

Gastric Emptying
Semaglutide delays gastric emptying.

Cardiac Electrophysiology (QTc)
The effect of semaglutide on cardiac repolarization was tested in a thorough QTc trial. Semaglutide did not prolong QTc intervals at subcutaneous doses up to 1.5 mg at steady state.

Noninvasive Liver Disease Markers
Semaglutide decreases liver fat content measured by Magnetic Resonance Imaging Proton Density Fat Fraction (MRI-PDFF), liver stiffness assessed by transient elastography (TE), Enhanced Liver Fibrosis (ELF) score, and the levels of the pro-peptide of type III collagen biomarker (Pro-C3). The clinical relevance of these changes is yet to be confirmed.

### 12.3 Pharmacokinetics
Absorption
*WEGOVY injection*
Absolute bioavailability of semaglutide is 89% following subcutaneous administration. Maximum concentration of semaglutide is reached 1 to 3 days post dose.

Similar exposure was achieved with subcutaneous administration of semaglutide in the abdomen, thigh, or upper arm.

The average semaglutide steady state concentration following subcutaneous administration of WEGOVY 2.4 mg once weekly was approximately 75 nmol/L in patients with obesity or overweight (BMI greater than or equal to 27 kg/m$^2$). The steady state exposure concentrations increased proportionally with doses up to 2.4 mg once weekly.

*WEGOVY Tablets*
WEGOVY tablets are co-formulated with SNAC which facilitates the absorption of semaglutide after oral WEGOVY tablet administration. The absorption of semaglutide predominantly occurs in the stomach.

Absolute bioavailability of semaglutide is estimated to be approximately 1% to 2% following oral tablet administration. Maximum concentration of semaglutide is reached 1 hour post dose.

The average semaglutide steady state concentration following 25 mg tablet oral administration was approximately 77 nmol/L in patients with obesity or overweight (BMI greater than or equal to 27 kg/m$^2$). The steady-state concentrations increased approximately proportionally with doses up to 25 mg once daily.

In patients with overweight or obesity without type 2 diabetes, semaglutide concentrations following once-daily administration of oral WEGOVY 25 mg tablet are predicted to be comparable to WEGOVY 2.4 mg once-weekly injection, with higher variability in semaglutide concentrations compared to subcutaneous administration (90% of patients had average concentrations between 27 and 186 nmol/L with WEGOVY 25 mg tablet versus 51 and 110 nmol/L with WEGOVY 2.4 mg once-weekly injection).

*Effect of Volume and Timing of Water Consumption:* Single doses of oral semaglutide tablet were administered with 50 mL or 240 mL of water after an 8-hour overnight fast and a continued fast of 4 hours post-dose in healthy subjects. Semaglutide absorption [i.e., area under the curve (AUC) and peak concentrations ($C_{max}$)] was higher following dosing with 50 mL water compared to that of 240 mL water.

For 10 days, healthy subjects received once daily doses of oral semaglutide with 50 mL or 120 mL of water under fasting conditions with post-dose fasting period of 15, 30, 60, or 120 minutes. In this study, semaglutide absorption (i.e., AUC and $C_{max}$) was higher after a longer post-dose fasting period. There were no clinically significant differences in semaglutide absorption with administration of 50 mL or 120 mL of water.

Distribution
The mean volume of distribution of semaglutide following subcutaneous administration in patients with obesity or overweight is approximately 12.5 L. Semaglutide is extensively bound to plasma albumin (greater than 99%) which results in decreased renal clearance and protection from degradation.

Elimination
The apparent clearance of semaglutide in patients with overweight or obesity is approximately 0.05 L/h. With an elimination half-life of approximately 1 week, semaglutide will be present in the circulation for about 5 to 7 weeks after the last injectable dose of 2.4 mg or oral dose of 25 mg.

*Metabolism*
The primary route of elimination for semaglutide is metabolism following proteolytic cleavage of the peptide backbone and sequential beta-oxidation of the fatty acid sidechain.

*Excretion*

The primary excretion routes of semaglutide-related material are via the urine and feces. Approximately 3% of the dose is excreted in the urine as intact semaglutide.

Specific Populations
*Age, Sex, Race, Ethnicity, Body Weight, and Other Intrinsic Factors*

No clinically significant differences in semaglutide pharmacokinetics were observed based on age (<65 years, 65-74, ≥75 years old), sex, race (White, Asian, or Black or African American), ethnicity, body weight, upper GI disease (i.e. chronic gastritis and/or gastroesophageal reflux disease), renal impairment [estimated glomerular filtration rate (eGFR) ≥30 to <90 mL/minute], or mild, moderate, and severe hepatic impairment (Child-Pugh Class A-C) or fibrosis stage (F2 or F3 in patients with MASH).

There is no difference observed in the exposure of semaglutide following subcutaneous administration of WEGOVY between patients with MASH and patients with overweight or obesity.

*Patients with Type 2 Diabetes*:
The average semaglutide steady state concentration following subcutaneous administration of WEGOVY 2.4 mg once weekly was approximately 68 nmol/L in patients with type 2 diabetes and obesity or overweight (BMI greater than or equal to 27 kg/m$^2$). The average semaglutide steady state concentration following 25 mg oral administration was approximately 44 nmol/L in patients with type 2 diabetes and obesity or overweight (BMI greater than or equal to 25 kg/m$^2$) with higher variability in semaglutide concentrations compared to subcutaneous administration (90% of patients had average concentrations between 11 nmol/L and 134 nmol/L with WEGOVY 25 mg tablet versus 47 nmol/L and 99 nmol/L with WEGOVY 2.4 mg once-weekly injection) *[see Use in Specific Populations (8.6)]*.

Drug Interactions Studies
*Subcutaneous Injection*

The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered oral medications *[see Drug Interactions (7.2)]*.

*Oral Tablets*
*Clinical Studies and Model-Informed Approaches:* The delay of gastric emptying with semaglutide may influence the absorption of concomitantly administered oral drugs *[see Drug Interactions (7.2)]*. Trials were conducted to study the potential effect of semaglutide on the absorption of oral drugs taken with semaglutide tablets administered orally at steady-state exposure.

<u>*Levothyroxine*</u>: Total thyroxine (i.e., adjusted for endogenous levels) AUC of was increased by 33% following administration of a single dose of levothyroxine 600 mcg concomitantly administered with oral semaglutide. Maximum exposure ($C_{max}$) was unchanged.

<u>*Other Drugs*</u>: No clinically significant differences in semaglutide pharmacokinetics were observed when used concomitantly with omeprazole. No clinically significant differences in the pharmacokinetics of the following drugs were observed when used concomitantly with semaglutide: lisinopril, S-warfarin, R-warfarin, metformin, digoxin, ethinyl estradiol, levonorgestrel, furosemide or rosuvastatin.

*In Vitro Studies*: Semaglutide has very low potential to inhibit or induce CYP enzymes, and to inhibit drug transporters.

**12.6 Immunogenicity**
The observed incidence of anti-drug antibodies is highly dependent on the sensitivity and specificity of the assay. Differences in assay methods preclude meaningful comparisons of the incidence of anti-drug antibodies

in the studies described below with the incidence of anti-drug antibodies in other studies, including those of semaglutide or of other semaglutide products.

During the 68-week treatment periods in Studies 2 and 3 in adults *[see Clinical Studies (14.2)]*, 50/1709 (3%) of WEGOVY injection-treated patients developed anti-semaglutide antibodies (referred to as anti-drug-antibodies or ADA). Of these 50 WEGOVY injection-treated patients, 28 patients (2% of the total WEGOVY injection-treated study population) developed antibodies that cross-reacted with native GLP-1. In adults with MASH treated with WEGOVY for 72 weeks in Study 9 *[see Clinical Studies (14.4)]*, 3/763 (0.4%) of patients developed ADA which were also cross-reactive to native GLP-1. No identified clinically significant effect of ADA on pharmacokinetics for WEGOVY injection was observed. There is insufficient evidence to characterize the effects of ADA on pharmacodynamics, safety, or effectiveness of semaglutide products.

## 13 NONCLINICAL TOXICOLOGY
### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
In a 2-year carcinogenicity study in CD-1 mice, subcutaneous doses of 0.3, 1 and 3 mg/kg/day (2-, 8-, and 22-fold the maximum recommended human dose [MRHD] of WEGOVY subcutaneous injection 2.4 mg/week, or WEGOVY oral tablet 25 mg daily based on AUC) were administered to the males, and 0.1, 0.3 and 1 mg/kg/day (0.6-, 2-, and 5-fold MRHD) were administered to the females. A statistically significant increase in thyroid C-cell adenomas and a numerical increase in C-cell carcinomas were observed in males and females at all dose levels (greater than or equal to 0.6 times human exposure).

In a 2-year carcinogenicity study in Sprague Dawley rats, subcutaneous doses of 0.0025, 0.01, 0.025 and 0.1 mg/kg/day were administered (below quantification, 0.2-, 0.4-, and 2-fold the exposure at the MRHD). A statistically significant increase in thyroid C-cell adenomas was observed in males and females at all dose levels, and a statistically significant increase in thyroid C-cell carcinomas was observed in males at greater than or equal to 0.01 mg/kg/day, at clinically relevant exposures.

Human relevance of thyroid C-cell tumors in rats is unknown and could not be determined by clinical studies or nonclinical studies *[see Boxed Warning, Warnings and Precautions (5.1)]*. Semaglutide was not mutagenic or clastogenic in a standard battery of genotoxicity tests (bacterial mutagenicity [Ames] human lymphocyte chromosome aberration, rat bone marrow micronucleus).

In a combined fertility and embryo-fetal development study in rats, subcutaneous doses of 0.01, 0.03 and 0.09 mg/kg/day (0.04-, 0.1-, and 0.4-fold the MRHD) were administered to male and female rats. Males were dosed for 4 weeks prior to mating, and females were dosed for 2 weeks prior to mating and throughout organogenesis until Gestation Day 17. No effects were observed on male fertility. In females, an increase in estrus-cycle length was observed at all dose levels, together with a small reduction in numbers of corpora lutea at greater than or equal to 0.03 mg/kg/day. These effects were likely an adaptive response secondary to the pharmacological effect of semaglutide on food consumption and body weight.

### 13.2 Animal Toxicology and/or Pharmacology
The WEGOVY tablet contains SNAC as an absorption enhancer An increase in lactate levels and a decrease in glucose levels in the plasma and cerebrospinal fluid (CSF) were observed in mechanistic studies with SNAC in rats. Small but statistically significant increases in lactate levels (up to 2-fold) were observed in a few animals at approximately the clinical exposure. At higher exposures these findings were associated with moderate to marked adverse clinical signs (lethargy, abnormal respiration, ataxia, and reduced activity, body tone and reflexes) and marked decreases in plasma and CSF glucose levels. These findings are consistent with inhibition of cellular respiration and lead to mortality at SNAC concentrations >100-times the clinical $C_{max}$.

## 14 CLINICAL STUDIES
### 14.1 Cardiovascular Outcomes Trial in Adult Patients with Cardiovascular Disease and Either Obesity or Overweight

Overview of Clinical Trial

Study 1 (NCT03574597) was a multi-national, multi-center, placebo-controlled, double-blind trial to determine the effect of WEGOVY injection relative to placebo on major adverse CV events (MACE) when added to current standard of care, which included management of CV risk factors and individualized healthy lifestyle counseling (including diet and physical activity) in adults with established CV disease and either obesity or overweight. The primary endpoint, MACE, was the time to first occurrence of a three-part composite outcome which included CV death, non-fatal myocardial infarction, and non-fatal stroke. During the 16-week dose escalation period, patients were titrated to WEGOVY 2.4 mg injected subcutaneously once weekly or placebo. Patients who could not tolerate the recommended escalation dosage, could stay at a lower dose level.

All patients were 45 years or older, with an initial BMI of 27 kg/m$^2$ or greater and established CV disease (prior myocardial infarction, prior stroke, or peripheral arterial disease). Patients with a history of type 1 or type 2 diabetes were excluded. Concomitant CV therapies could be adjusted, at the discretion of the investigator, to ensure participants were treated according to the current standard of care for patients with established CV disease.

In this trial, 17,604 patients were randomized to WEGOVY injection or placebo. At baseline, the mean age was 62 years (range 45-93), 72% were male, 84% were White, 4% were Black or African American, and 8% were Asian, and 10% were Hispanic or Latino. Mean baseline body weight was 97 kg and mean BMI was 33 kg/m$^2$. At baseline, prior myocardial infarction was reported in 76% of randomized individuals, prior stroke in 23%, and peripheral arterial disease in 9%. Heart failure was reported in 24% of patients. At baseline, CV disease and risk factors were managed with lipid-lowering therapy (90%), platelet aggregation inhibitors (86%), angiotensin converting enzyme inhibitors or angiotensin II receptor blockers (74%), and beta blockers (70%). A total of 10% had moderate renal impairment (eGFR 30 to <60 mL/min/1.73m$^2$) and 0.4% had severe renal impairment eGFR <30 mL/min/1.73m$^2$.

