IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK INC. and<br>NOVO NORDISK A/S,<br><br>  Plaintiffs,<br><br>  v.<br><br>HIMS & HERS HEALTH, INC. and HIMS, INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 26-143-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED by Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S and Defendants Hims & Hers Health, Inc. and Hims, Inc., subject to the approval and Order of the Court, that the deadline for Defendants to move, answer, or otherwise respond to the Complaint is extended to April 1, 2026.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| */s/ Jeremy A. Tigan* | */s/ Andrew C. Mayo* |
| Rodger D. Smith II (#3778)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>jtigan@morrisnichols.com | John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

Dated: February 26, 2026

**SO ORDERED** this _____ day of _____, 2026.

_____
Chief Judge

{02209318;v1 }