# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK A/S and NOVO NORDISK INC., <br><br> Plaintiffs, <br><br> v. <br><br> HIMS & HERS HEALTH, INC. and HIMS, INC., <br><br> Defendants. | Case No. 26-143-CFC <br><br> DEMAND FOR JURY TRIAL |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc. hereby dismiss all claims asserted in this action without prejudice. At the time of filing this Notice of Dismissal, Defendants Hims & Hers Health, Inc. and Hims, Inc. have not served an answer or motion for summary judgment in this matter.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | Rodger D. Smith II (#3778) |
|  | Jeremy A. Tigan (#5239) |
| Jeffrey B. Elikan | 1201 North Market Street |
| Jeffrey Lerner | P.O. Box 1347 |
| Nicholas L. Evoy | Wilmington, DE 19899 |
| Ashley Winkler | (302) 658-9200 |
| Douglas A. Behrens | rsmith@morrisnichols.com |
| Alexander Trzeciak | jtigan@morrisnichols.com |
| COVINGTON & BURLING LLP |  |
| One CityCenter | *Attorneys for Novo Nordisk A/S and* |
| 850 Tenth Street NW | *Novo Nordisk Inc.* |
| Washington, DC 20001-4956 |  |
| (202) 662-6000 |  |

March 9, 2026