Results

In total, 96.9% of patients completed the trial, and vital status was available for 99.4% of patients. The median follow-up duration was 41.8 months. A total of 31% of WEGOVY injection-treated patients and 27% of placebo-treated patients permanently discontinued study drug.  Of those patients on treatment at 1 year, 76% were on the 2.4 mg dose, 8% were on the 1.7 mg dose, and 16% were on lower doses. Of those patients on treatment at 2 years, 77% were on the 2.4 mg dose, 7% were on the 1.7 mg dose, and 17% were on lower doses.

For the primary analysis, a Cox proportional hazards model was used to test for superiority. Type 1 error was controlled across multiple tests.

WEGOVY injection significantly reduced the risk for first occurrence of MACE. The estimated hazard ratio (95% CI) was 0.80 (0.72, 0.90) (see **Figure 2** and **Table 5**).

**Figure 2. Cumulative Incidence Function: Time to First Occurrence of MACE in Study 1 with WEGOVY Injection**



Data from the in-trial period. Cumulative incidence estimates are based on time from randomization to first EAC-confirmed cardiovascular death, non-fatal myocardial infarction, or non-fatal stroke with non-CV death modeled as competing risk using the Aalen-Johansen estimator. Patients without events of interest were censored at the end of their in-trial observation period. Time from randomization to first cardiovascular death, non-fatal myocardial infarction, or non-fatal stroke was analyzed using a Cox proportional hazards model with treatment as categorical fixed factor. The hazard ratio and confidence interval are adjusted for the group sequential design using the likelihood ratio ordering.
HR: Hazard ratio; CI: confidence interval; CV: cardiovascular

The treatment effect for the primary composite endpoint, its components, and other relevant endpoints in Study 1 are shown in **Table 5**.

### Table 5. Treatment Effect for MACE and Other Events in Study 1 with WEGOVY Injection

| | Patients with events n (%) | | |
|---|---|---|---|
| | Placebo N=8,801 | WEGOVY Injection N=8,803 | Hazard Ratio (95% CI) |
| **Primary composite endpoint** | | | |
| Composite of CV death, non-fatal myocardial infarction, or non-fatal stroke[1] | 701 (8%) | 569 (6.5%) | 0.8 (0.72; 0.9)*[2] |
| **Key secondary endpoints** | | | |
| CV death[3] | 262 (3%) | 223 (2.5%) | 0.85 (0.71; 1.01) |
| All-cause death[4] | 458 (5.2%) | 375 (4.3%) | 0.81 (0.71; 0.93) |
| **Other endpoints** | | | |
| Fatal or non-fatal myocardial infarction[5] | 334 (3.8%) | 243 (2.8%) | 0.72 (0.61; 0.85) |
| Fatal or non-fatal stroke[5] | 178 (2%) | 160 (1.8%) | 0.89 (0.72; 1.11) |
| Hospitalization for heart failure or urgent heart failure visits[5,6] | 122 (1.4%) | 97 (1.1%) | 0.79 (0.60; 1.03) |

* p-value <0.001, one-sided p-value
[1] Primary endpoint
[2] Adjusted for group sequential design using the likelihood ratio ordering.
[3] CV death was the first confirmatory secondary endpoint in the testing hierarchy and superiority was not confirmed.
[4] Confirmatory secondary endpoint. Not statistically significant based on the prespecified testing hierarchy.
[5] Not included in the prespecified testing hierarchy for controlling type-I error.
[6] Effect on heart failure has not been established.
NOTE: Time to first event was analyzed in a Cox proportional hazards model with treatment as factor. For patients with multiple events, only the first event contributed to the composite endpoint.

**Table 6. Mean Changes in Anthropometry and Cardiometabolic Parameters at Week 104 in Study 1[1,2]**

| | PLACEBO | | WEGOVY Injection | | |
|---|---|---|---|---|---|
| | Baseline | Change from Baseline (LSMean) | Baseline | Change from Baseline (LSMean) | Difference from Placebo (LSMean) |
| Body Weight (kg) | 96.8 | -0.9[3] | 96.5 | -9.4[3] | -8.5[3] |
| Waist Circumference (cm) | 111.4 | -1 | 111.3 | -7.6 | -6.5 |
| Systolic Blood Pressure (mmHg) | 131 | -0.5 | 131 | -3.8 | -3.3 |
| Diastolic Blood Pressure (mmHg) | 79 | -0.5 | 79 | -1 | -0.5 |
| Heart Rate | 69 | 0.7 | 69 | 3.8 | 3.1 |
| HbA$_{1c}$ (%) | 5.8 | 0 | 5.8 | -0.3 | -0.3 |
| | Baseline | % Change from Baseline (LSMean) | Baseline | % Change from Baseline (LSMean) | Relative difference from placebo (%) (LSMean) |
| Total Cholesterol (mg/dL)[4] | 156 | -1.9 | 155.5 | -4.6 | -2.8 |
| LDL Cholesterol (mg/dL)[4] | 78.5 | -3.1 | 78.5 | -5.3 | -2.2 |
| HDL Cholesterol (mg/dL)[4] | 44.2 | 0.6 | 44.1 | 4.9 | 4.2 |
| Triglycerides (mg/dL)[4] | 139.5 | -3.2 | 138.6 | -18.3 | -15.6 |

[1] Parameters listed in the table were not included in the pre-specified hierarchical testing.
[2] Responses were analyzed using an ANCOVA with treatment as fixed factor and baseline value as covariate. Before analysis, missing data were multiple imputed. The imputation model (linear regression) was done separately for each treatment arm and included baseline value as a covariate and was fitted to all subjects with a measurement regardless of treatment status at Week 104.
[3] For body weight the 'change from baseline' and 'difference to placebo' the unit is percentage change from baseline.
[4] Baseline value is the geometric mean.

The reduction of MACE with WEGOVY injection was not impacted by age, sex, race, ethnicity, BMI at baseline, or level of renal function impairment.

## 14.2 Weight Reduction and Long-term Maintenance Studies in Adults with Obesity or Overweight
### Overview of Clinical Studies in Adults
The efficacy of WEGOVY once weekly subcutaneous injection for weight reduction and long-term maintenance of body weight in conjunction with a reduced-calorie diet and increased physical activity were studied in three 68-week, randomized, double-blind, placebo-controlled trials; one 68-week, randomized, double-blind, placebo withdrawal trial; one 68-week, randomized, double-blind blind trial that investigated 2 different doses of WEGOVY injection versus placebo. In Studies 2 (NCT#03548935), 3 (NCT#03552757), and 4 (NCT#03611582), WEGOVY or matching placebo was escalated to 2.4 mg subcutaneous injection weekly during a 16-week period followed by 52 weeks on maintenance dose. In Study 5 (NCT#03548987), WEGOVY injection was escalated during a 20-week run-in period, and patients who reached a WEGOVY 2.4 mg subcutaneous injection weekly dosage after the run-in period were randomized to either continued treatment with WEGOVY injection or placebo for 48 weeks. In Study 6 (NCT#03811574), WEGOVY injection was escalated to 1.7 mg or 2.4 mg subcutaneous weekly dosages or placebo over 12 to 16 weeks followed by 52 weeks on either maintenance dose.

The efficacy of WEGOVY 25 mg oral once daily tablet for weight reduction and long-term maintenance of body weight in conjunction with a reduced-calorie diet and increased physical activity was evaluated in a 64-week randomized, double-blind, placebo-controlled trial [Study 7 (NCT#05564117)]. WEGOVY tablet or matching placebo was escalated to a 25 mg tablet once daily during a 12-week period followed by 52-week maintenance period.

In Studies 2, 3, 5 and 7, all patients received instruction for a reduced-calorie diet (approximately 500 kcal/day deficit) and increased physical activity counseling (recommended to a minimum of 150 min/week) that began

with the first dose of study medication or placebo and continued throughout the trial. In Study 4, patients received an initial 8-week low-calorie diet (total energy intake 1,000 to 1,200 kcal/day) followed by 60 weeks of a reduced-calorie diet (1200 to 1800 kcal/day) and increased physical activity (100 mins/week with gradual increase to 200 mins/week).

Study 2 was a 68-week trial that enrolled 1,961 patients with obesity (BMI greater than or equal to 30 kg/m$^2$) or with overweight (BMI 27 to 29.9 kg/m$^2$) and at least one weight-related comorbid condition, such as treated or untreated dyslipidemia or hypertension; patients with type 2 diabetes mellitus were excluded. Patients were randomized in a 2:1 ratio to either WEGOVY injection or placebo. At baseline, mean age was 46 years (range 18 to 86), 74% were female, 75% were White, 13% were Asian and 6% were Black or African American. A total of 12% were Hispanic or Latino ethnicity. Mean baseline body weight was 105.3 kg and mean BMI was 37.9 kg/m$^2$.

Study 3 was a 68-week trial that enrolled 807 patients with type 2 diabetes and BMI greater than or equal to 27 kg/m$^2$. Patients included in the trial had HbA$_{1c}$ 7-10% and were treated with either: diet and exercise alone or 1 to 3 oral anti-diabetic drugs (metformin, sulfonylurea, glitazone or sodium-glucose co-transporter 2 inhibitor). Patients were randomized in a 1:1 ratio to receive either WEGOVY injection or placebo. At baseline, the mean age was 55 years (range 19 to 84), 51% were female, 62% were White, 26% were Asian and 8% were Black or African American. A total of 13% were Hispanic or Latino ethnicity. Mean baseline body weight was 99.8 kg and mean BMI was 35.7 kg/m$^2$.

Study 4 was a 68-week trial that enrolled 611 patients with obesity (BMI greater than or equal to 30 kg/m$^2$) or with overweight (BMI 27 to 29.9 kg/m$^2$) and at least one weight-related comorbid condition such as treated or untreated dyslipidemia or hypertension; patients with type 2 diabetes mellitus were excluded. The patients were randomized in a 2:1 ratio to receive either WEGOVY injection or placebo. At baseline, the mean age was 46 years, 81% were female, 76% were White, 19% were Black or African American and 2% were Asian. A total of 20% were Hispanic or Latino ethnicity. Mean baseline body weight was 105.8 kg and mean BMI was 38 kg/m$^2$.

Study 5 was a 68-week trial that enrolled 902 patients with obesity (BMI greater than or equal to 30 kg/m$^2$) or with overweight (BMI 27 to 29.9 kg/m$^2$) and at least one weight-related comorbid condition such as treated or untreated dyslipidemia or hypertension; patients with type 2 diabetes mellitus were excluded. Mean body weight at baseline for the 902 patients was 106.8 kg and mean BMI was 38.3 kg/m$^2$. All patients received WEGOVY injection during the run-in period of 20 weeks that included 16 weeks of dose escalation. Trial product was permanently discontinued before randomization in 99 of 902 patients (11%); the most common reason was adverse reactions (n=48, 5.3%); 803 patients reached WEGOVY 2.4 mg injection and were then randomized in a 2:1 ratio to either continue on WEGOVY injection or receive placebo. Among the 803 randomized patients, the mean age was 46 years, 79% were female, 84% were White, 13% were Black or African American, and 2% Asian. A total of 8% were Hispanic or Latino ethnicity. Mean body weight at randomization (Week 20) was 96.1 kg and mean BMI at randomization (Week 20) was 34.4 kg/m$^2$.

Study 6 was a 68-week trial that enrolled 401 East-Asian patients (Japan and South Korea) with BMI greater than or equal to 35 kg/m$^2$ and at least one weight-related comorbid condition or with BMI 27 to 34.9 kg/m$^2$ and at least two weight-related comorbid conditions. The patients were randomized 2:1:1 to receive subcutaneous injection of WEGOVY 2.4 mg, WEGOVY 1.7 mg, or placebo. At baseline, the mean age was 51 years, 63% were male, and all patients were Asian. Mean baseline body weight was 87.5 kg and mean BMI was 31.9 kg/m$^2$. At baseline, 24.7% of patients had type 2 diabetes mellitus.

Study 7 was a 64-week trial that enrolled 307 patients with obesity (BMI greater than or equal to 30 kg/m$^2$) or with overweight (BMI 27-29.9 kg/m$^2$) and at least one weight-related comorbid condition, such as treated or untreated dyslipidemia or hypertension; patients with type 2 diabetes mellitus were excluded. Patients were randomized in a 2:1 ratio to either WEGOVY 25 mg tablet or placebo. At baseline, mean age was 48 years,

79% were women, 92% were White, 1% were Asian and 7% were Black or African American. A total of 7.8% were Hispanic or Latino ethnicity. Mean baseline body weight was 106 kg and mean BMI was 38 kg/m$^2$.

Results

In Studies 2, 3, and 4, 16% of WEGOVY injection-treated patients and 19% of the placebo-treated patients discontinued therapy. In these studies, 6.8% of WEGOVY injection-treated patients and 3.2% of placebo-treated patients discontinued their treatment due to an adverse reaction *[see Adverse Reactions (6.1)]*. In Study 5, the proportions of patients who discontinued study drug were 5.8% and 11.6% for WEGOVY injection and placebo, respectively. In Study 6, the proportions of patients who discontinued study drug were 7.9%, 6.5%, and 3% for WEGOVY 1.7 mg injection, WEGOVY 2.4 mg injection, and placebo, respectively. In Study 7, the proportions of patients who discontinued study drug were 18% and 25.5% for WEGOVY 25 mg tablet and placebo, respectively. Adverse reactions led to treatment discontinuation in 6.8% of patients treated with WEGOVY 25 mg tablet and 5.9% patients receiving placebo.

For Studies 2, 3 and 4, the primary efficacy parameters were mean percent change in body weight and the percentages of patients achieving greater than or equal to 5% weight loss from baseline to Week 68.

After 68 weeks, treatment with WEGOVY injection resulted in a statistically significant reduction in body weight compared with placebo. Greater proportions of patients treated with WEGOVY injection achieved 5%, 10% and 15% weight loss than those treated with placebo as shown in **Table 7.**

**Table 7. Changes in Body Weight at Week 68 in Studies 2, 3, and 4 with WEGOVY Injection**

| Intention-to-Treat[1] | Study 2 (Obesity or overweight with comorbidity) | | Study 3 (Type 2 diabetes with obesity or overweight) | | Study 4 (Obesity or overweight with comorbidity undergoing intensive lifestyle therapy) | |
|---|---|---|---|---|---|---|
| | PLACEBO N=655 | WEGOVY Injection N=1,306 | PLACEBO N=403 | WEGOVY Injection N=404 | PLACEBO N=204 | WEGOVY Injection N=407 |
| Body Weight | | | | | | |
| Baseline mean (kg) | 105.2 | 105.4 | 100.5 | 99.9 | 103.7 | 106.9 |
| % change from baseline (LSMean) | -2.4 | -14.9 | -3.4 | -9.6 | -5.7 | -16 |
| % difference from placebo (LSMean) (95% CI) | | -12.4 (-13.3; -11.6)* | | -6.2 (-7.3; -5.2)* | | -10.3 (-11.8; -8.7)* |
| % of Patients losing greater than or equal to 5% body weight | 31.1 | 83.5 | 30.2 | 67.4 | 47.8 | 84.8 |
| % difference from placebo (LSMean) (95% CI) | | 52.4 (48.1; 56.7)* | | 37.2 (30.7; 43.8)* | | 37 (28.9; 45.2)* |
| % of Patients losing greater than or equal to 10% body weight | 12 | 66.1 | 10.2 | 44.5 | 27.1 | 73 |
| % difference from placebo (LSMean) (95% CI) | | 54.1 (50.4; 57.9)* | | 34.3 (28.4; 40.2)* | | 45.9 (38; 53.7)* |
| % of Patients losing greater than or equal to 15% body weight | 4.8 | 47.9 | 4.3 | 25.1 | 13.2 | 53.4 |
| % difference from placebo (LSMean) (95% CI) | | 43.1 (39.8; 46.3)* | | 20.7 (15.7; 25.8)* | | 40.2 (33.1; 47.3)* |
| % of Patients losing greater than or equal to 20% body weight[2] | 1.7 | 30.2 | 2.3 | 12.8 | 3.5 | 33.9 |
| % difference from placebo (LSMean) (95% CI)[2] | | 28.6 (25.8; 31.3) | | 10.6 (6.4; 14.7) | | 30.4 (24.8; 36.1) |

LSMean = least squares mean; CI = confidence interval
[1] The intent-to-treat population includes all randomized patients. In Study 2, at Week 68, the body weight was missing for 7.2% and 11.9% of patients randomized to WEGOVY injection and placebo, respectively. In Study 3, at Week 68, the body weight was missing for 4% and 6.7% of patients randomized to WEGOVY injection and placebo, respectively. In Study 4, at Week 68, the body weight was missing for 8.4% and 7.4% of patients randomized to WEGOVY injection and placebo, respectively. Missing data were imputed from retrieved subjects of the same randomized treatment arm (RD-MI).
[2] Not included in the pre-specified hierarchical testing.

[*]p<0.0001 (unadjusted 2-sided) for superiority.

For Study 5, the primary efficacy parameter was mean percent change in body weight from randomization (Week 20) to Week 68.

From randomization (week 20) to Week 68, treatment with WEGOVY injection resulted in a statistically significant reduction in body weight compared with placebo (**Table 8**). Because patients who discontinued WEGOVY injection during titration and those who did not reach the 2.4 mg weekly dose were not eligible for the randomized-treatment period, the results may not reflect the experience of patients in the general population who are first starting WEGOVY injection.

**Table 8. Changes in Body Weight at Week 68 in Study 5 (Obesity or Overweight with Comorbidity After 20-week Run-in) with WEGOVY Injection**

|  | WEGOVY Injection N=803[1] | |
|---|---|---|
| Body Weight (only randomized patients) | | |
| Mean at Week 0 (kg) | 107.2 | |
|  | **PLACEBO N=268** | **WEGOVY Injection N=535** |
| Body Weight | | |
| Mean at Week 20 (SD) (kg) | 95.4 (22.7) | 96.5 (22.5) |
| % change from Week 20 at Week 68 (LSMean) | 6.9 | -7.9 |
| % difference from placebo (LSMean) (95% CI) |  | -14.8 (-16; -13.5)[*] |

LSMean = least squares mean; CI = confidence interval
[1] 902 patients were enrolled at Week 0 with a mean baseline body weight of 106.8 kg. The intent-to-treat population includes all randomized patients. At Week 68, the body weight was missing for 2.8% and 6.7% of patients randomized to WEGOVY injection and placebo, respectively. Missing data were imputed from retrieved subjects of the same randomized treatment arm (RD-MI).
[*]p<0.001 (unadjusted 2-sided) for superiority, controlled for multiplicity.

For Study 6, the primary efficacy parameters were mean percent change in body weight and the percentage of patients achieving greater than or equal to 5% weight loss from baseline to Week 68.

After 68 weeks, treatment with WEGOVY 1.7 mg and 2.4 mg injection resulted in a statistically significant reduction in body weight compared with placebo. Greater proportions of patients treated with WEGOVY injection achieved 5%, 10%, and 15% weight loss than those treated with placebo as shown in **Table 9**.

**Table 9. Changes in Body Weight at Week 68 in Study 6 in East-Asian Patients (WEGOVY 1.7 mg) with WEGOVY Injection**

|  | Study 6 (BMI ≥35 kg/m² with at least one comorbidity or BMI 27-34.9 kg/m² with at least two comorbidities) | | |
|---|---|---|---|
| **Intention-to-treat[1]** | **PLACEBO N=101** | **WEGOVY 1.7 mg Injection N=101** | **WEGOVY 2.4 mg Injection N=199** |
| Body Weight | | | |
| Baseline mean (kg) | 90.2 | 86.1 | 86.9 |
| % change from baseline (LSMean) | -2.1 | -9.6 | -13.2 |
| % difference from placebo (LSMean) (95% CI) |  | -7.5 (-9.6; -5.4)* | -11.1 (-12.9; -9.2)* |
| % of Patients losing greater than or equal to 5% body weight | 19.4 | 72.8 | 84 |
| % difference from placebo (LSMean) (95% CI) |  | 53.3 (41; 65.6)* | 64.5 (54.8; 74.3)* |

| | | | |
|---|---|---|---|
| % of Patients losing greater than or equal to 10% body weight | 4.5 | 39.1 | 59.9 |
| % difference from placebo (LSMean) (95% CI) | | 34.5 (23.9; 45.1)* | 55.4 (47.3; 63.6)* |
| % of Patients losing greater than or equal to 15% body weight | 2.6 | 20.8 | 38.2 |
| % difference from placebo (LSMean) (95% CI) | | 18.2 (9.8; 26.7)* | 35.6 (27.9; 43.3)* |

LSMean = least squares mean; CI = confidence interval
[1] The intent-to-treat population includes all randomized patients. At baseline, 24.7% of patients had type 2 diabetes mellitus. At Week 68, the body weight was missing for 3%, 3%, and 1% of patients randomized to WEGOVY 1.7 mg injection, WEGOVY 2.4 mg injection, and placebo, respectively. Missing data were imputed from retrieved subjects of the same randomized treatment arm (RD-MI).
* $p<0.0001$ (unadjusted 2-sided) for superiority.

For Study 7, the primary efficacy parameters were mean percent change in body weight and the percentages of patients achieving greater than or equal to 5% weight loss from baseline to Week 64.

After 64 weeks, treatment with WEGOVY tablets resulted in a statistically significant reduction in body weight compared with placebo. Greater proportions of patients treated with WEGOVY tablets achieved 5%, 10%, 15% and 20% weight loss than those treated with placebo as shown in **Table 10**.

**Table 10. Changes in Body Weight at Week 64 in Study 7 with WEGOVY Tablet**

| | Study 7 (Obesity or overweight with comorbidity) | |
|---|---|---|
| **Intention-to-Treat[1]** | **PLACEBO N = 102** | **WEGOVY Tablet N = 205** |
| Body Weight | | |
| Baseline mean (kg) | 104.8 | 106.4 |
| % change from baseline (LSMean)[3] | -2.4 | -13.6 |
| % difference from placebo (LSMean) (95% CI)[3] | | -11.2 [-13.6; -8.8][2] |
| % of Patients losing greater than or equal to 5% body weight[3] | 31.3 | 76.3 |
| % difference from placebo (LSMean) (95% CI)[3] | | 45.1 [33.8; 56.3][2] |
| % of Patients losing greater than or equal to 10% body weight | 14.4 | 59.8 |
| % difference from placebo (LSMean) (95% CI)[3] | | 45.3 [35.5; 55.2][2] |
| % of Patients losing greater than or equal to 15% body weight[3] | 5.5 | 47.0 |
| % difference from placebo (LSMean) (95% CI)[3] | | 41.5 [33.2; 49.8][2] |
| % of Patients losing greater than or equal to 20% body weight[3] | 3.1 | 27.9 |
| % difference from placebo (LSMean) (95% CI)[3] | | 24.8 [17.7; 31.9][2] |

LSMean = least squares mean; CI = confidence interval
[1] The intent-to-treat population includes all randomized patients. In Study 7, at Week 64, the body weight was missing for 6.3% and 11.8% of patients randomized to WEGOVY tablets and placebo, respectively.
[2] $p<0.0001$ (unadjusted 2-sided) for superiority.
[3] Model based estimates are based on an analysis of covariance (or logistic regression for the 5%, 10%, 15% or 20% achievement endpoints) including treatment as a factor and baseline value as a covariate. Missing data were multiple imputed from retrieved subjects of the same randomized treatment arm (RD-MI). The imputation model was a linear regression of the endpoint with gender as factor and baseline value of the endpoint, timing and the value of last available observation – on study (LAO-OS) of endpoint as covariates, imputed by treatment status. For the 5%, 10%, 15% or 20% achievement endpoints, the missing body weight measurements were imputed before performing the logistic regression analyses.
RD-MI: Retrieved Drop-outs Multiple Imputation

A reduction in body weight was observed with WEGOVY irrespective of age, sex, race, ethnicity, BMI at baseline, body weight (kg) at baseline, and level of renal function impairment.

The cumulative frequency distributions of change in body weight are shown in **Figure 3**, **Figure 4** and **Figure 5** for Studies 2, 3 and 7. One way to interpret this figure is to select a change in body weight of interest on the horizontal axis and note the corresponding proportions of patients (vertical axis) in each treatment group who achieved at least that degree of weight loss. For example, note that the vertical line arising from -10% in Study 2 intersects the WEGOVY injection and placebo curves at approximately 66%, and 12%, respectively, which correspond to the values shown in **Table 8**.

**Figure 3. Change in Body Weight (%) from Baseline to Week 68 (Study 2) with WEGOVY Injection**



Observed data from in-trial period including imputed data for missing observations (RD-MI).

**Figure 4. Change in Body Weight (%) from Baseline to Week 68 (Study 3) with WEGOVY Injection**



Observed data from in-trial period including imputed data for missing observations (RD-MI).

**Figure 5. Change in Body Weight (%) from Baseline to Week 64 (Study 7) with WEGOVY Tablets**



Observed data from in-trial period including imputed data for missing observations (RD-MI). The missing observation was the patient-level average from the 1,000 imputed datasets.

The time courses of weight loss with WEGOVY injection and placebo from baseline through Week 68 are depicted in **Figure 6**, **Figure 7** and **Figure 8**.

**Figure 6. Change from Baseline (%) in Body Weight (Study 2 on Left and Study 3 on Right) with WEGOVY Injection**



Observed values for patients completing each scheduled visit, and estimates with multiple imputations from retrieved dropouts (RD-MI)

**Figure 7. Change from Baseline (%) in Body Weight (Study 4 on Left and Study 5ᵃ on Right) with WEGOVY Injection**



Observed values for patients completing each scheduled visit, and estimates with multiple imputations from retrieved dropouts (RD-MI)

ᵃ Change from Week 0 was not a primary endpoint in Study 5. Dotted line indicates time of randomization. Randomized patients (shown) do not include 99 patients that discontinued during the 20-week run-in period.

**Figure 8. Change in Body Weight (%) from Baseline to Week 68 (Study 6 in East-Asian Patients)with WEGOVY Injection**



Observed values for patients completing each scheduled visit and estimates with multiple imputations from retrieved dropouts (RD-MI). At baseline, 24.7% of patients had type 2 diabetes mellitus.

*Effect of WEGOVY Injection on Anthropometry and Cardiometabolic Parameters in Adults*
Changes in waist circumference and cardiometabolic parameters with WEGOVY injection are shown in **Table 11** for Studies 2, 3, and 4; in **Table 12** for Study 5; and in **Table 13** for Study 6.

**Table 11. Changes in Anthropometry and Cardiometabolic Parameters at Week 68 in Studies 2, 3 and 4 with WEGOVY Injection**

| Intention-to-Treat | Study 2 (Obesity or overweight with comorbidity) | | Study 3 (Type 2 diabetes with obesity or overweight) | | Study 4 (Obesity or overweight with comorbidity undergoing intensive lifestyle therapy) | |
|---|---|---|---|---|---|---|
| | PLACEBO N=655 | WEGOVY Injection N=1,306 | PLACEBO N=403 | WEGOVY Injection N=404 | PLACEBO N=204 | WEGOVY Injection N=407 |
| **Waist Circumference (cm)** | | | | | | |
| Baseline | 114.8 | 114.6 | 115.5 | 114.5 | 111.8 | 113.6 |
| Changes from baseline (LSMean[1]) | -4.1 | -13.5 | -4.5 | -9.4 | -6.3 | -14.6 |
| Difference from placebo (LSMean) | | -9.4 | | -4.9 | | -8.3 |
| **Systolic Blood Pressure (mmHg)** | | | | | | |
| Baseline | 127 | 126 | 130 | 130 | 124 | 124 |
| Changes from baseline (LSMean[1]) | -1.1 | -6.2 | -0.5 | -3.9 | -1.6 | -5.6 |
| Difference from placebo (LSMean) | | -5.1 | | -3.4 | | -3.9 |
| **Diastolic Blood Pressure (mmHg)[2]** | | | | | | |
| Baseline | 80 | 80 | 80 | 80 | 81 | 80 |
| Changes from baseline (LSMean[1]) | -0.4 | -2.8 | -0.9 | -1.6 | -0.8 | -3 |
| Difference from placebo (LSMean) | | -2.4 | | -0.7 | | -2.2 |
| **Heart Rate[2,3]** | | | | | | |
| Baseline | 72 | 72 | 76 | 75 | 71 | 71 |
| Changes from baseline (LSMean[1]) | -0.7 | 3.5 | -0.2 | 2.5 | 2.1 | 3.1 |
| Difference from placebo (LSMean) | | 4.3 | | 2.7 | | 1 |
| **HbA$_{1c}$ (%)[2]** | | | | | | |
| Baseline | 5.7 | 5.7 | 8.1 | 8.1 | 5.8 | 5.7 |
| Changes from baseline (LSMean[1]) | -0.2 | -0.4 | -0.4 | -1.6 | -0.3 | -0.5 |
| Difference from placebo (LSMean) | | -0.3 | | -1.2 | | -0.2 |
| **Total Cholesterol (mg/dL)[2,4]** | | | | | | |
| Baseline | 192.1 | 189.6 | 170.8 | 170.8 | 188.7 | 185.4 |
| Percent Change from baseline (LSMean[1]) | 0.1 | -3.3 | -0.5 | -1.4 | 2.1 | -3.9 |
| Relative difference from placebo (LSMean) | | -3.3 | | -0.9 | | -5.8 |
| **LDL Cholesterol (mg/dL)[2,4]** | | | | | | |
| Baseline | 112.5 | 110.3 | 90.1 | 90.1 | 111.8 | 107.7 |
| Percent Change from baseline (LSMean[1]) | 1.3 | -2.5 | 0.1 | 0.5 | 2.6 | -4.7 |
| Relative difference from placebo (LSMean) | | -3.8 | | 0.4 | | -7.1 |
| **HDL (mg/dL)[2,4]** | | | | | | |
| Baseline | 49.5 | 49.4 | 43.8 | 44.7 | 50.9 | 51.6 |
| Percent Change from baseline (LSMean[1]) | 1.4 | 5.2 | 4.1 | 6.9 | 5 | 6.5 |
| Relative difference from placebo (LSMean) | | 3.8 | | 2.7 | | 1.5 |

| Intention-to-Treat | Study 2 (Obesity or overweight with comorbidity) | | Study 3 (Type 2 diabetes with obesity or overweight) | | Study 4 (Obesity or overweight with comorbidity undergoing intensive lifestyle therapy) | |
|---|---|---|---|---|---|---|
| | PLACEBO N=655 | WEGOVY Injection N=1,306 | PLACEBO N=403 | WEGOVY Injection N=404 | PLACEBO N=204 | WEGOVY Injection N=407 |
| Triglycerides (mg/dL)[2,4] | | | | | | |
|   Baseline | 127.9 | 126.2 | 159.5 | 154.9 | 110.9 | 107.9 |
|   Percent Change from baseline (LSMean[1]) | -7.3 | -21.9 | -9.4 | -22 | -6.5 | -22.5 |
|   Relative difference from placebo (LSMean) | | -15.8 | | -13.9 | | -17 |

Missing data were imputed from retrieved subjects of the same randomized treatment arm (RD-MI)
[1] Model based estimates based on an analysis of covariance model including treatment (and stratification factors for Study 3 only) as a factor and baseline value as a covariate
[2] Not included in the pre-specified hierarchical testing (except $HbA_{1c}$ for Study 3)
[3] Model based estimates based on a mixed model for repeated measures including treatment (and stratification factors for Study 3 only) as a factor and baseline values as a covariate
[4] Baseline value is the geometric mean

## Table 12. Mean Changes in Anthropometry and Cardiometabolic Parameters in Study 5 (Obesity or Overweight with Comorbidity After 20-week Run-in)[1] with WEGOVY Injection

| | PLACEBO N=268 | | WEGOVY Injection N=535 | | |
|---|---|---|---|---|---|
| | Randomization (Week 20) | Change from Randomization (Week 20) to Week 68 (LSMean[1]) | Randomization (Week 20) | Change from Randomization (Week 20) to Week 68 (LSMean[1]) | Difference from placebo (LSMean) |
| Waist Circumference (cm) | 104.7 | 3.3 | 105.5 | -6.4 | -9.7 |
| Systolic Blood Pressure (mmHg) | 121 | 4.4 | 121 | 0.5 | -3.9 |
| Diastolic Blood Pressure (mmHg)[2] | 78 | 0.9 | 78 | 0.3 | -0.5 |
| Heart Rate[2,3] | 76 | -5.3 | 76 | -2 | 3.3 |
| $HbA_{1c}$ (%)[2] | 5.4 | 0.1 | 5.4 | -0.1 | -0.2 |
| | Randomization (Week 20) | % Change from Randomization (Week 20) (LSMean[1]) | Randomization (Week 20) | % Change from Randomization (Week 20) (LSMean[1]) | Relative difference from placebo (LSMean) |
| Total Cholesterol (mg/dL)[2,4] | 175.1 | 11.4 | 175.9 | 4.9 | -5.8 |
| LDL Cholesterol (mg/dL)[2,4] | 109.1 | 7.6 | 108.7 | 1.1 | -6.1 |
| HDL Cholesterol (mg/dL)[2,4] | 43.6 | 17.8 | 44.5 | 18.2 | 0.3 |
| Triglycerides (mg/dL)[2,4] | 95.3 | 14.8 | 98.1 | -5.6 | -17.8 |

Missing data were imputed from retrieved subjects of the same randomized treatment arm (RD-MI)
[1] Model based estimates based on an analysis of covariance model including treatment as a factor and baseline value as a covariate
[2] Not included in the pre-specified hierarchical testing
[3] Model based estimates based on a mixed model for repeated measures including treatment as a factor and baseline values as a covariate
[4] Baseline value is the geometric mean

## Table 13. Mean Changes in Anthropometry and Cardiometabolic Parameters at Week 68 in Study 6 in East-Asian Patients with WEGOVY Injection

| Intention-to-treat | Study 6 (BMI ≥35 kg/m² with at least one comorbidity or BMI 27 to 34.9 kg/m² with at least two comorbidities) | | |
|---|---|---|---|
| | PLACEBO N=101 | WEGOVY 1.7 mg Injection N=101 | WEGOVY 2.4 mg Injection N=199 |
| Waist circumference (cm) | | | |
|   Baseline | 103.8 | 101.4 | 103.8 |
|   Change from baseline (LSMean[1]) | -1.8 | -7.7 | -11 |
|   Difference from placebo (LSMean) | | -5.9 | -9.3 |

| | | | |
|---|---|---|---|
| Systolic blood pressure (mmHg)[2] | | | |
| Baseline | 133 | 135 | 133 |
| Change from baseline (LSMean[1]) | -5.3 | -10.8 | -10.8 |
| Difference from placebo (LSMean) | | -5.4 | -5.5 |
| Diastolic blood pressure (mmHg)[2] | | | |
| Baseline | 86 | 85 | 83 |
| Change from baseline (LSMean[1]) | -2.2 | -4.6 | -5.3 |
| Difference from placebo (LSMean) | | -2.4 | -3.1 |
| Heart Rate[2, 3] | | | |
| Baseline | 73 | 73 | 73 |
| Change from baseline (LSMean[1]) | 2.4 | 4.4 | 6.3 |
| Difference from placebo (LSMean) | | 2 | 3.9 |
| HbA$_{1c}$ (%)[2] | | | |
| Baseline | 6.4 | 6.4 | 6.4 |
| Change from baseline (LSMean[1]) | 0 | -0.9 | -0.9 |
| Difference from placebo (LSMean) | | -0.9 | -0.9 |
| Total Cholesterol (mg/dL)[2,4] | | | |
| Baseline | 203.1 | 203.3 | 197.2 |
| Percent change from baseline (LSMean[1]) | 0.8 | -6.6 | -8.7 |
| Relative difference from placebo (LSMean) | | -7.3 | -9.4 |
| LDL Cholesterol (mg/dL)[2,4] | | | |
| Baseline | 123.3 | 120.1 | 116.5 |
| Percent change from baseline (LSMean[1]) | -3.8 | -10.1 | -14.6 |
| Relative difference from placebo (LSMean) | | -6.5 | -11.2 |
| HDL Cholesterol (mg/dL)[2,4] | | | |
| Baseline | 48.7 | 50.2 | 50.8 |
| Percent change from baseline (LSMean[1]) | 5.9 | 6.7 | 9.2 |
| Relative difference from placebo (LSMean) | | 0.7 | 3.1 |
| Triglyceride (mg/dL)[2,4] | | | |
| Baseline | 134.2 | 138.8 | 127.1 |
| Percent change from baseline (LSMean[1]) | 5.5 | -19.5 | -21.2 |
| Relative difference from placebo (LSMean) | | -23.7 | -25.3 |

Missing data were imputed from retrieved subjects of the same randomized treatment arm (RD-MI). At baseline, 24.7% of patients had type 2 diabetes mellitus.
[1] Model based estimates based on an analysis of covariance model including treatment and type 2 diabetes status as factors and baseline value as a covariate
[2] Not included in the pre-specified hierarchical testing
[3] Model based estimates based on a mixed model for repeated measures including treatment and type 2 diabetes status as factors and baseline values as a covariate
[4] Baseline value is the geometric mean

## Table 14. Mean Changes in Anthropometry and Cardiometabolic Parameters in Study 7 with WEGOVY Tablet (Obesity or Overweight with Comorbidity)

| | Study 7 (Obesity or overweight with comorbidity) | |
|---|---|---|
| Intention-to-treat | PLACEBO N=102 | WEGOVY tablets 25 mg N=205 |
| Waist circumference (cm)[2] | | |
| Baseline | 113.6 | 114 |
| Change from baseline (LSMean[1]) | -2.8 | -12.2 |
| Difference from placebo (LSMean) | | -9.4 |
| Systolic blood pressure (mmHg)[2] | | |
| Baseline | 131 | 131 |
| Change from baseline (LSMean[1]) | -5.4 | -7.0 |
| Difference from placebo (LSMean) | | -1.6 |
| Diastolic blood pressure (mmHg)[2] | | |
| Baseline | 83 | 83 |
| Change from baseline (LSMean[1]) | -1.8 | -2.8 |
| Difference from placebo (LSMean) | | -1.0 |
| Heart Rate[2] | | |
| Baseline | 74 | 72 |
| Change from baseline (LSMean[1]) | 2.4 | 2.7 |
| Difference from placebo (LSMean) | | 0.4 |
| HbA$_{1c}$ (%)[2] | | |
| Baseline | 5.7 | 5.7 |

| | | |
|---|---|---|
| Change from baseline (LSMean[1]) | -0.1 | -0.3 |
| Difference from placebo (LSMean) | | -0.2 |
| Total Cholesterol (mg/dL)[2,3] | | |
| Baseline | 190.5 | 191.4 |
| Percent change from baseline (LSMean[1]) | -2.2 | -3.3 |
| Relative difference from placebo (LSMean) | | -1.2 |
| LDL Cholesterol (mg/dL)[2,3] | | |
| Baseline | 114.2 | 111.1 |
| Percent change from baseline (LSMean[1]) | 0.2 | -2.9 |
| Relative difference from placebo (LSMean) | | -3.1 |
| HDL Cholesterol (mg/dL)[2,3] | | |
| Baseline | 50.1 | 49.6 |
| Percent change from baseline (LSMean[1]) | -1.1 | 3.3 |
| Relative difference from placebo (LSMean) | | 4.5 |
| Triglyceride (mg/dL)[2,3] | | |
| Baseline | 117.5 | 115.9 |
| Percent change from baseline (LSMean[1]) | -9.1 | -18.1 |
| Relative difference from placebo (LSMean) | | -9.9 |

[1] Model based estimates are based on an analysis of covariance including treatment as a factor and baseline value as a covariate. Missing data were multiple imputed from retrieved subjects of the same randomized treatment arm (RD-MI). The imputation model was a linear regression of the endpoint with gender as factor and baseline value of the endpoint, timing and the value of last available observation – on study (LAO-OS) of the endpoint as covariates, imputed by treatment status.
RD-MI: Retrieved Drop-outs Multiple Imputation
[2] Not included in the pre-specified hierarchical testing
[3] Baseline value is the geometric mean

## 14.3 Weight Reduction and Long-term Maintenance Study of WEGOVY Injection in Pediatric Patients Aged 12 Years and Older with Obesity

### Overview of Clinical Trial in Pediatric Patients

WEGOVY injection was evaluated to reduce excess body weight in pediatric patients aged 12 years of age and older with obesity in a 68-week, double-blind, randomized, parallel group, placebo-controlled, multi-center trial in 201 pubertal pediatric patients aged 12 years and older with BMI corresponding to ≥95th percentile standardized for age and sex (Study 8) (NCT#04102189). After a 12-week lifestyle run-in period (including dietary recommendations and physical activity counseling), patients were randomized 2:1 to WEGOVY injection once weekly or placebo once weekly. WEGOVY injection or matching placebo was escalated to 2.4 mg or maximally tolerated dose during a 16-week period followed by 52 weeks on maintenance dose. Of WEGOVY injection-treated patients who completed the trial, 86.7% were on the 2.4 mg dosage at the end of the trial; for 5% of patients, 1.7 mg was the maximum tolerated dosage.

The mean age was 15 years; 38% of patients were male; 79% were White, 8% were Black or African American, 2% were Asian, and 11% were of other or unknown race; and 11% were of Hispanic or Latino ethnicity. The mean baseline body weight was 108 kg, and mean BMI was 37 kg/m[2].

### Results

The proportions of patients who discontinued study drug were 10% for the WEGOVY injection-treated group and 10% for the placebo-treated group.

The primary endpoint was percent change in BMI from baseline to Week 68. After 68 weeks, treatment with WEGOVY injection resulted in a statistically significant reduction in percent BMI compared with placebo. Greater proportions of patients treated with WEGOVY injection achieved ≥5% reduction in baseline BMI than those treated with placebo as shown in **Table 15**.

### Table 15. Changes in Weight and BMI at Week 68 in Pediatric Patients with Obesity Aged 12 Years and Older in Study 8 with WEGOVY Injection

| Intention-to-Treat[a] | PLACEBO N=67 | WEGOVY Injection N=134 |
|---|---|---|
| BMI | | |

| Intention-to-Treat[a] | PLACEBO N=67 | WEGOVY Injection N=134 |
|---|---|---|
| Baseline mean (kg/m²) | 35.7 | 37.7 |
| % change from baseline in BMI (LSMean) | 0.6 | -16.1 |
| % difference from placebo (LSMean) (95% CI) | | -16.7 (-20.3; -13.2)* |
| % of Patients with greater than or equal to 5% reduction in baseline BMI[b] | 19.7 | 77.1 |
| % difference from placebo (LSMean) | | 57.4 |
| % of Patients with greater than or equal to 10% reduction in baseline BMI[b] | 7.7 | 65.1 |
| % difference from placebo (LSMean) | | 57.5 |
| % of Patients with greater than or equal to 15% reduction in baseline BMI[b] | 4 | 57.8 |
| % difference from placebo (LSMean) | | 53.9 |
| Body Weight[b] | | |
| Baseline mean (kg) | 102.6 | 109.9 |
| % change from baseline (LSMean)[a] | 2.7 | -14.7 |
| % difference from placebo (LSMean) | | -17.4 |

LSMean = least squares mean; CI = confidence interval
[a] The intention-to-treat population includes all randomized patients. Missing data were imputed using available data according to value and timing of last available observation on treatment and endpoint's baseline value from retrieved subjects (RD-MI). At week 68, the BMI was missing for 2.2% and 7.5% of patients randomized to WEGOVY injection and placebo, respectively
[b] Parameters not included in the pre-specified hierarchical testing
* p<0.0001 (unadjusted 2-sided) for superiority

The time course of change in BMI with WEGOVY injection and placebo from baseline through Week 68 is depicted in **Figure 9**. The cumulative frequency distribution of change in BMI is shown in **Figure 10**.

**Figure 9. Change from Baseline (%) in BMI in Pediatric Patients with Obesity Aged 12 Years and Older in Study 8 with WEGOVY Injection**



Observed values for patients completing each scheduled visit, and estimates with multiple imputations from retrieved dropouts (RD-MI)

**Figure 10. Change in BMI (%) from Baseline to Week 68 in Pediatric Patients with Obesity Aged 12 Years and Older in Study 8 with WEGOVY Injection**



Observed data from in-trial period including imputed data for missing observations (RD-MI)

*Effect of WEGOVY Injection on Anthropometry and Cardiometabolic Parameters in Pediatric Patients with Obesity Aged 12 Years and Older*

Changes in waist circumference and cardiometabolic parameters with WEGOVY injection are shown in **Table 16** for the study in pediatric patients aged 12 years and older.

**Table 16. Mean Changes in Anthropometry and Cardiometabolic Parameters in Pediatric Patients with Obesity Aged 12 Years and Older in Study 8 with WEGOVY Injection**

| | PLACEBO N=67 | | WEGOVY Injection N=134 | | |
|---|---|---|---|---|---|
| | **Baseline** | **Change from Baseline (LSMean)** | **Baseline** | **Change from Baseline (LSMean)** | **Difference from placebo (LSMean)** |
| Waist Circumference (cm)[2] | 107.3 | -0.6 | 111.9 | -12.7 | -12.1 |
| Systolic Blood Pressure (mmHg)[2] | 120 | -0.8 | 120 | -2.7 | -1.9 |
| Diastolic Blood Pressure (mmHg)[2] | 73 | -0.8 | 73 | -1.4 | -0.6 |
| Heart Rate[3] | 76 | -2.3 | 79 | 1.2 | 3.5 |
| HbA$_{1c}$ (%)[2,4] | 5.4 | -0.1 | 5.5 | -0.4 | -0.2 |
| | **Baseline** | **% Change from Baseline (LSMean)** | **Baseline** | **% Change from Baseline (LSMean)** | **Relative difference from placebo (LSMean)** |
| Total Cholesterol (mg/dL)[2,5] | 160.1 | -1.3 | 159.4 | -8.3 | -7.1 |
| LDL Cholesterol (mg/dL)[2,5] | 91.7 | -3.6 | 89.8 | -9.9 | -6.6 |
| HDL Cholesterol (mg/dL)[2,5] | 43.3 | 3.2 | 43.7 | 8 | 4.7 |
| Triglycerides (mg/dL)[2,5] | 108 | 2.6 | 111.3 | -28.4 | -30.2 |

[1] Parameters listed in the table were not included in the pre-specified hierarchical testing.
[2] Missing data were imputed using available data according to value and timing of last available observation on treatment and endpoint's baseline value from retrieved subjects (RD-MI). Model based estimates based on an analysis of covariance model including treatment and stratification groups (gender, Tanner stage group) and the interaction between stratification groups as factors and baseline value as a covariate.
[3] Model based estimates based on a mixed model for repeated measures including treatment as a factor and baseline value as a covariate all nested within visit.
[4] For patients without type 2 diabetes at randomization (N=129 for WEGOVY injection-treated patients and N=64 for placebo-treated patients).
[5] Baseline value is the geometric mean.

## 14.4 Noncirrhotic Metabolic Dysfunction-associated Steatohepatitis with Moderate to Advanced Liver Fibrosis in Adults Treated with WEGOVY Injection
Overview of Clinical Trial

The efficacy of WEGOVY injection was evaluated based on an efficacy analysis at Week 72 in Study 9 (NCT#04822181), a 240-week, randomized, double-blind, placebo-controlled trial. Enrolled patients had a baseline or recent liver biopsy showing clinically significant MASLD (metabolic dysfunction-associated steatotic liver disease), defined as MASH with fibrosis stage 2 or 3 and a non-alcoholic fatty liver disease (NAFLD) Activity Score (NAS) ≥4 with a score of 1 or more in steatosis, lobular inflammation, and hepatocyte ballooning. Efficacy determination was based on the effect of WEGOVY injection on resolution of steatohepatitis without worsening of liver fibrosis and on at least one stage improvement in liver fibrosis without worsening of steatohepatitis, on post-baseline liver biopsies collected at 72 weeks.

The Week 72 analysis included 800 F2 and F3 (at eligibility) patients randomized 1:2 to receive placebo (n=266) or WEGOVY once weekly (n=534), in addition to standard of care for cardiometabolic comorbidities and healthy lifestyle counseling. WEGOVY injection or matching placebo was escalated to 2.4 mg once weekly during the initial 16 weeks of the treatment period. Dose escalation could be prolonged or patients could remain at a lower dose if 2.4 mg once weekly was not tolerable.

Demographic and baseline characteristics were balanced between treatment and placebo groups. Overall, the median (Q1 to Q3) age of patients at baseline was 57 (49 to 65) years, 57% were female, 18% were Hispanic, 68% were White, 27% were Asian, and 0.6% were Black or African American. Median (Q1 to Q3) body mass index (BMI) was 34 (30 to 38) kg/m$^2$ and median (Q1 to Q3) body weight was 93 (79 to 110) kg. Baseline characteristics are presented in **Table 17**.

**Table 17. Baseline Characteristics in Adults Patients with Noncirrhotic MASH with Stage 2 to Stage 3 Fibrosis in Study 9**

| Characteristic | Overall (N=800) |
|---|---|
| Fibrosis stage, n (%) | |
| F2 | 250 (31) |
| F3 | 550 (69) |
| Body Mass Index (BMI, kg/m$^2$), n (%)[a] | |
| <25 | 53 (7) |
| 25-30 | 164 (21) |
| 30-35 | 252 (32) |
| ≥35 | 330 (41) |
| Lean MASH, n (%)[b] | 22 (3) |
| Type 2 Diabetes, n (%) | 447 (56) |
| Hypertension, n (%) | 503 (63) |
| Dyslipidemia, n (%) | 198 (25) |
| Statin use, n (%) | 300 (38) |
| Fibrosis Index Based on 4 Factors (FIB-4), Median (Q1, Q3)[a] | 1.6 (1.1, 2.3) |
| Enhanced Liver Fibrosis (ELF), Median (Q1, Q3) | 9.9  (9.3, 10.5) |

[a] Less than 5% missingness in the variable is omitted.
[b] Lean MASH defined as BMI <25 kg/m$^2$ for non-Asian patients and BMI <23 kg/m$^2$ for Asian patients.
Among the 79% of the patients with vibration-controlled transient elastography (VCTE) at baseline, median (Q1 to Q3) VCTE was 10.9 (8.6 to 15.5) kPa, which may not be representative of the entire study population. The 21% of patients with missing VCTE at baseline had higher percentages of being female and having baseline diabetes, hypertension, and dyslipidemia.

Results

**Table 18** presents the Week 72 histopathology primary endpoint results comparing WEGOVY injection with placebo on 1) the estimated percentage of patients with resolution of steatohepatitis and no worsening of liver fibrosis and 2) the estimated percentage of patients with at least one stage improvement in liver fibrosis and no worsening of steatohepatitis. The secondary endpoint results of the estimated percentage of patients with resolution of steatohepatitis and improvement in liver fibrosis at Week 72 are also presented. Two pathologists independently read the liver biopsies for each patient; a third pathologist performed adjudication if consensus could not be reached between the two pathologists. WEGOVY injection demonstrated improvement on these histopathology endpoints at Week 72 compared to placebo.

**Table 18. Efficacy Results at Week 72 in Adult Patients with Noncirrhotic MASH with Stage 2 or Stage 3 Fibrosis in Study 9 of WEGOVY Injection**

| | Placebo N=266 | WEGOVY Injection N=534 |
|---|---|---|
| Resolution of steatohepatitis and no worsening of liver fibrosis | | |
| Response Rate (%) | 34 | 63 |
| Difference in response rate vs. placebo (95% CI) | | 29 (21, 36)[*] |
| Improvement in liver fibrosis and no worsening of steatohepatitis | | |
| Response Rate (%) | 22 | 37 |
| Difference in response rate vs. placebo (95% CI) | | 14 (8, 21)[*] |
| Resolution of steatohepatitis and improvement in liver fibrosis | | |
| Response Rate (%) | 16 | 33 |
| Difference in response rate vs. placebo (95% CI) | | 17 (10, 23)[*] |

[*] Results were statistically significant.
Endpoints were evaluated according to the MASH Clinical Research Network (CRN). Resolution of steatohepatitis is defined as a score of 0 to 1 for lobular inflammation, 0 for ballooning, and any value for steatosis. No worsening of steatohepatitis is defined as no increase from baseline in score for ballooning, lobular inflammation, or steatosis.
Estimated using pooled Mantel-Haenszel (MH) estimates stratified by baseline type 2 diabetes status (presence or absence) and baseline fibrosis stage (F2 or F3) with missing data handled by reference-based multiple imputation and 95% confidence intervals (CIs) calculated using Rubin's rule to pool Sato's estimate of standard errors across the imputed datasets.

Another secondary endpoint was the percent change in body weight from baseline to Week 72. Patients treated with WEGOVY injection (mean baseline body weight 95.4 kg) achieved an average of 10.5% weight loss from baseline at Week 72, and patients treated with placebo (mean baseline weight 97.6 kg) achieved an average of 2% weight loss from baseline at Week 72; treatment with WEGOVY injection resulted in an average of 8.5% greater weight loss from baseline compared to placebo (95% CI: 7.4% to 9.5%).

Starting at Week 12 and through Week 72, there was a trend of greater reductions from baseline in average ALT and AST in the WEGOVY injection group as compared to the placebo group.

## 16 HOW SUPPLIED/STORAGE AND HANDLING

WEGOVY Injection
*How Supplied*
WEGOVY injection is a clear, colorless solution in a prefilled, disposable, single-dose pen-injector with an integrated needle. It is supplied in cartons containing 4 pen-injectors in the following packaging configurations:

| Total Strength per Total Volume | NDC |
|---|---|
| 0.25 mg/0.5 mL | 0169-4525-14 |
| 0.5 mg/0.5 mL | 0169-4505-14 |
| 1 mg/0.5 mL | 0169-4501-14 |
| 1.7 mg/0.75 mL | 0169-4517-14 |
| 2.4 mg/0.75 mL | 0169-4524-14 |

*Recommended Storage*
Store the WEGOVY single-dose pen in the refrigerator from 2°C to 8°C (36°F to 46°F). If needed, prior to cap removal, the pen can be kept from 8°C to 30°C (46°F to 86°F) up to 28 days. Do not freeze. Protect WEGOVY from light. WEGOVY must be kept in the original carton until time of administration. Discard the WEGOVY pen after use.

WEGOVY Tablets
*How Supplied*
WEGOVY tablets are available as:

| Tablet strength | Description | Package Configuration | NDC Number |
|---|---|---|---|
| 1.5 mg | White to light yellow, round shaped debossed with "1.5" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4415-31 |
| 4 mg | White to light yellow, round shaped debossed with "4" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4404-31 |
| 9 mg | White to light yellow, round shaped debossed with "9" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4409-31 |
| 25 mg | White to light yellow, oval shaped debossed with "25" on one side and "novo" on the other side | Bottle of 30 tablets | 0169-4425-31 |

*Recommended Storage*
Store at 20°C to 25°C (68°F to 77°F); excursions permitted to 15°C to 30°C (59°F to 86°F) [see USP Controlled Room Temperature]. Store and dispense WEGOVY tablets in the original bottle. Store WEGOVY tablet in the original bottle until use to protect tablets from moisture. Store WEGOVY tablets in a dry place away from moisture.

**17 PATIENT COUNSELING INFORMATION**
Advise the patient to read the FDA-approved patient labeling (Medication Guide and Instructions for Use).

*Risk of Thyroid C-cell Tumors*
Inform patients that semaglutide causes thyroid C-cell tumors in rodents and that the human relevance of this finding has not been determined. Counsel patients to report symptoms of thyroid tumors (e.g., a lump in the neck, hoarseness, dysphagia, or dyspnea) to their physician *[see Boxed Warning, Warnings and Precautions (5.1)]*.

*Acute Pancreatitis*
Inform patients of the potential risk for acute pancreatitis and its symptoms: severe abdominal pain that sometimes radiates to the back, and which may or may not be accompanied by nausea or vomiting. Instruct patients to discontinue WEGOVY promptly and contact their physician if pancreatitis is suspected *[see Warnings and Precautions (5.2)]*.

*Acute Gallbladder Disease*
Inform patients of the risk of acute gallbladder disease. Advise patients that substantial or rapid weight loss can increase the risk of gallbladder disease, but that gallbladder disease may also occur in the absence of substantial or rapid weight loss. Instruct patients to contact their healthcare provider for appropriate clinical follow-up if gallbladder disease is suspected *[see Warnings and Precautions (5.3)]*.

*Hypoglycemia*
Inform patients of the risk of hypoglycemia and educate patients on the signs and symptoms of hypoglycemia. Advise patients with diabetes mellitus on glycemic lowering therapy that they may have an increased risk of hypoglycemia when using WEGOVY and to report signs and/or symptoms of hypoglycemia to their healthcare provider *[see Warnings and Precautions (5.4)]*.

*Acute Kidney Injury Due to Volume Depletion*
Inform patients of the potential risk of acute kidney injury due to dehydration associated with gastrointestinal adverse reactions. Advise patients to take precautions to avoid fluid depletion. Inform patients of the signs and symptoms of acute kidney injury and instruct them to promptly report any of these signs or symptoms or persistent (or extended) nausea, vomiting, and diarrhea to their healthcare provider *[see Warnings and Precautions (5.5)]*.

*Severe Gastrointestinal Adverse Reactions*
Inform patients of the potential risk of severe gastrointestinal adverse reactions. Instruct patients to contact their healthcare provider if they have severe or persistent gastrointestinal symptoms *[see Warnings and Precautions (5.6)]*.

*Hypersensitivity Reactions*
Inform patients that serious hypersensitivity reactions have been reported during postmarketing use of semaglutide, the active ingredient in WEGOVY. Advise patients on the symptoms of hypersensitivity reactions and instruct them to stop taking WEGOVY and seek medical advice promptly if such symptoms occur *[see Warnings and Precautions (5.7)]*.

*Diabetic Retinopathy Complications in Patients with Type 2 Diabetes*
Inform patients with type 2 diabetes to contact their physician if changes in vision are experienced during treatment with WEGOVY *[see Warnings and Precautions (5.8)]*.

*Heart Rate Increase*
Instruct patients to inform their healthcare providers of palpitations or feelings of a racing heartbeat while at rest during WEGOVY treatment *[see Warnings and Precautions (5.9)]*.

*Suicidal Behavior and Ideation*
Advise patients to report emergence or worsening of depression, suicidal thoughts or behavior, and/or any unusual changes in mood or behavior. Inform patients that if they experience suicidal thoughts or behaviors, they should stop taking WEGOVY *[see Warnings and Precautions (5.10)]*.

*Pulmonary Aspiration During General Anesthesia or Deep Sedation*
Inform patients that WEGOVY may cause their stomach to empty more slowly which may lead to complications with anesthesia or deep sedation during planned surgeries or procedures. Instruct patients to inform healthcare providers prior to any planned surgeries or procedures if they are taking WEGOVY *[see Warnings and Precautions (5.11)]*.

*Pregnancy*
WEGOVY may cause fetal harm. Advise patients to inform their healthcare provider of a known or suspected pregnancy. Advise patients who are exposed to WEGOVY during pregnancy to contact Novo Nordisk at 1-877-390-2760 or www.wegovypregnancyregistry.com *[see Use in Specific Populations (8.1)]*.

*Missed Doses*
Inform patients if a dose of WEGOVY injection is missed and the next scheduled dose is more than 2 days away (48 hours), administer WEGOVY injection as soon as possible. If one dose is missed and the next scheduled dose is less than 2 days away (48 hours), do not administer the dose. Inform patients to resume their regular once-weekly dosing schedule *[see Dosage and Administration (2.4)]*.

Inform patients if a dose of WEGOVY tablets is missed, skip the missed dose and take the next dose the following day *[see Dosage and Administration (2.4)]*.

*Lactation*
Advise females not to breastfeed during treatment with WEGOVY tablets *[see Use in Specific Populations (8.2)]*.

Marketed by: Novo Nordisk Inc., Plainsboro, NJ 08536

For additional information about WEGOVY contact:
Novo Nordisk Inc.

800 Scudders Mill Road
Plainsboro, NJ 08536
1-833-934-6891

*WEGOVY® is a registered trademark of Novo Nordisk A/S.*
Patent Information: http://www.novonordisk-us.com/products/product-patents.html
© 2025 Novo Nordisk

Reference ID: 5736871

**MEDICATION GUIDE**

| WEGOVY® (wee-GOH-vee) (semaglutide) injection, for subcutaneous use | WEGOVY® (wee-GOH-vee) (semaglutide) tablets, for oral use |
|---|---|

Read this Medication Guide and Instructions for Use before you start using WEGOVY and each time you get a refill. There may be new information. This information does not take the place of talking to your healthcare provider about your medical condition or your treatment.

**What is the most important information I should know about WEGOVY?**

**WEGOVY may cause serious side effects, including:**

- **Possible thyroid tumors, including cancer**. Tell your healthcare provider if you get a lump or swelling in your neck, hoarseness, trouble swallowing, or shortness of breath. These may be symptoms of thyroid cancer. In studies with rodents, WEGOVY and other medicines that work like WEGOVY caused thyroid tumors, including thyroid cancer. It is not known if WEGOVY will cause thyroid tumors or a type of thyroid cancer called medullary thyroid carcinoma (MTC) in people.

- Do not use WEGOVY if you or any of your family have ever had a type of thyroid cancer called medullary thyroid carcinoma (MTC), or if you have an endocrine system condition called Multiple Endocrine Neoplasia syndrome type 2 (MEN 2).

**What is WEGOVY?**

- WEGOVY injection is a prescription medicine used with a reduced-calorie diet and increased physical activity to:
  - reduce the risk of major cardiovascular events such as death, heart attack, or stroke in adults with known heart disease and with either obesity or overweight).
  - help adults and children aged 12 years and older with obesity, or some adults with excess weight (overweight) who also have weight-related medical problems to lose weight and keep the weight off.
  - treat adults with metabolic dysfunction-associated steatohepatitis (MASH) with moderate to advanced liver scarring (fibrosis), but not with cirrhosis of the liver.

- WEGOVY tablets are a prescription medicine used with a reduced-calorie diet and increased physical activity to:
  - reduce the risk of major cardiovascular events such as death, heart attack, or stroke in adults with known heart disease and with either obesity or overweight.
  - help adults with obesity, or some adults with excess weight (overweight) who also have weight-related medical problems to lose weight and keep the weight off.

- WEGOVY contains semaglutide and should not be used with other semaglutide-containing products or other GLP-1 receptor agonist medicines.

- It is not known if WEGOVY injection is safe and effective:
  - to reduce the risk of major cardiovascular events (death, heart attack, or stroke) in people under 18 years.
  - to help children under 12 years of age lose weight and keep the weight off.
  - for the treatment of MASH in people under 18 years of age.

- It is not known if WEGOVY tablets are safe and effective for use in people under 18 years of age.

**Do not use WEGOVY if:**

- you or any of your family have ever had a type of thyroid cancer called MTC or if you have an endocrine system condition called MEN 2.

- you have had a serious allergic reaction to semaglutide or any of the ingredients in WEGOVY injection or WEGOVY tablets. See the end of this Medication Guide for a complete list of ingredients in WEGOVY injection and WEGOVY tablets. See "**What are the possible side effects of WEGOVY?**" for symptoms of a serious allergic reaction.

**Before using WEGOVY, tell your healthcare provider if you have any other medical conditions, including if you:**

- have or have had problems with your pancreas or kidneys.

- have type 2 diabetes and a history of diabetic retinopathy.

- have or have had depression or suicidal thoughts, or mental health issues.

- are scheduled to have surgery or other procedures that use anesthesia or deep sleepiness (deep sedation).

- are pregnant or plan to become pregnant. WEGOVY may harm your unborn baby. You should stop using WEGOVY 2 months before you plan to become pregnant.
  - **Pregnancy Exposure Registry:** There is a pregnancy exposure registry for women who use WEGOVY during pregnancy. The purpose of this registry is to collect information about the health of you and your baby. Talk to your healthcare provider about how you can take part in this registry or you may contact Novo Nordisk at 1-877-390-2760 or www.wegovypregnancyregistry.com.
- are breastfeeding or plan to breastfeed. Breastfeeding is not recommended during treatment with WEGOVY tablets. It is not known if WEGOVY when received through an injection passes into your breast milk. You should talk with your healthcare provider about the best way to feed your baby while using WEGOVY.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements. WEGOVY may affect the way some medicines work and some medicines may affect the way WEGOVY works. Tell your healthcare provider if you are taking other medicines to treat diabetes, including sulfonylureas or insulin. WEGOVY slows stomach emptying and can affect medicines that need to pass through the stomach quickly.

Know the medicines you take. Keep a list of them to show your healthcare provider and pharmacist when you get a new medicine.

**How should I use WEGOVY?**

- Use WEGOVY exactly as your healthcare provider tells you to.
- Use WEGOVY with a reduced-calorie diet and increased physical activity.
- If you take too much WEGOVY, you may have severe nausea, severe vomiting and severe low blood sugar. Call your healthcare provider or Poison Help line at 1-800-222-1222 or go to the nearest hospital emergency room right away. Advice is also available online at poisonhelp.org.

**WEGOVY Injection**

- Read the **Instructions for Use** that comes with WEGOVY.
- **Your healthcare provider should show you how to use WEGOVY before you use it for the first time.**
- WEGOVY is injected under the skin (subcutaneously) of your stomach (abdomen), thigh, or upper arm. **Do not** inject WEGOVY into a muscle (intramuscularly) or vein (intravenously).
- Change (rotate) your injection site with each injection. **Do not** use the same site for each injection.
- **Use WEGOVY 1 time each week, on the same day each week, at any time of the day.**
- If you need to change the day of the week, you may do so as long as your last dose of WEGOVY was given **2** or more days before.
- If you miss a dose of WEGOVY and the next scheduled dose is more than 2 days away (48 hours), take the missed dose as soon as possible. If you miss a dose of WEGOVY and the next schedule dose is less than 2 days away (48 hours), do not administer the dose. Take your next dose on the regularly scheduled day.
- If you miss doses of WEGOVY for 2 or more weeks, take your next dose on the regularly scheduled day or call your healthcare provider to talk about how to restart your treatment.
- You can take WEGOVY with or without food.

**WEGOVY Tablets**

- Take 1 WEGOVY tablet by mouth on an empty stomach in the morning with water (no more than 4 ounces). **Do not** take WEGOVY tablets with any other liquids besides water.
- **Do not** split, crush, chew or dissolve WEGOVY tablets. Swallow WEGOVY tablets whole.
- **Do not** take more than 1 WEGOVY tablet each day.
- After 30 minutes, you can eat, drink, or take other oral medicines.
- If you miss a dose of WEGOVY, skip the missed dose and go back to your regular schedule for the next dose.

**What are the possible side effects of WEGOVY?**
**WEGOVY may cause serious side effects, including:**

- **See "What is the most important information I should know about WEGOVY?"**

- **inflammation of your pancreas (pancreatitis).** Stop using WEGOVY and call your healthcare provider right away if you have severe pain in your stomach area (abdomen) that will not go away, with or without nausea or vomiting. Sometimes you may feel the pain from your abdomen to your back.
- **gallbladder problems.** WEGOVY may cause gallbladder problems including gallstones. Some gallbladder problems need surgery. Call your healthcare provider if you have any of the following symptoms:
  - pain in your upper stomach (abdomen)
  - fever
  - yellowing of skin or eyes (jaundice)
  - clay-colored stools
- **increased risk of low blood sugar (hypoglycemia) in patients with type 2 diabetes, especially those who also take medicines to treat type 2 diabetes mellitus such as an insulin or a sulfonylureas.** Low blood sugar in patients with type 2 diabetes who receive WEGOVY can be both a serious and common side effect. Talk to your healthcare provider about how to recognize and treat low blood sugar. You should check your blood sugar before you start taking WEGOVY and while you take WEGOVY. Signs and symptoms of low blood sugar may include:
  - dizziness or light-headedness
  - blurred vision
  - anxiety
  - irritability or mood changes
  - sweating
  - slurred speech
  - hunger
  - confusion or drowsiness
  - shakiness
  - weakness
  - headache
  - fast heartbeat
  - feeling jittery
- **dehydration leading to kidney problems.** Diarrhea, nausea, and vomiting may cause a loss of fluids (dehydration) which may cause kidney problems. It is important for you to drink fluids to help reduce your chance of dehydration. Tell your healthcare provider right away if you have nausea, vomiting, or diarrhea that does not go away.
- **severe stomach problems.** Stomach problems, sometimes severe, have been reported in people who use WEGOVY. Tell your healthcare provider if you have stomach problems that are severe or will not go away.
- **serious allergic reactions.** Stop using WEGOVY and get medical help right away, if you have any symptoms of a serious allergic reaction including:
  - swelling of your face, lips, tongue or throat
  - problems breathing or swallowing
  - severe rash or itching
  - fainting or feeling dizzy
  - very rapid heartbeat
- **change in vision in people with type 2 diabetes.** Tell your healthcare provider if you have changes in vision during treatment with WEGOVY.
- **increased heart rate.** WEGOVY can increase your heart rate while you are at rest. Your healthcare provider should check your heart rate while you take WEGOVY. Tell your healthcare provider if you feel your heart racing or pounding in your chest and it lasts for several minutes.
- **depression or thoughts of suicide.** You should pay attention to any mental changes, especially sudden changes in your mood, behaviors, thoughts, or feelings. Call your healthcare provider right away if you have any mental changes that are new, worse, or worry you.
- **food or liquid getting into the lungs during surgery or other procedures that use anesthesia or deep sleepiness (deep sedation).** WEGOVY may increase the chance of food getting into your lungs during surgery or other procedures. Tell all your healthcare providers that you are taking WEGOVY before you are scheduled to have surgery or other procedures.

**The most common side effects of WEGOVY in adults or children aged 12 years and older may include:**

- nausea
- diarrhea
- vomiting
- constipation
- stomach (abdomen) pain
- headache
- tiredness (fatigue)
- upset stomach
- dizziness
- feeling bloated
- belching
- low blood sugar in people with type 2 diabetes
- gas
- stomach flu
- heartburn
- runny nose or sore throat

Talk to your healthcare provider about any side effect that bothers you or does not go away. These are not all the possible side effects of WEGOVY.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store WEGOVY?**
**WEGOVY injection**

- Store the WEGOVY pen in the refrigerator between 36°F to 46°F (2°C to 8°C).
- If needed, before removing the pen cap, WEGOVY can be stored from 46°F to 86°F (8°C to 30°C) in the original carton for up to 28 days.
- Keep WEGOVY in the original carton to protect it from light.
- Do not freeze.
- Throw away the pen if WEGOVY has been frozen, has been exposed to light or temperatures above 86°F (30°C), or has been out of the refrigerator for 28 days or longer.

**WEGOVY tablets**

- Store WEGOVY tablets at room temperature between 68°F and 77°F (20°C to 25°C).
- Store tablets in the original closed WEGOVY bottle until you are ready to take one. Do not store in any other container.
- Store in a dry place away from moisture.

**Keep WEGOVY and all medicines out of the reach of children.**

**General information about the safe and effective use of WEGOVY.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use WEGOVY for a condition for which it was not prescribed. Do not give WEGOVY to other people, even if they have the same condition that you have. It may harm them. You can ask your pharmacist or healthcare provider for information about WEGOVY that is written for health professionals.

**What are the ingredients in WEGOVY?**

**Active Ingredient**: semaglutide

**Inactive Ingredients in WEGOVY injection**: disodium phosphate dihydrate, 1.42 mg; sodium chloride, 8.25 mg; water for injection; and hydrochloric acid or sodium hydroxide may be added to adjust pH.

**Inactive Ingredients in WEGOVY tablets**: salcaprozate sodium (SNAC) and magnesium stearate

Marketed by: Novo Nordisk Inc., Plainsboro, NJ 08536

*WEGOVY® is a registered trademark of Novo Nordisk A/S.*

Patent Information: http://novonordisk-us.com/products/product-patents.html

© 2025 Novo Nordisk

For more information, go to startWegovy.com or call 1-833-Wegovy-1.

This Medication Guide has been approved by the U.S. Food and Drug Administration.                    Revised: 1/2026

**Instructions for Use**
**WEGOVY®**
(semaglutide) injection
WEGOVY comes in five strengths:

| 0.25 mg / 0.5 mL | 0.5 mg / 0.5 mL | 1 mg / 0.5 mL | 1.7 mg / 0.75 mL | 2.4 mg / 0.75 mL |

**Before you use your WEGOVY pen for the first time,** talk to your healthcare provider or your caregiver about how to prepare and inject WEGOVY correctly.



**Pull out to get started**

**Important information**

**Read this Instructions for Use before you start using WEGOVY. This information does not replace talking to your healthcare provider about your medical condition or treatment.**

· **Your WEGOVY pen is for 1 time use only**. The WEGOVY pen is for subcutaneous (under the skin) use only.
· **The dose of WEGOVY is already set on your pen.**
· **The needle is covered by the needle cover and the needle will not be seen.**
· Do not remove the pen cap until you are ready to inject.
· Do not touch or push on the needle cover. You could get a needle stick injury.
· Your WEGOVY injection will start when the needle cover is pressed firmly against your skin.
· **Do not** remove the pen from your skin before the yellow bar in the pen window has stopped moving. The medicine may appear on the skin or squirt from the needle and you may not get your full dose of WEGOVY if:
   • the pen is removed too early **or**
   • you have not pressed the pen firmly against the skin for the entire injection.
· If the yellow bar does not start moving or stops during the injection, contact your healthcare provider or Novo Nordisk at startWegovy.com or call Novo Nordisk Inc. at 1-833-934-6891.
· The needle cover will lock when the pen is removed from your skin. **You cannot stop the injection and restart it later.**
· People who are blind or have vision problems should not use the WEGOVY pen without help from a person trained to use the WEGOVY pen.

**How do I store WEGOVY?**

· Store the WEGOVY pen in the refrigerator between 36°F to 46°F (2°C to 8°C).
· If needed, before removing the pen cap, WEGOVY can be stored from 46°F to 86°F (8°C to 30°C) in the original carton for up to 28 days.
· Keep WEGOVY in the original carton to protect it from light.
· **Do not freeze.**
· Throw away the pen if WEGOVY has been frozen, has been exposed to light or temperatures above 86°F(30°C), or has been out of the refrigerator for 28 days or longer.

**Keep WEGOVY and all medicines out of the reach of children.**

## WEGOVY pen parts



**Before use**   **After use**

**Expiration date** (on the back)
Check that WEGOVY has not expired.

EXP:
LOT:

**Always** check you have the medicine and dose that your healthcare provider prescribed. Either:

0.25 mg / 0.5 mL | 0.5 mg / 0.5 mL
1 mg / 0.5 mL | 1.7 mg / 0.75 mL
2.4 mg / 0.75 mL

**Pen window**
Check that WEGOVY is clear and colorless. Air bubbles are normal. They do not affect your dose.

**Needle cover**
Needle is hidden inside.

**Pen cap**
Remove it just before you are ready to inject.

**Pen window**
Check that the yellow bar has stopped moving to make sure you received your full dose.

**Needle cover** locks after use.

| How to use your WEGOVY pen | **Do not use your WEGOVY pen without receiving training from your healthcare provider.** Make sure that you or your caregiver know how to give an injection with the pen before you start your treatment. |
|---|---|

Reference ID: 5736871

Read and follow the instructions so that you use your WEGOVY pen correctly:

**Preparation**

**Step 1. Prepare for your injection.**

- **Supplies you will need to give your WEGOVY injection:**
  - ○ WEGOVY pen
  - ○ 1 alcohol swab or soap and water
  - ○ 1 gauze pad or cotton ball
  - ○ 1 sharps disposable container for used WEGOVY pens





- **Wash your hands.**
- **Check your WEGOVY pen.**
  Do not use your WEGOVY pen if:
  - ○ The pen appears to have been used or any part of the pen appears broken, for example if it has been dropped.
  - ○ The WEGOVY medicine is not clear and colorless through the pen window.
  - ○ The expiration date (EXP) has passed.
  Contact Novo Nordisk at 1-833-934-6891 if your WEGOVY pen fails any of these checks.

**Step 2. Choose your injection site.**

• Your healthcare provider can help you choose the injection site that is best for you
  - • You may inject into your upper leg (front of the thighs), lower stomach (keep 2 inches away from your belly button) or upper arm.
• Do not inject into an area where the skin is tender, bruised, red, or hard. Avoid injecting into areas with scars or stretch marks.
• You may inject in the same body area each week, but make sure it is not in the same spot each time.

Clean the injection site with an alcohol swab or soap and water. Do not touch the injection site after cleaning. Allow the skin to dry before injecting.



Upper arms
Stomach
Upper legs

---

**Injection**

**Step 3. Remove pen cap.**

• **Pull the pen cap straight off your pen.**

**Step 4. Inject WEGOVY.**

- **Push the pen firmly against your skin and keep applying pressure until the yellow bar has stopped moving.**
  If the yellow bar does not start moving, press the pen more firmly against your skin.
- **You will hear 2 clicks during the injection.**
  - Click 1: the injection has started.
  - Click 2: the injection is ongoing.
- **If you have problems with the injection, refer to the "Troubleshooting" section.**



**Throw away pen**

**Step 5. Throw away (dispose of) pen.**

Safely dispose of the WEGOVY pen right away after each use. See **"How do I throw away (dispose of) WEGOVY pens?"**

• **What if blood appears after injection?**

If blood appears at the injection site, press the site lightly with a gauze pad or cotton ball.

 **Troubleshooting**

- **If you have problems injecting, change to a more firm injection site, such as upper leg, or upper arm or consider standing up while injecting into the lower stomach.**
- **If medicine appears on the skin or squirts from the needle, make sure the next time you inject to keep applying pressure until the yellow bar has stopped moving. Then you can lift the pen slowly from your skin.**



**How do I throw away (dispose of) WEGOVY pens?**

Put the used WEGOVY pen in an FDA-cleared sharps disposal container right away after use. **Do not throw away (dispose of)** the pen in your household trash.

If you do not have an FDA-cleared sharps disposal container, you may use a household container that is:
· made of a heavy-duty plastic,
· able to be closed with a tight-fitting, puncture-resistant lid, without sharps being able to come out,
· upright and stable during use,
· leak-resistant, and
· properly labeled to warn of hazardous waste inside the container.

When your sharps disposal container is almost full, you will need to follow your community guidelines for the right way to dispose of your sharps disposal container. There may be state or local laws about how you should throw away used needles and syringes. For more information about safe sharps disposal, and for specific sharps disposal in the state that you live in, go to the FDA's website at http://www.fda.gov/safesharpsdisposal.

· Do not reuse the pen.
· Do not recycle the pen or sharps disposal container, or throw them into household trash.

**Important:** Keep your WEGOVY pen, sharps disposal container and all medicines out of the reach of children.



**How do I care for my pen?**

**Protect your pen**
· Do not drop your pen or knock it against hard surfaces.
· Do not expose your pen to any liquids.
· If you think that your pen may be damaged, do not try to fix it. Use a new one.
· Keep the pen cap on until you are ready to inject. Your pen will no longer be sterile if you store an unused pen without the cap, if you pull the pen cap off and put it on again, or if the pen cap is missing. This could lead to an infection.



If you have any questions about WEGOVY, go to startWegovy.com or call Novo Nordisk Inc. at 1-833-Wegovy-1

Manufactured by:
Novo Nordisk A/S
Novo Allé
DK-2880 Bagsvaerd, Denmark

For information about WEGOVY, go to startWegovy.com or contact:
Novo Nordisk Inc.
800 Scudders Mill Road
Plainsboro, NJ 08536
1-833-Wegovy-1

Version: 2

WEGOVY® is a registered trademark of Novo Nordisk A/S.

PATENT Information: http://novonordisk-us.com/products/product-patents.html

© 2022 Novo Nordisk

This Instructions for Use has been approved by the U.S. Food and Drug Administration.

Revised: August 2022



# EXHIBIT 5



February 8, 2026

**Via Email**

Mr. Andrew Dudum
Chief Executive Officer
Hims & Hers Health, Inc.
Hims, Inc.
2269 Chestnut Street, #523
San Francisco, CA 94123
andrew@forhims.com

cc:     Soleil Boughton
        Chief Legal Officer
        Hims & Hers Health, Inc.
        Hims, Inc.
        2269 Chestnut Street, #523
        San Francisco, CA 94123
        soleil@forhims.com

Re:     **Novo Nordisk Inc.'s Intellectual Property In the
        GLP-1 Compound Semaglutide**

Dear Mr. Dudum:

I write on behalf of Novo Nordisk, a pioneer in metabolic health innovation. Through decades of groundbreaking research, investment in innovation, and clinical study, Novo Nordisk discovered, developed, and brought to market semaglutide—the active pharmaceutical ingredient in the FDA-approved pharmaceutical products Ozempic®, Rybelsus®, and Wegovy®. Novo Nordisk's transformative therapies have improved the lives of millions of patients worldwide and represent the culmination of its longstanding commitment to innovation and patient care.

As you know, semaglutide is protected by multiple patents, including U.S. Patent No. 8,129,343 ("the '343 Patent"). The '343 Patent is listed in FDA's Orange Book for each of Ozempic®, Rybelsus®, and Wegovy®, along with other patents covering those products. In addition, Novo Nordisk's Ozempic® and Wegovy® prescribing information—to which Hims & Hers includes links on its websites—identifies the '343 Patent, along with other patents covering Novo Nordisk's semaglutide products.

Hims & Hers is violating Novo Nordisk's intellectual property rights, including infringing the '343 Patent both directly and indirectly under 35 U.S.C. § 271, in offering for sale through the Hims & Hers websites "Compounded GLP-1" injection, "Compounded GLP-1 Microdose," and "Compounded GLP-1 Pill" containing "the same active ingredient as Ozempic® and Wegovy®." The websites describe semaglutide as "the active ingredient in the brand-name medication Wegovy®" and "the active ingredient in Ozempic®." Hims & Hers is therefore using Novo Nordisk's patented technology without authorization and is instructing, encouraging, or suggesting to others

Mr. Andrew Dudum
Page 2

to use or practice Novo Nordisk's patented technology without authorization.
Manufacture, use, offer for sale, sale, or import of compounded semaglutide and these
semaglutide products without authorization is unlawful conduct.

Hims & Hers Health, Inc., and all of its agents, affiliated entities, and
subsidiaries, must immediately cease violating Novo Nordisk's intellectual property in
semaglutide and semaglutide-containing products. The improper and unauthorized use
of Novo Nordisk's intellectual property must end immediately and permanently.

Sincerely,

John F. Kuckelman
Group General Counsel
Global Legal, IP and Security

Novo Nordisk A/S
Novo Allé 1
DK-2880 Bagsvaerd
Denmark
jfkv@novonordisk.com

# EXHIBIT 6

☰   Hims & Hers acquires Livewell in Canada in anticipation of generic Ozempic          💬 COMMENTS      ⬆ SHARE      🔖 SAVE FOR LATER      🎁 GIVE THIS ARTICLE

# Hims & Hers acquires Livewell in Canada in anticipation of generic Ozempic

**CHRIS HANNAY** ›
PUBLISHED DECEMBER 4, 2025

FOR SUBSCRIBERS



Hims & Hers Health Inc. HIMS-N (/investing/markets/stocks/HIMS-N/) -1.96% ▼ , one of the largest U.S. telehealth providers, is entering the Canadian market with the acquisition of Montreal-based Livewell on Thursday and expects to ride the wave of exploding demand for the generic weight-loss drug semaglutide when it becomes available.

Semaglutide is currently made by Danish drug maker Novo Nordisk NVO-N (/investing/markets/stocks/NVO-N/) +9.92% ▲ and sold under the brand names Ozempic (prescribed primarily for diabetes) and Wegovy (for obesity). Ozempic is the best-selling drug in Canada by far, earning $2.2-billion at retail pharmacies for the first nine months of 2025, according to IQVIA Canada, with Wegovy also in the top 10 at $441-million.

Hims & Hers says it is most focused on obesity care in its Canadian services, which begin Thursday. A patient can use the virtual platform to speak with a physician or nurse practitioner about their treatment and, if appropriate, get a prescription and order medication that can be delivered to their door.

Andrew Dudum, co-founder and chief executive officer of Hims & Hers, said Canada presented a major opportunity for the company's next international expansion for two reasons: the two-thirds of Canadians who are overweight or obese, according to Statistics Canada, and that it is the first major global market where semaglutide loses legal protections.

"When you layer on top of this very unique situation and timing where you've got a massive public health crisis, and then also, one of the first global opportunities to bring exceptionally affordable, advanced therapies to people, that triggered me and our team to move very, very quickly," Mr. Dudum said.

**Canada's public health plans end talks with Novo Nordisk to cover weight-loss drug Wegovy**

He said most patients on the platform pay out of pocket, not through insurance.

Hims & Hers estimates in investor presentations that it has about 47 per cent of the virtual-care market in the United States. But in Canada, it will come up against established competitors, many of whom already offer online prescriptions or ordering of brand-name semaglutide, such as Maple, Felix, Phoenix and PocketPills, which has a partnership with Novo Nordisk.

"I never think we have to be the first in market on anything," he said. "I think we have to be the best."

Hims & Hers already has international operations in Britain, Germany, France and Spain. Mr. Dudum said the company is also eyeing entry into Brazil, which will be one of the next major markets to see generic semaglutide in March.

He said Canada will be a roadmap for future countries as Ozempic goes off patent.

"I think it's going to be a case study that we can then think about and learn and try to apply in other key markets," he said.

**Health Canada approval backlog expected to push back arrival of generic Ozempic**

Still, the timing of when the generic products will be available is up in the air. Although generic semaglutide becomes legal as of Jan. 5, drug makers have told The Globe and Mail that regulatory and manufacturing delays mean the products likely won't be ready until mid-2026.

Mr. Dudum said he is expecting there may be one or two generic products within the first half of the year, and by the end of the year it will be a "competitive market."

Hims & Hers has also worked with patented drug makers, including Eli Lilly & Co., maker of rival drugs Mounjaro and Zepbound.

Hims & Hers acquires Livewell in Canada in anticipation of generic Ozempic                    COMMENTS

However, Hims & Hers disclosed in its most recent earnings release, on Nov. 3, that it had resumed discussions with Novo Nordisk about making Wegovy available on its platform.

Sign up for our new Business Brief newsletter.  A daily look at the most important business stories that are making news and moving markets, written by Chris Wilson-Smith

⊕ SIGN UP  |  EXPLORE NEWSLETTERS

Report an editorial error    Report a technical issue    Editorial code of conduct

Related stories



Morning Update: Canada's weighty problem 🔑



How will cheaper versions of Ozempic tip the scales? 🔑



Business Brief: Canada is a launchpad in race for generic Ozempic 🔑